RECEIVED

SEP 19 2019

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:19-CR-172 |
| | ) | |
| v. | ) | <u>INDICTMENT</u> |
| | ) | |
| JESSICA RAE REZNICEK, | ) | T. 18 U.S.C. § 2 |
| also known as, Jessica Rae Anderson, | ) | T. 18 U.S.C. § 844(h) |
| also known as, Jessica Lane Reznicek, and | ) | T. 18 U.S.C. § 844(i) |
| RUBY KATHERINE MONTOYA, | ) | T. 28 U.S.C. § 1366(a) |
| | ) | |
| Defendants. | ) | |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
**(Conspiracy to Damage an Energy Facility)**

From a date unknown, but by at least as early as November 8, 2016, and continuing until May 2, 2017, in the Southern District of Iowa and elsewhere, the defendants, JESSICA RAE REZNICEK, also known as, Jessica Rae Anderson and Jessica Lane Reznicek, and RUBY KATHERINE MONTOYA, willfully and knowingly conspired and agreed, with each other and with other persons known and unknown to the Grand Jury, to knowingly and willfully damage and attempt to damage the property of an energy facility involved in the transmission and distribution of fuel, or another form or source of energy, in an amount exceeding or which would have exceeded $100,000, and to cause a significant interruption and impairment of a function of an energy facility.

This is a violation of Title 18, United States Code, Section 1366(a).

1

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 2</u>
**(Use of Fire in the Commission of a Felony)**

On or about March 13, 2017, in and about Mahaska County in the Southern District of Iowa, the defendants, JESSICA RAE REZNICEK, also known as, Jessica Rae Anderson and Jessica Lane Reznicek, and RUBY KATHERINE MONTOYA, knowingly used fire, namely an oxy-acetylene cutting torch, to Conspire to Damage, Damage, and Attempt to Damage an Energy Facility, in violation of Title 18, United States Code, Section 1366(a), a felony prosecutable in a court of the United States.

This is a violation of Title 18, United States Code, Sections 844(h) and 2.

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 3</u>
**(Malicious Use of Fire)**

On or about March 13, 2017, in and about Mahaska County in the Southern District of Iowa, the defendants, JESSICA RAE REZNICEK, also known as, Jessica Rae Anderson and Jessica Lane Reznicek, and RUBY KATHERINE MONTOYA, maliciously damaged and destroyed by means of fire, personal property used in interstate commerce, namely Valve Site 430 of the Dakota Access Pipeline owned by Energy Transfer Partners.

This is a violation of Title 18, United States Code, Sections 844(i) and 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4
### (Use of Fire in the Commission of a Felony)

On or about March 18, 2017, in and about Boone County in the Southern District of Iowa, the defendants, JESSICA RAE REZNICEK, also known as, Jessica Rae Anderson and Jessica Lane Reznicek, and RUBY KATHERINE MONTOYA, knowingly used fire, namely an oxy-acetylene cutting torch, to Conspire to Damage, Damage, and Attempt to Damage an Energy Facility, in violation of Title 18, United States Code, Section 1366(a), a felony prosecutable in a court of the United States.

This is a violation of Title 18, United States Code, Sections 844(h) and 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5
### (Malicious Use of Fire)

On or about March 18, 2017, in and about Boone County in the Southern District of Iowa, the defendants, JESSICA RAE REZNICEK, also known as, Jessica Rae Anderson and Jessica Lane Reznicek, and RUBY KATHERINE MONTOYA, maliciously damaged and destroyed by means of fire, personal property used in interstate commerce, namely Valve Site 240 of the Dakota Access Pipeline owned by Energy Transfer Partners.

This is a violation of Title 18, United States Code, Sections 844(i) and 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 6
### (Use of Fire in the Commission of a Felony)

On or about April 9, 2017, in and about Wapello County in the Southern District of Iowa, the defendants, JESSICA RAE REZNICEK, also known as, Jessica Rae Anderson and Jessica Lane Reznicek, and RUBY KATHERINE MONTOYA, knowingly used fire, namely tires ignited by fire and gasoline soaked rags, to Conspire to Damage, Damage, and Attempt to Damage, an Energy Facility in violation of Title 18, United States Code, Section 1366(a), a felony prosecutable in a court of the United States.

This is a violation of Title 18, United States Code, Sections 844(h) and 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 7
### (Malicious Use of Fire)

On or about April 9, 2017, in and about Wapello County in the Southern District of Iowa, the defendants, JESSICA RAE REZNICEK, also known as, Jessica Rae Anderson and Jessica Lane Reznicek, and RUBY KATHERINE MONTOYA, maliciously damaged and destroyed by means of fire, personal property used in interstate commerce, namely Valve Site 460 of the Dakota Access Pipeline owned by Energy Transfer Partners.

This is a violation of Title 18, United States Code, Sections 844(i) and 2.

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 8</u>
**(Use of Fire in the Commission of a Felony)**

On or about May 2, 2017, in and about Wapello County in the Southern District of Iowa, the defendants, JESSICA RAE REZNICEK, also known as, Jessica Rae Anderson and Jessica Lane Reznicek, and RUBY KATHERINE MONTOYA, knowingly used fire, namely an oxy-acetylene cutting torch, to Conspire to Damage, Damage, and Attempt to Damage an Energy Facility, in violation of Title 18, United States Code, Section 1366(a), a felony prosecutable in a court of the United States.

This is a violation of Title 18, United States Code, Sections 844(h) and 2.

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 9</u>
**(Malicious Use of Fire)**

On or about May 2, 2017, in and about Wapello County in the Southern District of Iowa, the defendants, JESSICA RAE REZNICEK, also known as, Jessica Rae Anderson and Jessica Lane Reznicek, and RUBY KATHERINE MONTOYA, maliciously damaged and destroyed by means of fire, personal property used in interstate commerce, namely Valve Site 460 of the Dakota Access Pipeline owned by Energy Transfer Partners.

This is a violation of Title 18, United States Code, Sections 844(i) and 2.

**A TRUE BILL.**

                                                    FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Jason T. Griess
Virginia M. Bruner
Assistant United States Attorneys