AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

2019 SEP 19  AM 10: 59

| United States of America | ) |
|---|---|
| v. | ) |
| Ruby Katherine Montoya | ) Case No. 4:19-cr-172 |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Ruby Katherine Montoya,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Ct 1: Conspiracy to damage an energy facility, in violation of 18 U.S.C. § 1336(a);
Cts 2, 4, 6, 8: Use of fire in the commission of a felony, in violation of 18 U.S.C. §§ 844(h) and 2;
Cts 3, 5, 7, 9: Malicious use of fire, in violation of 18 U.S.C. §§ 844(i) and 2.

WARRANT ISSUED
JOHN S. COURTER, Clerk
By: _____
       DEPUTY CLERK

Date: 09/19/2019

City and state:  Des Moines, Iowa

Helen C. Adams, United States Chief Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9/19/19, and the person was arrested on *(date)* 9/27/2019
at *(city and state)* FLAGSTAFF, AZ.

Date: 10/04/2019

*Arresting officer's signature*

Shane Bellis  DUSM
*Printed name and title*