# MAGISTRATE JUDGE'S MINUTES
## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – FLAGSTAFF

| | | |
|---|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** October 4, 2019 | **SEALED** |
| **USA v. Ruby Katherine Montoya** | **Case Number:** 19-04275MJ-001-PCT-CDB | |

**Assistant U.S. Attorney:** Paul V. Stearns
**Attorney for Defendant:** **Jose de Jesus**, Retained

**Defendant:** ☒ Present ☐ Not Present ☐ Released ☒ Custody ☐ Summons ☐ Writ

**DETENTION HEARING** ☒ Held ☐ Continued ☐ Submitted ☐ UA
PSA recommends Release; Gov't ☒ concurs ☐ objects
☒ Court accepts recommendation by all parties
☒ Defendant is advised on the record and signed Order Setting Conditions of Release and released on Judge's signature.

**Defendant is ordered** to appear in the Southern District of Iowa on **Friday, October 18, 2019 AT 2:00 pm before Honorable Judge Ross A. Walters.** Order to follow.

**Recorded By** Courtsmart
**Deputy Clerk** Christina Hurley

**DH**    **27 min**

**Start:** 9:29 am
**Stop:** 9:56 am

CC: AUSA (Flagstaff), Retained Counsel (Jose Rivera), PTS and USM