José de Jesús Rivera, AZ State Bar No. 004604
Aaron Hall, State Bar No. 024273
MILLER PITT FELDMAN & MCANALLY, PC
2800 N. Central Avenue, Suite 840
Phoenix, Arizona 85004-1069
Phone: (602) 266-5557
Fax: (602) 266-5557
josedejesusrivera@mpfmlaw.com
ahall@mpfmlaw.com

Attorneys for Defendant Montoya

FILED ✓ / RECEIVED / OCT 0 3 2019 / CLERK U S DISTRICT COURT DISTRICT OF ARIZONA / BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

**SEALED**

| | |
|---|---|
| United States of America, | 19-4275MJ-CDB |
| Plaintiff, | **NOTICE OF FILING** |
| v. | |
| Ruby Katherine Montoya | |
| Defendant. | Assigned to Judge Camille D. Bibles |

Defendant Ruby Katherine Montoya by and through counsel files the following items in support of her regarding the Detention Hearing set for Friday, October 3, 2019 at 9:30 a.m. in the Federal Magistrate Court in Flagstaff in the United States District Court for the State of Arizona.

(1) Letter of Support from Daniel R. Ortega, Jr.
(2) Letter of Support from Mark I. Harrison
(3) Letter of Support from Emily Parr
(4) Letter of Support from Dr. Jenna Blasi
(5) Birthday card from Ms. Montoya to her sister

(6) Email to and from the Bill Quigley and AUSA, Jason Griess date August 29-30, 2017.

Dated this 3rd day of October, 2019

        MILLER, PITT, FELDMAN
        & McANALLY, PC

        By _____
        José de Jesús Rivera
        Aaron Hall

        Attorneys for Defendant Montoya

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2019,
The foregoing was filed with the
Clerk of The Court
United States District Court
401 W. Washington
Phoenix, AZ 85003

I further certify that a copy of the foregoing
Was hand delivered to:

Hon. Camille D. Bibles
United State Magistrate Court
123 N. San Francisco Street, Suite 200
Flagstaff, AZ 86001

Michael Bailey, U.S. Attorney District of Arizona
Paul Sterns, Assistant U.S. Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

# EXHIBIT 1

# ORTEGA LAW FIRM
A Professional Corporation

361 East Coronado Road, Suite 101
Phoenix, AZ 85004-1525
Phone: (602) 386-4455
Fax: (602) 386-4480
www.ortegalaw.com

Daniel R. Ortega, Jr.

Writer's Email

danny@ortegalaw.com

October 2, 2019

The Honorable Camille D. Bibles
United States Courthouse—District of Arizona
123 North San Francisco Street
Flagstaff, Arizona 86001

Re: USA v. Ruby Katherine Montoya
No. 19-4275MJ-CDB

Dear Judge Bibles,

I am Ruby Montoya's godfather and have known her since she was a small child.

Ruby and my youngest son attended St. Mary's High School together in Phoenix, Arizona. They also attended Arizona State University at approximately the same time in Tempe, Arizona. Ruby's father has also been a close friend to my family for over 30 years now. Based upon this experience, I know Ruby very well.

My last meeting with Ruby was here in Phoenix a few months ago when she shared her excitement with me about becoming an elementary school teacher in Sedona, Arizona. After listening to her, I was confident that Ruby was going to become a great school teacher. I was also happy to learn that Ruby had decided to start her teaching career here in Arizona.

Having known Ruby for almost all of her life, I can confidently say that Ruby is one of the finest young people that I have ever met. Ruby loves people and wants to devote her life to helping others. At 29 years old, she has already devoted much of her young life to helping others. In fact, Ruby has worked as a volunteer for various social welfare organizations since her time in high school and continues to donate her free time to helping others.

I am aware of the pending criminal charges against Ruby, and I know that they are very serious. I also know that Ruby is presently in the Coconino County Jail. However, I also know that Ruby is and has never been a threat to anyone in the community and never would be. Ruby

Letter to Honorable Camille D. Bibles
Re Ruby K. Montoya
October 2, 2019
Page 2

loves people and would never hurt anyone. Although Ruby might have made some mistakes, those mistakes have never involved any physical violence against any living thing.

I also know that if released from custody, Ruby would obey any orders regarding her release from the Court. Ruby wants to resolve the charges against her and move on with her life. She understands that disobeying an order of the Court regarding the terms of her release would only make things worse. There is simply no danger of her making that choice.

Based on my knowledge of Ruby, I urge the Court to release her from confinement on her own recognizance.

Thank you for your time and consideration.

Sincerely,

Daniel R. Ortega, Jr.

# EXHIBIT 2



**Mark I. Harrison**

mharrison@omlaw.com    Direct Line  602.640.9324

2929 North Central Avenue    Telephone  602.640.9000
21st Floor    Facsimile  602.640.9050
Phoenix, Arizona 85012    omlaw.com

October 2, 2019

The Honorable Camille D. Bibles
United States Courthouse—District of Arizona
123 North San Francisco Street
Flagstaff, Arizona 86001

    Re:    <u>USA v. Ruby Katherine Montoya</u>
            No. 19-4275MJ-CDB

Dear Judge Bibles,

    I was first introduced to Ruby Montoya almost thirty years ago when she was an infant. At the time, her father was an associate at my law firm, and I met Ruby a few weeks after she was born. Her dad would sometimes bring her with him to work or firm events, and I eventually became familiar with Ruby's smiling face. Although Ruby's dad and I are no longer with the same law firm, I have kept up with Ruby's progress over the years and care about her very much.

    I am aware that Ruby has been arrested to face criminal charges involving the alleged destruction of property in connection with a series of protests to the construction of an oil pipeline running from Canada through the American Midwest.

    I am also aware that Ruby is seeking release from incarceration pending trial.

    I write this letter because I strongly believe that Ruby would never hurt anyone and would present absolutely no danger to the community if released pending trial. I also strongly believe that Ruby recognizes the seriousness of the charges against her and understands that it is imperative that she obeys any orders from the Court regarding her case.

    I am also aware that Ruby is currently employed as an elementary school teacher in Sedona, Arizona and that her employer is aware of the charges pending against her, but is nevertheless anxious for her to return to her classroom to teach.

    Having known Ruby and her family for virtually all of her life, I believe that if the Court exercises its discretion to release her, she will not hurt anyone, will obey the orders of the Court and will continue to teach her students and lead a productive life while awaiting trial.

Page 2

I think this result best serves the public and our system of justice where individuals accused of crime are innocent until proven guilty.

Thank you for your consideration.

Sincerely,

Mark I. Harrison

MIH:rs

# EXHIBIT 3

October 2, 2019

The Honorable Camille D. Bibles
United States Courthouse—District of Arizona
123 North San Francisco Street
Flagstaff, Arizona 86001
    Re: USA v. Ruby Katherine Montoya
    No. 19-4275MJ-CDB

Dear Judge Bibles,

I have had the honor of knowing and teaching with Ruby Montoya at Running River School in Sedona. Professionally and personally, I have experienced her to be a dedicated, honest, loving and caring person.

I have been teaching for 13 years and in this time worked with a variety of teachers. Ruby, in her three months at Running River, has stood out to me as an exceptional and natural teacher. Ruby is a deeply devoted, caring, and compassionate person and it shows in her work with her students and at the school. She has worked tirelessly to prepare lessons and engage her students. Her devotion to their well being and future is evident in her work ethic and peaceful presence in the classroom. Her class, through her guidance, has created a beautiful, loving and supportive class culture which deeply values each other and the planet.

Beyond the school, Ruby has become a very close and dear friend of mine. She often spends evenings and weekends with my family and me: reading to my children and helping prepare meals. My three children have fallin in love with her, knowing that they can always count on her to play music on her banjo, play house, or simply hear about their day. In our time together I have never seen Ruby treat any being (human or otherwise) with disrespect or aggression. On the contrary, she always is thoughtful, deeply caring of others' feelings and experiences, gentle and loving. I have never once seen Ruby drink alcohol or participate in using drugs. She lives a simple life dedicated to living with love, cultivating peace and working with youth.

Our school is a small and intimate community. We only have four faculty and, therefore, we rely and depend on each other. The school—the faculty, the students and the wider family community—need Ruby to return to work as soon as possible. Her students await her return, looking for her guidance and love.

I do not believe that Ruby presents a threat or danger to anyone. She is committed to the school and her students and will do whatever is needed to best support them. Thank you for your time and consideration.

Sincerely,

Emily Parr
Running River First Grade Teacher

# EXHIBIT 4

September 29, 2019
Re: Ruby Montoya

Your Honor,

I am the parent of a student in Ms. Montoya's class at Running River School, as well as the president of the board of directors at the school. I understand that she is about to undergo a hearing for crimes she has allegedly committed in the past.

My hope is that her current character and her self-reflection are taken into account as this case is heard. I have been very impressed with the dedication, commitment, love, and care that she has shown as my child's teacher. Under her guidance, in addition to traditional learning, he has grown in his emotional and social intelligence this year, and in his kindness for those around him. I witness her taking her responsibility as a teacher very seriously, utilizing the utmost integrity in her interactions with the children.

Having been raised by two lawyers, I come from a family who takes the law and living in integrity very seriously. I also believe that people have the ability to learn and grow from their mistakes, particularly ones committed during the younger years. Ms. Montoya has demonstrated this growth and reform, and I hope you will see fit to give her the opportunity to continue on this path.

There is a class of children here in Sedona who would not be served by the removal of Ms. Montoya as their teacher. I deeply hope that you will consider her current character, her growth regarding lawful and peaceful means of protest, and the number of children and families here who are depending upon her speedy return to the classroom.

Thank you so much for your consideration.

Respectfully,

Dr. Jenna Blasi
President, Board of Directors, Running River School

EXHIBIT 5

Case 3:18-cv-01752-SI Case 4:19-cv-00152-RGE-HCA Document 42-5 Filed 10/07/19 Page 14 Page 14 of 17



# EXHIBIT 6

---------- Forwarded message ---------
From: **Griess, Jason (USAIAS)** <Jason.Griess2@usdoj.gov>
Date: Wed, Aug 30, 2017 at 8:26 AM
Subject: Re: Jessica Reznicek USDC 4:17-mj-382
To: bill quigley <quigley77@gmail.com>


Received

Sent from my iPhone

> On Aug 29, 2017, at 2:22 PM, bill quigley <quigley77@gmail.com> wrote:
>
> Dear Mr. Griess:
>
> My name is Bill Quigley. I just enrolled as pro hac vice counsel of record for Jessica Reznicek in USDC 4:17-mj-382. I am attaching a copy of the Motion.
>
> I also want to advise you that Jessica Reznicek and Ruby Montoya are absolutely willing to surrender themselves to you or any person you designate at your office whenever your office is ready to initiate prosecution against them.
>
> I ask you to please email me and acknowledge receipt of this communication. I am in New Orleans and we are having some technological challenges at the moment. I would like to know if this goes through.
>
> I look forward to working with you on this matter.
>
> Sincerely,
>
> Bill Quigley