Case 3:19-cr-00072-RGE-SHL Document 21-7 Filed 01/07/19 Page 1 of 3
Case 2:19-mj-04275-CDB *SEALED* Document 7 Filed 10/04/19 Page 1 of 3
**SEALED**

**United States District Court - District of Arizona - Phoenix**
**SEALED   Order Setting Conditions of Release**

DATE: __October 4, 2019__    CASE NUMBER __19-04275MJ-001-PCT-CDB__

USA vs. __Ruby Katherine Montoya__

☒ PERSONAL RECOGNIZANCE
☐ AMOUNT OF BOND _____
    ☐ UNSECURED
    ☐ SECURED BY
    SECURITY TO BE POSTED BY _____
NEXT APPEARANCE __ or as directed through counsel
☐ 401 West Washington St., Phoenix, AZ, Courtroom #605, 6th Floor
☐ Goodwin & Cortez, US Post Office Bldg., Prescott, AZ, 2nd Floor
☐ 123 N. San Francisco Street, Flagstaff, AZ, 1st Floor Courtroom

**IT IS ORDERED THAT DEFENDANT IS SUBJECT TO THE FOLLOWING CONDITIONS AND SHALL:**

☒ appear at all proceedings as required and to surrender for service of any sentence imposed.

☒ not commit any federal, state or local crime.

☒ cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

☒ immediately advise the court, defense counsel and U.S. Attorney in writing of change in address/telephone number.

☒ maintain or actively seek verifiable employment or (combination of work/school) if defendant is physically or medically able and provide proof of such to Pretrial Services.

☒ not travel outside of: __District of Arizona and District of Iowa__
except Defendant may travel directly to the prosecuting district, and through all states and counties in between the District of Arizona and the prosecuting district, for Court purposes and lawyer conferences only unless express PRIOR Court or Pretrial Services permission is granted to do so. Pretrial Services is authorized to approve overnight travel for attorney visits and court appearances.

*The following procedure shall apply if the Defendant seeks Court approval, rather than Pretrial Services Officer approval, for travel not previously approved by the Court: Requests to the Court for approval of travel shall be made by motion (accompanied by a proposed order), filed at least two weeks before the requested travel (absent good cause), stating the position of the Government attorney and the details of the requested travel, including dates, modes, and purpose. Defense counsel shall provide the supervising U.S. Pretrial Services Officer timely notice of the motion.

☒ avoid all direct or indirect contact with persons who are considered alleged victim(s), potential witness(es), family members of victim(s)/witness(es), except Defendant may communicate with custodial parent solely for visitation purposes with his/her minor child(dren): Defendant may have contact with his/her family members but may not discuss the case or underlying events with any members of your family. **Defendant shall not travel to locations or sites owned by the victim(s).**

☒ report as directed to the U.S. PRETRIAL SERVICES 1-800-769-7609 or 602-322-7350.

☒ You shall not enter any energy facility, pipeline, or electrical lines.

☐ execute an agreement to forfeit upon failing to appear as required, the bond or designated property: _____

☐ Defendant is placed in the third-party custody of: _____

☐ refrain from ☐ any ☐ excessive use of alcohol and not use or possess any narcotic or other controlled substance defined by 21 U.S.C. 802 unless prescribed for defendant by a licensed medical practitioner in the course of his/her legitimate medical practice. This provision does not permit the use or possession of medicinal marijuana even with a physician's written certification.

☐ participate in drug/alcohol counseling/treatment and submit to drug/alcohol testing, including breathalyzer testing and make copayment toward the cost as directed by U. S. Pretrial Services. The defendant shall not interfere, obstruct or tamper in any way with the administration of any Court ordered substance abuse testing.

☐ shall surrender all travel documents to Pretrial Services by _____ and will not obtain a passport or other travel document during the pendency of these proceedings.

☐ obtain no passport.

☒ not possess or attempt to acquire any firearm, destructive device, or other dangerous weapon or ammunition. You shall not use or possess any acetylene torch, mig Welder, Electrical, pneumatic or gas grinder and/or saw.

☒ maintain weekly contact with his/her counsel by Friday, noon of each week.

☐ shall timely pay his/her monthly child support payments as previously ordered by the subject state court in the total amount of $_____

☒ Defendant shall participate in the Computer Monitoring Program as directed by the Pretrial Services Office and follow all rules and regulations of the program. Defendant will incur the cost of monitoring services as directed by Pretrial Services. Additional conditions of the Computer Monitoring Program are as follows:
   a. Defendant shall not establish any email accounts or internet services accounts unless previously authorized by Pretrial Services. Defendant shall provide financial documents as requested by Pretrial Services to confirm compliance with this condition.
   b. Defendant shall not possess or access any device which allows access to the Internet unless authorized by Pretrial Services.

☒ The defendant shall avoid all direct or indirect contact with codefendant's unless in the presence of defense counsel.

## ADVICE OF PENALTIES AND SANCTIONS

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years if the offense is a felony or a term of imprisonment of not more than one year if the offense is a misdemeanor. This sentence shall be consecutive to any other term of imprisonment.

Title 18 U.S.C. §1503 makes it a criminal offense punishable by imprisonment for life or by death, or, depending upon the specific provisions of the section not more than twenty years or by not more than ten years, and a $250,000 fine to intimidate a juror or officer of the court; Title 18 U.S.C. §1510 makes it a criminal offense punishable by up to five years imprisonment and a $250,000 fine to obstruct a criminal investigation; Title 18 U.S.C. §1512 makes it a criminal offense punishable by imprisonment for life or by death, or, depending upon the specific provisions of the section by not more than twenty years or by not more than ten years and a $250,000 fine for tampering with a witness, victim or informant; or by intentionally harassing another person and thereby hindering /delaying /preventing or dissuading any person from attending or testifying in an official proceeding or otherwise violating the section is punishable by imprisonment for not more than one year and a $250,000 fine; and 18 U.S.C. §1513 makes it a criminal offense punishable by imprisonment for life or by death, or, depending upon the specific provisions of the section not more than twenty years or by not more than ten years of imprisonment, a fine of $250,000, or both, to retaliate against a witness, victim or informant, or threaten or attempt to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for:(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;(2) an offense punishable by imprisonment for a term of five years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years or both;(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted.

If the person was released for appearance as a material witness, a fine as provided by law or imprisonment for not more than one year, or both.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

| DATE | SIGNATURE OF DEFENDANT |
|---|---|
| 4 of October 2019 | [signature] |

Custodian agrees to (a) supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and to notify the court immediately in the event the defendant violates any condition of release or disappears. We, the undersigned, have read and understand the terms of this bond and conditions of release and acknowledge that we are bound by it until duly exonerated.

| SIGNATURE OF CUSTODIAN(S) |
|---|
| |

Directions to United States Marshal:

☒ The defendant is ORDERED released after processing.

☐ The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions of release.

DATE: October 4, 2019

United States Magistrate Judge Camille D Bibles

### ADDITIONAL CONDITIONS OF RELEASE

☒ The defendant shall participate in one of the following location monitoring program components and abide by its requirements as the pretrial services officer or supervising officer instructs.

  ☐ **(Curfew)** You are restricted to your residence every day ☐ from ____ to ____, or ☐ as directed by the supervising officer.

  ☒ **(Home Detention)** You are restricted to your residence at all times except for employment; education; religious services, medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer.

  ☐ **(Home Incarceration)** You are restricted to 24-hour-a-day lock-down except for medical necessities and court appearances or other activities specifically approved by the court.

☒ Submit to the location monitoring indicated below and abide by all of the program requirements and instructions provided by the pretrial services officer or supervising officer related to the proper operation of the technology. The defendant must pay all or part of the cost of the program based upon your ability to pay as the pretrial services office or supervising office determines.

  ☒ Location monitoring technology at the discretion of the officer
  ☐ Radio Frequency (RF) Monitoring
  ☐ Passive GPS Monitoring
  ☐ Active GPS Monitoring

☒ Pretrial Services is granted the ability to permit overnight travel for court or employment training purposes.

ACKNOWLEDGMENT OF DEFENDANT _____

DATE 10/4/19

CC: AUSA (Flagstaff), Retained Counsel (Jose Rivera), PTS + USM