

**DARLENE MARTIN** ▲▼▲▼▲▼▲▼▲▼▲▼▲▼▲▼▲▼▲▼▲▼▲▼▲▼

███████████████████

November 26, 2019

The Honorable Rebecca Goodgame Ebinger
United States District Court
Southern District of Iowa
US District Courthouse
123 East Walnut Street
Suite 300
Des Moines, IA 50309

Re: Amicus curiae and amicus terrae letter for Jessica Reznicek and Ruby Montoya

Dear Judge Ebinger:

In 1996, Oxford University Press published *Religion & the Order of Nature: The 1994 Cadbury Lectures at the University of Birmingham*, written by Seyyed Hossein Nasr, distinguished Professor Emeritus of Islamic Studies at George Washington University. When Nasr delivered his Cadbury Lectures at the University of Birmingham in 1994, the environmental movement was already deeply entrenched in the American psyche, antedated by an evolving ecological consciousness that existed long before Earth Day was established on April 22, 1970. In his Cadbury Lectures, and later in *Religion & the Order of Nature*, Nasr addresses the environmental challenges facing all of us from the perspective of a scholar whose knowledge spans not only the finest attributes of his native Islam, but also the enduring, unifying, and transcendent aspects of other major world religions. In *Religion & the Order of Nature*, Nasr writes:

> The crisis of the natural environment is an external reminder of the crisis within the souls of men and women who, having forsaken Heaven in the name of the Earth, are now in danger of destroying the Earth as well. The environmental crisis requires not simply rhetoric or cosmetic solutions but a death and rebirth of modern man and his worldview. Man need not be and in fact cannot be 'reinvented' as some have claimed, but he must be reborn as traditional or pontifical man, a bridge between Heaven and Earth, and the world of nature must once again be conceived as it has always been—a sacred realm reflecting the divine creative energies.

It is reasonable to interpret the above passage to mean that the man who is reborn as "a bridge between Heaven and Earth" is able to perceive the natural world as "a sacred realm reflecting the divine creative energies." And it is reasonable to interpret the reference to "a death and rebirth of modern man and his worldview" metaphorically, so it is understood as a paradigm shift from one state of consciousness to another—from a consciousness that cannot perceive "the divine creative energies" in the natural world to a consciousness that can.

From a symbolic perspective, this paradigm shift is similar to the deeper meaning conveyed by the Greek philosopher Plato in his *Allegory of the Cave*. Neuroscientist Andrew Newberg, MD and author Mark Robert Waldman see Plato's *Allegory* as a metaphor for enlightenment and explore this metaphor in their book *How Enlightenment Changes Your Brain*. In the following passage from their book, Newberg and Waldman narrate the story of Plato's *Allegory*. They begin by describing the people held captive in the cave who "have been imprisoned since childhood":

> They are chained in such a way that they can only see the wall, and behind them a fire burns, casting shadows of themselves on the walls of the cave. The prisoners are fascinated by these shadows and wonder what they are about. As time passes, they build all kinds of beliefs about the shadows and they assume those beliefs are true.
>
> One day, one of the prisoners breaks free, and he turns around to see the fire and the other people who are casting the shadows. Initially he is shocked and surprised, then intrigued, realizing that things are very different from what he believed. . . . He turns around to look at the cave wall again, but he is not able to go back to his old way of thinking. He is caught between two worlds, having glimpsed a partial truth about reality.
>
> . . . With great trepidation, the man decides to step out of the darkness of the cave. As his eyes adjust to the sun, he sees the profound beauty of the real world: the colors, the shapes of trees, and the village that lies in the distance.

The man who leaves the cave in Plato's *Allegory* is, in the words of Seyyed Hossein Nasr, the man who is reborn as "a bridge between Heaven and Earth." He emerges when there is, in Nasr's words, "a death and rebirth of modern man and his worldview." This death and rebirth signify a paradigm shift, a shift from seeing only shadows on the wall of a cave to perceiving "the profound beauty of the real world" and "the divine creative energies" that empower it.

Environmentalists throughout the world are making this paradigm shift by replacing harmful carbon-based fuels with safe clean-energy sources. The birth of this new paradigm resonates with a passage from the biblical Book of Matthew that says, "There will be famines and earthquakes in many places. With all these things the birth-pangs of the new age begin" (24:7-8).

When interpreting these lines from Matthew, one must keep in mind that sacred scripture has a timeless dimension because the truth it brings transcends the world of time and reaches into eternity. Such scripture forms a bridge between heaven and earth, for it links the finite nature of man to the infinite nature of the divinity. Sacred texts are relevant a hundred years ago, right now, and a hundred years hence. From this timeless perspective, one can see that the famines and earthquakes described by Matthew refer to the tumultuous times we are now experiencing as a result of global warming, and the birth-pangs of a new age anticipate the birth of a new paradigm of integrity and accountability in mankind's relationship with the environment.

The point is, to avoid a cataclysmic future of unmitigated environmental disasters, this new paradigm must be born, and visionary, heroic individuals like Jessica Reznicek and Ruby Montoya have joined hundreds of thousands of environmental activists who are midwifing the birth of this paradigm, a paradigm that conveys humanity's greatest clarity, authenticity, and sensibility.

Catholic Workers Jessica Reznicek and Ruby Montoya are innocent of any wrongdoing. In their dismantling of portions of the Dakota Access pipeline, they acted not to destroy human life, but to save it. They intended to prevent oil spills from polluting the water and land surrounding the pipeline, and they sought to save the lives of those who will perish if we do not take immediate action to stop fossil fuels from causing catastrophic and irreversible climate change. Their disabling of the Dakota Access pipeline is no different than someone disabling a gun that is pointed toward the children of the future.

Your honor, in their efforts to save life and preserve the environment, Jessica Reznicek and Ruby Montoya have left an antiquated cave of carbon-based shadows and have emerged into a new age of solar energy. They have joined a multitude of environmentalists all over the world who are shifting the paradigm from darkness to light, and they should be exonerated by this court of any wrongdoing. Thank you for considering my point of view.

Sincerely,

*Darlene Martin*

Darlene Martin



Darlene Martin

PHOENIX AZ 852

27 NOV 2019 PM 9 L



CLEARED BY U.S.M.S

The Honorable Rebecca Goodgame Ebinger
US District Court, Southern District of Iowa
US District Courthouse
123 E. Walnut Street, Suite 300
Des Moines, IA 50309

50309-208499