IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br><br>vs.<br><br>JESSICA REZNICEK and<br>RUBY MONTOYA,<br>　　Defendant. | Criminal No. 4:19-CR-00172<br><br>DEFENDANT MONTOYA'S<br>MOTION TO EXTEND<br>THE PLEA ENTRY DEADLINE |

COMES NOW, the defendant Ruby Montoya, by and through counsel, and hereby moves to continue the plea entry deadline in her case to January 22, 2020. In support of this motion, counsel states:

1. The plea entry deadline is currently January 4, 2020.

2. Defendant has signed a plea agreement in this matter.

3. Defendant currently lives out of state and will need to travel to Iowa to enter her plea.

4. Undersigned counsel has conferred with Judge Adams's chambers regarding the availability of the court for a plea hearing the week of January 18, 2020.

5. Counsel has conferred with Jason Griess, counsel for the United States, and Mr. Griess has indicated that he does not object to this motion.

WHEREFORE, Defendant Montoya requests that the plea entry deadline be continued up to and including January 22, 2020.

　　　　　　　　　　　　　　　　　　/s/Angela L. Campbell
　　　　　　　　　　　　　　　　　　Angela L. Campbell AT# 0009086
　　　　　　　　　　　　　　　　　　DICKEY, CAMPBELL, & SAHAG LAW FIRM, P.L.C.
　　　　　　　　　　　　　　　　　　301 E. Walnut St., Suite 1
　　　　　　　　　　　　　　　　　　Des Moines, Iowa 50309
　　　　　　　　　　　　　　　　　　PHONE: 515.288.5008
　　　　　　　　　　　　　　　　　　FAX: 515.288.5010
　　　　　　　　　　　　　　　　　　E-MAIL: angela@iowajustice.com

2

PROOF OF SERVICE
The undersigned hereby certifies that a true copy of the foregoing instrument was served upon each of the attorneys of record, or the parties if unrepresented, at their respective addresses disclosed on the pleadings.

By:     \_\_\_\_\_ U.S. Mail      \_\_\_\_\_ Fax
           \_\_\_\_\_ Courthouse Mail      \_\_\_\_\_ Hand delivered
           \_\_\_\_\_Certified Mail      \_x\_ Other (electronic)

Signature:     /s/Angela L. Campbell

Date:     December 31, 2020