**Lauren Regan**, *Pro Hac Vice*
lregan@cldc.org
CIVIL LIBERTIES DEFENSE CENTER
1430 Willamette St. #359
Eugene, OR 97401
Ph: (541) 687-9180
Fax: (541) 804-7391

Of Attorneys for Ruby Montoya

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF IOWA)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>RUBY MONTOYA,<br><br>      Defendant. | Criminal No. 4:19-CR-00172 RGE HCA-2<br><br>MOTION TO WITHDRAW AS PRO HAC VICE DEFENSE COUNSEL |

COMES NOW, attorney Lauren Regan who hereby motions this court to withdraw as

Ruby Montoya's counsel in the above-referenced case. Angela Campbell will continue as Ruby

Montoya's counsel of record.

Wherefore, the undersigned respectfully moves this Court for an Order allowing her to

withdraw as *pro hac vice* counsel for Ruby Montoya.

DATED January 4, 2021.

Respectfully submitted,

*/s/ Lauren C. Regan (electronic signature)*
CIVIL LIBERTIES DEFENSE CENTER

MOTION TO WITHDRAW –1

LAUREN REGAN, Pro Hac Vice
(541) 687-9180
Of Attorneys for Defendant Ruby Montoya

**PROOF OF SERVICE**

The undersigned hereby certifies that this motion was electronically filed with the Clerk

of Court using the CM/ECF system; and I further certify that a true copy of the foregoing

instrument was served upon each of the attorneys of record, or the parties if unrepresented, at

their respective addresses disclosed on the pleadings.


By:      _____ U.S. Mail              _____ Fax

          _____ Courthouse Mail      _____ Hand delivered

          _____Certified Mail      x    Other (electronic)


Signature:     /s/ *Lauren C. Regan*


Date:          January 4, 2021


MOTION TO WITHDRAW –2

Civil Liberties Defense Center
1430 Willamette St. #359• Eugene, OR 97401
(541) 687-9180