

GOVERNMENT EXHIBIT
8
4:19-cr-172



GOVERNMENT
EXHIBIT
9
4:19-cr-172

