





GOVERNMENT EXHIBIT
13
4:19-cr-172