




GOVERNMENT EXHIBIT
24
4:19-cr-172