

GOVERNMENT EXHIBIT
**25**
4:19-cr-172



GOVERNMENT EXHIBIT
26
4:19-cr-172