





GOVERNMENT EXHIBIT
29
4:19-cr-172