









GOVERNMENT
EXHIBIT
**34**
4:19-cr-172