

GOVERNMENT EXHIBIT
38
4:19-cr-172



GOVERNMENT EXHIBIT
39
4:19-cr-172



GOVERNMENT EXHIBIT
40
4:19-cr-172