

GOVERNMENT
EXHIBIT

41

4:19-cr-172



GOVERNMENT
EXHIBIT

42

4:19-cr-172

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT

43

4:19-cr-172

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT

44

4:19-cr-172



72°F 04/09/2017 10:31PM IA 460

GOVERNMENT
EXHIBIT

45

4:19-cr-172

PENGAD 800-631-6989