

GOVERNMENT EXHIBIT
46
4:19-cr-172



