



GOVERNMENT
EXHIBIT
50
4:19-cr-172