
GOVERNMENT EXHIBIT
53
4:19-cr-172



**GOVERNMENT EXHIBIT**

**54**

**4:19-cr-172**