







DAPL Dakota Access Pipeline — ① 9/24 18:00PM
is somebody, remember
for the rest of our lives
b/c we either stopped it
or we didn't...
shut it down
→ right side to help

or
if it breaks
if it breaks     45 yrs old
             united th.D



GOVERNMENT
EXHIBIT
59
4:19-cr-172







