## United States District Court for the Southern District of Iowa

Presiding: Honorable Rebecca Goodgame Ebinger

Case No. 4:19-cr-00172-RGE-HCA-2 : Clerk's Court Minutes – Status Conference

| Plaintiff(s) | Defendant(s) |
|---|---|
| UNITED STATES OF AMERICA | RUBY KATHERINE MONTOYA |

Plaintiff(s) Counsel: Jason Griess

Defendant(s) Counsel: Angela Campbell

Court Reporter: Chelsey Wheeler   :   Interpreter: N/A

| Motion(s) for Ruling: | Ruling | / | Ruling Reserved |
|---|---|---|---|
| Def.'s Sealed Mot. Continue, ECF No. 158 | GRANTED | : | |
| Mot. Appear Pro Hac Vice, ECF No. 159 | DENIED | : | |

Proceedings:

Counsel for parties appear. Defendant appears. Court discusses procedural history of the matter. Defense counsel addresses Court regarding pending motions. Court inquires as to the circumstances surrounding Daphne Silverman's request to appear pro hac vice. Defense counsel argues in support of motion to continue sentencing. Government does not resist. Court proceeds under seal. Court addresses parties in open court. Court grants sealed motion to continue sentencing. Sentencing will be reset for September 1, 2021 at 9:00 a.m. Court denies Daphne Silverman's Motion to Appear Pro Hac Vice. Court directs counsel to provide documentation regarding qualifications of providers whose reports are filed ECF Nos. 146-1 and 146-2.

Time Start: 9:13 a.m.
Time End:  9:43 a.m.
Date: July 30, 2021

/s/ Shai D. Gonzales
_____
Deputy Clerk