IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | )<br>)<br>) | Criminal No. 4:19-CR-00172 |
| vs. | )<br>)<br>)<br>) | MOTION TO WITHDRAW<br>AS COUNSEL |
| RUBY MONTOYA,<br>    Defendant. | )<br>) | |

COMES NOW, undersigned counsel and hereby moves to be allowed to withdraw as counsel in this matter. In support of this motion, undersigned counsel states:

1. Undersigned counsel was appointed to represent the defendant on October 29, 2019.

2. The defendant has now retained Daphne Silverman to represent her in this matter.

3. Undersigned counsel understands that Ms. Silverman and Ms. Montoya intend to file a motion to withdraw Ms. Montoya's plea as a result, in part, of the conclusions from a forensic psychological evaluation conducted on the defendant on August 16, 2021. The report from this evaluation was received by the undersigned on August 25, 2021.

4. A necessary part of the motion to withdraw Ms. Montoya's plea is the argument that undersigned counsel was ineffective in failing to investigate the possibility of a mental health defense for Ms. Montoya prior to the entry of her plea.

5. Undersigned counsel believes it would be a conflict of interest for her to continue to represent Ms. Montoya while her arguments in the motion to withdraw her plea are adjudicated.

6. Counsel has conferred with Jason Griess, counsel for the United States, and Mr. Griess has indicated that he takes no position on this motion to withdraw as counsel.

7. Ms. Silverman has provided counsel with a motion to substitute counsel and motion to

1

2

reconsider her request to be admitted pro hac vice, which undersigned counsel will file on behalf of the defendant and Ms. Silverman.

WHEREFORE, counsel requests an order allowing her to withdraw as counsel for Ruby Montoya in this case.

    **/s/Angela L. Campbell**
Angela L. Campbell AT# 0009086
DICKEY, CAMPBELL, & SAHAG LAW FIRM, P.L.C.
301 E. Walnut St., Suite 1
Des Moines, Iowa 50309
PHONE: 515.288.5008
FAX: 515.288.5010
E-MAIL: angela@iowajustice.com

PROOF OF SERVICE
The undersigned hereby certifies that a true copy of the foregoing instrument was served upon each of the attorneys of record, or the parties if unrepresented, at their respective addresses disclosed on the pleadings.

By:  _____ U.S. Mail          _____ Fax
     _____ Courthouse Mail    _____ Hand delivered
     _____ Certified Mail      __x__ Other (electronic)

Signature:  /s/Angela L. Campbell

Date:  August 25, 2021