## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

---

UNITED STATES OF AMERICA
      Plaintiff,               Criminal No. 4:19-CR-00172

vs.

RUBY MONTOYA,
      Defendant.


## ORDER ON DEFENDANT MONTOYA'S MOTION TO WITHDRAW PLEA OF GUILTY

On the _____day of _____, 2021, came on to be considered the above

and foregoing Motion to Withdraw Plea of Guilty.  After consideration of the motion, it

is hereby:

_____ GRANTED,


_____ DENIED


Signed on _____, 2021.


_____
JUDGE PRESIDING