*Exhibit I*

**Paul wyant kahn, lcsw, dcsW**
Clinical Social Worker. Registered Clinical Social Work Supervisor

201-616-9263
GA License: CSW007658
New York License: R-079976-1
Arizona License: 17112
NPI: 1194022293
Certified Social Work Supervisor, NY, AZ.

**American Red Cross: Georgia Division**

**Disaster Mental Health Specialist**

August 9 to August 15, 2021: One of two Disaster Mental Health Specialists on call for the entire State of Georgia working with individuals traumatized through natural disasters.

October 2018: Deployed for two weeks to the Florida Panhandle to provide Disaster Mental Health Services.

August 2017: Deployed for two weeks to Southeast Texas on the Gulf to provide Disaster Mental Health Services.

**Living Process Counseling Services**

**Private Psychotherapy Practice**

1994 to present.

**Zen Garland Bereavement Center for Child Death**

Director

*2015 to present.*

**FEDERATED EMPLOMENT AND GUIDANCE SERVICES, FEGS**

**Behavioral Health Project Manager**: Bronx Region

*March 3, 2014 to November, 2014 (The organization went bankrupt)*

**COMMUNITY CARE BEHAVIORAL HEALTH, Morris Plains, NJ**

**Director:** Partial Care Program for chronically mentally ill adults.

*May 2004 – June 2008*

**NEW JERSEY STATE DEPT. OF HEATH & HUMAN SERVICES**

**Dept. of Mental Health Panel on Standards of Treatment for Co-occurring Conditions**

*June 2008 – September 2008*

**ST. JOSEPH'S REGIONAL MEDICAL CENTER, Paterson, NJ**

**Program Director** (Directed 3 programs simultaneously)

Starlight Adult MICA Program

Esperanza Spanish Language MICA Progra
Family Preservation Service
*October 1998 – July 2003*

**BERGEN REGIONAL MEDICAL CENTER, Paramus, NJ**
(Held 3 positions simultaneously)
Supervisor:  Department of Psychiatric Social Work
Coordinator:  Alcohol and Drug Treatment Services
Program Director:  MICA IOP
*January 1996 – October 1998*

**RAMAPO RIDGE PSYCHIATRIC HOSPITAL, Wyckoff, NJ**
**Director: Department of Social Services** *October 1993 – January 1996*

**FORDHAM TREMONT DAY PROGRAM, Bronx, NY**
**Assistant Director** *October 1991-October 1993*

**NATIONAL RECOVERY INSTITUTES, New York, NY**
**Assistant Program Director** *July 1990 – October 1991*

**BRONX MUNICIPAL HOSPITAL HIV CENTER, Bronx, NY**
**Psychotherapist** *September 1988 – June 1989*

**THE BRONX CENTER FOR COMMUNITY SERVICES, Bronx, NY**
**Psychotherapist:** *February 1986 – July 1989*

**NEW YORK HOSPITAL, PAYNE WHITNEY PSYCHIATRIC CLINIC, New York, NY**
**Mental Health Worker:**  *January 1984-April 1985*

**RECENT CONFERENCE PRESENTATION**
**International Focusing Institute**
**Focusing Oriented Therapy Conference**
**October 21-25, 2020**
"When Parts are Wholes, and the Whole is Apart: Treating Dissociative Disorder Patients with Severe Trauma."

**EDUCATION & CREDENTIALS**
- Licensed in Georgia: CSW007658
- Arizona AZBBHE Certified Social Work Clinical Supervisor
- Arizona AZBBHE Licensed Clinical Social Worker
- DCSW (NASW Diplomate in Clinical Social Work)
- New York State Registered Clinical Social Worker
- ACSW (Academy of Certified Social Workers)
- Cognitive Behavioral Training, St. Barnabas Hospital, Department of Psychiatry
- Certified in Psychoanalytic Psychotherapy by the Institute for Psychoanalysis and Psychotherapy of New Jersey

- Masters of Social Work, Hunter School of Social Work, May 29, 1990
- Bachelor of Arts, Ohio University, August, 1970