*Exhibit J*

**I. Tucker Brown, Ph.D., LP**
180 Grey Mountain Drive
Sedona, AZ 86336
928-295-5243
AZ License: LPC-18667

July 20, 2021

Ruby Katherine Montoya
870 Lee Mountain Road
Sedona, AZ 86351
949-306-0644
DOB: 03/09/1990

To Whom It May Concern:

I submit this letter, on behalf of Ms. Montoya, to corroborate the findings of Paul Kahn's treatment report as well as to convey my own experience of Ruby, whom I first met two years ago and since then have come to know intimately. In addition to offering my professional understanding and assessment of the impact of the traumas she has endured, I also want to express my deep affection for her character and integrity.

I met Ruby in the summer of 2019. She and my wife were teaching at the same school, formed a close bond, and by virtue of their relationship, I developed with her one of my own. We shared, and still share, many of the same values, desires, and aspirations. Our childhoods also were similar. Like Ruby, I grew up amid violence, abuse, and neglect, though not to the extent and severity she experienced. We generally talked openly about our lives, but I noticed that when it came to certain subjects, Ruby would shy away or deflect. Her manner of speaking would become incongruent with the subject matter. She seemed to "drift away."

At first, not knowing the full extent of her traumatic past, I did not make much of these instances, during which she seemed to withdraw from her surroundings. Eventually, as we grew closer, and specifically following her arrest in the late fall of 2019, it became clearer to me that she was suffering from episodic dissociation, where, when confronted with a traumatic memory or a present moment situation that evoked a felt-sense of impending harm, Ruby, psychologically speaking, would vacate her immediate reality, seeking safety in a derealized state of consciousness. The hardship of this psychological defense against trauma, especially early childhood trauma, landed heavily on me because I also was keenly aware of her talents as a teacher, her respect in the community, and her dreams of continuing her career as an educational leader.

Indeed, Ruby's psychological struggles and gifts are inextricably intertwined. Because of her traumatic upbringing, she's vulnerable to the kind of coercive influences that led to her

participation in actions against the Dakota Access Pipeline (DAP). Ms. Montoya also embodies a profoundly subtle and skillful reverence for life, particularly for the most fragile among us. I have witnessed directly her work as a teacher and would assert emphatically that her capacity to nurture children is remarkable, precisely what she lacked in her own childhood.

The chasm between these two fundamental dimensions of her personality—on the one hand, an empowered and empowering educator, and on the other, a victim/survivor of psychologically devastating emotional, physical, sexual and relational abuse—is painfully evidenced by her chronic experience of dissociation and her life-long, maladaptive pattern of seeking refuge in the company of others whose psychological instability only subjects her to further self-harm and manipulation.

People who suffer from early childhood trauma develop a kind of self-care system that functions as a form of protection against psychological annihilation. It is implemented pre-cognitively and works well, initially, to keep a child psychologically whole. The symptomatic expressions of post-traumatic stress seen in adults, such as dissociation and derealization, often appear in children as a kind of self-soothing fantasying. The imagination is harnessed as a salvific force. However, as the child-victim of trauma matures, this pre-cognitive protective mechanism begins to create its own suffering, no longer protecting, but now persecuting the developing adolescent. Often, adult victims/survivors of early childhood trauma unconsciously seek out relationships and situations, which, while on the surface appear to offer the promise of the nurturing qualities absent in their upbringing, instead mirror their traumatic past.

The intent of this organismic psychological defense response, generally unconscious, is to draw on the skills, cognitive awareness, and personal agency adult victims/survivors lacked as children to "work through" their suffering. But rarely are they able to do so, outside of some form of therapy, because the people they find themselves with in this tragic re-dramatization of the traumatic past almost always are personologically unstable and characterologically akin to those who perpetrated the abuse in their upbringing. Whereas the competent psychotherapist is able to offer the healing relational and emotional experiencing the adult victim/survivor unconsciously seeks, the unfit surrogates of this sacred role all-too-often use their position of psychological power to exploit the victim/survivor in service of their personal ends.

I mention all this to reinforce the paradoxical and confounding nature of victims/survivors of early childhood trauma. In some areas of their lives, such people can be extremely well-adapted, competent, successful, and impressive. However, in other ways, they also can be subject to people and situations that might negate their inner integrity, authority and moral judgment and accordingly lead them to disastrous and tragic consequences. I have no doubt, based on my professional background and personal experience of Ruby Montoya, that such is the case with her. In a psychologically sane and safe environment, she thrives. And yet, given the extent and severity of her early childhood trauma, where and when she's coerced into an unhealthy relationship or group setting, her psychological defenses activate in such a way that she's not fully conscious of herself and her surroundings; she dissociates to avoid psychological annihilation and thus becomes vulnerable to further abuse.

I've come to believe that Ruby experiences a psychological fracture of sorts, in which the pervasive and sustained abuses she experienced in childhood—thoroughly discussed in Mr. Kahn's report—have profoundly harmed her, specifically her ability to reliably seek out affirming environments and relationships that would honor her inner integrity and moral authority. This "fracture" manifests as depression, anxiety, episodes of self-loathing, derealization, and a maladaptively dependent personological style. Perniciously, it has made her vulnerable to certain kinds of people, like some of those she met in the Catholic Worker Movement, whose psychological instability caused her to sacrifice her own well-being and personal agency for the sake of their interests and motivations, even to the point of catastrophic personal harm.

I speak from personal experience when I reference the Catholic Worker Community, because I know it well. I've been directly and peripherally involved with various Catholic Worker Houses for over 20 years. I once lived in and directed one and worked intimately with several prominent figures in the Movement. I'm well aware of the Movement's core principles, shared by all of its affiliated communities: a devotion of service to the materially poor; a commitment to live simply and share a "life together"; a willingness to take certain risks so that the most fragile in our society don't have to live at risk every moment of their lives. I also recognize that there's a great diversity of views and practices among Catholic Workers, including spirited, even intensely heated disagreement concerning how to meet common values and aims.

The Catholic Worker House I was a part of has always been fiercely committed to social justice and coordinating direct actions to address inequities through nonviolent means. The founders always and consistently disagreed with any destructive and violent methods employed in the cause of justice-seeking and peace-making. Further, they routinely took issue with and vigorously confronted other Catholic Worker Communities that engaged in such practices.

I was living in community at the time of the Dakota Access Pipeline protests. I did not know Ruby then and I did not know of her participation in property destruction. But our community did discuss the role of the DeMoines Catholic Worker. The "elders" and "mentors" of our house, Catholic sisters who had been involved in social justice work for over 50 years, expressed deep concern about the culture, aims, and practices of the DeMoines Workers. They knew the members well, particularly the leaders and long-standing residents, and spoke openly about how they often lacked moral clarity in the discernment of their civil resistance; how they tended to coerce vulnerable persons into actions for which they were not psychologically prepared; how they used their prominence in the peacemaking community to exert power over others and lure impressionable and unstable persons into their cause; how their methods of protest were increasingly erratic, inappropriately radical, and incongruent with the core values of the Catholic Worker Movement. In short, they didn't trust the DeMoines Catholic Worker and were absolutely heartbroken when they learned that several of the house's members had participated in property destruction against the Dakota Access Pipeline.

I offer this backstory to provide context for what, to me, was a tragic coupling: A well-intentioned but psychologically impaired young woman was drawn into an unstable, coercive community, whose core members exploited her fragility and psychological fragmentation for the sake of pursuing their own ends, catastrophically impacting her life.

Never before had Ruby engaged in any form of destructive civil resistance. Never before had she been arrested or participated in property damage, criminal behavior, or caused any kind of violent harm. Never before. The single thread throughout her life had been seeking refuge in situations and settings that might promise her what she lacked in her childhood: warmth, stability, safety, unconditional love. She wasn't always met with these qualities in the people and circumstances she encountered. She'd hoped the DeMoines Catholic Worker would be different. The tradition and practices of the wider Movement suggested it would. Tragically, it wasn't and now her unwitting entanglement with that community and certain of its members threatens to derail her entire life on account of her participation in actions for which she was undoubtedly too psychologically compromised to understand, appreciate and discern the consequences.

I assert this as an experienced mental health professional; as an activist with intimate knowledge of the core principles of the Catholic Worker Movement, including its many communities and the divergences of belief among them; as Ruby's close friend; and as a victim/survivor of early childhood trauma myself, painfully aware of its crippling symptomatic expressions, the unconscious self-sabotage characteristic of the hellscape endured on the way to healing.

As our scientific understanding of trauma evolves, our society is becoming increasingly gentle and forgiving of those who suffer from it, especially chronically. Victims/survivors of trauma, in their struggles to find healing, integration and wholeness in their lives, often act in ways against their integrity, their moral compass, their own sense of what's best for them, because it's precisely this sacred core that was harmed, if not annihilated, in the abuse they experienced. They may regret some of their actions, but our scientific and psychological research compels us to be compassionate, for victims/survivors of trauma often aren't conscious, not only of their conduct—but more fundamentally, in states of dissociation, for instance—of their consciousness generally. And dissociation, including its related forms of depersonalization and derealization, can last, episodically, for days, weeks, months. It can become one's way of being in the world.

In the years preceding Ruby's involvement with the DeMoines Catholic Worker, in spite of tremendous psychological struggle, in many ways she excelled. Through grit, inner resilience, values and moral clarity, resolve. In the years following her participation in actions against the Dakota Access Pipeline, Ruby was blooming into a child educator, loved by her students, and revered by their parents. Her brief involvement in civil resistance, coerced by a community known to exploit the psychological vulnerabilities of its members, is reflective, not of her core personhood, but rather of her deeply imbedded traumatic past and the debilitating psychological defenses activated to prevent total psychological annihilation.

I'm not a legal professional, but a healer. Still, I believe our disciplines hold in common the values of making society, as well as individuals, whole, through transparency, accountability, and the restoration of trust and justice. What's needed in this case, it seems to me, isn't restitution, but rehabilitation. Prosecuting Ms. Montoya for a crime will not make anybody whole, least of all her. If the ultimate aim, in any circumstance where harm has occurred, is the restoration of justice, let the justice in this instance be an acknowledgement of her psychological condition—while growing up, at the time of her involvement with the DeMoines Catholic Work,

in the years since—and let their be a legal remedy offered that allows for a path of healing and not unwarranted consequence that would destroy a life so beautiful and promising.

It's my unequivocal recommendation that Ruby Katherine Montoya undergo a thorough psychological evaluation to validate the issues raised in both Paul Kahn's treatment report and this letter. Please do not hesitate to contact me if I can be of further service in her case.

In Gratitude,

Dr. I. Tucker Brown, LPC