# *Exhibit K*  TUCKER BROWN, PHD, LPC

180 GREY MOUNTAIN DRIVE • SEDONA, AZ • 86336 • itbrown717@gmail.com

## EDUCATION

**Loyola University Maryland**; Baltimore, MD; M.S. Fall 2010; Ph.D. Spring 2012
*Counselor Education and Supervision / Pastoral Counseling (CACREP accredited; interdisciplinary program integrating psychology with spirituality and religion)*

- Dissertation: Re-Visioning Rites of Passage in Postmodernity: A Phenomenological Study of the Psychospiritual Themes in the Coming of Age Experiences of Men in an American Sample
- Recipient of the Barry K. Estadt Medal, Departmental Honor in Pastoral Counseling (2012)
- Awarded Highest Honors on Doctoral Qualifying Examinations (2011)
- Inducted into Alpha Sigma Nu, Jesuit Honors Society (2010)

**Postgraduate**; Minnesota Seminar in Jungian Studies; September 2018 – May 2019
*Advanced Studies in Jungian Psychoanalysis and Analytical Psychology*

**Postgraduate**; C. G. Jung Institute of Santa Fe; September 2013 – May 2014
*Advanced Studies in Jungian Psychoanalysis and Analytical Psychology*

**St. Mary's College of Maryland**; St. Mary's City, MD; B.A. 2002
*Majors: Philosophy and German (concentrations in phenomenology, Buddhism, and modern German literature)*

- Magna Cum Laude
- Recipient of the William James Award, Departmental Honor in Philosophy (2002)
- Recipient of the German Book Prize, Departmental Honor in International Languages (2002)

**Universität Heidlelberg**; Heidelberg, Germany; 2000 – 2001
*Studies in Philosophy, German, and Aesthetics*

## CLINICAL EXPERIENCE

**Private Practice**; OR, MD & AZ; December 2015 – Present
*Licensed Professional Counselor*

- Independent counseling practice focusing on individual, long-term psychotherapy.
- Counseling concentrations: adult integration of early childhood and developmental trauma; substance abuse and recovery; masculinities and gender identity; sexual orientation; phase of life issues; spirituality and religion; fatherhood and parenting; career discernment; rites of passage.
- Theoretical orientations: person-centered with emotional focusing; depth and Jungian psychologies; spiritually integrated psychotherapy; mindfulness-based and CBT approaches informed by the Zen Buddhist tradition.

**Hopi Behavioral Health Services**; Second Mesa, AZ; December 2020 – Present
*Mental Health Therapist*

- Mental health clinician serving the Hopi Tribe and its affiliated villages.
- Clinical work encompasses individual, family and group counseling, including children, adolescents, adults, and elders.
- Program development and outreach in the community on substance abuse and recovery, sexual identity, suicide prevention and intervention, and sober living.
- On call crisis response and clinical evaluation for psychiatric placement for the Hopi Health Care Center Emergency Department.

**Eastern Oregon University**; La Grande, OR; August 2014 – December 2015
*Clinical Counselor – Student Health and Counseling Center*

- Practiced individual, couples/marital, and group psychotherapy.
- Founded and facilitated Mindfulness and Men's Support Groups.
- Appointed by VP of Student Services to lead staff development for the division.
- Supervised graduate counseling students, conducted workshops for faculty and staff, facilitated residence life training, and served on institutional committees.
- Served as a consultant for the Diversity Committee and co-founded Racial Justice Group of Eastern Oregon.
- Provided crisis intervention in situations of sexual assault and suicidal risk.

**Loyola University Maryland**; Baltimore, MD; 2008 – 2011
*Clinical Intern & Licensed Graduate Professional Counselor*

- Practiced supervised individual, family, and group counseling.
- Clinical placements included a residential transitional living facility for homeless men, a university counseling center, and a community wellness practice.

## TEACHING EXPERIENCE

**Loyola University Maryland**; Baltimore, MD; May 2017 – July 2018
*Visiting Assistant Professor*

- Fulltime teaching appointment in the Clinical Mental Health Counseling Program.
- Doctoral courses of instruction: Clinical and Research Approaches to Psychospiritual Integration; Qualitative Research Methods I & II; Quantitative Research Methods.
- Master's courses of instruction: Diversity Issues in Counseling; Career Counseling; Psychological and Spiritual Integration Seminar.
- Mentored doctoral students and served on dissertation committees.

**Northern New Mexico College**; Española, NM; August 2013 – May 2014
*Assistant Professor of Psychology – Department of Humanities and Social Sciences*

- Taught courses in the Philosophical Foundations of Psychology, Jungian Analysis, Buddhism, Substance Abuse Counseling, Psychology of Religion and Spirituality, Research Methods, and Humanities.
- Served on institutional committees
- Co-founded a multi-faith club, a group for Vets, and a literary journal.
- Coordinated the psychology concentration for the Bachelor of Arts in Interdisciplinary Studies as well as the Associate of Arts degrees in Human Services and Substance Abuse Counseling.
- Co-founded *Barrios Unidos*, a local non-profit addressing opioid addiction in Rio Arriba County.

## ADDITIONAL WORK & VOLUNTEER EXPERIENCE

**Jonah House**; Baltimore, MD; December 2015 – June 2018
*Co-Director and Core Community Member*

- Co-director of a non-profit, multi-faith peacemaking community in West Baltimore.
- Coordinated a neighborhood food pantry that served over 150 families.
- Managed a community garden and an 8-acre forest patch.
- Facilitated weekly meditation practice in the Buddhist and contemplative Christian traditions.
- Hosted student groups and interns engaged in social justice and community organizing.
- Maintained a small, private counseling practice.

**St. Luke's Health Care Clinic**; Las Cruces, NM; 2012 – 2013
*Program Coordinator for Mental Health Services – AmeriCorps Member*

- Developed and implemented programming for a community health care clinic.
- Led workshops for patients and clinic staff on addiction, recovery and meditation.
- Helped coordinate Camp Hope, a transitional and self-governing "tent city" for Southern New Mexico's homeless and economic migrants.

**Loyola's Center for Community Service and Justice**; Baltimore, MD; 2011 – 2012
*Graduate Assistant for Service and Spirituality – Loyola University Maryland*

- Facilitated weekly reflections addressing students' service experiences.
- Led encounter groups exploring race, privilege, dis, oppression, and reconciliation.
- Collaborated with philosophy and sociology faculty to offer campus-wide programming on peace and conflict resolution.
- Directed reintegration groups for students returning from studies abroad.
- Led immersion experiences in the spiritual practices of the Quaker, Catholic, Buddhist, Jewish, Pentecostal, and Plowshare traditions.

**Le Moyne College Campus Ministry**; Syracuse, NY; 2005 – 2007
*Campus Minister and Educator for Faith Formation and Social Justice*

- Facilitated multifaith spiritual outreach to the campus community.
- Guided students on emotional, spiritual, academic, and career issues.
- Directed spiritual retreats as well as domestic and international service trips.
- Co-facilitated social justice programs on poverty and homelessness.
- Established an interfaith community prayer room inside the campus chapel.
- Advised the Muslim Student Association and served as a multifaith resident chaplain.

**Jesuit Volunteers International**; Ebeye Islet, Republic of the Marshall Islands; 2003 – 2005
*Teacher*

- Taught a variety of academic subjects to grades 9-12, served as the school's guidance counselor, and coached girls and boys athletic teams.
- Coordinated academic and health programs.
- Served as a school and community liaison between Ebeye and the nearby U.S. military base.
- Recipient of the Fr. Hacker Award for Excellence in Teaching.

**International Program in Holocaust Reconciliation**; U.S., Germany, and Poland; 2001
*Participant*

- Participated in a month long experiential reconciliation program between third generation Jewish and German descendents of Holocaust victims and perpetrators.
- Conducted research at the National Archives.
- Organized and attended vigils at the Ravensbrück and Auschwitz concentration camps.
- Studied and practiced reconciliatory processes.
- Published reflections on the program in a journal documenting intercultural repair and reconciliatory work.

## PUBLICATIONS

Walsh, D. D., Snodgrass, J. L., Stewart-Sicking, J. A., & Brown, I. T. (2021). Addressing religion and spirituality in counseling in rural Iowa. *Journal of Rural Mental Health*.

Brown, I. T., Guri, W., O'Grady, K., Richardson, K.., Tylsova, M., & Walsh, D. (2021). The death of an academic department: Senselosing and sacred loss. *Journal of Catholic Education*.

Brown, I. T. (2018). A world worthy to welcome our children. *Journey*. Scranton, PA: Sisters of IHM.

Garrett, M. T., Williams, C., Curis, R., Brown, I. T., Portman, T. A. A., Grayshield, L., & Parrish, M. (2015). Native Americans and Pastoral Counseling. In E. A. Maynard & J. L. Snodgrass (Eds.), *Understanding Pastoral Counseling*. New York, NY: Springer Press.

Brown, I. T. (2014). Realizing a research ethic of solidarity: The role of the unconscious and an ontology drawn from Zen Buddhist teachings on nonduality. *International Journal of Multiple Research Approaches, 7*, 368–377.

Magyar-Russell, G., Brown, I. T., & Deal, P. (2014). Potential benefits and detriments of religiousness and spirituality to emerging adults. In C. Barry & M. Abo-Zena (Eds.), *Emerging Adults' Religiousness and Spirituality: Meaning-Making in an Age of Transition*. New York: NY. Oxford University Press.

Brown, I. T. (2013). *The trees do bear witness*. 3rd place, Mainstream Literary/Short Story, Southwest Writers 31st annual contest.

Magyar-Russell, G., Brown, I. T., Edara, I., Smith, M. T., Marine, J. E., & Ziegelstein, R. C. (2013). In search of serenity: Religious struggle among patients hospitalized for acute coronary syndrome. *Journal of Religion and Health, 52*.

Brown, I. T., Chen, T., Gehlert, N. C., & Piedmont, R. L. (2012). Age and gender effects on the Assessment of Spirituality and Religious Sentiments (ASPIRES) scale: A cross-sectional analysis. *Psychology of Religion and Spirituality, 5*, 90-98.

## PRESENTATIONS

**Inner Dark: Bearing Witness to Childhood Trauma, Addiction and Recovery,** Presentation given to clinicians in the Hopi Substance Abuse Program (2021).

**Towards Resilience and Wellness,** Interview with KUYI, Hopi Radio (2021).

**Positive Coping in the Pandemic,** Presentation given to parents, staff, and Hopi tribal leaders (2021).

**Transformational Leadership,** Presentation given to pastoral counseling students on visioning and implementing change in community and institutional contexts, Loyola University Maryland (2017).

**The Role of Pastoral Counseling in Serving Underserved Communities,** Panel Presentation given at the 40th Anniversary Celebration of the Pastoral Counseling Department, Loyola University Maryland (2017).

**Soul Work,** Presentation given to student leaders at Eastern Oregon University (2015)

**Mentoring Mentors**, Workshop for the HEP teaching staff and select student graduates of the HEP program at Northern New Mexico College (2014).

**Strategic and Brief Crisis Interventions**, Workshop for the HEP teaching staff at Northern New Mexico College (2014).

**Assisting Students with Unique Learning Abilities**, Presentation given to NNMC's faculty on behalf of the college's chapter of the National Federation of the Blind (2014).

**Conflict Resolution in the Workplace**, Workshop and facilitated dialogue for St. Luke's Health Care Clinic's Medical Staff; Las Cruces, NM (2013).

**Perspectives on Reconciliatory Processes in Cultural Conflict**, Panel presentation given at Loyola University Maryland's Diversity Forum (2012).

**The Value of Ritual Process in Service Immersion among Youth,** Paper Presentation given at the Men and Family Centre; Helensville, New Zealand (2012).

**Re-Visioning Rites of Passage in Post-Modernity**, Presentation given at the American Psychological Association Division 36 Mid-year Conference on Spirituality and Religion (2012). Also presented as a poster presentation at Loyola University Maryland's Celebration of Emerging Scholars (2012).

**Evaluation of Age and Gender Effects on Spirituality Across the Lifespan**, Symposium presentation given at the American Psychological Association Conference (2010). Also presented as a symposium presentation at the American Psychological Association Division 36 Mid-year Conference on Spirituality and Religion (2010).

**Religious Indicators of Resilience Among Patients Hospitalized for Acute Coronary Syndrome**, Symposium presentation given at the American Psychological Association Division 36 Mid-year Conference on Spirituality and Religion (2010). Also presented as a poster presentation at Loyola University Maryland's Celebration of Emerging Scholars (2010).

**CREDO Wellness Profile**, Poster presentation given at Loyola University Maryland's Celebration of Emerging Scholars (2010).

## PROFESSIONAL QUALIFICATIONS

- Licensed Professional Counselor in Arizona, 2020 – Present (LPC-18667)
- National Certified Counselor, 2010 – Present
- Licensed Clinical Professional Counselor in Maryland, 2017 – 2021 (LCPC #LC8342)
- Licensed Professional Counselor in Oregon, 2014 – 2016 (LPC #C3615)
- Licensed Mental Health Counselor in New Mexico, 2013 – 2015 (LMHC #0163141)
- Licensed Graduate Professional Counselor in Maryland 2010 – 2012 (LGPC #LGP3543)
- Member of the American Counseling Association
- Member of the Association for Spiritual, Ethical and Religious Values in Counseling
- Ordained Zen Buddhist priest and teacher