My Name is Kristin Shears and I was Stephen Montoya's third wife and Ruby Montoya's step-mother and I am the mother to Ruby's half-sister Genevieve Montoya who recently turned 17. I was born July 31, 1967 and I will be turning 54 the day after Ruby's sentencing. I make this affidavit based on my personal experiences and knowledge, and what I personally witnessed or learned while living with, and then while married to Ruby's father Stephen Montoya.

Ruby had a very difficult childhood filled with trauma and abuse that I believe has had a huge impact on the adult she is today and has greatly influenced the decisions she made including the actions that brought her to be facing a prison sentence. No child should ever experience what she experienced. The abuse I witnessed was hidden from me until after I married her father and it is what eventually drove me to escape from my marriage. Having to leave Ruby and her sister behind is one of my big regrets. I was able to save myself but the relationship I had developed with my stepdaughters was terminated the day I left, and if Ruby ever showed me kindness while living with her father, she was punished severely for it.

When I first started living with Ruby, I noticed she did not have adequate shoes or clothing which was odd because their father was a lawyer and had a huge wardrobe himself. He blamed this on their mother and explained that clothes he sent over with the girls were never returned. I went out and bought them clothes that fit and were appropriate for the weather. Much later I came to realize that it was pure neglect. Each of Ruby's parents demanded that the other pay for clothes, doctor or dentist appointments, extracurricular activities but while they argued over who should pay nothing was ever done for the girls. Ruby went without many things children have growing up and told me about having to wear her school uniform on the weekends because she had nothing else to wear. I started to take Ruby and her sister to medical exams, dental exams etc. because I was willing to take the time off to take them and to pay for them. When I took Ruby's sister Roslyn to the dentist, she had 13 cavities. When Stephen's mother Susan visited, she told me she worried about how skinny the girls had been on visits before I lived there. Their father would eat out at restaurants for lunch but forget to feed them. Their needs were never being met and from my experience the girls were always an afterthought until there was some purpose they could fulfill. This neglect was physical and emotional. The girls were completely ignored unless they were out in public so that they could be used as a prop to show what a great parent he was, or when they were home as a target for releasing his anger or anxiety upon. Their father always had an elaborate excuse for the neglect I witnessed and always blamed their mother, I finally realized that he was just as culpable if not more so, and that this was just who he was, and he had no real feelings for his children unless they were of some use to him or if he could hold power over them and torture them for his own amusement.

The verbal abuse I personally witnessed started after my marriage. I believe this is because their father knew if he showed me this side of himself, I would never have married him. Before that he would take Ruby on drives or to his office and she would come back with a red face and rush off to her room to hide. Hide is not a good word to use because there were no locks on any of the doors at that house. Even the bathroom door was lacking a lock so their father could enter any room in the house at any time

he felt like it. I forget the excuse he gave me for this but it was something he was going to fix but somehow never got around to. However, the front metal security door did have a lock and it locked from the outside. Their father was the only person who was allowed to have the key to the outside door and often he would lock the security gate and there would be no way to leave the house. Ruby would be locked in that house for days at a time not allowed to leave. Sometimes when I would show up to pick up Genevieve they would be locked inside the house and I would have to wait for their father to finally come home so the door could be opened to release my daughter. Ruby's father always brought up security concerns yet he never seemed concerned about the drugs he left around the house or the loaded guns. Somehow walking two blocks in a nice neighborhood filled with families to the store was dangerous. This was not a security issue as I came to realize. Her father wanted to control every aspect of Ruby's existence. Where she went, what she did in her free time, what she ate, who her friends were had to be "allowed" by her father. If Ruby ever showed any interest in anything it would be dangled in front of her like a carrot to get her to do whatever her father wished, often to only be denied or withheld at the last minute to make Ruby miserable. If she disagreed or did anything that her father disapproved of there would be violent consequences. The verbal abuse was screamed and repeated over and over and over like a mantra designed to destroy any shred of dignity. His verbal abuse started happening so often I lost count and track of everything that was said. When he would arrive home, we would all try to scurry away and stay out of his way. One sentence that her father told her over and over was that she was nothing. This sad lonely teenager would stand quietly with her shoulders bowed while her father would circle around her telling her "You are nothing..." first screaming until his voice was raw and then in a sing song lilting voice making fun of her. He would not stop until he had humiliated her. When he found out the babysitter that he had chosen, over Ruby being watched by her maternal grandmother, had abused Ruby he refused to get her any type of therapy. When I found a suicide letter and discovered she had been cutting herself I was told to hide all the sharp objects in the house but again, no steps were taken to get Ruby help. Family life inside the house was a big secret and it was beaten in to Ruby that the consequences would be dire if she let anyone know the truth of what was happening.

Besides the verbal and mental abuse and neglect there was also physical violence. I know this because my daughter told me about it and described it to me, and Ruby herself told me about the beatings after she came to live with me after turning 18. Her father would always brag that Ruby was so well mannered she never had to be disciplined or spanked. I would always see Ruby's demeanor change when he spoke about this. The day Ruby turned 18, she wrote her dad a goodbye letter and gave it to him and immediately moved out. This letter described the first real beating she got when she was 6 or 7. It is heartbreaking to read that letter. I will include a copy of it. I did find out that the police had visited that house many times. I also learned that Arizona Child Protective Services had been called numerous times. When my former brother-in-law called because of an incident he learned about through his daughter who went to school with Ruby's sister, the CPS case worker informed him Mr. Montoya had a huge case file on him related to child abuse. Yet for as many times as Ruby tried to get help nothing was ever done to help her. If police were called, they sided with Ruby's father after he convincingly lied to them. If someone from CPS visited, their father would manipulate them with some made up story. When he was court ordered to go to anger management therapy, he seduced the therapist and had an affair with her so he could have her lie to say he had completed his therapy and that he was not the

issue. You might wonder why I didn't try harder to alert authorities or the court. I did try but I was never believed. I was an ex-wife so my story was never listened to, and when I went to my lawyer to find out what could be done, I was told that I would be accused of parental alienation and I would lose my parenting time with my daughter, so I remained quiet to try to protect her.

When I found out about ACEs, Adverse Childhood Experiences, I learned about how traumatic experiences that occur in childhood often correlate with challenges later in life including health issues and mental health issues. My daughter has a score of 7/10 and I believe Ruby would have a score of 10/10. All of Stephen's children have been adversely impacted by his behavior and by being exposed to his abuse. Ruby's mental health always seemed perilous to me and I often feared she would take her own life. She was filled with anger and rage, but because her sister Roslyn was unraveling for years before her schizophrenia diagnosis, Ruby just didn't garner the attention Roslyn did. I am very saddened but not surprised by the events that came to pass. Bessel A. van der Kolk writes in The Body Keeps the Score: Brain, Mind, And Body in The Healing of Trauma, "As long as you keep secrets and suppress information, you are fundamentally at war with yourself." Ruby has been at war with herself since I have known her and I feel like her actions were an expression of this, and the destruction she caused happened when that war was finally directed outward.

Kristin Shears
July 28, 2021

the fact that I feel more comfortable writing a letter than talking to you in person or on the phones. You've bullied me around all of my life, never letting me get my two cents in because you never valued it, or maybe it was because you just didn't want to hear some truth. I don't really care that I didn't spin my leaving to your liking by saying I would be saving you so much money and all the rest of it, a few people suggested it, but I no longer care how you feel -- I'm sure you'll be able to twist it into something that you can make yourself continue to believe that you have and continue to be a good father, do as you please, I no longer care enough to wish to correct you. But I still feel that I should give you some type of idea how things actually are, so you don't continue your antics with any of your other children. Firstly, you must understand that it is not about you, you are not the one to ever come first, it is your children, above and beyond everything, and that's never been the case with you. As a parent, your children should be your number one priority and they aren't. You view them as possessions, and treat them as such. You have wronged me in so many ways, maybe the one that is the greatest is that you refuse to come into reality and have this great delusion of being a good father. If you were what you claimed to be, none of this would be happening right now. I'm not "exaggerating" or "blowing this out of proportion" or whatever else you would say when you would abuse me. You have never done "the best you can" -- you have done the bare minimum, at best. You believe by having stuck around and not abandoning your children, your responsibility ends at that and you are deserved an award, it's not true (I often believe that things would have been better if you would have just left). I'll try to relate how none of your perceptions are accurate by relating it in your terms: money. You buy anything and everything that you remotely desire, yet when it comes to your children, all we do is "take take take," we are "leeches" whenever you are required to pay up for anything, child support, school tuition, or clothes. Though I could admit that you have made slight progress with the clothing area, because as a child I had to wear my school uniforms on weekends because you would never buy me clothing, and now if I'm at the point of needing clothes, you'll buy them, but not without complaining about it. I try to think back to as early as I can and I cannot remember one time where I wanted to see you, missed you, and most importantly didn't fear you. Since your parenting ethics are so warped, I should spell everything out clearly for you. A child should not live in constant fear of their parent. Any respect or love you think you have from your children, well it does not exist, translate those feelings you think they harbor for you into fear. Go ahead and ask to be validated, "I'm a good dad, aren't I?" The responses are, and will continue to be, never out of genuine truth or love; it is solely out of fear. You're narcissistic and controlling. Anything you've ever done, whether it be for your children or in your practice, has always been to serve yourself and your ego, never simply because it is the right thing to do. As I've stated, your children are merely possessions to you. Time and time again, I've seen you yell, scream, abuse one of us, and the next second we are out in public you would brag about one of our accomplishments (none of which you've worked for) to a friend, and it wasn't because you were actually proud of anything but yourself. You love to paint this perfect portrait of yourself that depicts a hardworking, single, loving father just so you can sleep with women. Which is a disgusting attribute to have as a human being, but to have it in a father of three girls, well I suppose that just takes the cake. One thing you've taught me, besides that it's okay to lie, is that it is okay to be abused. Nothing is wrong with beating on, choking, slapping, punching your children or being verbally abusive. Now, I'm sure this is also just coming from left field, so I suppose it's my job to refresh your memory. From my recollection, I believe the first time you knocked me around was when I was around 6 or 7, Gabriel had already moved out by then, and I had just gotten off the phone with my grandmother, though I had done nothing wrong, you were furious because I told her I loved her. While screaming at me, you had backed me into a closet and yanked my ears and slapped me around until you finally stormed off. "Oh, you're exaggerating," no, it's more like you're full of shit. You should never ever talk to anyone, especially your own children, that way, nor should you ever lay your hands on anyone. It's pathetic that you only abuse women and children, a real man would never even think of such a thing. Everything that has been horrible in my life, you have had a direct participation in. Me being babysat by Tony and Rosario, that was your choice, instead of going with my grandmother which was the better option regardless because she is family, something which you have zero concept of (look at the way you treat your mother, your brother, it's sickening, yet you treat your father, of all people, with decency). You are the one that put me in that environment and when you find out what really went on, you completely abandon me, you are anything but a dad -- you're a scumbag, and the more I think about you, the more I am sick to my stomach. You are not an admirable man, you are not a good father, or even a decent human being. You owe me a lot of things, you owe each of your children a lot of things, but as far as this child goes, I no longer want anything to do with you. You could get nasty with me, which is fine because I will fight back and you might loose everything by the time it's done. Understand that I have zero attachment to you and you could never possess anything that had value to me. Your money is useless to me, and that's always been your only card. So leave me alone, you can't make up for the past 18 years. Also, know that if one of your 'friends' runs into me, I will not go along with whatever lie you have made up to explain why I have disappeared. And no longer claim me as a dependent on your taxes, I'll be notifying the IRS and I'll cc it to you.