**EXHIBIT M**

July 30, 2021

The Honorable Rebecca Goodgame Ebinger
United States District Court
Southern District of Iowa

Dear Judge Ebinger:

    re:    Ruby Montoya
            United States v.
            4:19-cr-00172

Allow me to introduce myself: My name is Cora Perez, and I first met Stephen Montoya, Ruby's father, in the fall of 1983 when we were both students at Yale Law School. Stephen and I married in August 1986, and I left him in the fall of 1989. (I don't remember the actual dates as they are not good memories.) Our son, Gabriel Montoya, was born on March 3, 1987.

I apologize that this letter is a bit rambling. I am looking back over 36 years, and while many events are crystal clear, I'm not sure of the best way to present them.

Throughout my relationship with Stephen, there was emotional and physical abuse. Stephen was very careful to never "hit" me – he limited his physical abuse to pulling my hair and pushing me. Because I was married in the Catholic Church, I really did not want to divorce Stephen. The last straw came after a particularly ugly fight when, the next morning, I could not find Stephen's gun. I finally realized that Stephen was more a physical danger to me than I wanted to admit.

I have since learned that Stephen's own childhood set him up for failure. He has at least three "ACE's" in his life: his own parent's divorce (and abandonment by his father), his mother's mental illness and suicide attempts (one of which he walked in on – he came home to find his mom with her head in the oven), and his being molested by a friend of his older brother's when he was only 12 (Stephen is "proud" of how early he became sexually active).

I can now see that Stephen coped by becoming an adept liar, a manipulative person, and an over-achiever in school. Stephen has gone through counseling many times. When we were in law school (before we were dating), Stephen proudly shared with me that he had an affair with the psychiatrist that he saw there. Tat the time, I thought that was very unprofessional of the psychiatrist. But I guess that Stephen figured that if he could seduce his psychiatrist, then maybe he wasn't so bad off mentally. After our divorce, Stephen "dated" the counselor he was seeing. I know this because my sister was Stephen's secretary at the time. She

mailed out his payments (even personal ones). She was told to pay a certain person for counseling, and when she asked, "but isn't she your girlfriend," Stephen responded that she was his counselor and his girlfriend. Stephen repeated that pattern years later when he had an affair with the (married) counselor whom he sought for treatment. That poor woman became so distraught when Stephen broke it off that she threatened to drive her car through Stephen's front bedroom. His solution: put huge rocks behind the fence in his front yard to prevent the woman from doing so.

Here is the pattern of our relationship: when we first met (as fellow students), Stephen seemed intelligent but reserved. Many people considered him "weird" because he was so intense. As Stephen and I were some of the few Mexican Americans at Yale, we naturally spent time together, and I was inclined to overlook his eccentricities. As I was dating his friend when we first met, Stephen and I didn't become romantically involved until our second year of law school.

When we were first dating, I remember thinking, "I'm going to marry this man." He was attentive and charming. He was interested and interesting. Somehow, it felt like the sun came out when I was able to get this seemingly reserved and introverted man to smile and laugh.

None of my friends could understand what I saw in Stephen. They saw only the person who was sometimes awkward, often morose, and usually oblivious to other people and their feelings. But he has another side. He has a certain magnetism, a charisma that I have never found with any other person. Early in our relationship, being with him made me feel like I was bright and intelligent and interesting. I felt beautiful and attractive. It's such a cliché, but I thought that all Stephen needed was the "love of a good woman" to unlock the wonderful person that it seemed only I saw.

My friends warned me, "You can't change him." I remember my foolish response, "I don't want to change him, I just want to make him happy."

As our relationship progressed, he slowly exhibited what I now know are the classic signs of the abuser. He began to separate me from my other friends and later my family. He would insult them and talk about how dumb they were. He became jealous of my relationships with other men (even if they were gay). The times when I felt like I was doing everything right and he (and I) were happy became less frequent. I worked harder to achieve them. He became critical of me, not just my looks, but my intellect.

Stephen wanted to get married immediately after law school and start a family right away. I wanted to give him whatever he wanted because then he could finally be happy. If he were secure in our relationship, then he would be happy (or so I told myself). We married three months after Stephen graduated from law school, I was already pregnant.

Marriage didn't make him happy. Yes, there were still good times. I clearly recall his mother coming to visit and remarking, "I haven't seen him so happy since he was a little boy." I lived for those moments. When everything went well and Stephen was happy, I knew that I had been right. All he need was my love.

I hadn't heard the term "co-dependent" when I was in my early 20's. Until Stephen, I never had been a co-dependent person. But being with Stephen was remarkable. It was as if I were a dog that had been trained through a mix of positive and negative re-enforcement. When I did exactly what he wanted, then sometimes, he would be happy, and everyone would be happy. When he wasn't happy, then nothing I could do was right. He yelled, he pushed, he knocked me to the floor (even when I was pregnant). By the end, I was convinced that no-one would ever love me except Stephen. I was convinced that all of our problems were my own fault. If only I could do more, love him better, be smarter, **something**, then he would happy.

It took me years to realize that I wasn't responsible for or even the cause of Stephen's happiness or unhappiness. But I couldn't see that until I left. (And I didn't leave until I finally realized that Stephen could use the gun on me.)

In the middle of the relationship, it was as if Stephen were the sun and the rest of us (me, his child, his extended family) were only planets and satellites revolving around him. If we wanted the sun to shine on us, then we had to orient ourselves just the right way so that he would shine on us. This is a horrible way to live. I am ashamed to admit all of the clichés I lived: I really did walk on eggshells around Stephen. I was that stupid woman who stayed with her abuser and made excuse after excuse for him.

The biggest regret in my life was my blindness to Stephen's deficits as a father. When I finally left Stephen, he convinced me that the failure of our marriage was my fault and that often divorced fathers make better fathers because they don't have to deal with their terrible wives. The twin emotions of guilt (for leaving my marriage and creating a "broken family") and hope (that Stephen could be a good dad) kept me blind to just how damaging Stephen was.

Looking back, I transferred my belief that I could "fix" Stephen into a belief that I could foster or fix his relationship with Gabriel. Even though I could not be a good wife, I could be a good co-parent. If I worked hard enough, then Gabriel could have a good relationship with his dad. I set up a schedule for Gabriel to see Stephen every Wednesday evening and every Friday evening until Saturday afternoon. No one is a blind as those who don't want to see. I didn't want to see how terrible Stephen was, so I kept trying to create relationship between him and Gabriel.

To say that Stephen wasn't a warm or nurturing parent is an understatement. For example, when Gabriel was perhaps 3, Stephen told me that Gabriel complained every morning of a stomachache. Stephen's first idea was that I was poisoning Gabriel against him (the opposite was the truth), Stephen wondered if Gabriel needed a psychologist. This went on for a couple of visits. Then, one morning after

Gabriel got back from a visit with Stephen, as I was fixing him his breakfast, I asked Gabriel "does your stomach hurt"? He said, "yes." I told him, "You're hungry. When it's time to eat and your stomach feels this way, it means that you're hungry." **Stephen did not feed my son breakfast**. It never occurred to me that Stephen was so lax as to not regularly feed my son.

Throughout Gabriel's childhood, I would put a halt to visitation, once because Stephen "spanked" Gabriel so hard that his buttocks were black and blue. Other times because Gabriel said that Stephen had hit him or pushed him. But I foolishly believed that Gabriel "needed" his father, even if that father was Stephen. I stubbornly refused to see that I had married a broken person and that nothing I could do would make him a good father.

When Stephen remarried (and re-divorced) and had his two daughters, Ruby and Roslyn, he and Ruby's mom split time 50/50. Stephen hired an undocumented woman to act as a live-in nanny because the poor woman was willing to live half-time with Stephen and half-time with Kim. The woman did not speak English; neither Stephen nor Kim spoke Spanish. Both Gabriel and Ruby knew basic Spanish as they had a baby-sitter who was Spanish speaking (she was my best friend's mom). The problem was that this live-in nanny did not speak to the children **at all**. She was a mother herself, but she didn't see her children during the week (because she needed to work and was living with Steve or Kim). Perhaps as a passive-aggressive gesture, she did not interact with Gabriel or the girls other than to make them food and prevent them from running into the street.

During this time period, Gabriel asked his dad (in all innocence) if his (then) youngest sister Roslyn was retarded because she didn't talk. At the time, Gabriel had cousins Roslyn's age, and they all talked. But Roslyn only grunted and pointed. When I encouraged Gabriel to not give Roslyn what she wanted until she articulated the word "bottle" or "milk" or whatever, Stephen got angry with Gabriel for "being mean" to his little sister. It was clear that the only people actually talking to Roslyn were her siblings, Gabriel and Ruby.

I tried to talk to Stephen about just how awful the babysitter was and how she was delaying Roslyn's language development. Stephen merely reiterated that she was the only person who would agree to stay half-time with him and half-time with Kim. He prized his convenience over his daughter's intellectual growth. I was saddened, but not surprised when Roslyn entered school and was found to be developmentally delayed.

During all this time, Stephen alternated between passive neglect and active hostility to his children, especially Gabriel. At one point, Stephen bought a dog for the kids, some kind of a terrier. It was a highly energetic dog. When Stephen couldn't control it, he tried to drown it – in front of his screaming children. He later told the kids that he was trying to "teach it"; but my son recalls that he dad really deem seem intent on killing the dog.

When Gabriel was around 10 or 11, things with his father got even worse. Stephen would get physical with Gabriel, hitting him and pushing him to the ground. Gabriel just didn't want to see him. Stephen agreed to go to family counseling (because I flied paperwork with the court trying to cut off visitation unless we went to counseling). After a few months of therapy (separate sessions for Stephen, me and Gabriel and some group meetings), the counselor told me that Stephen was toxic. He said that some people are just not meant to be parents and that interaction would not be good for Gabriel. The counselor advised me that I should no longer force Gabriel to see his father if he didn't want to.

Gabriel did continue to see his dad and his sisters sporadically after that. He did love his sisters and wanted to see them. Periodically Stephen would take Gabriel on expensive shopping trips in an attempt to win him over. And, to my shame, my parents and I still encouraged Gabriel to have a relationship with his dad. Even after the counselor told me not to do so, I still pressured Gabriel to see his dad.

At some point, Ruby shared with her father that she had been molested while still a young child by the husband of her first babysitter. I don't think that Stephen ever followed up on that issue. I don't think that Ruby ever received counseling for this trauma.

Everyone – the kids, me, Stephen's mother (with whom I still maintained a relationship) – were overjoyed when Stephen remarried for the third time. Kristen was and is a loving and nurturing person. She was especially good for Ruby and Roslyn who did not have a loving maternal figure in their biological mom. Of course, Stephen couldn't maintain that relationship either. Eventually Kristen had to leave for her safety and the health of her child.

As I'm sure Kristen has already shared with you, Kristen fought for years to eliminate Stephen's visitation with his youngest daughter, Genevieve. Kristen wasn't willfully blind as I was – she knew that interaction with Stephen would and could damage her daughter. Eventually, Stephen agreed to not see her in exchange for Kristen waiving her rights to the back child support that Stephen owed.

My son has not talked to Stephen since May 2009.

When I talked to my son about Ruby and her ill-fated foray into environmental activism, I said that she was probably trying to live up to her father's expectations. Gabriel told me something really sad, "My dad didn't have **any** expectations for the girls." He said that Stephen thought that both of his girls were basically intellectually inferior and that he (Stephen) didn't really respect them.

Ruby is a bright and likeable person. She has learned to present well, to hide the scars left by the molestation when she was small child, the scars left by a neglectful and violent father, the scars left by a mother who seemed more concerned with getting high than with being a mother. Ruby has learned to pretend that all is well so that she won't get in trouble with her father, that she won't get noticed or singled out. (Stephen shared with me that Kim smoked weed when pregnant with

both Ruby and Roslyn. I personally saw Kim and her siblings being "high" when they were around the girls.)

When you see Ruby before you at sentencing, don't be fooled by her seeming poise. Don't let her chronological age lead you to believe that she was "old enough to know better."

Ruby's seeming self-possession is her mask. No matter Ruby's actual age, inside she is a young and confused girl, a girl looking for parent figures, a girl looking for a cause bigger than herself. Ruby found a good cause – environmental justice. Unfortunately, radical elements found in her a girl-child easily led into criminal actions.

The video in which Ruby "admits" her crimes reveals her utter naivete. She thought that she – like the freedom fighters whom her father so revered – was engaged in civil disobedience. She didn't' realize the line between Rosa Parks flouting the law about sitting in the front of the bus and her own actions. It's obvious from that video that Ruby was under the sway of older people, people whom she mistakenly respected.

The mark of a civilized society is that its legal system meets out justice tempered by mercy. You have the opportunity to craft a sentence that is just but also merciful to the misguided young woman before you.

If there is any information that I can provide, please contact me at 480-209-8302 or perez.cora@gmail.com

Sincerely,

Cora Perez.