*Exhibit N*

8/11/2021                                                   Gmail - Ruby Montoya

**M** Gmail                                    Missouri Herbs OFFICIAL <missouriherbs@gmail.com>

**Ruby Montoya**
2 messages

**Missouri Herbs OFFICIAL** <missouriherbs@gmail.com>               Wed, Jul 28, 2021 at 6:50 PM
To: daphnesilverman@gmail.com

Dear Ms. Silverman:

In the summer of 2015 our farm was blessed by Ruby's hard work and dedication. We offered her a permanent spot here. She stayed the summer and made lots of friends.  I believe she also finished her degree.  She arrived with her friend Sarah.

She came back the next year with a woman named Jessica who had a hard edge to her. She worked hard but as soon as things started happening in Standing Rock they left to help out but Ruby was going to come back. She was a school teacher in Colorado but we had hopes that she would live her long term. That was the last I saw of her. I watched Ruby being interviewed and that wasn't the Ruby I knew.  The Ruby I know is passionate about the planet, but she was also passionate about occupying the farm and building space to grow food.

I believe Jessica had a tremendous influence on her to go to Standing Rock and go beyond anything Ruby had ever done.  Jessica was a dominant personality type and I believe influenced Ruby in a negative way.

Jamie Jackson
Owner Missouri Herbs Farm

*Jamie Jackson*

**3 attachments**


**Ruby Aug 2015 saying goodbye for the season.jpg**
47K


**Ruby June 2015 with friends.jpg**
83K

**Ruby June 2015.jpg**
537K





