Exhibit O

My name is Gabriel Montoya. I am Ruby Montoya's older half-brother, with whom I share the same father, Stephen G. Montoya. I am thirty-four years old.

Though we have been estranged for nearly ten years, I know my sister Ruby to be a good and kind person at heart. Her long period of employment as a teacher to small children demonstrates her deep care for others, particularly society's youngest and most vulnerable. Indeed, her fundamental goodness is such that a school in Arizona saw fit to hire her as a teacher even after they were informed of her having been arrested in Iowa for the crimes for which she is presently to be sentenced.

While I have no doubt that Ruby's opposition to the pipeline is genuine, I also believe that her ideological motivations are of secondary importance when compared to the social or psychological factors which led her to participate in this undertaking. I base this belief on the fact that prior to meeting Jessica Reznicek, Ruby had no arrest record and no history of political or environmental activism. Knowing Ruby as I do, I believe that she was manipulated into taking part in this conspiracy by a dedicated and experienced activist, who showed her the love, respect and acceptance she never received from her own family.

No prior history of political activism or criminality
Politics were always a frequent topic of discussion at our father's house. Our father is a prominent civil rights lawyer in Arizona and is quite knowledgeable about both domestic and foreign politics. I myself was the vice-president of the Young Democrats at the high school Ruby and I attended; I ended up studying foreign languages at Georgetown University and have spent most of my adult life in Europe.

Befitting his profession, our father often stressed the importance of the struggle for civil rights during our childhood. He was especially proud of the role he played in defeating English-only legislation; I believe he took the case all the way to the Supreme Court. Though most of his clients were Hispanic and/or women, he had particular regard for black and African civil rights leaders, especially Martin Luther King and Nelson Mandela; I also seem to recall his having a framed picture of Malcolm X at one time, as well as having Alex Haley's *Autobiography of Malcolm X* on his bookshelf.

Ruby, on the other hand, never showed any real interest in politics or civil rights as a teenager or college student, which would seem odd for a purported radical. Indeed, the only politician she ever spoke positively of was Congressman Ron Paul, whose views on individualism, capitalism and environmentalism are diametrically opposed to those of the communitarian and socialist-adjacent Catholic Workers.

So, what turned a relatively apolitical former kindergarten teacher into a dedicated environmental activist?

A childhood of abuse and neglect - from both parents
My father is an intelligent, hardworking and capable man. He can also be very charming. He was raised in a working class, single parent home, yet by dint of his talent and industry graduated from Yale Law and became an accomplished attorney. Though he has no interest in literature, he is also very knowledgeable about art and classical music; indeed, he was a very decent oil painter in his youth.

Sadly, he is also a horrible human being and a serial abuser of women and children. He was thrice married and thrice divorced; I believe that the records indicate that none of his marriages lasted longer than three years. This pattern can be explained by the fact that my father can be very charming when needed, but once the seduction period has ended, and he begins to feel comfortable and confident in the situation, he inevitably loses his temper and lets the mask slip. When this happens, he flies into a rage and loses nearly all control of himself.

During his rages, my father physically and verbally abused me. This happened throughout my childhood and adolescence. Though he never used a closed fist, he struck me with an open hand or with an object more times than I can count. My sisters Ruby and Roslyn both witnessed this; at least Ruby will attest to it.

I cannot recall my father ever hitting Ruby or Roslyn in front of me, though Ruby later told he had. The worst physical abuse I saw with my own eyes was when he would grab them brusquely by the arm and scream in their faces. This I witnessed on innumerable occasions. The typical things children do would trigger this sort of outburst, during which he would turn a deep shade of red and shout horrible things at them at the top of his lungs, mostly that they were stupid. He also took his anger at problems he had with their mother out on them, specifically, the fact that he was obligated to pay child support to her or that he was forced to pay for whichever thing they needed at the time, as their mother had no money. Our supposed lack of gratitude was also a great source of anger to him. During these episodes, he would scream that "[he] didn't have a dad to do X, Y, Z."

As a result of this behavior, my father is permanently estranged from two of his children and has had periods of estrangement with all four. I broke off all contact with him some twelve years ago. My youngest sister, Genevieve, successfully fought to have his visitation rights terminated five or six years ago. From what I understand, he rejected Ruby's offer of reconciliation; I am unsure of what kind of relationship he has with my sister Roslyn.

My youngest sister, Genevieve, and I were able to break from our father due to the fact that we were blessed to have at least one parent who cared about us. Ruby and Roslyn, however, were not so fortunate. For my father's abuse is only one half of the story of Ruby's childhood - the other half of the story is how her mother neglected her and Roslyn and enabled my father's abuse in exchange for money. I believe that this combination of abuse from one parent and neglect from another is why Ruby and Roslyn are so vulnerable to manipulation by toxic people.

I have known Ruby's mother almost all my life, as I was a toddler when my father began seeing her. Though their marriage also ended quickly, they had an on-and-off relationship for several years; on the days that I visited my father, we would even spend the night at her house on occasion. To my knowledge, their relationship ended definitively not long after my sister Roslyn was born. In the years since then, I watched Kim change from a fun, if slightly loopy nurse to an apathetic and slothful pothead-cum-yoga instructor.

In my recollection, Kim was not so abusive as she was indifferent, more interested in yoga and "self-realization" than in work or parenting. That said, while I can never remember her

being a particularly attentive or affectionate parent, as the years passed her apathy and general irresponsibility became more and more pronounced. At some point, she gave up her safe job as a nurse to open a yoga studio, which I understand was not a stable living. Her precarious financial situation was such that she did not object to the abuse my sisters experienced at our father's hands as long as he paid her rent and made the occasional child support payment. I personally attribute Kim's behavior to her marijuana use, though I did not realize this until I was much older and able to recognize the signs.

When I last saw Kim twelve or so years ago, I was struck by her transformation - compared to the woman I knew as a child, she was unrecognizable. When the girls were young, Kim was proud of her good figure and healthy appearance. But as her business failed and her drug use increased, she stopped caring about those things, which likely contributed to the decline of her business. The last time I saw Kim, she appeared dull and distant. She was overweight and did not seem to care about her own life, much less that of her daughters.

Conclusion

Unless I am mistaken, the facts of the case indicate that Ruby and her partner, Jessica Reznicek, took great care to ensure that no one would be harmed by their acts and only sought to damage equipment. Indeed, the government has never proven that anyone was hurt as the result of their actions. Thus, the claim that Ruby is a terrorist or someone who poses a danger to society is implausible.

The abuse and neglect that Ruby suffered in her childhood and adolescence deeply damaged her self-esteem, impaired her judgement and left her seeking affection in the wrong places. Though she should have known better, she forgave both of her parents countless times, but when this didn't turn them into loving parents, she sought love elsewhere. As her loyalty to my father and Kim had cost Ruby her relationships with her former stepmother, her youngest sister and me, she latched onto the people she happened to meet in the Catholic Workers Movement and transferred her loyalty to them.

As stated above, Jessica is an experienced activist who has participated in protests ranging from New York's Occupy Movement to the Palestinian territories. Jessica also has a long arrest record and was sentenced to jail time at least once for property destruction, which suggests that the damage they committed was Jessica's idea.

I can only wonder how my sister's life would have turned out had she never met Jessica.

*Gabriel Montoya*
*August 15, 2021*