*Exhibit Q*
# CURRICULUM VITAE

## CASEY O'NEAL, Ph.D.

4310 Medical Parkway, Suite 101
Austin, TX 78756
(512) 294-5444 – phone
coneal@drcaseyoneal.com

## Education

**Ph.D.**   Educational Psychology, University of Texas at Austin (2006)
**M.A.**   Educational Psychology, University of Texas at Austin (2003)
**B.A.**   Psychology, Liberal Arts Honors, University of Texas at Austin (2000)

## Professional Credentials

2009 - Licensed Sex Offender Treatment Provider with Supervisor status, No. 99178
2009 – Licensed Specialist in School Psychology, No. 35228
2008 - Licensed as a Psychologist in the State of Texas with HSP status, No. 33694
2008 – Health Service Provider, No. 52258

## Memberships and Associations

Association for the Treatment of Sexual Abusers (ATSA)
Texas Association for the Treatment of Sexual Abusers – (Treasurer, March 2014 – Present)
Society for Personality Assessment
APA Division 56, Trauma Psychology

## Professional Experience

| | | |
|---|---|---|
| 2015 to Present | Hill Country Counseling | Director of IOP |
| 2006 to Present | Private Practice | Psychologist |
| 2005 to 2010 | 4M Youth Services, Inc. | Training Director |

**Private Practice**                                                                                      **August 2006 - Present**

I have a clinical and forensic psychology practice working with adolescents and adults. Many of the clients with whom I work are involved in criminal, civil or administrative matters.  My private practice includes the following services:

- **Forensic Assessment** – I routinely conduct forensic assessments for adolescents and adults to include psychosexual evaluations, risk assessments, substance abuse/mental health assessments, competency evaluations/fitness to proceed evaluations, and employment-related evaluations.  I conduct forensic assessments for multiple individuals or agencies including law enforcement agencies, attorneys, probation officers, regulatory agencies, and other private practitioners.  I have current forensic assessment contracts conducting mental health and psychosexual risk assessments with United States Probation, Bureau of Prisons, and Travis County Juvenile Probation.
- **Clinical Assessment** – I routinely conduct clinical assessments for children, adolescents, and adults who are experiencing difficulties in their lives to include learning disabilities, developmental disorders, ADHD, depression, anxiety, substance abuse, effects of trauma, and other mental health or social issues.  I provide services for a local psychiatric residential facility and privately referred clients.  My clinical assessments can range from traditional psychological assessments to Therapeutic Assessment, which is a structured blend of therapy and assessment designed to assist clients with developing insight into their problems.
- **Therapy Services** – I conduct short-term and long-term therapy with adolescents and adults who are experiencing problems related to the effects of trauma, mental illness, or other life stressors.
- **Supervision** – I provide supervision to pre-doctoral and post-doctoral psychology fellows in their therapy and assessment work while they are completing degree and licensure requirements during their formal pre-doctoral internship and during their postdoctoral training.  I provide supervision to individuals working toward their LSOTP licensure.
- **Professional Consultation/Training –** I conduct professional consultation with agencies implementing or evaluating forensic assessment and treatment programs to include programs designed to address sexual behavior problems. I provide trainings at the local, state and national level on a variety of assessment and treatment related topics.

**Hill Country Counseling Center**                                                       **May 2015 –Present**

I serve as the Director for an intensive outpatient counseling program (IOP), providing support to four master's level therapists who conduct individual and group therapy with clients.  Clients served are adults with severe impairment to include developmental disorders, schizophrenia, schizoaffective disorder, bipolar disorder, major depressive disorder, and personality disorders.  Many clients served have dual diagnoses.  I meet with clients regularly in order to coordinate treatment goals and plans with their treatment team.

**4M Youth Services, Inc.**                                              **Aug 2005 – Sept 2010**
- Completed pre-doctoral psychology internship
- Maintained a caseload of post-adjudicated adolescents in a secure residential setting including individual, group and family therapy. Clients consisted of male and female adolescents who were adjudicated for both general and sexual offenses.
- Conducted forensic risk assessments and psychosexual assessments as needed.
- Completed a six-month internship rotation focused on conducting risk assessments for adults including psychosexual assessments.
- During my second and third year I worked as a postdoctoral psychology fellow while I pursued licensure as a psychologist performing the same job functions
- Implemented and maintained the agency's recidivism data collection project.
- During my third year I was promoted to Assistant Clinical Director.
- I was promoted to Training Director of the internship program when I obtained full licensure as a psychologist and gained additional responsibilities for supervising interns in our year-long pre-doctoral internship program and assuring the quality of our training program.
- Designed and implemented the facility's specialized program for female juveniles with sexual behavior problems.
- Designed and implemented the facility's specialized program for developmentally delayed juveniles with sexual behavior problems.

## Publications and Presentations

O'Neal, C.C. (May 2019, May 2018, May 2017) *Fitness to Proceed and Adult Certification Evaluations in Juvenile Court,* training with pre-doctoral interns of Travis County Juvenile Probation Department, Austin, TX.

O'Neal, C.C. (March 2019) *Narrative as Access to Story of Self and as Assessment Task* in Diane Engleman's (chair) *On the Frontier of Collaborative/Therapeutic Assessment: Integrating Clinical Data with the Craft and Creativity of Storytelling* at the annual convention of Society for Personality Assessment, New Orleans, LA.

O'Neal, C.C. (December 2018, December 2017, May 2017, May 2016, May 2015, April 2014, April 2013) *Psychosexual Assessment and Treatment with Juveniles with Sexual Behavior Problems.* Training with pre-doctoral psychology interns and psychology staff of Travis County Juvenile Probation Department, Austin, Texas.

O'Neal, C.C. (July 2018) *Updates and Advances in Psychosexual Risk Assessment.* Training at the district meeting of the United States Probation Office, Western District.

O'Neal, C.C. (September 2017) *Substance Induced Psychosis and Shame: A*

    *Collaborative High Stakes Assessment* in Lena Lilleroth's (chair) *High Stakes CTA* symposium at the Collaborative and Therapeutic Assessment Conference, Austin, Texas.

O'Neal, C.C. (July 2017) *Best Practices in Sex Offender Treatment and Assessment*. Presentation at the Texas Behavioral Health Institute annual conference Austin, Texas.

O'Neal, C.C. (July 2017) *I'm out of here! Anger Avoidance on the Wartegg* in Stephen Finn's (chair) *I didn't know that I knew* symposium at the International Society for Rorschach and Projective Methods Congress, Paris, France.

O'Neal, C.C. (May 2017) *Best Practices in Assessment and Treatment of Adolescents who Commit Sexual Offenses*. Webinar for Texas Juvenile Justice Department, Austin, TX.

O'Neal, C.C. (March 2017) *Intersections: The Convergence of Families' Stories and Systems' Stories in a Collaborative Juvenile Assessment* in Lionel Chudzik's (chair) *Therapeutic Assessment in Forensic Settings* at the annual convention of Society for Personality Assessment, San Francisco, CA.

O'Neal, C.C. (March 2016) *Stolen Lives: Psychosis in the CWS* in Alessandro Crisi's (chair) *Indicators of Psychosis Using the CWS* at the annual convention of Society for Personality Assessment, Chicago, IL.

O'Neal, C.C. (February 2016). *Sexual Acting Out in a Residential Setting*. Training for the direct-care staff at Meridell Achievement Center, Liberty Hill, TX.

O'Neal, C.C. (September 2015) *Working with offenders with Personality Disorders*. Presentation at the annual meeting of United States Probation for the Western District of Texas, Horseshoe Bay, Texas.

O'Neal, C.C. & Orozco, E. (March 2015) *Psychosexual Risk Assessments*. Presentation at the annual Texas Counsel on Sex Offender Treatment (CSOT) conference. San Marcos, Texas.

O'Neal, C.C. (March 2015) *An Untimely End: Trauma-Related Depression in the CWS* in Jacob Palm's (chair) *Indicators of Depression Using the CWS* at the annual convention of Society for Personality Assessment, New York, NY.

O'Neal, C.C. (August 2014). *Managing and Treating Child and Adolescent Sexual Behavior Problems*. Training with the clinical staff of Meridell Achievement Center, Liberty Hill, TX.

O'Neal, C.C. (July 2014) *Sexual Behavior in Children and Adolescents*. Training with the clinical staff at Meridell Achievement Center, Liberty Hill, Tx.

O'Neal, C.C. ( Summer 2012) *Working with Juveniles with Sexual Behavior Problems.* Trainings with the clinical, probation, and detention staff of Travis County Juvenile Probation Department, Austin, Texas.

O'Neal, C.C. (October 2009) *Disordered Attachment in Juveniles: Diagnosis, Implications, and Treatment.* Presentation to the clinical department of Travis County Juvenile Probation Department, Austin, Texas.

Simpson, J. & O'Neal, C.C. (March 2005) *Case Presentation #2 from the TAP* in S.E. Finn's (chair) *The Efficacy of Therapeutic Assessment with Children and Families: A Preliminary Study.* Symposium presented at the annual convention of the Society for Personality Assessment, Chicago, Illinois.

Tharinger, D.T., Finn, S.E., & The Therapeutic Assessment Project. (August, 2004). *Therapeutic Assessment with Children: A Pilot Study.* Poster presented at the annual convention of the American Psychological Association, Honolulu, Hawaii.

O'Neal, C.C. & Carlson, C.I. (August 2002). *Predictors of School Success among Hispanic Students across Levels of Acculturation.* Poster presented at the annual convention of the American Psychological Association, Chicago, IL.

## Honors and Awards

- Recipient of the Early Career Psychologist Credentialing Scholarship through the National Register of Health Service Providers in Psychology, October 2008
- Graduated with Honors from the University of Texas at Austin, May 2000
- Member of Psy Chi Psychology Honor Society
- University of Texas College Scholar awards December 1997 – May 2000