*Exhibit S*        Excerpts from Pipeline Estimator Website



# MIKE MONTEITH – CEO

- Formally organized SES in 2005.
- Fluor, Director of Estimating
- Linde, Manager of Estimating for Lotepro
- Praxair, Team Leader – Estimating, Product Manager
- University of Rochester, MBA, Finance, 1991
- Columbia University, BS, Civil Engineering, 1987