**EXHIBIT U**

To whom it may concern,

My name is Gabriel Montoya. I am Ruby Montoya's older half-brother, with whom I share the same father, Stephen G. Montoya. I am thirty-four years old.

I have lived in Europe for the past decade. When Ruby reached out to me via email in December of 2020, it had been eight years since we last spoke. Though Ruby did not mention her legal troubles when she reached out to me last year, I have been aware of them since July of 2017, when our former stepmother, Kristen Shears, first notified me that Ruby had been arrested in Iowa. Since then, I have kept myself informed of Ruby's situation by reading the online version of the Des Moines Register.

When I learned that Ruby was due to be sentenced, I contacted her previous attorney at the Civil Liberties Defense Center in Eugene, Oregon, who in turn informed me that Ruby was now being represented by Angela Campbell of Des Moines, Iowa. On numerous occasions, my mother and I unsuccessfully attempted to contact Mrs. Campbell regarding my sister's case, as I believed I had information that would have been helpful to Ruby and relevant to her mental health. Due to the time difference between Europe and Iowa, I also asked my mother, who lives in Arizona, to contact Mrs. Campbell, which she did. I myself called Mrs. Campbell's office at least twice and was told both times that Mrs. Campbell was too busy preparing for another trial to take my call or to call me back. On one call, I spoke with a man; on the other call, I believe I spoke with a woman who identified herself as Mrs. Campbell's sister-in-law.

By that point, I believe that my mother had already contacted Mrs. Campbell and forwarded her an affidavit that I had prepared in 2017 as part of the custody evaluation Kristin had initiated to terminate my father's visitation rights to my youngest sister, Genevieve. In this affidavit, I recounted my father's long history of abuse towards me and my sisters. Had Mrs. Campbell read the affidavit, she would have been made aware of information pertinent to my sister's mental health. Due to the fact that Mrs. Campbell never returned any of the numerous calls my mother and I made to her, I can only conclude that she never bothered to read any of the documents my mother forwarded to her.

In an email Ruby sent me in April, she told me that Mrs. Campbell had advised her that it would not be necessary for me to write a letter to the court about our father, as the restraining order Ruby had at one point filed against him would be adequate proof of his behavior towards his children. I was so appalled by my sister's representation by Mrs. Campbell that I commented to Ruby that Mrs. Campbell must be a public defender, implying that no paid lawyer would be so negligent. Ruby then confirmed that Mrs. Campbell was indeed a court appointed attorney. I can forward a screenshot of this email exchange to whomever necessary. Likewise, my mother can forward the emails she sent to Mrs. Campbell earlier this year.

*Gabriel Montoya*
*August 25, 2021*