

Exhibit T

# Family Court Case Information – Case History

« Return to search results

## Case Information

| | | | |
|---|---|---|---|
| Case Number: | FN2008-003311 | Judge: | Como, Greg |
| File Date: | 8/13/2008 | Location: | Downtown |
| Case Type: | Family Court Without Children | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Ruby Montoya | Petitioner | Female | Pro Per |
| Stephen Montoya | Respondent | Male | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 8/13/2008 | COM - Complaint | 8/14/2008 | Petitioner |
| 8/13/2008 | OPR - Order Of Protection | 8/14/2008 | |
| 8/13/2008 | POP - Petition/Order Of Protection | 8/14/2008 | Petitioner |

## Case Calendar

There are no calendar events on file