IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　Plaintiff, | Criminal No. 4:19-CR-00172 |
| vs. | DEFENDANT MONTOYA'S MOTION FOR LEAVE TO FILE SUPPLEMENT TO MOTION TO WITHDRAW GUILTY PLEA AND EXHIBITS UNDER SEAL |
| RUBY MONTOYA,<br>　　　Defendant. | |

**DEFENDANT MONTOYA'S MOTION FOR LEAVE TO FILE SUPPLEMENT TO MOTION TO WITHDRAW GUILTY PLEA AND EXHIBITS UNDER SEAL**

TO THE HONORABLE JUDGE REBECCA GOODGAME EBINGER:

Defendant Ruby Montoya files this Motion for leave to file her supplement to her motion to withdraw her guilty plea and exhibits under seal.

The motion and exhibits should not be available publicly because they include confidential information, including discussions of mental health and the attorney/client relationship, as well as other reasons.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that the Court grant the motion for leave to file under seal, as set forth herein.

Respectfully Submitted,

Daphne Pattison Silverman

/s/ Daphne Pattison Silverman
Daphne Pattison (Silverman)
501 N IH 35
Austin, Texas, 78702
512-975-5880
daphnesilverman@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Motion to Seal was served upon all parties electronically through the CM/ECF system on August 26, 2021.

/s/ Daphne Pattison Silverman
Daphne Pattison Silverman
