IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | Criminal No. 4:19-CR-00172 |
| vs. | DEFENDANT MONTOYA'S EXHIBITS IN SUPPORT OF HER MOTION TO WITHDRAW HER PLEA |
| RUBY MONTOYA,<br>Defendant. | |

**DEFENDANT MONTOYA'S EXHIBITS IN SUPPORT OF MOTION TO WITHDRAW HER PLEA**

TO THE HONORABLE JUDGE REBECCA GOODGAME EBINGER:

| | |
|---|---|
| Exhibit A | Statement of Ms. Montoya |
| Exhibit F | Excerpts from CLDC website |
| Exhibit G | Email from Ms. Montoya asking Attorney Regan to interview Dr. Tucker Brown |
| Sealed Exhibit H | Sealed Report of Genkhi Paul Kahn |
| Exhibit I | CV of Genkhi Paul Kahn |
| Exhibit J | Report of Dr. Tucker Brown |
| Exhibit K | CV of Dr. Tucker Brown |
| Exhibit L | Statement of Kristin Shears |
| Exhibit M | Letter from Cora Perez |
| Exhibit N | Letter from Jamie Jackson |
| Exhibit O | Letter from Gabriel Montoya |
| Sealed Exhibit P | Sealed Report of Dr. Casey O'Neil |
| Exhibit Q | CV of Dr. Casey O'Neil |
| Exhibit R | Report of Pipeline Estimator |
| Exhibit S | Excerpts from Pipeline Estimator website |
| Exhibit T | Screen Shot from protective order filed by Ruby Montoya against her father Stephen Montoya |
| Exhibit U | Additional Letter from brother Gabriel Montoya |