IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br><br><br><br><br>RUBY MONTOYA,<br>    Defendant. | Criminal No. 4:19-CR-00172<br><br>COUNSEL'S STATEMENT AGREEING TO BE BOUND BY DISCOVERY AND PROTECTIVE ORDER |

COUNSEL DAPHNE PATTISON SILVERMAN'S STATEMENT AGREEING
TO BE BOUND BY DISCOVERY AND PROTECTIVE ORDER

COMES NOW, counsel Daphne Pattison Silverman and files this statement that she has reviewed the Stipulated Discovery and Protective Order (Dkt 35) entered by this court and agrees to be bound by the discovery and protective Order.

Respectfully submitted,

/s/ Daphne Pattison Silverman
Daphne Pattison (Silverman)
501 N IH 35
Austin, Texas, 78702
512-975-5880
daphnesilverman@gmail.com

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Statement of Counsel was served upon all parties electronically through the CM/ECF system on

August 27, 2021.

/s/ Daphne Pattison Silverman
Daphne Pattison Silverman