IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff, | Criminal No. 4:19-CR-00172 |
| vs. | DEFENDANT MONTOYA'S UNRESISTED AMENDED MOTION TO CONTINUE SENTENCING |
| RUBY MONTOYA,<br>　　　Defendant. | |

COMES NOW, the defendant Ruby Montoya, by and through counsel, and files her unresisted amended motion to continue sentencing in this matter. In support of this motion, counsel avers:

1. The sentencing for Ms. Montoya is currently scheduled for September 1, 2021.

2. Ms. Montoya filed a Motion to Withdraw her plea of guilty on August 27, 2021.

3. Upon filing, the ecf system advised that the response deadline on the motion to withdraw would be September 2, 2021, but the local rules appear to allow 14 days. Counsel has no objection to the government receiving sufficient time to respond to the motion to withdraw. Following the government's briefing, counsel would anticipate the need to file a reply.

4. Counsel was accepted onto the case on August 25, 2021. Counsel is awaiting access to the discovery which was promptly requested. Former counsel advises that the discovery in this matter is too voluminous for the USAfx system and so discovery has to be provided on a hard drive. Government counsel advises

1

that the discovery will be provided to counsel.

5. In order to complete briefing on the motion to withdraw and in order to be prepared to be effective in hearing on the Motion to Withdraw and/or hearing on Sentencing, counsel must review all of the discovery. Counsel understands that she must be expeditious in this review and assures the Court that she will focus only on this case until completion of the discovery review and all briefing and hearings.

6. In addition, counsel needs permission to provide relevant portions of the discovery to expert witnesses hired on behalf of the defendant. It is expected (based upon advice of former counsel) that defendant's mental health expert will need to review many hours of video in order to either confirm or dispel her present opinions. The expert estimator's statement attached to the Motion to Withdraw provides a list of the materials he needs to complete his review of the costs. Permission to disclose will be requested by separate motion.

7. If after the briefing on the Motion to Withdraw, the Court determines a hearing is needed in order to have sufficient information to rule on the Motion to Withdraw, counsel will need sufficient time to schedule expert witnesses to appear and otherwise prepare for hearing on the matter.

8. This continuance is requested to complete the process of briefing, hearing (if necessary), and ruling on the Motion to Withdraw her guilty plea prior to sentencing. The continuance is not requested for purposes of delay.

9. At the time that counsel consulted with Ms. Montoya, covid appeared to be on the way to being under control.  After a rough year of not accepting new cases, counsel cautiously accepted two new cases – Ms. Montoya's case and one other terrorism case. But then when Counsel rescheduled her travel from Monday until Tuesday in the hopes of receiving a ruling on the motion to continue prior to the travel time, American Airlines notified counsel of the current status of covid in the travel location. It appears that within the last week, the Delta variant has doubled the numbers in Des Moines, making court appearances and travel more risky.   Counsel hopes to limit travel and court appearances to those which are absolutely necessary.  Counsel understands it will be absolutely necessary for a hearing on the motion to withdraw and any other hearing with witnesses and for sentencing, but would hope that it would not be necessary otherwise.

10. Since time will be needed to complete briefing and preparation for hearing on the motion to withdraw and time would be needed for counsel to review the discovery in preparation for the sentencing hearing even if the Court denies the motion to withdraw the plea without hearing, it is reasonable to continue the sentencing date at this time rather than add to the risks of covid transmission in our country.

11. Furthermore, at the time counsel was hired, counsel expected to be simply working with former counsel to provide additional information for her to act

upon.   But based upon the new information, the Defendant sought to withdraw her plea, and former counsel felt it was a conflict of interest for her to file the motion to withdraw, leaving undersigned little choice but to enter an appearance and file the motion to withdraw.

12. Counsel has acted expeditiously, researching, investigating as best possible without any discovery, and drafting the motion to withdraw prior to the substitution; filing the motion to withdraw promptly upon being substituted; and then requesting the discovery from the government.

13. In anticipation of travel, counsel secured her third vaccine on Friday [1], but of course prefer to contribute to national safety, the safety of family and her safety by only traveling when absolutely necessary.

## Conclusion

Under the present national pandemic, counsel seeks to limit travel to that which is absolutely necessary and so would be most grateful for a ruling on this motion prior to travel on Tuesday.  A continuance for counsel to catch up and the government to respond to the motion to withdraw is reasonable and necessary under the circumstances.   WHEREFORE, Counsel requests that the Court continue the sentencing.

Respectfully Submitted,

/s/ Daphne Pattison Silverman

---

[1] Counsel is immune compromised with stage IV breast cancer.

> Daphne Pattison (Silverman)
> 501 N IH 35
> Austin, Texas, 78702
> 512-975-5880
> daphnesilverman@gmail.com

## CERTIFICATE OF CONFERENCE

Daphne Pattison Silverman certifies that she has conferred with AUSA Jason Griess and he is unopposed to this Amended Motion to Continue Sentencing.

> /s/ Daphne Pattison (Silverman)
> Daphne Pattison (Silverman)

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Amended Motion to Continue Sentencing was served upon all parties electronically through the CM/ECF system on August 30, 2021.

> /s/ Daphne Pattison Silverman
> Daphne Pattison Silverman