IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA
    Plaintiff,                            Criminal No. 4:19-CR-00172

vs.

RUBY MONTOYA,
    Defendant.

## ORDER ON DEFENDANT MONTOYA'S MOTION TO CONTINUE SENTENCING

On the _____day of _____, 2021, came on to be considered Defendant Montoya's Motion to Continue Sentencing.  After consideration of the motion, it is hereby:

_____ GRANTED, and sentencing is rescheduled until _____.


_____ DENIED


Signed on _____, 2021.

                                          _____
                                          JUDGE PRESIDING