# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　Plaintiff,<br><br>vs.<br><br>RUBY MONTOYA<br>　　　　Defendant. | CASE NO. 4:19-CR-00172<br><br>JUDGE: Rebecca Goodgame Ebinger<br><br>RESPONSE TO GOVERNMENT'S REQUEST FOR EXTENSION; DEFENDANT'S REQUEST FOR SCHEDULING ORDER |

Defendant, **RUBY MONTOYA**, through counsel, hereby files this Response to Government's Request for Extension; and Defendant's Request for Scheduling Order. In support of same, Defendant states as follows:

1. On August 26, 2021, Defendant filed a motion to withdraw her guilty plea. (DKT 176.)

2. On August 27, 2021, Defendant filed her Motion to Continue Sentencing. (DKT 182.)

3. Also on August 27, 2021, defense counsel filed a Statement Agreeing to be Bound by Discovery and Protective Order. (DKT 181.)

4. On August 30, 2021, Defendant filed her Unresisted Amended Motion to Continue Sentencing, advising that, in the interest of justice, discovery was needed before Defendant could proceed. (DKT 184.)

5. On that same date, the Court granted the Motion to Continue Sentencing (DKT 182) and denied as moot the Amended Motion to Continue Sentencing (DKT 184). (DKT 185.)

6. Also, on that date, the Government provided defense counsel with a Stipulated Discovery and Protective Order, which defense counsel signed and returned on that date.

7. The Government filed the Stipulated Discovery and Protective Order on August 31, 2021. (DKT 186.)

8. The Court entered the Stipulated Discovery and Protective Order and terminated all deadlines and hearings on September 1, 2021. (DKT 187; Docket Text entered on September 1, 2021.)

9. On September 8, 2021, the Government filed a Motion for Extension to respond to the Motion to Withdraw the Guilty Plea. (DKT 188.)

10. On September 9, 2021, the Court granted the Government's motion but noted that resistance to the motion should be filed within 7 days.

11. Defendant has no objection to the Government having sufficient time to respond to the Motion to Withdraw, but Defendant would note that the docket indicates that the Motion for Extension is moot as there was no deadline set for the Government's response to Defendant's Motion at the time that the Government filed its Motion for an Extension. The Court terminated all deadlines and hearings in the case on the same date that the Court signed a discovery order for discovery to be produced to defense counsel. Defense counsel has not yet received the discovery.

12. Defense counsel spoke with the Government's attorney and was advised that discovery would be produced September 15, 2021 or September 16, 2021.

Government's counsel advised that they have been delayed due to a heavier than normal workload and are moving as expeditiously as possible.

13. The Government further advised that it intends to file its response to Defendant's motion to withdraw today and will ask to reserve the right to file a supplement.

14. Defense counsel must have time to review discovery in order to draft an effective brief and effectively argue the motion to withdraw. Review of discovery, once it is received, will take time because it has been estimated that the discovery consumes a terabyte of data. Prior defense counsel advised that the discovery could not be sent electronically. However, counsel for the government believes that it can be and will attempt to do so today or tomorrow using USAFx, as set forth above.

15. As such, a scheduling order is needed to ensure defense counsel timely receives discovery and has an appropriate and reasonable time to review the discovery.

## CONCLUSION AND PRAYER

For the foregoing reasons, Defendant Montoya respectfully requests that the Court:

A. Reconsider and Deny the Government's Motion for Extension as moot; and

B. Enter a scheduling order providing a date certain for production of discovery, and thereafter providing dates for the Government's response and Defendant's reply.

Respectfully submitted,

/s/ Daphne Pattison Silverman
Daphne Pattison Silverman
TBN 06739550
Silverman Law Group
501 N. IH 35
Austin, Texas 78702
512-975-5880

daphnesilverman@gmail.com
Attorney for Defendant

CERTIFICATE OF CONFERENCE

    I, Daphne Pattison Silverman, certified that I emailed a copy of this response to the Government seeking the Government's position on the additional relief requested, that is whether the Government opposes a scheduling order with a definite time for production of discovery, a deadline for the Government's Response and a deadline for the Defendant's Reply that provides sufficient time for defense counsel to review the discovery prior to filing the Reply. The Government advised that discovery will be produced today (September 15, 2021) or tomorrow. The Government further advised that it intends to file its response to Defendant's motion to withdraw today and will request the right to file a supplement to said response. The Government advised that it is unopposed to the relief requested in this Motion.

                              s/ Daphne Pattison Silverman
                              Daphne Pattison Silverman
                              Attorney for Defendant

CERTIFICATE OF SERVICE

    I, Daphne Pattison Silverman, do hereby certify that on this September 15, 2021, a true and correct copy of the foregoing document was served on all parties of record via electronic service.

                              /s/ Daphne Pattison Silverman
                              Daphne Pattison Silverman
                              Attorney for Defendant