# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>　　　　**Plaintiff,**<br><br>vs.<br><br>**RUBY MONTOYA**<br>　　　　**Defendant.** | § CASE NO. 4:19-CR-00172<br>§<br>§ JUDGE:  Rebecca Goodgame Ebinger<br>§<br>§ **DEFENDANT'S MOTION FOR**<br>§ **SCHEDULING ORDER OR AN**<br>§ **EXTENSION IN TIME TO REPLY**<br>§<br>§<br>§ |

Defendant, **RUBY MONTOYA**, through counsel, hereby files this Motion for Scheduling Order or an Extension in Time to Reply to the Government's Response to Defendant's Motion to Withdraw.  In support of same, Defendant states as follows:

1. On August 26, 2021, Defendant filed a motion to withdraw her guilty plea. (DKT 176.)

2. On August 27, 2021, Defendant filed her Motion to Continue Sentencing. (DKT 182.)

3. Also on August 27, 2021, defense counsel filed a Statement Agreeing to be Bound by Discovery and Protective Order. (DKT 181.)

4. On August 30, 2021, Defendant filed her Unresisted Amended Motion to Continue Sentencing, advising that, in the interest of justice, discovery was needed before Defendant could proceed. (DKT 184.)

5. On that same date, the Court granted the Motion to Continue Sentencing (DKT 182) and denied as moot the Amended Motion to Continue Sentencing (DKT 184). (DKT 185.)

6. Also, on that date, the Government provided defense counsel with a Stipulated Discovery and Protective Order, which defense counsel signed and returned on that date.

7. The Government filed the Stipulated Discovery and Protective Order on August 31, 2021. (DKT 186.)

8. The Court entered the Stipulated Discovery and Protective Order and terminated all deadlines and hearings on September 1, 2021. (DKT 187; Docket Text entered on September 1, 2021.)

9. On September 8, 2021, the Government filed a Motion for Extension to respond to the Motion to Withdraw the Guilty Plea. (DKT 188.)

10. On September 9, 2021, the Court granted the Government's motion providing that the Government's response should be filed by September 15, 2021.

11. On September 15, 2021, Defendant filed a response to the Government's motion advising that she was not opposed to an extension. Defendant further advised that she was still awaiting discovery from the Government and that she would need time to review such discovery prior to replying to the Government's response to her motion to withdraw.

12. On September 16, 2021, the Government filed its Response to Defendant's Motion to Withdraw.

13. As such, Defendant's reply is due on September 23, 2021.

14. Also on September 16, 2021, the Government provided defense counsel with access to Defendant's discovery file. This file contains 1,424 individual files and defense counsel's computer estimates it to be more than 6 GB in size.

15. After 5 days of diligent review, defense counsel has barely scratched the surface of the massive amount of information contained in this file and is still reviewing Grand Jury responses.

16. Defendant wishes to file an Amended Motion to Withdraw Guilty Plea, or a supplement to the Motion to Withdraw Guilty Plea, to include supporting data from the discovery received on September 16, 2021. To do so, defense counsel needs time to fully review the discovery.

17. Defendant also needs to provide any discovery relevant to the opinions of the two experts hired by counsel to those experts so that they can each evaluate the relevant evidence and determine if it impacts their expert opinions. Counsel is making a list of discovery that is relevant to each expert's work simultaneously with her review of the materials. The discovery order requires that she file a motion to share the relevant materials with the experts prior to doing so. This process will also take time that should be considered in evaluating this motion for extension.

18. As such, Defendant respectfully requests that a scheduling order be entered to provide dates for filing an Amended Motion to Withdraw, the Government's Response thereto, and Defendant's Reply.

19. In the alternative, Defendant respectfully requests that she be granted additional time to reply to the Government's Response to enable a complete review of the discovery prior to responding.

## CONCLUSION AND PRAYER

For the foregoing reasons, Defendant Montoya respectfully requests that the Court:

A. Enter a scheduling Order permitting Defendant to file an Amended Motion to Withdraw Guilty Plea to supplement her prior Motion with the recently received discovery, after a full opportunity to review the extensive discovery.

B. In the alternative, Defendant requests that the Court grant Defendant an extension on her time to file a reply to the Government's Response to enable defense counsel a full and comprehensive review of the recently received discovery prior to drafting the reply.

Respectfully submitted,

/s/ Daphne Pattison Silverman
Daphne Pattison Silverman
TBN 06739550
Silverman Law Group
501 N. IH 35
Austin, Texas 78702
512-975-5880
daphnesilverman@gmail.com
Attorney for Defendant

CERTIFICATE OF CONFERENCE

I, Daphne Pattison Silverman, certify that I conferred with counsel for the Government and he stated that he was unopposed to this Motion.

s/ Daphne Pattison Silverman
Daphne Pattison Silverman
Attorney for Defendant

CERTIFICATE OF SERVICE

I, Daphne Pattison Silverman, do hereby certify that on this September 21, 2021, a true and correct copy of the foregoing document was served on all parties of record via electronic service.

/s/ Daphne Pattison Silverman
Daphne Pattison Silverman
Attorney for Defendant