# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff,<br><br>vs.<br><br>**RUBY MONTOYA**<br>Defendant. | §<br>§<br>§<br>§ **CASE NO. 4:19-CR-00172**<br>§<br>§<br>§<br>§<br>§<br>§ |

# ORDER

**THIS MATTER** came before the Court on the Defendant's Motion for Scheduling Order or an Extension in Time to Reply to the Government's Response to Defendant's Motion to Withdraw. The Government has indicated it is unopposed to Defendant's request. Upon review of the papers filed and for good cause shown, the Court finds as follows:

1. The Government has provided voluminous discovery to defense counsel, which is over 6 GB in size and contains 1,424 files.

2. In the interest of justice, defense counsel needs sufficient time to review the discovery and has not received such time.

3. Defendant may need to amend her motion to withdraw guilty plea based upon the discovery received.

   **Accordingly, it is ORDERED that:**

A. Defendant shall file an Amended Motion to Withdraw, incorporating relevant discovery no later than _____;

B. Government's response to Defendant's Amended Motion to Withdraw shall be filed on or before _____;

C. Defendant's reply to Government's response shall be filed on or before _____.

Dated: _____

_____
REBECCA GOODGAME EBINGER