# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | CASE NO. 4:19-CR-00172 |
| **Plaintiff,** § | |
| § | JUDGE: Rebecca Goodgame Ebinger |
| § | |
| vs. § | **DEFENDANT'S UNRESISTED** |
| § | **MOTION REQUESTING AN** |
| § | **EXTENSION OF TIME TO** |
| **RUBY MONTOYA** § | **SUPPLEMENT HER MOTION TO** |
| **Defendant.** § | **WITHDRAW HER PLEA** |

Defendant, **RUBY MONTOYA**, through counsel, hereby files this Unresisted Motion Requesting an Extension of Time to Supplement her Motion to Withdraw her plea. In support of this motion, Defendant states as follows:

1. On August 26, 2021, Defendant filed a motion to withdraw her guilty plea. (DKT 176.)

2. The Government filed a Stipulated Discovery and Protective Order on August 31, 2021 authorizing disclosure of the discovery to undersigned counsel. (DKT 186.)

3. The Court entered the Stipulated Discovery and Protective Order and terminated all deadlines and hearings on September 1, 2021. (DKT 187; Docket Text entered on September 1, 2021.)

4. On September 8, 2021, the Government filed a Motion for Extension to respond to the Motion to Withdraw the Guilty Plea. (DKT 188.)

5. On September 9, 2021, the Court granted the Government's motion providing that the Government's response should be filed by September 15, 2021.

6. On September 16, 2021, the Government filed its Response to Defendant's Motion to Withdraw.

7. As such, Defendant's reply to the Government's response to her Motion to Withdraw was originally due on September 23, 2021.

8. The Defendant filed an unresisted motion to either extend the deadline for her to reply or to permit her new counsel time to review the discovery and supplement her motion to withdraw with relevant information from the discovery. (DKT 194)

9. On September 23, 2021, the Defendant filed her Reply to the Government's response. (DKT 195 and 196)

10. The court granted the motion in part by text order on September 27, authorizing the Defendant to supplement her motion to withdraw by October 25, 2021. (DKT 198)

11. On September 16, 2021, the Government provided defense counsel with access to Defendant's discovery file. This file contains 1,424 individual files and defense counsel's computer estimates it to be more than 6 GB in size.

12. Counsel has diligently reviewed discovery since its production, but her review is not complete. The discovery is extremely dense. Almost all of it has actual relevance to the charges and possible defenses rather than simply being materials received by the Government in its investigation that were required to be disclosed. For example, there are approximately 265 reports from Tiger Swan private security company as well as a multitude of reports from various law enforcement agencies.

13. In addition, despite the magnitude of the discovery, there is some information that has not been provided that is necessary to evaluate the plausibility of the Defendant's defenses. Counsel informed the Government of the missing

information and in fact to avoid delay did so as she reviewed the material. The Government is diligently attempting to gather the information and does not dispute the relevance or need to produce the additional information requested.

14. Specifically but not limited to, counsel still needs the information requested by the Defendant's pipeline expert in order to evaluate the cost of repairs which is relevant to the plausibility of her defenses.

15. Upon receipt of all of the information and review of the information individually and with the Defendant, counsel needs time to fully evaluate the importance of the information to the plausibility of the defenses and assist the Defendant in determining the best course of actions.

16. Defendant also needs to provide any discovery relevant to the opinions of the two experts hired by the Defendant to those experts so that they can each evaluate the relevant evidence and determine if it impacts their expert opinions. Counsel made a list of discovery that is relevant to each expert's work simultaneously with her review of the materials. Counsel has requested permission from the Government to share relevant materials with the experts prior to doing so. This process will also take time (including time for the Government to gather the remaining information needed on the pipeline) that should be considered in evaluating this motion for extension.

**PRAYER**

For the foregoing reasons, Defendant Montoya respectfully requests that the Court extend the deadline for her to supplement her motion to withdraw for another 30 days.

Respectfully submitted,

/s/ Daphne Pattison Silverman
Daphne Pattison Silverman
TBN 06739550
Silverman Law Group
501 N. IH 35
Austin, Texas 78702
512-975-5880
daphnesilverman@gmail.com
Attorney for Defendant

CERTIFICATE OF CONFERENCE

I, Daphne Pattison Silverman, certify that I consulted with Jason Griess regarding this motion. AUSA Griess is unopposed to the motion. AUSA Griess advised that the government is diligently working to provide relevant information to counsel, and he does not resist defense efforts to review this information prior to final briefing on the motion to withdraw. AUSA Griess believes the review is helpful to the final resolution of the case.

s/ Daphne Pattison Silverman
Daphne Pattison Silverman
Attorney for Defendant

CERTIFICATE OF SERVICE

I, Daphne Pattison Silverman, do hereby certify that on this October 21, 2021, a true and correct copy of the foregoing document was served on all parties of record via electronic service.

/s/ Daphne Pattison Silverman
Daphne Pattison Silverman
Attorney for Defendant