IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA
    Plaintiff,                      Criminal No. 4:19-CR-00172

vs.

RUBY MONTOYA,
    Defendant.

## **ORDER ON DEFENDANT MONTOYA'S MOTION FOR EXTENSION**

On the _____day of _____, 2021, came on to be considered Defendant Montoya's Motion for Extension. After consideration of the motion, it is hereby:

_____ GRANTED, and deadline to amend or supplement Defendant Montoya's Motion to Withdraw is extended until _____.

_____ DENIED

Signed on _____, 2021.

_____
JUDGE PRESIDING