IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff,<br><br>v.<br><br>**RUBY MONTOYA**<br>Defendant | Criminal No. 4:19-CR-00172<br><br><br><br><br>FILED UNDER SEAL |

## MOTION TO PERMIT DEFENDANT TO FILE UNDER SEAL

Defendant Ruby Montoya files this Motion to Permit Defendant to File Under Seal her Motion to Restrict Publication.

The reasons for the necessity of sealing said Motion are fully set forth within such Motion, as Ms. Montoya's safety is at risk. As such, only a brief recitation of the reasons for sealing are set forth herein.

Although there is a general right of public access to court records, it is "not absolute." *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597-98 (1978); *United States v. McDougal*, 103 F.3d 651 (8th Cir. 1996). Defendant has a compelling need to file her Motion under seal, due to fear for her safety.

Furthermore, the Motion evidences that information that could cause others to act against Ms. Montoya, as such it should not be viewed by the general public.

As the Supreme Court correctly noted in *Nixon*, access to court records may be "denied where the court files might become a vehicle for improper purposes." *Nixon*, 435 U.S. at 598. In the Eighth Circuit, "whether the common-law presumption can be overcome is determined by balancing 'the interests served by the common-law right of access ... against the salutary interests served by maintaining confidentiality of the information sought to be sealed.'" *Steele v. City of*

1

*Burlington*, 334 F.Supp.3d 972, 976 (S.D. Iowa 2018), quoting *Flynt v. Lombardi*, 885 F.3d 508 (8th Cir. 2018).

In this instance, Defendant's need for privacy and concern for her safety outweigh any interest the public may have in her Motion. *Flynt*, 885 F.3d 511-12. Therefore, Defendant respectfully requests that this Court grant this Motion and permit her to file her motion to restrict publication under seal.

Respectfully Submitted,

Daphne Pattison Silverman

/s/ Daphne Pattison Silverman
Daphne Pattison (Silverman)
501 N IH 35
Austin, Texas, 78702
512-975-5880
daphnesilverman@gmail.com

### CERTIFICATE OF CONFERENCE

Daphne Pattison Silverman certifies that she has conferred with counsel for the government and he is unopposed to this Motion to Seal.

/s/ Daphne Pattison (Silverman)
Daphne Pattison (Silverman)

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Motion to Seal was served upon opposing counsel Jason Griess by email on November 5, 2021.

/s/ Daphne Pattison Silverman
Daphne Pattison Silverman