## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> Plaintiff, <br> <br> v. <br> <br> **RUBY MONTOYA** <br> Defendant | Criminal No. 4:19-CR-00172 <br> <br> <br> <br> <br> FILED UNDER SEAL |

### ORDER

Defendant Ruby Montoya's request to file her Motion to Restrict Publication is hereby GRANTED. The Government does not oppose such Motion. The Court finds that there are compelling reasons to keep the information set forth in the Motion sealed and such reasons outweigh the public's interest and any First Amendment right to such information.

Dated: _____

_____
REBECCA GOODGAME EBINGER

1