# Exhibit B Attorney Fee Agreement initiated by Lauren Regan

On 8/18/2017 5:44 PM, Lauren Regan wrote:

> Ok great.  I will draft a fee agreement for Ruby to make things official.  I will call Bill Q, probably on Monday and get that conversation started.  After your meetings with the potential locals, email Bill and I and let us know who we should contact to get the pro hac vice process underway ($75.00).  From there, and with your consent, we will reach out to the US Attorneys office and inform them of our representation in the event an arrest warrant is issued for voluntary appearance purposes (if possible).
>
> Finances:  (1) do you have the capacity to pay our out of pocket costs?  Meaning travel expenses, pro hac vice filing fees, and other related expenses? Normally we would ask for about 3-5k to cover flights back and forth, hotel with the hope that that would cover the entirety of the case.  (2)  Are there any funds or fundraising plans to pay for attorney time/compensation to CLDC?  This is not a requirement for us to represent you, but just something we inquire about…. (:  We can also attempt some fundraising on our end if needed.
>
> From now on, please use Attorney Client Communication--Privileged & Confidential as the subject line of our emails (remember that subject lines are not encrypted).
>
> Ruby, if you can send me
> full legal name, DOB
> mailing address
> phone #
> assume this email address
>
> Parents or emergency contact person(s) and their phone, email
> Prior record (if any)
>
> Bail info—first we'll try for release on your own recognizance, but in case that doesn't work, what are your parameters on bail?  who would i contact and/or what arrangements have been made already?  where would you live if out on bail?
>
> Will get back to you asap on fee agreement.
> Thank you, I will do my very best to defend you in as empowering a way as the judicial system will permit. (:
> in solidarity,
> lauren
>
>> On Aug 18, 2017, at 3:19 PM, rurumon  wrote:
>>
>> Greetings!
>> Ruby and Jess here.
>>
>> Thank you and Cooper very much for your time, expertise, and willingness
>> to move forward with us.
>>
>> Jess has just got off the phone with Bill Quigley, who has agreed to be
>> Jess's Attorney of Record. 504/710-3074
>> I would ask you to be my (Ruby) Attorney of Record. Bill said he is open



**Fwd: attny client privilege confidential and private**
1 message

Lauren Regan <lregan@cldc.org>                                                    Tue, Oct 12, 2021 at 3:38 PM
To: Daphne Silverman <daphnesilverman@gmail.com>, Ruby Montoya

> Begin forwarded message:
>
> From: ruru▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
> Subject: Re: attny client privilege confidential and private
> Date: September 5, 2017 at 2:47:09 PM MDT
> To: Lauren Regan <lregan@cldc.org>
> Cc: Cooper Brinson <cbrinson@cldc.org>
>
> Full legal name Ruby Katherine Montoya
>
> I think we can easily raise the $500 but need to figure out a fundraising platform -- I'm reaching out to local nonprofits today and should discuss this at tomorrow's conference call.
>
> The media bit -- Though I totally agree with it, I'm not sure how efficient that would be given the distance and phone communications... have been giving talks, focusing on "why" and not how, no more details that may incriminate us further, and as to the "why" never to coerce the government policies or threats to human life...
>
> have written a rough draft for our Catholic Worker newsletter, it is attached if you please to look at it.
>
> Jess and I would like to get out to Oregon to talk to you privately but are looking to raise funds to do that, kinda caught up on the legal fundraising bit.
>
>
> On 9/5/2017 1:15 PM, Lauren Regan wrote:
>
>> Hi Ruby, I am not sure if you received the CLDC fee agreement that Cooper sent a week or so ago. I'm attaching it again. The areas highlighted in yellow were for you to review and potentially change—one has to do with your legal name? we weren't sure if you are using an alias or not….. and the other is a standard term in our fee agremeents—saying that you will give us the opportunity to review any outreach or media you do, just so (1) we are in your loop, and (2) if something is seriously legally problematic you will at least let us advise you as such—if you choose to publish anyway, that is of course up to you…. and maybe (3) after 25 years of organizing and 20 years of being an activist lawyer i'm pretty good at spin and copy editing (:
>>
>> Please review it and get back to me asap. Ideally, you will print the signature page, sign it, and scan or take a photo with your phone and send your signature page back to me. Then i sign it and send you a complete copy for both of our "files."
>>
>> Talk to you this afternoon on the call---

> On 8/26/2017 4:19 PM, Lauren Regan wrote:
>
>> https://interc.pt/2vfn5Y4
>>
>> _____
>> Assert Your Rights, We've Got your Back
>>
>> The Civil Liberties Defense Center

Lauren C. Regan, Attorney at Law
Executive Director
783 Grant Street, Suite 200
Eugene, Oregon 97402
541.687.9180 phone
Email: lregan@cldc.org
WWW.CLDC.ORG

FOR MORE INFORMATION OR TO DONATE TO THE CLDC, PLEASE CONTACT US AT  info@cldc.org or donate@cldc.org.  Our website is www.cldc.org.

NOTICE:  This and any attached documents are intended only for the use of the person to whom this is addressed and may contain information that is privileged, confidential, or work product and exempt from disclosure under applicable law.  If you are not the intended recipient, any use, dissemination, distribution, or copying of this communication is strictly prohibited, and you are hereby requested to telephone the sender immediately about the error and to delete this message and attached documents and destroy any printed copies.

_____
Assert Your Rights, We've Got your Back

The Civil Liberties Defense Center
Lauren C. Regan, Attorney at Law
Executive Director
783 Grant Street, Suite 200
Eugene, Oregon 97402
541.687.9180 phone
Email: lregan@cldc.org
WWW.CLDC.ORG

FOR MORE INFORMATION OR TO DONATE TO THE CLDC, PLEASE CONTACT US AT  info@cldc.org or donate@cldc.org.  Our website is www.cldc.org.

NOTICE:  This and any attached documents are intended only for the use of the person to whom this is addressed and may contain information that is privileged, confidential, or work product and exempt from disclosure under applicable law.  If you are not the intended recipient, any use, dissemination, distribution, or copying of this communication is strictly prohibited, and you are hereby requested to telephone the sender immediately about the error and to delete this message and attached documents and destroy any printed copies.

Assert Your Rights, We've Got your Back

The Civil Liberties Defense Center
Lauren C. Regan, Attorney at Law (she/her)
Executive Director
1430 Willamette St. #359
Eugene, Oregon 97401
Unceded Kalapuya land
541.687.9180 phone
Email: lregan@cldc.org
WWW.CLDC.ORG


NOTICE: This message was sent from a device made by the working class of China. The US government
has capacity for surveillance of all email content.  Nevertheless, the information transmitted, including attachments, is
intended only for the person(s) or entity to which it is addressed and may contain information that is
privileged, confidential, or work product, and exempt from disclosure under applicable law.   Any
review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information
by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the
sender immediately about the error and delete this message and attached documents and destroy any printed copies.



Fee Agreement Signature.jpeg
22K

signature.asc
1K

I HAVE READ THIS AGREEMENT FULLY. I HAVE RECEIVED A COPY OF IT, AND AGREE TO THE TERMS AND CONDITIONS AS STATED. THERE ARE NO OTHER VERBAL AGREEMENTS BETWEEN CLIENT AND ATTORNEY MODIFYING OR EXPANDING THE TERMS OF THIS AGREEMENT.

_____     9-5-17
Ruby Katherine Montoya ("Client")           Date

_____     _____
Lauren C. Regan                             Date
Civil Liberties Defense Center ("Attorney")



CLDC
1430 Willamette St. #359
Eugene, OR 97401
Phone: 541-687-9180  Fax: 541.804.7391
E-Mail: lregan@cldc.org  Web: www.cldc.org

September 9, 2019

## LEGAL SERVICES FEE AGREEMENT

I, RUBY MONTOYA (hereinafter "Client"), hereby request and authorize the Civil Liberties Defense Center and Lauren C. Regan, Attorney at Law (hereinafter "Attorney") to provide me with attorney-client privileged legal advice and consultation regarding potential issues arising with a federal investigation and subsequent charges pertaining to the Dakota Access Pipeline.  In addition, as soon as Attorney has secured local counsel, I want her to represent me in a federal criminal case pending in the Southern District of Iowa. This agreement amends and supersedes a previous agreement entered into between Attorney and Client in April 2017.

I request and authorize such representation under the following conditions:

1.    SCOPE:  Client hereby retains Attorney to represent her in the above noted capacity.  The parties recognize that this is a complex federal prosecution with serious potential consequences both to the Client and her codefendant, but also to the climate movement and Standing Rock community.  Client understands that Attorney is not licensed in Iowa and will be required to motion for admission Pro Hac Vice prior to formally representing her.  Client has also specifically requested that Attorney work within a legal team structure, and Attorney has drafted a Joint Defense Agreement to permit and protect said structure. Client has indicated that she does not intend to cooperate with the government in any manner that would cause harm to fellow activists, and attorney has agreed to represent her according to that mandate.

Client grants power to Attorney to execute all documents connected with this case, including checks, motions, settlement agreements, releases, dismissals, and all other documents that Client could properly otherwise execute.

2.    DUTIES OF PARTIES:
CLIENT AGREES THAT SHE WILL NOT CONDUCT MEDIA OR PUBLICITY REGARDING THIS CASE WITHOUT PRIOR CONSULTATION WITH ATTORNEY.

It is understood and agreed by Attorney and Client that no resolution or settlement shall be made without full discussion between the Client and Attorney.

Attorney shall provide those legal services reasonably required to represent Client, and shall take reasonable steps to keep Client informed of progress and to respond to Client's inquiries. Attorney will provide Client copies of correspondence and documents filed in Client's case. Due to potential governmental monitoring, additional precautions will be necessary to protect the attorney client privilege.

Attorney may associate with other attorneys on this case.

      Client agrees that until such time as this Agreement is terminated, Client shall not act on their own behalf in this matter prior to consultation with Attorney (for example, communicating with Energy Transfer Partners, officials, representatives, or other agents of the U.S. or any state government, or responding to direct communications from attorneys of any of the previous listed entities).

      Client shall be truthful with Attorney, cooperate with Attorney, keep Attorney informed of developments, abide by this contract, pay attorney's bills on time, and to inform Attorney of any change in address, telephone number and employment within seven (7) days of such change. Client agrees to keep Attorney fully advised of all matters that may have a bearing on their case, to follow through with reasonable requests made by attorney and/or the Court, respond promptly to Attorney's communications and/or messages, and to appear for any scheduled court appearances on time.

3.    LEGAL FEES: As compensation for legal services, CLDC requests that all Clients pay a flat-rate of at least $500.00, if possible. No activist client will be turned away for lack of ability to pay. Attorney normally requires attorney fees at the following hourly rates: $395.00/hr for attorney services and $150.00/hr for all necessary travel time outside of the Eugene metropolitan area if applicable.

      Client and Attorney understand that fundraising efforts undertaken by a trusted support group are likely to occur. All funds raised will be placed in a CLDC attorney trust account. Attorney for CLDC will (1) disburse funds as required to retain local counsel; (2) reimburse attorneys for out of pocket costs (including travel costs as needed); (3) reimburse defendants for their travel costs. In the event that there are funds left in the trust account at the conclusion of this case, the funds will be dispersed as follows: (1) to support Ruby and Jess if needed while in custody (money on their commissary accounts); (2) any remainder will be donated to the CLDC activist defense fund and will be used to defend fellow climate activists.

      ~~Attorney services for which the Client will be charged will include: consultations and telephone calls with Client; consultations and telephone calls with witnesses, other lawyers or any other person associated with Clients' case; legal research; drafting and preparation of letters; depositions; hearing preparation; travel time; investigation; hearing appearances; and all other necessary services. Client will be charged by the minute. In the event this matter requires a trial, in addition to the flat rate referred to above, Attorney is entitled to an additional retainer of $1500 per day of trial.~~ In addition, the CLDC welcomes any contributions to our legal defense fund.

      Client agrees to permit and assist CLDC in fundraising endeavors that CLDC will conduct in order to try and cover attorney fees and travel costs for Client's representation as indicated above.

4.    RETAINER FEE: Client is encouraged to pay a non-refundable retainer fee in the amount of $500.00 with this Agreement unless unable to do so. ~~Client understands that Attorney has not accepted the case and will not act as Client's attorney until receipt of this retainer fee and a copy of this Agreement is signed, dated, and returned to Attorney by Client.~~ TO THE EXTENT CLIENT IS ABLE, CLIENT WILL PAY ALL TRAVEL COSTS AND OUT OF POCKET COSTS.

5.    ADDITIONAL DEPOSITS TO COVER FEES AND COSTS: It is impossible to determine in advance the amount of time or court appearances that will be needed to complete Client's case.

~~Client understands that Attorney will notify Client if it becomes necessary to deposit additional funds in Attorney's account to cover projected future costs and agrees to deposit such funds promptly with Attorney if Client is so notified. Client understands that such deposits will probably be necessary if the case is not resolved at an early stage and if it is necessary to go to trial. Client agrees that Attorney shall have the right to cease all work on Client's behalf if such additional funds are not promptly deposited with Attorney.~~ CLIENT WILL BE REPRESENTED BY CLDC PRO BONO--REGARDLESS OF ABILITY TO PAY, BUT CLIENT IS ENCOURAGED TO ASSIST IN FUNDRAISING SO THAT CLDC CAN CONTINUE TO REPRESENT ACTIVISTS IN THIS WAY.

6.   DISCHARGE AND WITHDRAWAL: Attorney may withdraw as Client's counsel at any time with Client's consent or for good cause. Good cause includes Client's breach of this contract, Client's refusal to cooperate with Attorney or to follow attorney's advice on a material matter or any other fact of circumstance that would render attorney's continuing representation unlawful or unethical.

Attorney may withdraw if Client refuses to accept the advice of counsel as to the conduct of the case.

Client may discharge Attorney for any cause upon telephone notice followed by written notice either from Client or the new attorney who Client chooses to hire.

7.   RESOLUTION OF FEE DISPUTES:  Attorney and Client agree to submit any dispute between them regarding the amount or reasonableness of any costs or any fee requested by Attorney to the Fee Arbitration Panel of the Oregon State Bar and agree to be bound by the results of such arbitration.  Because this case will take place in Iowa, the Iowa State Bar may also maintain jurisdiction to resolve attorney fee disputes.

8.   COLLECTION OF FEES: (IRRELEVANT BASED UPON AGREEMENT)

   A.   ~~If Fees Are Not Paid: Client understands and agrees that if Client fails to pay the Attorney's fees and costs as agreed in this contract, Attorney is specifically authorized to stop working on Client's case or legal affairs, or to withdraw from this employment contract and case no matter what the stage of litigation or procedural posture.  Client hereby agrees to hold Attorney harmless and release Attorney from any liability whatsoever for damages Client may suffer should Attorney exercise its right to withdraw from the case as a result of Client's failure to abide by the payment agreements in this contract.~~
   B.   ~~Costs Of Collection Of Unpaid Fees And Costs:  If client fails to pay Attorney's fees or costs as stated in this Agreement, Client agrees to pay all reasonable expenses incurred by Attorney in collecting or attempting to collect on any of Client's account, including attorney fees, out-of-pocket costs and finance charges.  Should Attorney elect to represent itself pro se in such collection process, Client agrees that Attorney's work shall be compensable at Attorney's reasonable and customary rate.~~
   C.   ~~Finance Charge:  All accounts not paid in full within 30 days of billing will be charged subject to a finance charge of 1.5% per month (18% per year), compound, which Client hereby agrees to pay.~~

9.   NON-WAIVER:  Failure of Attorney to act upon any default, breach, modification or waiver of any term or condition set forth in this Agreement shall not constitute a waiver of Attorney's right to enforce this Agreement for any subsequent action for default or breach.

10.     DISCLAIMER OF GUARANTEE: Attorney agrees to provide conscientious, competent and diligent services and will seek to achieve a resolution of the matter which is just and reasonable for the Client.  However, Attorney cannot, and shall not, warrant a guaranteed result or final outcome of any case and Attorney has made no representation nor makes no guarantee as to the final result or outcome of this case.  Attorney's comments about the outcome of Client's case are expressions of professional opinion only.


I HAVE READ THIS AGREEMENT FULLY.  I HAVE RECEIVED A COPY OF IT, AND AGREE TO THE TERMS AND CONDITIONS AS STATED. THERE ARE NO OTHER VERBAL AGREEMENTS BETWEEN CLIENT AND ATTORNEY MODIFYING OR EXPANDING THE TERMS OF THIS AGREEMENT.


_____          _____
Ruby Montoya ("Client")                                                                              Date



_____          _____
Lauren C. Regan                                                                                          Date
Civil Liberties Defense Center ("Attorney")