**Exhibit C**

Begin forwarded message:

From: Lauren Regan <lregan@cldc.org>
Subject: Re: Ruby Montoya
Date: October 17, 2019 at 7:48:40 PM MDT
To: Aaron Hall <ahall@mpfmlaw.com>
Cc: Jose de Jesus Rivera <josedejesusrivera@mpfmlaw.com>, Jennie Larsen <jlarsen@mpfmlaw.com>, Haley Timar <htimar@mpfmlaw.com>

Hi Aaron, I will be appearing with Ruby and we hope to have the local counsel appointed tomorrow and then will file the pro hac vice once her appointment is confirmed.  should be done by 3pm tomorrow.
Thank you!

> On Oct 17, 2019, at 2:11 PM, Aaron Hall <ahall@mpfmlaw.com> wrote:
>
>
> Hi Lauren,
>
> We are filing our Motion to Withdraw today since you will be appearing with Ruby out in Iowa.  Thank you for doing that, by the way.  Have you filed a Notice of Appearance?  I just don't want the judge to deny our motion on the grounds that no one has formally appeared for her yet.
>
> Thanks,
>
> Aaron


"I mourn the loss of thousands of precious lives, but I will not rejoice in the death of one, not even an enemy. Returning hate for hate multiplies hate, adding deeper darkness to a night already devoid of stars. Darkness cannot drive out darkness: only light can do that. Hate cannot drive out hate: only love can do that" - MLK

_____
Assert Your Rights, We've Got your Back

The Civil Liberties Defense Center
Lauren C. Regan, Attorney at Law
Executive Director
1430 Willamette St. #359
Eugene, Oregon 97401
541.687.9180 phone
Email: lregan@cldc.org
WWW.CLDC.ORG

From: Lauren Regan <lregan@cldc.org>
Subject: Re: Attorney Confidential-SD Iowa
Date: October 21, 2019 at 6:04:14 PM MDT
To: Brad Thomson <bradjaythomson@gmail.com>
Cc: michael deutsch45 <michaeled45@gmail.com>

the person i found just so happens to also be CJA qualified but is not the person appointed automatically by the court.  we will need to change horses (:

> On Oct 21, 2019, at 12:22 PM, Brad Thomson <bradjaythomson@gmail.com> wrote:
>
> Sounds good. I was wondering if the CJA attorney was one that you found/wanted or was someone the court just happened to appoint.
>
> Feel free to reach out if you think we can be helpful.
>
> On Mon, Oct 21, 2019 at 2:10 PM Lauren Regan <lregan@cldc.org> wrote:
>> hi friends, we are still in the process of framing legal team—right now my focus is getting good local counsel in place (substituting in for the CJA appointed person who appeared on friday (i was there too)).  i may reach out to you in the near future if a need arises, or i may just reach out to you to pick your brain on the carrie/scott case/experiences (:
>> thank you!
>> lr
>>
>>> On Oct 21, 2019, at 8:37 AM, Brad Thomson <bradjaythomson@gmail.com> wrote:
>>>
>>> Hi Lauren,
>>> I checked the docket and saw that a local attorney filed an appearance to represent Ruby. Let us know if you still see a role for us at PLO and if so, we can try to schedule a time to set up a call and discuss.
>>>
>>> Thanks.
>>>
>>> Brad
>>>
>>>> On Wed, Oct 9, 2019 at 5:26 PM Brad Thomson <bradjaythomson@gmail.com> wrote:
>>>> Lauren,
>>>> Michael and I are available for a call next Tuesday morning. Maybe we can do the call around 11 Central/9 Pacific?
>>>>
>>>> Otherwise, my schedule is mostly free the following week.
>>>>
>>>> In terms of local counsel, Michael and I both came up blank, unfortunately. Michael mentioned that Bruce Nestor used to practice in Iowa and that he might have contacts there who practice in federal court.

On Tue, Oct 8, 2019 at 7:07 PM Lauren Regan <lregan@cldc.org> wrote:
> Yes, reached out to Sally, would like to find a local who has fed court experience…i'm on the trail of some good ones… (:
> thank you!
>
>> On Oct 8, 2019, at 4:49 PM, Brad Thomson <bradjaythomson@gmail.com> wrote:
>>
>> Unfortunately, neither of us are licensed in Iowa. Michael was just admitted pro hac for Scott's case.
>>
>> The NLG lawyer in Des Moines who I know is Sally Frank, though I'm not sure if she practices in federal court. I don't know if you've spoken with her already.
>>
>> Off the top of my head, I can't think of anyone who I know is admitted in the Southern District, but Michael and I can brainstorm about it and let you know if we think of anyone.
>>
>> On Tue, Oct 8, 2019 at 3:09 PM Lauren Regan <lregan@cldc.org> wrote:
>>> sounds good Brad.  I assume neither you or Michael are Iowa licensed right?  My priority will be to find a local asap b/c we've got a hearing in des moines next Friday, and of course there will be time to build the legal team….
>>> so why don't you and Michael have your initial conversations and if you think you might have capacity, then we could talk next week and flesh that out?  lets put something on the calendar though b/c i'm in overload mode until november….
>>> thanks again!!
>>>
>>>> On Oct 8, 2019, at 1:04 PM, Brad Thomson <bradjaythomson@gmail.com> wrote:
>>>>
>>>> Hi Lauren,
>>>> Thanks for reaching out. It's certainly an interesting and politically significant case.
>>>>
>>>> Michael and I will discuss it further and get back in touch. Maybe we can set up a call for later this week or early next week?
>>>>
>>>> Feel free to share other documents or info you think we should review.
>>>>
>>>> Brad
>>>>
>>>> On Tue, Oct 8, 2019 at 1:30 PM Lauren Regan <lregan@cldc.org> wrote:
>>>>> Dear Michael and Brad, I am currently representing Ruby Montoya in what has been filed in the Southern District of Iowa (indictment attached), and Bill Quigley has been representing codefendant Jessica Reznicek in a case involving the Dakota Access Pipeline.  Michael, I recall you represented Scott in the Scott & Carrie AETA related case in the SD Iowa many years ago now.  I am wondering if PLO would be interested in teaming up with CLDC to represent these 2 women?
>>>>>
>>>>> I'm currently looking for good fed experienced local counsel licensed in Iowa (Des Moines) for Bill and I.  In case you have any suggestions on that front too?
>>>>>
>>>>> I would be happy to make time for a call if you are interested?  Thanks in advance!
>>>>> Lauren
>>>>>
>>>>>
>>>>> "I mourn the loss of thousands of precious lives, but I will not rejoice in the death of one, not even an enemy. Returning hate for hate multiplies hate, adding deeper darkness to a night already devoid of stars. Darkness cannot drive out darkness: only light can do that. Hate cannot drive out hate: only love can do that" - MLK
>>>>>
>>>>> _____

Begin forwarded message:

From: Lauren Regan <lregan@cldc.org>
Subject: Re: Attorney Confidential--potential local counsel?
Date: October 17, 2019 at 6:08:35 PM MDT
To: Angela Campbell <Angela@iowajustice.com>

Ok, thank you. My cell # is .  If you feel up to it, just text me.  I'll shoot you an email with an update after court.  Thank you!
Lauren

> On Oct 17, 2019, at 5:06 PM, Angela Campbell <Angela@iowajustice.com> wrote:
>
> I'm still in this trial and it is in Adel, Iowa, about 30 miles away from Des Moines.  My office is by Embassy Suites so if I get done at a reasonable time I could come down.
>
> You can ask for me to be appointed, but I don't know if they will do it or not.

From: Lauren Regan <lregan@cldc.org>
Sent: Thursday, October 17, 2019 7:04 PM
To: Angela Campbell <Angela@iowajustice.com>
Subject: Re: Attorney Confidential--potential local counsel?

Angela, if possible tomorrow, can Ruby and I request to have you appointed to her case?  Court is at 2pm.  And please let me know if you might be available to grab a drink or coffee to meet after work on friday?  I'm staying at the Embassy Suites and couldn't fly out til Saturday morning so I'm around after court if you aren't too exhausted.  Understand of course if you would prefer to decompress.  Hope the trial is going/went well.  Look forward to meeting you.
Lauren

> On Oct 15, 2019, at 5:36 PM, Angela Campbell <Angela@iowajustice.com> wrote:
>
> Hey, sorry I'm in the middle of a jury trial that goes until Friday of this week.
>
> I did do a conflict check and did not have a conflict.
>
> I don't do pro bono criminal work because I do a significant amount of reduced rate work through the CJA panel.  I am also the CJA panel representative for the southern district of iowa.  I'm not sure if the court would allow you to choose which CJA lawyer would be appointed, but if Ruby and/or Jessica fill out financial affidavits, we could inquire.  The FPD generally gets

_____
Assert Your Rights, We've Got your Back

The Civil Liberties Defense Center
Lauren C. Regan, Attorney at Law
Executive Director
1430 Willamette St. #359
Eugene, Oregon 97401
541.687.9180 phone
Email: lregan@cldc.org
WWW.CLDC.ORG


NOTICE:  This and any attached documents are intended only for the use of the person to whom this is addressed and may contain information that is privileged, confidential, or work product and exempt from disclosure under applicable law.  If you are not the intended recipient, any use, dissemination, distribution, or copying of this communication is strictly prohibited, and you are hereby requested to telephone the sender immediately about the error and to delete this message and attached documents and destroy any printed copies.


"I mourn the loss of thousands of precious lives, but I will not rejoice in the death of one, not even an enemy. Returning hate for hate multiplies hate, adding deeper darkness to a night already devoid of stars. Darkness cannot drive out darkness: only light can do that. Hate cannot drive out hate: only love can do that" - MLK


_____
Assert Your Rights, We've Got your Back

The Civil Liberties Defense Center
Lauren C. Regan, Attorney at Law
Executive Director
1430 Willamette St. #359
Eugene, Oregon 97401
541.687.9180 phone
Email: lregan@cldc.org
WWW.CLDC.ORG


NOTICE:  This and any attached documents are intended only for the use of the person to whom this is addressed and may contain information that is privileged, confidential, or work product and exempt from disclosure under applicable law.  If you are not the intended recipient, any use, dissemination, distribution, or copying of this communication is strictly prohibited, and you are hereby requested to telephone the sender immediately about the error and to delete this message and attached documents and destroy any printed copies.


Assert Your Rights, We've Got your Back

The Civil Liberties Defense Center
Lauren C. Regan, Attorney at Law (she/her)
Executive Director
1430 Willamette St. #359
Eugene, Oregon 97401
Unceded Kalapuya land
541.687.9180 phone
Email: lregan@cldc.org
WWW.CLDC.ORG


NOTICE: This message was sent from a device made by the working class of China. The US government
has capacity for surveillance of all email content.  Nevertheless, the information transmitted, including attachments, is

appointed ini�ally unless there's a conflict or they don't have the a�orney staff to handle a par�cular case.

Angela L. Campbell
DICKEY & CAMPBELL LAW FIRM, P.L.C.
301 East Walnut, Suite 1
Des Moines, Iowa  50309
Phone:  515-288-5008
Fax:    515-288-5010
www.dickeycampbell.com

---

From: Lauren Regan <lregan@cldc.org>
Sent: Tuesday, October 15, 2019 1:52 PM
To: Angela Campbell <Angela@iowajustice.com>
Subject: A�orney Confiden�al--poten�al local counsel?
Importance: High

I'm resending this-also le� you a voicemail.  I hope you can get back to me one way or the other?  Thank you.
Lauren

HI Angela, Sally Frank and Glen Downey suggested that I reach out to you.  I'm the execu�ve director and senior staff a�orney at the Civil Liber�es Defense Center.  We defend poli�cal ac�vists around the country (cldc.org) and i've been doing so for 23 years now. We have a federal case that has just been filed in the SD of Iowa and we are looking for local counsel.  2 codefendant women who are alleged to have nonviolently sabotaged the Dakota Access Pipeline in Iowa a couple years ago.  We represent Ruby Montoya and are looking for experienced federal criminal defense local counsel who are also open to the poli�cal nature of the case and will be willing to work as part of a joint defense team.  Codefendant Jessica Reznicek is currently represented by Bill Quigley (who also teaches law at Loyola) and we are looking for a local for him as well.

I'd love to talk with you about us working together.  My organiza�on will be defending her pro bono, but we are open to discussions about compensa�on (any chance you are CJA qualified for instance?)

We have a first appearance in Des Moines next friday, 10/18 at 2pm.  I'm a�aching the indictment and docket for your convenience.  Please let me know if you have a few minutes sooner than later to talk?

Thank you for your �me.
In solidarity,
Lauren

"I mourn the loss of thousands of precious lives, but I will not rejoice in the death of one, not even an enemy. Returning hate for hate mul�plies hate, adding deeper darkness to a night already devoid of stars. Darkness cannot drive out darkness: only light can do that. Hate cannot drive out hate: only love can do that" - MLK

**6**