# Exhibit D Correspondence between ruby montoya to her lead counsel lauren regan

---

## Fwd: Search Warrant, Emergency Motion, Federal Response Case Number 4:17-mj-382

1 message

---

Begin forwarded message:

From: ruru
Subject: Search Warrant, Emergency Motion, Federal Response Case Number 4:17-mj-382
Date: August 18, 2017 at 4:30:05 PM MDT
To: Lauren Regan <lregan@cldc.org>

Attached are scans these documents

Emergency Motion was filed Monday, 8.14.2017

Assert Your Rights, We've Got your Back

The Civil Liberties Defense Center
Lauren C. Regan, Attorney at Law (she/her)
Executive Director
1430 Willamette St. #359
Eugene, Oregon 97401
Unceded Kalapuya land
541.687.9180 phone
Email: lregan@cldc.org
WWW.CLDC.ORG

NOTICE: This message was sent from a device made by the working class of China. The US government
has capacity for surveillance of all email content.  Nevertheless, the information transmitted, including attachments, is

intended only for the person(s) or entity to which it is addressed and may contain information that is privileged, confidential, or work product, and exempt from disclosure under applicable law.   Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender immediately about the error and delete this message and attached documents and destroy any printed copies.

11 attachments



Warent -1.jpeg
60K

Warent -2.jpeg
58K

Warent -3.jpeg
65K

Warent -4.jpeg
45K



Warent -5.jpeg
40K



Warent -6.jpeg
64K



Warent -7.jpeg
47K



Warent -stuff taken.jpeg
70K



Federal Response.jpeg
46K

 Draft Mot for Magistrate 8-14-17.docx
16K

Fwd: Paperwork

> Begin forwarded message:
>
> From: Lauren Regan <lregan@cldc.org>
> Subject: Re: Paperwork
> Date: January 7, 2019 at 6:47:32 PM MST
> To: Ruby M  Cooper Brinson <cbrinson@cldc.org>
>
> okey dokey.  we'll see if that passes muster in ND…. back in touch soon.  Our response deadline is 1/29/19.  Also, Cooper Brinson, who I think you've spoken with before, will be assisting on the case too.  He's included here and is contained within our atty client bubble.
> talk to you soon-
> lauren
>
>> On Jan 7, 2019, at 5:44 PM, Ruby M  wrote:
>>
>> nada. he had a bunch of papers but only gave me that.
>>
>> On Mon, Jan 7, 2019, 7:44 PM Lauren Regan <lregan@cldc.org wrote:
>>> that's it? no copy of the complaint? that is bizarre...
>>>
>>>> On Jan 7, 2019, at 5:37 PM, Ruby M  wrote:
>>>>
>>>> Attached is the paper and business card.
>>>>
>>>>
>>>> If you want them, details: I received this on Saturday, January 4th, around 5PM central. I was chatting with a friend on the porch at 713 Indiana Avenue, my listed address.
>>>>
>>>> The man identified himself as Henry, attached is his business card. He asked for my ID, which I did not have on my person at the time. I never identified myself to him. I did write an X on a piece of paper.
>>>>
>>>>
>>>> <business card.jpg><001.jpg>
>>>
>>>
>>> "I mourn the loss of thousands of precious lives, but I will not rejoice in the death of one, not even an enemy. Returning hate for hate multiplies hate, adding deeper darkness to a night already devoid of stars. Darkness cannot drive out darkness: only light can do that. Hate cannot drive out hate: only love can do that" - MLK
>>>
>>> _____
>>> Assert Your Rights, We've Got your Back
>>>
>>> The Civil Liberties Defense Center
>>> Lauren C. Regan, Attorney at Law
>>> Executive Director
>>> 1430 Willamette St. #359

**4**

## Fwd: atty client privileged

1 message

Lauren Regan <lregan@cldc.org>

> Begin forwarded message:
>
> From: Ruby
> Subject: Re: atty client privileged
> Date: January 28, 2019 at 12:47:14 PM MST
> To: Lauren Regan <lregan@cldc.org>
>
> On 2019-01-28 12:32, Lauren Regan wrote:
>
>> "I mourn the loss of thousands of precious lives, but I will not
>> rejoice in the death of one, not even an enemy. Returning hate for
>> hate multiplies hate, adding deeper darkness to a night already devoid
>> of stars. Darkness cannot drive out darkness: only light can do that.
>> Hate cannot drive out hate: only love can do that" - MLK
>>
>> _____
>> ASSERT YOUR RIGHTS, WE'VE GOT YOUR BACK
>>
>> The Civil Liberties Defense Center
>> Lauren C. Regan, Attorney at Law
>> Executive Director
>> 1430 Willamette St. #359
>> Eugene, Oregon 97401541.687.9180 phone
>> Email: lregan@cldc.org
>> WWW.CLDC.ORG [1]
>>
>> NOTICE:  This and any attached documents are intended only for the use
>> of the person to whom this is addressed and may contain information
>> that is privileged, confidential, or work product and exempt from
>> disclosure under applicable law.  If you are not the intended
>> recipient, any use, dissemination, distribution, or copying of this
>> communication is strictly prohibited, and you are hereby requested to
>> telephone the sender immediately about the error and to delete this
>> message and attached documents and destroy any printed copies.

> 2 attachments
>
>  Montoya signed .pdf
> 261K
>
>  signature.asc
> 1K

---

Phone Message

---

Begin forwarded message:

From: Ruby Katherine
Subject: Fwd: Phone Message
Date: October 27, 2019 at 6:59:19 PM MDT
To: Lauren Regan <lregan@cldc.org>


---------- Forwarded message ---------
From: Andy Dunn <adunn@parrishlaw.com>
Date: Sun, Oct 27, 2019, 5:25 PM
Subject: Phone Message
To: Rubykatherine39@gmail.com <Rubykatherine39@gmail.com>, rurumon9@riseup.net <rurumon9@riseup.net>


Ruby,


I received your phone message. I will have the withdrawal on file by tomorrow.


I wish you the best of luck.


Andy


Assert Your Rights, We've Got your Back

The Civil Liberties Defense Center
Lauren C. Regan, Attorney at Law (she/her)
Executive Director
1430 Willamette St. #359
Eugene, Oregon 97401
Unceded Kalapuya land
541.687.9180 phone
Email: lregan@cldc.org
WWW.CLDC.ORG


NOTICE: This message was sent from a device made by the working class of China. The US government has capacity for surveillance of all email content.  Nevertheless, the information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain information that is privileged, confidential, or work product, and exempt from disclosure under applicable law.   Any

**6**

## Fwd: Activity in Case 4:19-cr-00172-RGE-HCA USA v. Reznicek et al Order on Motion to Withdraw as Attorney

7 messages

Lauren Regan <lregan@cldc.org>                                     Tue, Oct 29, 2019 at 10:12 AM
To: Ruby Montoya , Stephen Montoya , Angela
Campbell <angela@iowajustice.com>

Exciting news!  Angela has been appointed to Ruby's case!!  Lets set up a time to talk via video call soon?

Begin forwarded message:

From: Andy Dunn <adunn@ParrishLaw.com>
Subject: FW: Activity in Case 4:19-cr-00172-RGE-HCA USA v. Reznicek et al Order on Motion to Withdraw as Attorney
Date: October 29, 2019 at 9:53:40 AM PDT
To: Lauren Regan <lregan@cldc.org>, Angela Campbell <Angela@iowajustice.com>

## See below

From: cmecf_iasd@iasd.uscourts.gov <cmecf_iasd@iasd.uscourts.gov>
Sent: Tuesday, October 29, 2019 11:49 AM
To: Courtmail@iasd.uscourts.gov
Subject: Activity in Case 4:19-cr-00172-RGE-HCA USA v. Reznicek et al Order on Motion to Withdraw as Attorney

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of Iowa

## Notice of Electronic Filing

The following transaction was entered on 10/29/2019 at 11:48 AM CDT and filed on 10/29/2019
Case Name:              USA v. Reznicek et al
Case Number:            4:19-cr-00172-RGE-HCA
Filer:
Document Number: 30

Docket Text:
TEXT ORDER granting [29] Motion to Withdraw as Attorney as to Ruby Katherine Montoya (2). The Clerk of Court may terminate the appearance of Mr. Dunn. The Clerk should appoint Ms. Angela Campell as substitute CJA counsel to represent defendant. Signed by Chief Magistrate Judge Helen C. Adams on 10/29/2019. (k)

7

Ruby Katherine                                                      Mon, Nov 4, 2019 at 11:58 AM
To: Lauren Regan <lregan@cldc.org>
Cc: Angela Campbell <Angela@iowajustice.com>

Any preference on time to touch in today?  I cannot do tomorrow, but would be available Wednesday if today is not possible.

On Sun, Nov 3, 2019, 4:52 PM Lauren Regan <lregan@cldc.org> wrote:
[Quoted text hidden]

---

Lauren Regan <lregan@cldc.org>                                     Mon, Nov 4, 2019 at 2:35 PM
To: Ruby Katherine
Cc: Angela Campbell <Angela@iowajustice.com>

i've got another meeting from 3-4 pacific, but otherwise am available.
wednesday could do 10:30-3:30 pct
[Quoted text hidden]

📄 signature.asc
   1K

---

Angela Campbell <Angela@iowajustice.com>                           Mon, Nov 4, 2019 at 2:37 PM
To: Lauren Regan <lregan@cldc.org>, Ruby Katherine

I am unavailable Wednesday.  I am in a long meeting right now, but if you two come up with a time tonight, you can call my cell anytime and conference me in.

[Quoted text hidden]

---

Lauren Regan <lregan@cldc.org>                                     Mon, Nov 4, 2019 at 2:48 PM
To: Angela Campbell <Angela@iowajustice.com>
Cc: Ruby Katherine

Ok, Ruby, I can do 5:00-7:30 pct if that works for you? can you take the call from a computer or will you be calling in? if via phone, i'll just initiate a 3-way call and we'll just have to deal with it being via insecure cellphone?
[Quoted text hidden]

📄 signature.asc
   1K

---

Ruby Katherine                                                     Mon, Nov 4, 2019 at 2:59 PM
To: Lauren Regan <lregan@cldc.org>
Cc: Angela Campbell <Angela@iowajustice.com>

Let's do 5 PCT time. Please phone me in, as I'm pretty limited to my phone at the moment.
[Quoted text hidden]

---

Ruby Katherine                                                     Mon, Nov 4, 2019 at 6:14 PM
To: Lauren Regan <lregan@cldc.org>
Cc: Angela Campbell <Angela@iowajustice.com>

Greetings all,

I appreciate the time this eve.

Would it be possible to propose Fall 2019 initially as a "set" date?

**8**

---

Ruby Katherine                                                    Fri, Nov 29, 2019 at 9:52 AM
To: Lauren Regan <lregan@cldc.org>
Cc: Angela Campbell <Angela@iowajustice.com>

Greetings,

Tuesday at 5PM pacific time works for me.

[Quoted text hidden]

---

Lauren Regan <lregan@cldc.org>                                   Fri, Nov 29, 2019 at 11:40 AM
To: Ruby Katherine
Cc: Angela Campbell <Angela@iowajustice.com>

Angela, if that works for you (5-5:30 Pacific time), I will initiate another 3-way call.  Please send me the phone number
you want me to call (both of you).

also, angela, was there any communications about how we can have confidential phone calls to Ruby given the
surveillance terms of her phone and/or release?

If Ruby can get to a computer, I could also schedule a zoom video call which would allow us to look at some of the
discovery Angela has received?

let me know your thoughts
lr

[Quoted text hidden]

📄 signature.asc
   1K

---

Ruby Katherine                                                    Fri, Nov 29, 2019 at 2:43 PM
To: Lauren Regan <lregan@cldc.org>


[Quoted text hidden]

---

Angela Campbell <Angela@iowajustice.com>                         Mon, Dec 2, 2019 at 9:06 AM
To: Lauren Regan <lregan@cldc.org>, Ruby Katherine


That's 7:00-7:30 my time.


I can make that work Tuesday, but I'll be at home on my cell phone.  515-321-8504.


From: Lauren Regan <lregan@cldc.org>
Sent: Friday, November 29, 2019 1:41 PM
To: Ruby Katherine

---

## (no subject)

---

Ruby Katherine                                              Wed, Dec 4, 2019 at 5:18 AM
To: Lauren Regan <lregan@cldc.org>

> Heads up. My po  is at my door this am
>  I'll check in after

---

Ruby Katherine                                              Wed, Dec 4, 2019 at 5:47 AM
To: Lauren Regan <lregan@cldc.org>

> Sorry for the alert, I thought it was odd the early arrival. All is well.
>
> Peace
> [Quoted text hidden]

[Quoted text hidden]

---

[Quoted text hidden]
Assert Your Rights, We've Got your Back

The Civil Liberties Defense Center
Lauren C. Regan, Attorney at Law (she/her)
Executive Director
1430 Willamette St. #359
Eugene, Oregon 97401
Unceded Kalapuya land
541.687.9180 phone
Email: lregan@cldc.org
WWW.CLDC.ORG

NOTICE: This message was sent from a device made by the working class of China. The US government
has capacity for surveillance of all email content.  Nevertheless, the information transmitted, including attachments, is
intended only for the person(s) or entity to which it is addressed and may contain information that is
privileged, confidential, or work product, and exempt from disclosure under applicable law.   Any
review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information
by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the
sender immediately about the error and delete this message and attached documents and destroy any printed copies.

signature.asc
1K

**10**

Lauren Regan <lregan@cldc.org>                                    Mon, Dec 16, 2019 at 12:40 PM
To: Angela Campbell <Angela@iowajustice.com>
Cc: Ruby Katherine

Hi Angela, any update on discovery?

> On Dec 11, 2019, at 7:57 AM, Angela Campbell <Angela@iowajustice.com> wrote:
>
> [Quoted text hidden]


[Quoted text hidden]

📄 signature.asc
   1K

---

Angela Campbell <Angela@iowajustice.com>                          Tue, Dec 17, 2019 at 6:42 AM
To: Lauren Regan <lregan@cldc.org>
Cc: Ruby Katherine <

The first set of discovery is up on casepoint as of this morning.  Lauren you should be getting a notice with your login.

The second set was forensic extractions of electronic devices so we have to do some processing before it can go up.


Angela L. Campbell

D◆◆◆◆ | C◆◆◆◆◆◆◆◆, S◆◆◆◆◆ PLC 

301 East Walnut Street, Suite 1 | Des Moines, Iowa 50309

Phone 515.288.5008

Fax 515.288.5010

**11**

iowajustice.com

[Quoted text hidden]

---

Lauren Regan <lregan@cldc.org>                                    Tue, Dec 17, 2019 at 9:40 AM
To: Angela Campbell <Angela@iowajustice.com>
Cc: Ruby Katherine

Ok, i see that email and will get it set up. thank you.
lauren

[Quoted text hidden]

📄 signature.asc
1K

---

Ruby Katherine                                                    Fri, Dec 20, 2019 at 5:33 AM
To: Lauren Regan <lregan@cldc.org>
Cc: Angela Campbell <Angela@iowajustice.com>

Is there a way I can get a log in?

[Quoted text hidden]

---

Angela Campbell <Angela@iowajustice.com>                          Fri, Dec 20, 2019 at 5:43 AM
To: Ruby Katherine  Lauren Regan <lregan@cldc.org>

Not at the moment.  You aren't allowed uncontrolled access to the discovery.  There's a protective order that prevents
Lauren and I from sending you copies, so that would mean that we also can't just get you a login.  So until and unless
the government agrees to parts of it not being under that order, you would have to physically be with one of us to have
access to any of the discovery.

Angela L. Campbell

D��� | C������� & ����� PLC

301 East Walnut Street, Suite 1 | Des Moines, Iowa 50309

Phone 515.288.5008

Fax 515.288.5010

iowajustice.com

Ruby Katherine                                                    Tue, Jan 14, 2020 at 3:27 PM
To: Lauren Regan <lregan@cldc.org>
Cc: Angela Campbell <Angela@iowajustice.com>

Yep, these are all important subjects.  I believe a one thing at a time approach could be helpful in this.

In terms of relocating,

I'd most likely be taking a part time job in Santa Fe Waldorf School as a Spanish teacher there.  I would live just outside the town with my teaching mentor and her husband, who both work at the school.  Them, as founding members of the school, the director, and most of the faculty, are aware of my legal situation, just as my current school is as well.  I am going there in hope of continuing my teacher training, while significantly scaling back my role as a grades teacher that is responsible for creating curriculum that is developmentally appropriate for three age groups.  Both my mentor and the director of the school are considered master teachers and are involved in my teacher training program.  They care about me, just as my current school does.  I suppose I'd have about the same level of "support"?  No notable changes in that arena.  Also, my partner/girlfriend/person I'm dating/label is there and also works at the school, but I wouldn't be living with her so I'm not sure its advanetagous to mention, especially since my primary reason is to reduce my responsibilities at work.  My counselor can vouch for my stress level if needed.

If anything is to be entered "on record" regarding this, I would like to see it prior to submission.

The surveillance software is scheduled to be "updated" on Thursday.  Jessica does not have this as a term of release.

Angela, did you receive my passport?

Thank you for all you both are doing.  I look forward to connecting with you on Friday.

In appreciation,
Ruby
[Quoted text hidden]

Lauren Regan <lregan@cldc.org>                                    Tue, Jan 14, 2020 at 7:19 PM
To: Ruby Katherine
Cc: Angela Campbell <Angela@iowajustice.com>

## Phone Conference

Ruby                                                                    Sat, Feb 22, 2020 at 4:47 PM
To: Lauren Regan <lregan@cldc.org>

Greetings Lauren,

Let's set up a time... though I think that if we are pushing it out to March, it's best to do it after the 9th -- I won't be holding my class at that time any longer and will have actual time and space to think more clearly.

I looked back on the emails and you did mention you were in trial the 19-20, but nothing after.  I just say this for clarification so that we can keep open and good communications because I do think it's important that your on the call.

That being said, I don't know what time zone you'll be in starting March 9th... will you be in Oregon?


And thanks for the congratulations.  Kate and I made things legal while we were in Colorado and are working on reapplying for transfer to New Mexico.

I wish you well.

Peace,
Ruby

## Scheduling joint attorney client call

Lauren Regan <lregan@cldc.org>                                    Mon, Mar 2, 2020 at 10:28 AM
To: Ruby Katherine, Bill Quigley <quigley77@gmail.com>
Cc: Angela Campbell <Angela@iowajustice.com>, melanie_keiper@fd.org

Folks, I don't have an email for Jess, so hopefully her counsel and forward or reach out to her regarding scheduling a
call with all of us to touch base on the case.  Please use the link below to provide your availability for the call and i'll let
you know what date/times work for us all.  please fill it out asap since a couple dates/times are for this week…
thank you!!  Look forward to speaking with you soon

http://whenisgood.net/e2q5bf3


"I mourn the loss of thousands of precious lives, but I will not rejoice in the death of one, not even an enemy.
Returning hate for hate multiplies hate, adding deeper darkness to a night already devoid of stars. Darkness cannot
drive out darkness: only light can do that. Hate cannot drive out hate: only love can do that" - MLK

_____
Assert Your Rights, We've Got your Back

The Civil Liberties Defense Center
Lauren C. Regan, Attorney at Law (she/her)
Executive Director
1430 Willamette St. #359
Eugene, Oregon 97401
541.687.9180 phone
Email: lregan@cldc.org
WWW.CLDC.ORG


NOTICE:  This and any attached documents are intended only for the use of the person to whom this is addressed and may
contain information that is privileged, confidential, or work product and exempt from disclosure under applicable law.  If you are
not the intended recipient, any use, dissemination, distribution, or copying of this communication is strictly prohibited, and you
are hereby requested to telephone the sender immediately about the error and to delete this message and attached documents
and destroy any printed copies.

 signature.asc
1K

bill quigley <quigley77@gmail.com>                                Mon, Mar 2, 2020 at 10:52 AM
To: Lauren Regan <lregan@cldc.org>, Jessica Reznicek <jessicareznicek@gmail.com>
Cc: Ruby Katherine, Campbell <Angela@iowajustice.com>, Melanie Keiper
<melanie_keiper@fd.org>

Adding Jessica Reznicek.
FYI, congrats to Lauren for hanging a jury on climate necessity defense!
See https://www.nationofchange.org/2020/02/29/landmark-win-in-fight-for-habitable-future-as-jury-refuses-to-convict-
climate-activists-who-presented-necessity-defense/
I look forward to talking with you all,
Bill Q

[Quoted text hidden]

**15**

## Attorney-client confidentialRe: Scheduling joint attorney client call
19 messages

Lauren Regan <lregan@cldc.org>                                                    Tue, Mar 3, 2020 at 4:29 PM
To: Bill Quigley <quigley77@gmail.com>
Cc: Jessica Reznicek , Ruby Katherine , Angela Campbell
<Angela@iowajustice.com>, Melanie Keiper <melanie_keiper@fd.org>

Friends, everyone except Melanie has now provided their availability for our joint defense call.  Here are the top 3
dates and times that worked for everyone—hopefully Melanie can chime in if any of these do or don't work for her.

March 5-- 3-5pm PCT (coming up fast)
March 16–4-6pm PCT
March 18–6-7pm
March 19–5-7pm
March 20–3-7pm

I think we will only need an hour for the call but I put down all of the timeframes that worked for all.  Once Melanie
responds and eliminates dates/times that don't work for her, I will send out a zoom link to facilitate the call.  If we want
to create an agenda to facilitate our conversation, I'm happy to take suggestions from folks.

I'd suggest
1. Introductions
2. Agreement to confidentiality and joint defense
3. Discussion & Prioritization of goals from both clients and lawyers
4. Intro conversation about discovery
5. Discussion of next steps

what else?

All for now, will send out another email soon with the call info.
Thank you!!
Lauren

## Privileged Communication
2 messages

Ruby                                                                Mon, Apr 20, 2020 at 10:16 AM
To: Lauren Regan <lregan@cldc.org>

Greetings,

I hope this finds you well.

I'm thinking that it may be best for me to travel to Eugene to view discovery.

Please let me know a good time to call you to discuss further.

Peace and thanks,
Ruby

> Begin forwarded message:
> [Quoted text hidden]

Assert Your Rights, We've Got your Back

The Civil Liberties Defense Center
Lauren C. Regan, Attorney at Law (she/her)
Executive Director
1430 Willamette St. #359
Eugene, Oregon 97401
Unceded Kalapuya land
541.687.9180 phone
Email: lregan@cldc.org
WWW.CLDC.ORG

NOTICE: This message was sent from a device made by the working class of China. The US government
has capacity for surveillance of all email content.  Nevertheless, the information transmitted, including attachments, is
intended only for the person(s) or entity to which it is addressed and may contain information that is
privileged, confidential, or work product, and exempt from disclosure under applicable law.   Any
review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information
by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the
sender immediately about the error and delete this message and attached documents and destroy any printed copies.

 signature.asc
1K

## Ruby Montoya attorney visit

Lauren Regan <lregan@cldc.org>                                      Wed, Apr 22, 2020 at 3:25 PM
To: Ruby Montoya , matthew_szmytke@azd.uscourts.gov
Cc: Angela Campbell <angela@iowajustice.com>

Dear Mr. Szmytke:  I am writing to support the travel request authorization for Ms. Montoya to travel to Eugene, Oregon where my law office is located as essential travel to facilitate her complete review of all case related discovery matters, including viewing voluminous digital documents and records, as well as meetings with me regarding the case.  We have a pretrial motion deadline approaching next month, and a trial scheduled for June, and I need to have more extensive review and discussion with Ms. Montoya to prepare for those upcoming deadlines as soon as possible.

I anticipate completion of this process within 5 days.

The Oregon Health Authority does not require quarantine upon arrival from out of state; we are currently under a 'stay at home' order with exceptions.  I will arrange for an appropriate place for Ms. Montoya to stay while she is in town and we will meet at my office to conduct our review and meetings.

Thank you very much in advance.
Lauren Regan


"One of the great liabilities of history is that all too many people fail to remain awake through great periods of social change. Every society has its protectors of status quo and its fraternities of the indifferent who are notorious for sleeping through revolutions. Today, our very survival depends on our ability to stay awake, to adjust to new ideas, to remain vigilant and to face the challenge of change," Reverend Martin Luther King, 1968.


_____
Assert Your Rights, We've Got your Back

The Civil Liberties Defense Center
Lauren C. Regan, Attorney at Law (she/her)
Executive Director
1430 Willamette St. #359
Eugene, Oregon 97401
541.687.9180 phone
Email: lregan@cldc.org
WWW.CLDC.ORG

NOTICE:  This and any attached documents are intended only for the use of the person to whom this is addressed and may contain information that is privileged, confidential, or work product and exempt from disclosure under applicable law.  If you are not the intended recipient, any use, dissemination, distribution, or copying of this communication is strictly prohibited, and you are hereby requested to telephone the sender immediately about the error and to delete this message and attached documents and destroy any printed copies.

signature.asc
1K

## Fwd: quick call this week? Ruby Montoya case
1 message

Begin forwarded message:

From: Lauren Regan <lregan@cldc.org>
Subject: Re: quick call this week? Ruby Montoya case
Date: April 28, 2020 at 1:03:36 PM MDT
To: Angela Campbell <Angela@iowajustice.com>

how about noon my time, 2pm yours?  i'll call your cell.  do you have Signal?

On Apr 28, 2020, at 11:40 AM, Angela Campbell <Angela@iowajustice.com> wrote:

Sure I'm free tomorrow.  Wai�ng on a couple web mee�ngs to get scheduled, but am otherwise open.  Cell is best.  515-321-8504.

Angela L. Campbell

D � � � � | C � � � � L � � F � � � � � �
301 East Walnut Street, Suite 1 | Des Moines, Iowa 50309
Phone 515.288.5008
Fax 515.288.5010
iowajustice.com

From: Lauren Regan <lregan@cldc.org>
Sent: Tuesday, April 28, 2020 1:37 PM
To: Angela Campbell <Angela@iowajustice.com>
Subject: quick call this week? Ruby Montoya case

Hi angela, do you have a minute or 2 to check in with me about Ruby's case this week?  I just want to get on the same page with you about a couple of issues. let me know a couple �mes that work for you, and whether i should call office or cell?
thank you!
lauren

"One of the great liabilities of history is that all too many people fail to remain awake through great periods of social change. Every society has its protectors of status quo and its fraternities of the indifferent who are notorious for sleeping through revolutions. Today, our very survival depends on our ability to stay awake, to adjust to new ideas, to remain vigilant and to face the challenge of change," Reverend Martin Luther King, 1968.

**19**

## Attorney-Client Privilege

Lauren Regan <lregan@cldc.org>                                          Thu, Apr 30, 2020 at 10:41 AM
To: Ruby Montoya  Angela Campbell <angela@iowajustice.com>

Hi Ruby, I spoke with Angela and she is going to reach out to Melanie to see if there is any update there.  And I proposed that we will call Angela from my office once you have a day or so to filter through the discovery so we can have a conversation about next steps.  See you soon.
Lauren

> On Apr 27, 2020, at 8:51 AM, Ruby wrote:
>
> Greetings,
>
> I will be making the drive to Oregon to do a review of the evidence next week as it's not feasible to continue to do a review over my phone's 4 inch screen.
>
> We probably ought to file for another extension for motions now. Thoughts?
>
> Peace and thanks to you both,
> Ruby

"One of the great liabilities of history is that all too many people fail to remain awake through great periods of social change. Every society has its protectors of status quo and its fraternities of the indifferent who are notorious for sleeping through revolutions. Today, our very survival depends on our ability to stay awake, to adjust to new ideas, to remain vigilant and to face the challenge of change," Reverend Martin Luther King, 1968.

_____
Assert Your Rights, We've Got your Back

The Civil Liberties Defense Center
Lauren C. Regan, Attorney at Law (she/her)
Executive Director
1430 Willamette St. #359
Eugene, Oregon 97401
541.687.9180 phone
Email: lregan@cldc.org
WWW.CLDC.ORG

NOTICE:  This and any attached documents are intended only for the use of the person to whom this is addressed and may contain information that is privileged, confidential, or work product and exempt from disclosure under applicable law.  If you are not the intended recipient, any use, dissemination, distribution, or copying of this communication is strictly prohibited, and you are hereby requested to telephone the sender immediately about the error and to delete this message and attached documents and destroy any printed copies.

## Attorney Client Privilege Fwd: Letter

Ruby                                                                                    Thu, Apr 30, 2020 at 11:47 AM
To: Lauren Regan <lregan@cldc.org>

Alrighty, definitely.  We can consider this first one as a draft to get the energy moving forward with it. See you soon!

On Thu, Apr 30, 2020, 11:28 AM Lauren Regan <lregan@cldc.org> wrote:
i normally come up with a bit of outline to give to folks, and they should send them to me directly.  they need to pen sign it and scan it and send or mail to me….
maybe we can come up with a plan on that topic when you are here?  you'll need projects to keep you occupied while you shelter in place at the office (:

On Apr 30, 2020, at 10:56 AM, Ruby wrote:

Just FYI...
I'm starting to ask folk with titles to write letters on my behalf, they may prove useful later.  An early start in case the letters need to be strengthened or toned down.

Also, my travel plans have changed.  It turned out to be too prohibitive to secure a car, so I'm hopping train and will still arrive Sunday afternoon, and leave Sunday afternoon, the 10th.  I can forward you my schedule if you'd like.

I'm looking forward to seeing you and meeting with you.  Thank you, Lauren.  I sincerely appreciate all that you do.  Onward.

---------- Forwarded message ---------
From: Karl Johnson
Date: Thu, Apr 30, 2020, 8:46 AM
Subject: Re: Letter
To: Ruby

Hello Ruby,

Hope this finds you well. Your letter is done. Could you please kindly send me the contact information and I will send it out promptly.

Warm Regards,

Karl
Karl Johnson M.A. - SFWS Pedagogical Chair

## atty-client communication

Lauren Regan <lregan@cldc.org>                                    Wed, May 6, 2020 at 12:47 PM
To: Angela Campbell <angela@iowajustice.com>, Ruby

Hi Angela, Ruby has been spending hours reviewing all of the discovery this week and we think she should be done by Friday morning.  Would you still have time for a call with us on Friday?  We can do 9am-3pm PST.  if you name a time that works, i'll send an encrypted link for us to use.  or happy to use your platform if you prefer?
thank you!


"One of the great liabilities of history is that all too many people fail to remain awake through great periods of social change. Every society has its protectors of status quo and its fraternities of the indifferent who are notorious for sleeping through revolutions. Today, our very survival depends on our ability to stay awake, to adjust to new ideas, to remain vigilant and to face the challenge of change," Reverend Martin Luther King, 1968.


_____
Assert Your Rights, We've Got your Back

The Civil Liberties Defense Center
Lauren C. Regan, Attorney at Law (she/her)
Executive Director
1430 Willamette St. #359
Eugene, Oregon 97401
541.687.9180 phone
Email: lregan@cldc.org
WWW.CLDC.ORG


NOTICE:  This and any attached documents are intended only for the use of the person to whom this is addressed and may contain information that is privileged, confidential, or work product and exempt from disclosure under applicable law.  If you are not the intended recipient, any use, dissemination, distribution, or copying of this communication is strictly prohibited, and you are hereby requested to telephone the sender immediately about the error and to delete this message and attached documents and destroy any printed copies.

attorney-client privileged

Lauren Regan <lregan@cldc.org>                                    Tue, Sep 29, 2020 at 10:49 AM
To: Angela Campbell <angela@iowajustice.com>, Ruby Montoya , Melanie Keiper
<Melanie_Keiper@fd.org>, Bill Quigley <quigley77@gmail.com>

I assume we are just going to move forward with the current trial date?  And I also assume we should confer before
reporting back to the court as required below?  Do we want to kick the trial date out til the spring? (w/ speedy trial
waivers?)
A call?
Thanks,
Lauren


Begin forwarded message:

From: Celeste Bremer <Celeste_Bremer@iasd.uscourts.gov>
Subject: October 2020 DM 56 Plea Entry Deadlines Please schedule sooner, rather than later
Date: September 29, 2020 at 10:46:00 AM PDT
To: "Krickbaum, Marc (USAIAS)" <Marc.Krickbaum@usdoj.gov>, "Weiser, Mallory (USAIAS)"
<Mallory.Weiser@usdoj.gov>, "Herrera, Kristin (USAIAS)" <Kristin.Herrera@usdoj.gov>, "Tubbs, MacKenzie
(USAIAS)" <MacKenzie.Benson.Tubbs@usdoj.gov>, "jkrigg@dwx.com" <jkrigg@dwx.com>,
"dan@vondramalott.com" <dan@vondramalott.com>, "prosenlaw@aol.com" <prosenlaw@aol.com>, Mackenzi
Nash <Mackenzi_Nash@fd.org>, mweinhardt_weinhardtlaw.com <mweinhardt@weinhardtlaw.com>, "Todd M.
Lantz" <tlantz@weinhardtlaw.com>, sean_spellmanlawpc.com <sean_spellmanlawpc.com>, Melanie Keiper
<Melanie_Keiper@fd.org>, hollylogan_davisbrownlaw.com <hollylogan@davisbrownlaw.com>, "Leemkuil, Ryan
(USAIAS)" <Ryan.Leemkuil@usdoj.gov>, "Jennings, Amy (USAIAS) 1" <Amy.Jennings2@usdoj.gov>, Andrew
Graeve <Andrew_Graeve@fd.org>, "nelson.james@gmail.com" <nelson.james@gmail.com>, "Steindorf, Margaret
(USAIAS)" <Margaret.Steindorf@usdoj.gov>, aparrish_parrishlaw.com <Aparrish@parrishlaw.com>,
"adam@zenorkuehner.com" <adam@zenorkuehner.com>, bbergmann_parrishlaw.com
<bbergmann@parrishlaw.com>, "Bruner, Virginia (USAIAS)" <Virginia.Bruner@usdoj.gov>, "Scorpiniti, Debra
(USAIAS)" <Debra.Scorpiniti@usdoj.gov>, Joe Herrold <Joe_Herrold@fd.org>, Gary Dickey
<Gary@iowajustice.com>, "Roan, Laura (USAIAS)" <Laura.Roan@usdoj.gov>, Brad R Hansen
<Brad_Hansen@fd.org>, "Shotwell, Mikaela (USAIAS)" <Mikaela.Shotwell@usdoj.gov>, "jkrigg@dwx.com"
<jkrigg@dwx.com>, adunn_parrishlaw.com <adunn@ParrishLaw.com>, "rachelle@vplumblaw.com"
<rachelle@vplumblaw.com>, "rgrehkemper@grllaw.com" <rgrehkemper@grllaw.com>, "adam@zenorkuehner.com"
<adam@zenorkuehner.com>, jake_feuerhelmlaw.com <jake@feuerhelmlaw.com>, Dean Stowers
<dean@stowerssarcone.com>, "peter@stowerssarcone.com" <peter@stowerssarcone.com>,
"dfautsch@weinhardtlaw.com" <dfautsch@weinhardtlaw.com>, nick_stowerssarcone.com
<nick@stowerssarcone.com>, "Griess, Jason (USAIAS)" <Jason.Griess2@usdoj.gov>, "quigley77@gmail.com"
<quigley77@gmail.com>, "Angela Campbell (Angela@iowajustice.com)" <Angela@iowajustice.com>,
"lregan@cldc.org" <lregan@cldc.org>
Cc: Melanie Ritchey <Melanie_Ritchey@iasd.uscourts.gov>, Benjamin Kenkel <Benjamin_Kenkel@iasd.
uscourts.gov>, Kay Bartolo <Kay_Bartolo@iasd.uscourts.gov>, Frank Severino <Frank_Severino@iasd.uscourts.
gov>, John Courter <John_Courter@iasd.uscourts.gov>, Marissa Lee <Marissa_Lee@iasd.uscourts.gov>, Maura
McNally-Cavanagh <Maura_McNally-Cavanagh@iasd.uscourts.gov>, Maranda Hinnah
<Maranda_Hinnah@iasd.uscourts.gov>, Michael Messina <Michael_Messina@iasd.uscourts.gov>, Nancy Harris
<Nancy_Harris@iasd.uscourts.gov>, Hilary Hippen-Leek <Hilary_Hippen-Leek@iasd.uscourts.gov>

Counsel:
Attached is the list of  56 Des Moines cases that currently have October Plea Entry
Deadlines (as of this morning).
Please help us make the best use of everyone's time, and get Plea Hearings
scheduled promptly.

## Attorney Communications

Ruby                                                                                    Wed, Oct 7, 2020 at 8:44 PM
To: Lauren Regan <lregan@cldc.org>

the serious misdemeanor, the other two were related to a military drone demonstration

On Wed, Oct 7, 2020, 19:08 Lauren Regan <lregan@cldc.org> wrote:
this was the damage to the sign?

On Oct 7, 2020, at 1:25 PM, Ruby wrote:

Here is the receipt from matters back in Summer of 2017 whilst still in contact with Jess.

CRIMINAL MISCHIEF 5TH DEGREE -- Serious Misdemeanor 7/25/17
DISORDERLY CONDUCT - OBSTRUCT PUBLIC WAY-- Simple Mis 6/29/17
INTERFERENCE WITH OFFICIAL ACTS -- Simple Mis 6/29/17

---------- Forwarded message ---------
From: Iowa Judicial Branch <epaynoreply@usbank.com>
Date: Wed, Aug 19, 2020 at 3:50 PM
Subject: Payment Confirmation for Iowa Judicial Branch
To: Ruby


*** PLEASE DO NOT RESPOND TO THIS EMAIL ***

Thank you for your payment.

This email is to confirm your payment submitted on Aug-19-2020 for Iowa Judicial Branch.

Confirmation Number: IOWJU2008881044
Payment Amount: $3,703.96
Scheduled Payment Date: Aug-19-2020
Amount Due: $3,703.96

Payer Name: Ruby Montoya


Merchant: Iowa Judicial Branch 2
Website: https://www.iowacourts.state.ia.us/ESAWebApp/SelectFrame

If you have questions about this payment or need assistance, please view the payment online at
https://www.iowacourts.state.ia.us/ESAWebApp/SelectFrame , or call Customer Service at (515)348-4778.

Thank you for using the State of Iowa Judicial Branch electronic payment system.


U.S. BANCORP made the following annotations
---------------------------------------------------------------------
Electronic Privacy Notice. This e-mail, and any attachments, contains information that is, or may be, covered by
electronic communications privacy laws, and is also confidential and proprietary in nature. If you are not the
intended recipient, please be advised that you are legally prohibited from retaining, using, copying, distributing, or