# Exhibit E Angela Campbell investigating possible defense

Fwd: attorney client privileged
1 message

On Fri, Mar 20, 2020, 4:38 PM Angela Campbell <Angela@iowajustice.com> wrote:

> Ruby,
>
> Following up on your questions.

1

In regards to other evidence other than your confessions.  Here's some excerpts from reports of such evidence:

Travis Beck, an employee of Energy Transfer Partners, had stated that he had put up a trail camera on the work site. A picture was taken from this camera. The photo showed what appeared to be a woman in a black overcoat holding a yellow plastic milk crate. The crate appeared to contain either a butane or oxygen acetylene torch kit. The purpose of the torch is unknown at this time.

Timothy Grace said that he saw the suspects running away from the scene as he was heading west on 257th St. Timothy said that the individuals were wearing bandana's and that one of them was wearing a pink sweatshirt. Timothy said that the suspects were 2 possibly white females that were approximately six foot tall with a skinny build. He also stated that he witnessed one of the suspects enter a white 4 door vehicle with Iowa plates. Timothy was unable to get a full license plate or make and model of the vehicle, but did mention that the car took off eastbound.

John Porter, TigerSwan reported two females, Jessica Resnick and Ruby Montoya, were seen cutting a hole in the fence to gain access to a pipeline valve in Minnehaha County, Sioux Falls, SD. The suspects were seen driving a white car with Iowa plates. TigerSwan was working to get the SD cardpulled from a trail camera close by.

Lesser Harms reads:

§5K2.11.   <u>Lesser Harms </u>(Policy Statement)

5K2.11

Sometimes, a defendant may commit a crime in order to avoid a perceived greater harm.  In such instances, a reduced sentence may be appropriate, provided that the circumstances significantly diminish society's interest in punishing the conduct, for example, in the case of a mercy killing.  Where the interest in punishment or deterrence is not reduced, a reduction in sentence is not warranted.  For example, providing defense secrets to a hostile power should receive no lesser punishment simply because the defendant believed that the government's policies were misdirected.

In other instances, conduct may not cause or threaten the harm or evil sought to be prevented by the law proscribing the offense at issue.  For example, where a war veteran possessed a machine gun or grenade as a trophy, or a school teacher possessed controlled substances for display in a drug education program, a reduced sentence might be warranted.

Angela L. Campbell

D����� | C�������������PLC

301 East Walnut Street, Suite 1 | Des Moines, Iowa 50309

Phone 515.288.5008