# Exhibit F Bill Quigley raising question of private security licensing Ruby Montoya attempts to investigate with no response from her lead counsel

**Fwd: ATTY CLIENT COMMUNICATION:**
1 message

---

Begin forwarded message:

From: Ruby
Subject: Re: ATTY CLIENT COMMUNICATION:
Date: March 22, 2020 at 10:26:29 PM MDT
To: bill quigley <quigley77@gmail.com>
Cc: Melanie Keiper <melanie_keiper@fd.org>, Lauren Regan <lregan@cldc.org>, Angela Campbell <angela@iowajustice.com>, Jessica Reznicek

Greetings,

Thanks for passing these thoughts along, Bill. To my knowledge, TS was operating without a license until their license was approved in February 2017, though I believe they began their application in late November of 2016... if this is worth looking into, I'm happy to help how I can.

On Sun, Mar 22, 2020, 10:22 AM bill quigley <quigley77@gmail.com> wrote:
> Friends,
>
> Though I have not reviewed all the discovery yet, I did notice a lot of Tiger Swan participation in the earliest law enforcement reports. Tiger Swan was doing its own considerable investigation and was reporting to law enforcement and even participating in meetings with law enforcement. The pipeline was also using Tiger Swan information when it was in meetings with law enforcement.
>
> I do not have nearly the criminal law experience of the rest of you, so I want to raise this question for you to consider.
>
> Was Tiger Swan (and its agents) operating legally in Iowa? And if not, does that make any difference in terms of the integrity of the investigation.
>
> I ask this because Tiger Swan has a documented history of operating in states where it has not received legal authority to do so. I know there were legal problems with TS in the Dakotas and I also know they operated illegally in Louisiana until we reported them and the state forced them to stop. In Louisiana they were stopped. We think they incorporated as a different entity and then went back to work.
>
> If, as a legal matter it does not make any difference whether illegal actors participated in the fact gathering process along with legal actors, then this is not a viable issue to explore. If that is a viable issue to explore, should we consider it and see how frequently they were engaged in illegal operations?
>
> Thanks for helping think this through.
>
> Appreciate this team!
>
> Bill Quigley

1

## Attorney-Client Privilege

Lauren Regan <lregan@cldc.org>

> Begin forwarded message:
>
> From: Ruby
> Subject: Re: Attorney-Client Privilege
> Date: March 24, 2020 at 4:57:56 PM MDT
> To: Lauren Regan <lregan@cldc.org>
> Cc: bill quigley <quigley77@gmail.com>,
>
> Hello again,
>
> An update.
> I just got off the phone with Ed Fallon whose contact information was left on a press release regarding TS operating without a license. He says that he will follow up with any relevant information.
> Peace

Assert Your Rights, We've Got your Back

The Civil Liberties Defense Center
Lauren C. Regan, Attorney at Law (she/her)
Executive Director
1430 Willamette St. #359
Eugene, Oregon 97401
Unceded Kalapuya land
541.687.9180 phone
Email: lregan@cldc.org
WWW.CLDC.ORG

NOTICE: This message was sent from a device made by the working class of China. The US government

Your first record request #20-848 has been opened.

State of Iowa Public Records <support@nextrequest.com>     Thu, Mar 26, 2020 at 12:49 PM
Reply-To: iowaopenrecords_20-848-requester-notes@inbound.nextrequest.com
To: Ruby

-- Attach a non-image file and/or reply ABOVE THIS LINE with a message, and it will be sent to staff on this request. --

## State of Iowa Public Records

Hi there

Your first State of Iowa record request (request number #20-848) has been submitted. It is currently unpublished and is not available for the general public to view.

Thank you for the request! We are currently reviewing your request and will have an update within the next 10 business days.

Sincerely,

State of Iowa

View Request 20-848

http://iowaopenrecords.nextrequest.com/requests/20-848

As the requester, you can always see the status of your request by signing into the

> State of Iowa Public Records portal here.
>
> If you haven't already activated your account, click here to get started. Once your account is activated, your request will be visible at the following link: Request #20-848.



**POWERED BY NEXTREQUEST**

The All in One Records Requests Platform

Questions about your request? Reply to this email or sign in to contact staff at State of Iowa.

Technical support: See our help page

---

**Ruby**  Thu, Mar 26, 2020 at 6:16 PM
To: Angela Campbell <Angela@iowajustice.com>, Lauren Regan <lregan@cldc.org>

Greetings,

I made a record request for anything filed from TigerSwan or James Reese (its owner).

Well wishes to you both,
Ruby

## Fwd: FOIA request re: TigerSwan

**Ruby**  Mon, Mar 30, 2020 at 1:02 PM
To: Angela Campbell <Angela@iowajustice.com>, Lauren Regan <lregan@cldc.org>

Update, FYI

---------- Forwarded message ---------
From: Ed Fallon <ed@fallonforum.com>
Date: Mon, Mar 30, 2020, 6:31 AM
Subject: Re: FOIA request re: TigerSwan
To: Ruby

As far as I can tell, I don't have anything electronically from either Ross or Barb in terms of an official response to my FOI request. Perhaps I have hard copy only, but that pile's a mess. If you think it'd be helpful, I'll dig around, see what I can find. - Ed

On Mon, Mar 30, 2020 at 7:28 AM Ed Fallon <ed@fallonforum.com> wrote:

> ---------- Forwarded message ---------
> From: Ed Fallon <ed@fallonforum.com>
> Date: Fri, Jul 21, 2017 at 2:20 PM
> Subject: Re: FOIA request re: TigerSwan
> To: Loder, Ross [DPS] <loder@dps.state.ia.us>
>
> Great. Thank you. - Ed
>
> On Fri, Jul 21, 2017 at 2:06 PM, Loder, Ross [DPS] <loder@dps.state.ia.us> wrote:
>
>> Yes, I do have an update. I reviewed my physical (paper) licensing records and checked for e-mails as well. I have turned over the information I found to our department attorney, Barb Edmondson. I believe Barb is in the process of formulating a reply to your request. Thanks. Ross
>>
>>
>> Ross Loder, Bureau Chief
>> Program Services Bureau, Administrative Services Division
>> Iowa Department of Public Safety
>> 215 East 7th Street
>> Des Moines, IA 50319
>>
>> Ross.Loder@Iowa.Gov
>>
>> 515-725-6233 (direct line)
>> 515-725-6264 (fax)
>>
>> *NOTICE* This email message (including any file attachments transmitted with it) is for the sole use of the intended recipient(s) and may contain confidential and legally privileged information. Any unauthorized use or disclosure of this email by an unintended recipient is prohibited. If you have received this e-mail in error please notify the sender by return e-mail and destroy all copies of the original message. No representation is made that this email or any attachments are free of viruses. Virus scanning is recommended and is the responsibility of the recipient.

From: Ed Fallon [mailto:ed@fallonforum.com]
Sent: Thursday, July 20, 2017 2:41 PM
To: Loder, Ross [DPS] <loder@dps.state.ia.us>
Subject: Re: FOIA request re: TigerSwan

Hi Ross - Any update on this? Thanks. - Ed

On Thu, Jul 6, 2017 at 3:31 PM, Loder, Ross [DPS] <loder@dps.state.ia.us> wrote:

> Yes, I have started the process of responding to your request.  I already know I have had no direct contact with any person (by phone, email, in-person, or otherwise) from this company, but there almost certainly would have been some contact, even if simply on mundane procedural matters, between this company and the licensing program coordinator who works in this office.  Unfortunately, that employee, Lisa Lampe, is out on medical leave for at least a week, so I will need to have one of our technical people access her e-mail traffic.   In the meantime, I have already pulled the licensing file for this company and I am reviewing it to determine what information must be redacted (such as social security numbers).
>
> Ross Loder, Bureau Chief
> Program Services Bureau, Administrative Services Division
> Iowa Department of Public Safety
> 215 East 7th Street
> Des Moines, IA 50319
>
> Ross.Loder@Iowa.Gov
>
> 515-725-6233 (direct line)
> 515-725-6264 (fax)
>
> *NOTICE* This email message (including any file attachments transmitted with it) is for the sole use of the intended recipient(s) and may contain confidential and legally privileged information. Any unauthorized use or disclosure of this email by an unintended recipient is prohibited. If you have received this e-mail in error please notify the sender by return e-mail and destroy all copies of the original message. No representation is made that this email or any attachments are free of viruses. Virus scanning is recommended and is the responsibility of the recipient.
>
>
> From: Ed Fallon [mailto:ed@fallonforum.com]
> Sent: Thursday, July 06, 2017 3:11 PM
> To: Loder, Ross [DPS] <loder@dps.state.ia.us>
> Subject: Fwd: FOIA request re: TigerSwan
>
> Hi Ross - Any update on this request? Thanks. - Ed
>
> ---------- Forwarded message ----------
> From: Ed Fallon <ed@fallonforum.com>

Date: Thu, Jun 29, 2017 at 11:02 AM
Subject: FOIA request re: TigerSwan
To: loder@dps.state.ia.us, Edmondso@dps.state.ia.us
Cc: markham@dps.state.ia.us

Hi Ross and Barbara -

Nice to talk with you Ross. I really appreciate your time and attention to my questions. And thank you, Amber, for putting me in touch with Ross.

I'm writing to formally request any records of contact between Tiger Swan and DPS between July, 2016 and June 29, 2017.

Thank you, and if you need further detail from me, please contact me at this address or at (515) 238-6404.

Ed Fallon