# Exhibit G Ruby asks about defense

## Attorney Client Privilege

Lauren Regan <lregan@cldc.org>

> Begin forwarded message:
>
> From: bill quigley <quigley77@gmail.com>
> Subject: Re: Attorney Client Privilege
> Date: March 26, 2020 at 5:07:50 AM MDT
> To: Ruby <rubykatherine39@gmail.com>
> Cc: Lauren Regan <lregan@cldc.org>, Angela Campbell <Angela@iowajustice.com>, Melanie Keiper <Melanie_Keiper@fd.org>, Jessica Reznicek <jessicareznicek@gmail.com>
>
> Terrific decision.  Thanks Ruby, I had not seen this yet.  Bill
>
> On Wed, Mar 25, 2020 at 5:53 PM Ruby <rubykatherine39@gmail.com> wrote:
>> Greetings,
>>
>> A decision that came out today regarding lack of an Environmental Impact Statement of the pipeline.  It touches on the amount of controversy the construction caused, the lack of environmental review in terms of negative impact on the human environment, the negligent track record of the developer... I'm not sure how, or if this could help us in any way, but passing it along as a heads up.
>>
>> Peace and thanks to everyone
>>
>> https://earthjustice.org/news/press/2020/standing-rock-sioux-tribe-prevails-as-federal-judge-strikes-down-dapl-permits?fbclid=IwAR3iPiGPwEd5-DlR2f_loBbR6mZ-s7Vtx4_iWcqjjIc_7UvyHn8aq25sQSQ

Assert Your Rights, We've Got your Back

The Civil Liberties Defense Center
Lauren C. Regan, Attorney at Law (she/her)
Executive Director
1430 Willamette St. #359
Eugene, Oregon 97401
Unceded Kalapuya land
541.687.9180 phone
Email: lregan@cldc.org
WWW.CLDC.ORG

NOTICE: This message was sent from a device made by the working class of China. The US government has capacity for surveillance of all email content.  Nevertheless, the information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain information that is privileged, confidential, or work product, and exempt from disclosure under applicable law.   Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender immediately about the error and delete this message and attached documents and destroy any printed copies.