# Exhibit I Bill Quigley raises possible defense with no response from Lauren Regan

**Fwd: Some data**
2 messages

Lauren Regan <lregan@cldc.org>

> Begin forwarded message:
>
> From: quigley77@gmail.com
> Subject: Some data
> Date: September 15, 2017 at 6:07:55 AM MDT
> To: lregan@cldc.org
>
> This is from some other matter I am involved in.  Might be helpful in our case if we get the opportunity.  I sent this to Jess and Ruby via protonmail since it seems something is not working with encryption mail between me and them. Bill
>
> I don't know if this has gone around in your circles - but sending along this staff report to the ND Public Service Commission from July in case it's helpful.  https://psc.nd.gov/database/documents/14-0842/337-020.pdfhttps://psc.nd.gov/database/documents/14-0842/337-020.pdf
>
> As you likely know, the ND Public Service Commission, has cited Dakota Access LLC for violations during construction of the pipeline. Those proceedings are still under way as far as I can tell.  The Commission hasn't been the most aggressive watchdog, nor sympathetic to the protests.
>
> 3 key "probable violations" to flag:
>
> - the report notes strong documentation and evidence of 83 instances that the company destroyed trees and landscape beyond 85 feet of the agreed workspace dimensions. The report notes that this happened even though the distance had been extended at the company's request from 50 to 85 ft. The report also notes that this estimate is "lenient" and that the companies claims about the violations appear "disingenuous." (pp. 2, 9)
>
> - they noted that the company violated the "spill prevention plan" during construction when "a secondary fuel tank located at the worksite trailer had been at the site for four days protected only by plastic sheeting beneath the tank" as opposed to the requirement that "Diesel fuel, gasoline, and lubricating oils shall be stored in bermed and lined containment structures or other approved fabricated containment reservoirs." (p. 25)
>
> - they found 4 instances where the company re-routed the pipeline without having notified the commission with proper certification and documentation -- one of them being when the company happened upon an "unanticipated find of cultural resources," which it did not inform the Commission about upon discovery. (p. 2, 3-6)
>
> The report also notes frequent problems with soil separation and that there were a number of other "deficiencies and possible violations that were recorded such as debris left on the right of way, unsafe work practices, silt fences in disrepair, and not being compliant with the North Dakota Department of Health Environmental Section guidelines," that were not focused on in the report. (p. 2)
>
> Assert Your Rights, We've Got your Back
>
> The Civil Liberties Defense Center
> Lauren C. Regan, Attorney at Law (she/her)
> Executive Director
> 1430 Willamette St. #359

1