# Exhibit J Witness raises defense. Lauren Regan dismisses legitimacy with no investigation

Fwd: information that might help legal action against Reznicek and Montoya -- Dakota Access Pipeline -
1 message

Begin forwarded message:

From: bill quigley <quigley77@gmail.com>
Subject: Fwd: information that might help legal action against Reznicek and Montoya -- Dakota Access Pipeline -
Date: October 4, 2019 at 2:25:56 PM MDT
To: Lauren Regan <lregan@cldc.org>

Thank you Michael.  I will look into this.  Appreciate your heads up about this.  Bill Quigley

On Fri, Oct 4, 2019 at 3:16 PM Michael Homsey <mhomsey@hotmail.com> wrote:

> William Quigley
>
> Please be advise of the e-mail I sent the Justices department below - it "might" help  Reznicek and Montoya.  I found your name and email address on-line (a little online research) after emailing Department of Justice the following information.   Please note that I am not an environmentalist . More closely align to a  "closet environmentalist-industrialist":  every person needs a clean work and home environment to do well - animal/plants are saved to provide benefit to man.  Dakota Access Pipeline "may have" committed financial fraud by not disclosing the grant. Mike
>
>
> Michael Homsey III
> 10414 Bird River Road
> Baltimore, Maryland 21220
>
> 410-335-6996
>
>
> -------- Forwarded Message --------
> Subject: Reference: Dakota Access Pipeline - legal action against Reznicek and Montoya
>     Date: Fri, 4 Oct 2019 14:14:11 -0400
>    From: mhomsey <mhomsey@hotmail.com>
>       To: USAIAS-PAO@usdoj.gov
> Dear Rachel Scherle
>
> USAIAS-PAO@usdoj.gov
>
> 515-473-9300
>
> Reference:  Dakota Access Pipeline - legal action against Reznicek and  Montoya
>
> Request this e-mail be passed to Marc Krickbaum (United States Attorney). In addition, request Jessica Rae Reznicek and Ruby Katherine Montoya legal attorney names and addresses so that I can notify them of the following information:

1

Information to provide Jessica Rae Reznicek and Ruby Katherine Montoya legal team:

Please be advised that Jessica Rae Reznicek or Ruby Katherine Montoya may have a legal right to enter into and upon, and to repossess the pipeline site that they are allege to have damage on March of 2017.    There is a Grant (recorded in Blair County, Pa: Book 39 Page 111-117;I own the property and attached appurtenances now) issued by the Pennsylvania Railroad Company (PRR) that allows the owner (and assignee) of the Grant to enter into and upon, and to repossess any of PRR's appurtenances (land) or appliances (equipment) should that property not be used for PRR stated business. Almost all the railroads that received land grants where subsidiaries of the PRR. I can provide you a "none vetted" list of railroads that shows up in public information.

The pipeline site Jessica Rae Reznicek and Ruby Katherine Montoya is allege to have damaged appears to fall within the railroad land grants in Iowa -- east of Oskaloosa and south-west of Keomah Village appears to fall within Iowa railroad land grants per attached map (see URL below).

Furthermore: The DC United State Attorney office may be actively investigating Hudson Yards development (New York City) for financial fund related to the PRR grant.  I previously noticed the United State Attorney Office that there are numerous cases within the legal system that corporations are not notifying financial counterparts and the courts about the Grant -- Dakota Access Pipeline appears be an example.

Michael Homsey III



Attachment: (1) Railroad Land grand maps found at https://www.alamy.com/stock-photo-usa-land-grants-to-transcontinental-railroads-sketch-map-1942-103813580.html.

 (2) Words from the Grant:[Book 39 Page 115]  'With the free and uninterrupted right and privilege of passing at all times hereafter forever over through and along the same with or without locomotives, passengers, fright baggage mail or other cars and so forth. Excepting and Reserving houses unto the said James Gardner his heirs and assigns for his and their own use and benefit all buildings which are wholly or partially erected on the said strip of land and all coal minerals ores oils and stone in upon and under the said above described strip of land and the right to mine dig bore for and carry away the same; the said right to be exercised in such a manner as not to damage destroy obstruct or in any manner interfere with or endanger the right of way and other rights hereby granted on the road bed superstructures, cuts slops or embankments of the said railroad or any of the appurtenances or appliances there on or there to belonging or appertaining; and the said right reserved as aforesaid to be subject to the right of the said Railroad Company to use any stone and other materials on the said strip of land which the said Company shall require in the construction, reconstruction, repair or improvements of said railroad and any of the appurtenances or appliances hereto or thereon. Provided however that this grant and conveyance are made upon the condition and with the understanding and agreement between the parties hereto that the lot or piece of ground hereby granted shall at all times hereafter be used for the purposes incident to the operation and management of said railroad and upon the further condition that at any time hereafter if the lot or piece of ground shall be diverted by the said Rail road Company from the uses aforesaid with the intention of wholly and permanently continuing such diversions from said uses that then the said lot or piece of ground shall revert to the said James Gardner, his heirs and assigns, and that he or they shall have the right to enter into and upon, and to repossess the same as if his or their first and former estate and title in the same as though this Indenture had never been made.'

Assert Your Rights, We've Got your Back

The Civil Liberties Defense Center
Lauren C. Regan, Attorney at Law (she/her)
Executive Director
1430 Willamette St. #359
Eugene, Oregon 97401
Unceded Kalapuya land
541.687.9180 phone
Email: lregan@cldc.org

## Fwd: Rae Reznicek and Ruby Katherine - possible strategy!
2 messages

Lauren Regan <lregan@cldc.org>　　　　　　　　　　　　　　　　　　　　　　　Tue, Oct 12, 2021 at 5:43 PM

> Begin forwarded message:
>
> From: Lauren Regan <lregan@cldc.org>
> Subject: Re: Rae Reznicek and Ruby Katherine - possible strategy!
> Date: October 8, 2019 at 4:03:34 PM MDT
> To: Bill Quigley <quigley77@gmail.com>
>
> he's a whack.  why is he calling jessica Rae?
> FYI, left messages for Glen Downey to see about local for you, and reached out to Angela Campbell (who Sally kind of recommended) for Ruby--https://www.iowajustice.com/angelacampbell
> she's a former fed PD which i think would be great!!!!  but she has not gotten back to me yet…. (:
>
> I'll be flying to Des Moines next thurs for Ruby's hearing on the 18th fyi. hope to have local arranged by then….
> (:
>
>> On Oct 8, 2019, at 2:59 PM, bill quigley <quigley77@gmail.com> wrote:
>>
>> Just forwarding this so you have ccs of everything.
>>
>> ---------- Forwarded message ---------
>> From: Michael Homsey <mhomsey@hotmail.com>
>> Date: Mon, Oct 7, 2019 at 5:05 PM
>> Subject: Rae Reznicek and Ruby Katherine - possible strategy!
>> To: quigley@loyno.edu <quigley@loyno.edu>
>>
>>
>>
>> Bill Quigley
>>
>> Following is a possible strategy. <u>I will not commit to the following words until I get a legal opinion from a lawyer that works for me.</u> For this <u>strategy</u> to have a chance to work, you will need to document at lease one site of the allege damage is within the PRR's Grant.  You will also need to defined the PRR grant. Please note that I am not a lawyer and I have no training in legal issues.
>>
>> <u>Background: "An enemy of my enemy is my friend -- strategy".</u>
>>
>> <u>Draft:</u> Rae Reznicek and Ruby Katherine are Dakota pipeline (Energy Transfer) enemies because they are allege to have damage Dakota Pipeline property
>>
>> <u>Draft: D</u>akota pipeline (Energy Transfer) is Michael Homsey's enemy because Dakota pipeline (Energy Transfer) did not pay Mr. Homsey for his rights within the Grant.
>>
>> <u>Draft:</u> Many years ago, Ron Skvir   broached getting an easement across Mr. Homsey's Ganister property (land where the railroad built tracks( PPR had the tracks operational 5  years before recording a right-of-way). Ron Skvir's family owns the property west of Mr. Homsey's Ganister property.  There were phone calls and letters between Mr. Homsey and Ron Skvir lawyers. Mr. Homsey told Ron Skvir and Ron Skvir's laywers that he was not

**3**

interested in giving them an easement across this land until Mr. Homsey finds out why so many landmen are interested in buying his properties. (There were other reasons too)  Ron Skvir's lawyer threaten to sue Mr. Homsey and Mr. Homsey wrote a letter to the Pennsylvania's bar.  Ron Skvir likely hates Mr. Homsey for not giving him a right-of-way.   During the exchanges between Mr. Homsey and Ron Skvir (and Ron Skvir's laywers), Mr. Homsey refused to tell Ron Skvir he could not pass over his land to Ron Skvir's homestead.   Ron Skvir  haterade toward Mr. Homsey was demonstrated when St. Mary's Holy Assumption Church closed on 14 November 2010 – Ron Skvir know Mr. Homsey's address and phone number but he would not tell Mr. Homsey that the Church was going to close. Mr. Homsey was baptized in that church and Ron Skvir know that when he approached Mr. Homsey for a right-of-way. I believe Ron Skvir  was ahead of the church at that time.  Note: after the above exchange, Ron Skvir filed a deed saying that Mr. Homsey's grandparents gave him a right-of-way permission without notifying Mr. Homsey (they have been died for 50 years). This right-of-way may be true?   I found there (Ron's) deed when I was searching for the recorded right-of-way between PRR and James Gardner at the Blair county, PA court house.

DRAFT of Possible Strategy:

Draft: Since Mr. Homsey owns the right to enter into and upon, and to repossess any of PRR's appurtenances (land) or appliances (equipment); Rae Reznicek and Ruby Katherine is assumed to have equal rights as Ron Skvir to enter into and upon PRR's appurtenances (land). Because of the railroads and Dakota pipeline fraud of not disclosing the Grant, Rae Reznicek, and Ruby Katherine did not know about their rights, Mr. Homsey have no issue with any damage made to his right to repossess appliances (equipment)  falling within the Grant since the railroads and Dakota pipeline are allege to be defrauding Mr. Homsey of his property right under the Grant.  For these reasons Mr. Homsey believes Rae Reznicek and Ruby Katherine allege trespassing and allege damage to property is not valid and all charges against them should be dropped. Furthermore, Mr. Homsey will appoint Rae Reznicek and Ruby Katherine as unpaid advisors (and any actions taken are at their own rise) to him on disposition of Mr. Homsey;'s right, via the Grant, along the Dakota pipeline 50 foot "wayward right-of-ways" that Dakota pipeline.

Draft:Lastly, Mr. Homsey is alleging that Dakota pipeline (Energy Transfer) is committing an illegal act by aiding in the transfer of oil obtained illegally from companies operating in North Dakota and South Dakota that has not disclosed the grant to their investors - aiding in Financial Fraud.

Mike Homsey


"I mourn the loss of thousands of precious lives, but I will not rejoice in the death of one, not even an enemy. Returning hate for hate multiplies hate, adding deeper darkness to a night already devoid of stars. Darkness cannot drive out darkness: only light can do that. Hate cannot drive out hate: only love can do that" - MLK


_____
Assert Your Rights, We've Got your Back

The Civil Liberties Defense Center
Lauren C. Regan, Attorney at Law
Executive Director
1430 Willamette St. #359
Eugene, Oregon 97401
541.687.9180 phone
Email: lregan@cldc.org
WWW.CLDC.ORG

NOTICE:  This and any attached documents are intended only for the use of the person to whom this is addressed and may contain information that is privileged, confidential, or work product and exempt from disclosure under applicable law.  If you are not the intended recipient, any use, dissemination, distribution, or copying of this communication is strictly prohibited, and you are hereby requested to telephone the sender immediately about the error and to delete this message and attached documents and destroy any printed copies.

Assert Your Rights, We've Got your Back

The Civil Liberties Defense Center
Lauren C. Regan, Attorney at Law (she/her)
Executive Director
1430 Willamette St. #359
Eugene, Oregon 97401
Unceded Kalapuya land
541.687.9180 phone
Email: lregan@cldc.org
WWW.CLDC.ORG

NOTICE: This message was sent from a device made by the working class of China. The US government
has capacity for surveillance of all email content.  Nevertheless, the information transmitted, including attachments, is
intended only for the person(s) or entity to which it is addressed and may contain information that is
privileged, confidential, or work product, and exempt from disclosure under applicable law.   Any
review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information
by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the
sender immediately about the error and delete this message and attached documents and destroy any printed copies.

signature.asc
1K

[Quoted text hidden]