Exhibit P   Pipeline expert estimate for composite repair of two charred spots

**Mike Monteith**  7:43 AM (8 hours ago)

to me

Hi Daphne,

Thanks for the information.  We estimate $6,000 for the composite repair assuming two areas need to be repaired.  Let me know if you need anything else.

Best Regards,

Mike Monteith

CEO
Strategic Estimating Systems
Office  (281)265-4300
Mobile (918)408-3493
mmonteith@ses-estimating.com