ATTORNEY WORK PRODUCT

ATTORNEY WORK PRODUCT

ATTORNEY WORK PRODUCT

ATTORNEY WORK PRODUCT

---------- Forwarded message ---------
From: **Susan Stanton** <dancingmesa@yahoo.com>
Date: Wed, Nov 24, 2021 at 6:09 PM
Subject: Ruby Montoya
To: daphnesilverman@gmail.com <daphnesilverman@gmail.com>

To Whom It May Concern:

My name is Susan Ka'iulani Stanton. I am a  Haudenosaunee/Kanaka Maoli (Iroquois/Native Hawaiian)
Grandmother living on the Mississippi River in Nauvoo Illinois. I am Senior Grandmother and Founder of
Grandmothers Circle the Earth, an International organization with Grandmothers all over the World
including Mongolia, Iraq, Africa, Australia and IndigenousTribes in the Americas. We are an annual
presence at the United Nations Commission on the Status of Women where we offer a Peace
Symposium and Ceremonies at the Nigerian Embassy and other locations. I am CEO of a 501(c)3 The
River Sidon Peace with Justice Project. I would like to add my words in support of Ruby Montoya. I do so
with Love.

I have known Ruby for several years. I met her here on the Mississippi where a camp had been set up to
peacefully protest the laying of the Dakota Access Pipeline under the River. The concern was the
pollution of drinking water for 31 million people and loss of irrigation water for the heartland crops. I
had been contacted and asked to offer morning prayers for the young people gathering there each day

and I accepted. My husband is a 100% disabled Marine (Camp Lejeune drinking water)and Narragansett Silver Cloud Elder who accompanied me each morning until we realized that there was a dark faction with a negative agenda who represented a threat to our young Protectors because they were cloaked. My husband served in Vietnam and Guantanamo and was very familiar with this type of agenda. At that point, although he had just finished chemotherapy, he moved into the camp and stayed as an observer. I am a legal observer as well as a mandated reporter. But mostly, I am an Indigenous Grandmother. I am a Ceremony Keeper and a Pipe Carrier. I give you my words now from that role of responsibility and integrity.

Ruby came into this work with a completely pure and innocent desire to protect the Water, the Environment and the  lives of millions of people. Her work with the children is her greatest Love and for her this was that Love in Action. She was excited, altruistic, gentle, kind and fearless. We would sit and talk and she told me of her concerns, her dreams, her family, and her commitment. After the pipeline was run under the River she and the camp moved on, but she stayed in touch with me and visited our farm several times when she was in the area. Weeks went by and I could see her becoming tired. There were disappointments and yet she persevered. She would call occasionally and one day she asked about a Vision Quest. Hambleycha. A beautiful Ceremony of Purification and seeking for a Vision to strengthen and focus the purpose of one's Life. I accepted the responsibility to do this for her.

For four days Ruby sat alone in the forest inside a 10-foot Circle near a little stream. She had a blanket and the clothes she was wearing but nothing else. Out of sight and sound from anyone she focused on her own Soul. On the third day I came quietly and offered her a drink of traditional herbal tea but she refused. She kept the four day fast impeccably. That's who she is.

After this I didn't see much of her but others kept me abreast of her activities. She came by a couple of times for a few hours of prayers and blessings as she traveled and would say little but her heart was pure as always. She loves the Earth. The Water is Sacred to her. Mni Wiconi. Water is Life. The future of the Children is where her Heart ❤️ is. She is sincere and committed on every level to the cause she holds dear. She is in no way a terrorist. She wants to destroy nothing. She wants to build a beautiful future for everyone. No Justice would be served by punishing her. Peace is what matters and Ruby is Peace. I am grateful to speak for her future.

Aloha ke Akua Kuleana,
Nya:wen kowa.

Grandmother Susan Ka'iulani Stanton











