IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>RUBY MONTOYA<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal No. 4:19-CR-00172 |
|---|---|---|

## Statement of Ruby Montoya in support of Defense Request for Disclosure of Informants

There are at least three people who influenced my actions away from media and keeping the camp operating to the actions in the indictment who after review of the discovery with my counsel appear to be unlawfully pressuring me to engage illegal acts. I understand my lawyers have requested that the government disclose the informants and this statement is provided in support of that request for disclosure.

The first person I met in Iowa at Mississippi Stand around October 7. I will call this person "Person 1". Person 1 came to the camp in Iowa right before the eviction. They told me that they had good intel that we could use and he showed me pictures of the valve sites. They showed their photos to other people as well.
They kept talking about the fires that occurred in Iowa before I arrived at the camp. They said there was a lot of action burning equipment without a lot of media coverage and that nobody knows who did it. They said they could help with media coverage. I remember being disinterested, and I remember they were deflated.

Later, I met Person 1 again at Standing Rock. They again talked about fires. This was after the fire at the bridge. Person 1 took me to where the fires happened. They said, "that this was like an arduous fight. Ultimately people lit this barricade on fire and that's what stopped the police from going forward. That that was effective and that they were still using it as a barrier." But that they did not want to go any further

because they "did not want to get yelled at any more." I saw what looked like to be two military vehicles totally charred. And then further, a militarized police line on the other side. They looked like Army national guard. About 30-40 people. They had locked down the road. I did not see wood or anything else that was in the barricade, didn't see any tents on the road. They had cleared everything out except the two charred vehicles in the road to block the road. It had been less than 7 days, I think it was 3 days.

Person 2
I met Person 2 through people associated with Person 1. Person 2 worked the entrance to camp referred to as Red Warrior.
I met Person 2 in the kitchen. Almost immediately without knowing me, Person 2 made what they tried to bring across as a "joke" about fires. As best I can remember, we were talking about the construction equipment. He made a comment about how sabotage always works and you could light it up and there you go. He went on to say that nothing we are doing is working. We need to have more of the fires like they did before.
After meeting, Person 2 began to pressure me.
They said "None of the stuff we are doing is working."
I told them how dejected I was and that, "I've watched so many rivers be lost. Everything is almost wrapped up. Construction sites are closing. We've all but lost. Looking around here this may be the last water way that hasn't been completed. They had essentially built a castle around the bore site so can't get close. I have a friend who is starving herself in front of the IUB."
Person 2 says, "that's terrible. You know there is still stuff that can be done. Pipes are still there."
They say there is more that can be done. "Thermite will burn through steel. You can use that it would damage the pipe."
At this point, I am hoping for a miracle because it seems like everything that's been done has not stopped the pipeline.
They say again that thermite is effective. It will burn through steel. You can hit the pipes where they store the pipes before they are welded together.
He then went on to appeal to my sense of duty and calling. I discovered that he speaks Spanish. They said they grew up in Zapatistas in Mexico.
They talked to me about tactics.
They told me that recently indigenous communities were trying to stop logging in their homelands and they burned the logging trucks and they actually stopped it.
They told me that history is white washed.
They described how Nelson Mandela made bombs and he is considered a hero,

they talked about the weather underground and how they even used tactics of violence to express dissent.

All this time there's a blizzard rolling into camp.
Before we clear out of camp, they hand me a paper with the thermite recipe. It has the ingredients and use a coffee grinder to mix the ingredients.
During this conversation, Person 2 asked me if I consider myself an activist or an environmentalist. I say "neither, I am just a human being who cares a whole lot. That kids will not have a place to swim if we don't do something." They agree.
Have to leave SR because storm coming
I left in the car with person 2 because they were headed south to Iowa and I could get another ride more directly outside of the storm at Standing Rock.

We travel through much of the night and get a hotel room once out of the storm's path. When we get up in the morning, Person 2 says they are paying for the room through their "government issued credit card."

Later, Person 2 texts me and asks if the thermite worked.

I tell Jessica about this person and she wants to meet this person, so we drive to Denver and stay with this person. There we meet Person 2's roommate, Person 3.

Inside Person 2's house, there were army training manuals of how to destroy infrastructure, and little else. They slept on a sheepskin.

Person 2 continues discussing the narrative of nonviolence being effective or ineffective. Person 2 shows us how to use thermite, but it is decided that it is ineffective and cumbersome.

Person 3 says, "what you need is a welder, need oxi acetylene because that's what they use to weld." He says that's what they use to hook the pipes together; that's what will burn through steel.
Jess and I return on another trip and Person 2 and Person 3 teach us how to use the welder and continue to encourage us to do so. They wish us good luck as we leave.

Respectfully,

*Ruby Montoya*

Ruby Montoya