# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> Plaintiff, <br><br> v. <br><br> **RUBY MONTOYA** <br> Defendant | Criminal No. 4:19-CR-00172 |

## ORDER

Defendant Ruby Montoya's request to Disclose Discovery to Experts is hereby GRANTED. The Court finds that it is in the interest of justice to permit all documents produced to defense counsel through the discovery in this matter to be shared with defense counsel's experts.

As such, defense counsel may disclose discovery to her retained experts, specifically Dr. Casey O'Neil and Mike Monteith.

Dated: _____

_____
REBECCA GOODGAME EBINGER