IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:19-cr-172 |
| | ) | |
| v. | ) | MOTION TO EXTEND DEADLINE |
| | ) | TO FILE RESPONSE TO MOTION |
| RUBY KATHERINE MONTOYA, | ) | TO WITHDRAW PLEA |
| | ) | |
| Defendant. | ) | |

COMES NOW, the United States of America, in the Southern District of Iowa, by and through Assistant United States Attorney Jason T. Griess, and hereby moves the Court for an extension of time to file the Government's response to Defendant's motion to withdraw plea in support states the following:

1.    Defendant filed the initial motion to withdraw guilty plea on August 26, 2021. (Dkt. 176).

2.    The government's response was filed on September 16, 2021. (Dkt. 192).

3.    Defendant filed a reply to government's response on September 23, 2021. (Dkt. 195-96).

4.    Defendant then filed a motion to supplement the motion to withdraw her guilty plea.  The Court granted the motion and ordered Defendant to file the supplemental pleading by October 25, 2021.  The Court also ordered the government to file its response to the supplemental pleading by November 8, 2021. (Dkt. 198).

5.    Defendant filed an unopposed motion for an extension of time to file the supplemental pleading on October 21, 2021. (Dkt. 199).

6.      The Court granted the motion and extended the deadline to November 24, 2021, with the government's response due December 8, 2021. (Dkt. 200).

7.      The Defendant filed the supplement to the motion to withdraw plea on November 24, 2021. (Dkt. 205).

8.      The Defendant also filed a motion to compel the government to provide discovery materials (Dkt. 206), a motion for issuance of a subpoena (Dkt. 207), and motion for disclosure of discovery materials to defense experts (Dkt. 208).

9.      Defendant's filings are quite lengthy. The government needs additional time to address Defendant's motions.

10.     Defense counsel's position on this motion is unknown.

WHEREFORE the government respectfully requests this Court grant this motion and extend the date of filing to and including December 22, 2021.

Respectfully Submitted,

Richard D. Westphal
United States Attorney

By:     */s/ Jason T. Griess*
        Jason T. Griess
        Assistant U.S. Attorney
        United States Courthouse Annex
        110 East Court Avenue, Suite 286
        Des Moines, Iowa 50309-2053
        Tel: (515) 473-9300
        Fax: (515) 473-9298
        Email: Jason.Griess2@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2021, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system.  I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

_____U.S. Mail _____ Fax _____Hand Delivery


  X    ECF/Electronic filing     ____Other means

UNITED STATES ATTORNEY

By: /s/  *Jason T. Griess*_____
        Assistant U.S. Attorney