IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:19-cr-172 |
| | ) | |
| v. | ) | MOTION TO EXTEND DEADLINE |
| | ) | TO FILE RESPONSE TO MOTION |
| RUBY KATHERINE MONTOYA, | ) | TO WITHDRAW GUILTY PLEA, |
| | ) | MOTION TO COMPEL, MOTION |
| Defendant. | ) | FOR ISSUANCE OF SUBPOENA |
| | ) | DUCES TECUM, AND MOTION FOR |
| | ) | DISCLOSURE |

COMES NOW, the United States of America, in the Southern District of Iowa, by and through Assistant United States Attorney Jason T. Griess, and hereby clarifies the Government's motion for an extension of time to file a response to Defendant's pending motions and in support states the following:

1. The Government clarifies that it is seeking an extension of the deadline to respond to Defendant's (1) supplement to the motion to withdraw plea on November 24, 2021 (Dkt. 205), (2) motion to compel the government to provide discovery materials (Dkt. 206), (3) motion for issuance of a subpoena (Dkt. 207), and (4) motion for disclosure of discovery materials to defense experts (Dkt. 208).

2. Defendant's filings are quite lengthy. The government needs additional time to address Defendant's motions.

3. Defense counsel has no objection to the government's request.

WHEREFORE the government respectfully requests this Court grant this motion and extend the date of filing of Defendant's above-entitled motions to and including December 22, 2021.

                                       Respectfully Submitted,

                                       Richard D. Westphal
                                       United States Attorney

By:   */s/ Jason T. Griess*
        Jason T. Griess
        Assistant U.S. Attorney
        United States Courthouse Annex
        110 East Court Avenue, Suite 286
        Des Moines, Iowa 50309-2053
        Tel: (515) 473-9300
        Fax: (515) 473-9298
        Email: Jason.Griess2@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2021, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

____U.S. Mail   _____ Fax   _____Hand Delivery

_X_ ECF/Electronic filing   ____Other means

UNITED STATES ATTORNEY

By: /s/ *Jason T. Griess*
     Assistant U.S. Attorney