IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:19-cr-172 |
| | ) | |
| v. | ) | SECOND MOTION TO EXTEND |
| | ) | DEADLINE TO FILE RESPONSE |
| RUBY KATHERINE MONTOYA, | ) | TO MOTION TO WITHDRAW |
| | ) | GUILTY PLEA, MOTION TO |
| Defendant. | ) | COMPEL, MOTION FOR ISSUANCE |
| | ) | OF SUBPOENA DUCES TECUM, |
| | ) | AND MOTION FOR DISCLOSURE |

COMES NOW, the United States of America, in the Southern District of Iowa, by and through Assistant United States Attorney Jason T. Griess, and hereby moves the Court for a second extension of time to file the Government's response to Defendant's motion to withdraw guilty plea, motion to compel, motion for issuance of subpoena duces tecum, and motion for disclosure, in support states the following:

1. Defendant filed the initial motion to withdraw guilty plea on August 26, 2021. (Dkt. 176).

2. The government's response was filed on September 16, 2021. (Dkt. 192).

3. Defendant filed a reply to government's response on September 23, 2021. (Dkt. 195-96).

4. Defendant then filed a motion to supplement the motion to withdraw her guilty plea. The Court granted the motion and ordered Defendant to file the supplemental pleading by October 25, 2021. The Court also ordered the government to file its response to the supplemental pleading by November 8, 2021. (Dkt. 198).

5. Defendant filed an unopposed motion for an extension of time to file the supplemental pleading on October 21, 2021. (Dkt. 199).

6. The Court granted the motion and extended the deadline to November 24, 2021, with the government's response due December 8, 2021. (Dkt. 200).

7. On November 24, 2021, Defendant filed a supplemental motion to withdraw guilty plea (Dkt. 205), motion to compel the government to provide discovery materials (Dkt. 206), motion for issuance of a subpoena (Dkt. 207), and motion for disclosure of discovery materials to defense experts (Dkt. 208).

8. The government filed an unopposed motion for a two-week extension on December 8, 2021. (Dkt. 210).

8. Defendant's filings are quite lengthy and complex. The government needs additional time to address Defendant's motions.

9. In order to respond to Defendant's claims it has been, and will continue to be, necessary for the government to engage in a significant amount of investigation and discussion with other individuals during the holiday season. For this reason and others, the government needs an additional two-week extension to complete its response.

10. Based upon prior discussions, the undersigned does not believe Defense counsel would have an objection to the government's request.

WHEREFORE the government respectfully requests this Court grant this motion and extend the date of filing of Defendant's above-entitled motions to and including January 5, 2022.

Respectfully Submitted,

Richard D. Westphal
United States Attorney

By:   */s/ Jason T. Griess*
Jason T. Griess
Assistant U.S. Attorney
United States Courthouse Annex
110 East Court Avenue, Suite 286
Des Moines, Iowa 50309-2053
Tel: (515) 473-9300
Fax: (515) 473-9298
Email: Jason.Griess2@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2021, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system. I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

____U.S. Mail _____ Fax _____Hand Delivery

_X_ ECF/Electronic filing ____Other means

UNITED STATES ATTORNEY

By: /s/ *Jason T. Griess*
    Assistant U.S. Attorney