IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:19-cr-172 |
| | ) | |
| v. | ) | THIRD MOTION TO EXTEND |
| | ) | DEADLINE TO FILE RESPONSE |
| RUBY KATHERINE MONTOYA, | ) | TO MOTION TO COMPEL |
| | ) | DISCOVERY, MOTION FOR |
| Defendant. | ) | ISSUANCE OF SUBPOENA DUCES |
| | ) | TECUM, AND MOTION TO |
| | ) | DISCLOSE DISCOVERY TO |
| | ) | EXPERT WITNESS |

COMES NOW, the United States of America, in the Southern District of Iowa, by and through Assistant United States Attorney Jason T. Griess, and hereby moves the Court for a third extension of time to file the Government's response to Defendant's motion to compel discovery, motion for issuance of subpoena duces tecum, and motion to disclose evidence to expert witness, in support states the following:

1. Defendant filed the initial motion to withdraw guilty plea on August 26, 2021. (Dkt. 176).

2. The government's response was filed on September 16, 2021. (Dkt. 192).

3. Defendant filed a reply to government's response on September 23, 2021. (Dkt. 195-96).

4. Defendant then filed a motion to supplement the motion to withdraw her guilty plea. The Court granted the motion and ordered Defendant to file the

supplemental pleading by October 25, 2021. The Court also ordered the government to file its response to the supplemental pleading by November 8, 2021. (Dkt. 198).

5. Defendant filed an unopposed motion for an extension of time to file the supplemental pleading on October 21, 2021. (Dkt. 199).

6. The Court granted the motion and extended the deadline to November 24, 2021, with the government's response due December 8, 2021. (Dkt. 200).

7. On November 24, 2021, Defendant filed a supplemental motion to withdraw guilty plea (Dkt. 205), motion to compel the government to provide discovery materials (Dkt. 206), motion for issuance of a subpoena (Dkt. 207), and motion for disclosure of discovery materials to defense experts (Dkt. 208).

8. The government filed an unopposed motion for a two-week extension on December 8, 2021. (Dkt. 210).

9. The government was granted a second two-week extension on December 22, 2021. (Dkt. 214).

10. The government filed its response to Defendant's supplement to motion to withdraw guilty plea on January 6, 2021. (Dkt. 216).

11. The government needs additional time to verify and finalize its response to Defendant's motion to compel, motion for issuance of subpoena duces tecum, and motion to disclose discovery to expert witness.

12. Defense counsel has no objection to an extension.

WHEREFORE the government respectfully requests this Court grant this motion and extend the date to respond to Defendant's above-entitled motions to and including January 7, 2022.

                                      Respectfully Submitted,

                                      Richard D. Westphal
                                      United States Attorney

By:   */s/ Jason T. Griess*
       Jason T. Griess
       Assistant U.S. Attorney
       United States Courthouse Annex
       110 East Court Avenue, Suite 286
       Des Moines, Iowa 50309-2053
       Tel: (515) 473-9300
       Fax: (515) 473-9298
       Email: Jason.Griess2@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2022, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

____U.S. Mail  _____ Fax  _____Hand Delivery

 X   ECF/Electronic filing     ____Other means

UNITED STATES ATTORNEY

By: /s/ *Jason T. Griess*
     Assistant U.S. Attorney