UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:19-CR-172 |
| | ) | |
| v. | ) | |
| | ) | **JOINT MOTION FOR A** |
| RUBY KATHERINE MONTOYA, | ) | **PROTECTIVE ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties in the above entitle case, by and through undersigned counsel, hereby request that the Court enter a protective order relating to discovery and specifically authorizing the Government to disclose material pursuant to a Rule 16(d) protective order.

1.     On January 21, 2021, Defendant, Ruby Katherine Montoya, pled guilty to Count 1 of the Indictment, that is, Conspiracy to Damage an Energy Facility, in violation of Title 18, United States Code, Section 1366(a).

2.     On August 26, 2021, Defendant filed a motion to withdraw guilty plea. (Dkt. 176.) On November 24, 2021, Defendant filed a supplemental motion to withdraw guilty plea (Dkt. 205) and a motion to compel the government to provide discovery (Dkt. 206).

3       The government has been advised of the existence of material responsive to the Defendant's motion to compel. In order to expedite the process, the government is prepared to provide for secure inspection of said material by counsel for Defendant, Ms. Silverman.

4.      Because of the sensitive nature of the material, the parties have agreed that defense counsel may inspect the material at the U.S. Attorney's Office in Austin, Texas.

5.      The parties further agree that counsel for Defendant will not copy, photograph, or otherwise reproduce said discovery material in any way. In addition, defense counsel will not disclose the existence of said material to anyone other than her client without permission from the court.

6.      The parties agree that any reference to said material by either party will be made under seal.

7.      Under the authority of Fed. R. Crim. P. 16(d)(1) (protective orders), the parties seek an order that would allow inspection of these materials, at the same time, requiring that any and all copies of said material remain at all times in the custody of the government; that this material not be shown or disseminated to anyone other than defense counsel; and that any reference to said material be made under seal.

8.      Defense counsel, Ms. Silverman, has indicated that she does not oppose entry of the proposed protective order.

WHEREFORE, the United States respectfully moves that the Court enter the proposed Protective Order and Order Allowing inspection of discovery material.

Respectfully Submitted,

Richard D. Westphal
United States Attorney


By: */s/ Jason T. Griess*
Jason T. Griess
Assistant United States Attorney

U. S. Courthouse Annex, Suite 286
110 East Court Avenue
Des Moines, Iowa   50309
Tel:   (515) 473-9300
Fax:   (515) 473-9292
Email:   Jason.Griess2@usdoj.gov


CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2022, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system.   I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

_____U.S. Mail _____ Fax _____Hand Delivery

___X___ECF/Electronic filing      __X____Other means


UNITED STATES ATTORNEY

By: */s/   Dawn Thomas*
Paralegal Specialist