# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:19-CR-172 |
| v. | **PROTECTIVE ORDER ALLOWING INSPECTION OF DISCOVERY** |
| RUBY KATHERINE MONTOYA, | |
| Defendant. | |

The Court having received the Parties Joint Motion for Protective Order and Protective Order Allowing Inspection of Discovery, and good cause appearing, it is hereby ORDERED that the Parties motion is GRANTED. Accordingly, it is ORDERED that the Government may provide for the inspection of material by defense counsel at the U.S. Attorney's Office in Austin, Texas, requiring that any and all copies of discovery remain at all times in the custody of the government; that defense counsel will not copy, photograph, or otherwise reproduce said discovery material in any way; that defense counsel will not disclose the existence of said material to anyone other than her client without permission from the court; and that any reference to said material be made under seal. It is FURTHER ORDERED that any such materials shall be used solely for the purposes of preparing the above-entitled criminal case, and for no other purpose.

___3/9/2022___
Date

_Helen C. Adams_
Helen C. Adams
Chief U.S. Magistrate Judge