UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | §<br>§<br>§<br>§ | CASE NO. 4:19-CR-00172<br><br>JUDGE: Rebecca Goodgame Ebinger |
| vs. | §<br>§<br>§ | |
| RUBY MONTOYA<br>Defendant. | §<br>§ | Errata Correction |

**DEFENDANT'S ERRATA CORRECTION TO REPLY TO THE GOVERNMENT'S RESPONSE TO HER MOTION TO COMPEL DISCOVERY**

Defendant, **RUBY MONTOYA**, through counsel, hereby files this her Erata correction to her Reply to the Government's Response to her Motion to Compel Discovery:

Counsel neglected to insert the date of service of the government counsel in the certificate of service. This errata corrects counsel's error.

The certificate of service for her Reply to the Government's Response to her Motion to Compel Discovery should read as follows:

**Certificate of Service**

I, Daphne Pattison Silverman, do hereby certify that on April 1, 2022, a true and correct copy of the Defendant's Reply to the Government's Response to her Motion to Compel Discovery was served on Government counsel, Jason Griess by email.

/s/ *Daphne Pattison SIlverman*
Daphne Pattison Silverman

Respectfully submitted,

/s/ *Daphne Pattison Silverman* Daphne Pattison Silverman TBN 06739550
Silverman Law Group
501 N. IH 35
Austin, Texas 78702
512-975-5880 daphnesilverman@gmail.com
Attorney for Defendant

### Certificate of Service

I, Daphne Pattison Silverman, do hereby certify that on April 6, 2022, a true and correct copy of the Defendant's Errata Correction to her Reply to the Government's Response to her Motion to Compel Discovery was served on Government counsel, Jason Griess via the ecf electronic filing system.

/s/ *Daphne Pattison SIlverman*
Daphne Pattison Silverman