IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,)<br>　　　　Plaintiff,　　　　　　) | Criminal No. 4:19-CR-00172 |
| 　　　　　　　　　　　　　　) | |
| vs.　　　　　　　　　　　　) | DEFENDANT MONTOYA'S |
| 　　　　　　　　　　　　　　) | UNRESISTED MOTION TO |
| 　　　　　　　　　　　　　　　 | CONTINUE SENTENCING AND |
| 　　　　　　　　　　　　　　　 | FOR EXTENSION OF THE |
| 　　　　　　　　　　　　　　　 | DEADLINE TO PROVIDE |
| 　　　　　　　　　　　　　　　 | SENTENCING EXHIBITS |
| RUBY MONTOYA,　　　　　　) | |
| 　　　　Defendant.　　　　　) | |

Ruby Montoya, through counsel, moves to continue sentencing in this matter for 30 days and extend the deadline for providing sentencing exhibits accordingly. In support of this motion, counsel avers:

1. The sentencing for Ms. Montoya is currently scheduled for July 11 at 10:00 a.m.

2. The Court wisely seeks to have a binder of exhibits that are relevant to and focused on sentencing.

3. The Court's ruling has caught counsel at an awkward time when she is in the middle of moving across the country. As part of an effort to address increasing issues with cancer, counsel is slowing down and moving to area where she will have greater support from peers in facing the challenges. Counsel's house is sold and counsel must be out by the end of this week. As a result of the packing, moving and then unpacking and setting up her home office, counsel will be without her file and main computing power for

1

approximately 3 weeks which makes it difficult to critically analyze all of the exhibits attached to pleadings for relevance to sentencing, and difficult to determine appropriate witnesses for sentencing. Counsel's file had already been packed at the time of the Court's ruling and counsel's computers are scheduled to be packed tomorrow.

4. Complicating the week, as part of the move process, counsel's grandchildren came to visit this past week from their Naval base in Norfolk, Virginia– a one year old grandson who counsel had not previously met, and a three year old grandson who counsel met at birth but had not seen in the last few years because of the complications related to travel and covid. Counsel limited all travel to necessary work related travel.

5. This continuance is not requested for purposes of undue delay, but rather is requested to complete the process of reviewing exhibits and witness testimony and selecting the relevant and appropriate exhibits and best witnesses to advocate for the defendant and to provide the Court with a binder of sentencing exhibits.

WHEREFORE, Counsel requests that the Court continue the sentencing for one month and extend the deadline to provide sentencing exhibits accordingly. .

Respectfully Submitted,

Daphne Pattison Silverman

/s/ Daphne Pattison Silverman
Daphne Pattison Silverman
501 N IH 35
Austin, Texas, 78702
512-975-5880
daphnesilverman@gmail.com

## CERTIFICATE OF CONFERENCE

Daphne Pattison Silverman certifies that she has conferred with AUSA Jason Griess and he indicates that the government does not resist the motion because of the reasons set forth herein.

/s/ Daphne Pattison Silverman
Daphne Pattison Silverman

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Motion to Continue Sentencing was served upon all parties electronically through the CM/ECF system on June 19, 2022.

/s/ Daphne Pattison Silverman
Daphne Pattison Silverman