Maria C. Borbón LL.M.
1311 East Miles Street
Tucson, AZ 85719
(520) 792-2008

June 25, 2022

Honorable Rebecca Goodgame Ebinger
United States District Judge
United States Courthouse
123 East Walnut Street
Des Moines, Iowa 50309

Re: United States v. Ruby Montoya
4:19 – CR00172

Dear Judge Goodgame Ebinger,

My letter is written on behalf of Ruby Montoya who I have known since her birth. Her father and I became friends when upon graduation from law school; we both served as law clerks in the federal court for the District of Arizona in downtown Phoenix.

When Ruby was first indicted her father called me for advice about her release because I am also a former assistant federal public defender. Though charged with a plethora of serious crimes I believed as she was released on a signature to appear. Ruby was gainfully employed as an educator at the time of her arrest and remains employed in Sedona, Arizona. She has no prior criminal history and has complied with all responsibilities of supervised release ordered by the court.

Ruby cares about the environment and is honest to a fault so I was not surprised to learn that she appeared on a live program discussing what she did and the reasons therefore. We all care about clean water. The health of the communities of Standing Rock and other indigenous communities is still a cause for concern.

I am particularly sensitive to this issue because as a member of the first graduating class of the Indigenous Peoples Law and Policy LL.M. Program in 2002; I studied the law of treaties under Vine Deloria Jr. who was Standing Rock Sioux.

Ruby Montoya deserves probation rather than prison. Thank you for your time and consideration.

Sincerely,

Maria C. Borbón



PHOENIX AZ 852
25 JUN 2022 PM 9 L

"X-RAYED & CLEARED BY U.S.M.S."

RECEIVED
JUN 29 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Ms. Maria C. Borbon
1311 E Miles St
Tucson, AZ 85719

Honorable Rebecca Goodgame Ebinger
United States District Judge
United States Courthouse
123 East Walnut St.
Des Moines, Iowa 50309