IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

---

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　Plaintiff, | Criminal No. 4:19-CR-00172 |
| vs. | DEFENDANT MONTOYA'S<br>WITNESS LIST |
| RUBY MONTOYA,<br>　　　　Defendant. | |

**DEFENDANT MONTOYA'S WITNESS LIST**

TO THE HONORABLE JUDGE REBECCA GOODGAME EBINGER:

Witness 1　　Paul Kahn, Counselor
Witness 2　　Mike Monteith*, Pipeline Estimator
Witness 3　　Ruby Montoya

---

Ruby Montoya respectfully asks the Court accept this late filing because Ms. Montoya has been without help from her attorney, Daphne Silverman, due to her recent injury that required her to have an entire hip and femur replacement.  Ms. Montoya's new representation, Maria Borbon, is now coming upon possible witnesses given these extraordinary circumstances.

---

* Ms. Montoya requests that Mike Monteith testify via zoom because he is not available to travel.

This list is being served to the AUSA via email.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Ruby Montoya
　　　　　　　　　　　　　　　　　　　　　　　　Ruby Montoya
　　　　　　　　　　　　　　　　　　　　　　　　July 4, 2022