**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

The United States of America

        Plaintiff,

vs.

    RUBY KATHERINE MONTOYA

        Defendant(s).

Case No.  4:19-CR-172

**MOTION FOR ADMISSION**
**PRO HAC VICE**

_____

_____Maria C. Borbon_____, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of the defendant, _____RUBY K. MONTOYA_____.

_____Maria C. Borbon_____ is a member in good standing of the bar of _____ARIZONA_____ and agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before this court in connection with pro hac vice representation in this case.

_____Maria C. Borbon_____ further states that pro hac vice admission on behalf of the above party in this case is authorized by LR 83.1.d.2.

/s/ Maria C. Borbon_____

_____

1311 E Miles Street_____

Tucson, AZ 85719_____

520-792-2008_____

borbonmaria@hotmail.com_____