

July 6, 2022

Maria C Borbon Esq
borbonmaria@hotmail.com
SENT VIA ELECTRONIC MAIL ONLY

**RE: Ms. Maria C Borbon Esq**

The State Bar of Arizona herewith attests to the status of the above-referenced member, as follows:

    Admitted in Arizona:        October 24, 1987.
    Current Membership Status:   Active, in good standing.

The above reflects the membership records of the State Bar, as of the date of this letter.

If additional information is required, please contact the Resource Center at (602) 340-7239 or via email at membership@staff.azbar.org

Sincerely,

*Michael Acevedo*

Resource Center

