IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RUBY KATHERINE MONTOYA,<br><br>    Defendant. | No. 4:19-cr-00172-RGE-HCA-2<br><br>ORDER GRANTING REQUEST TO APPEAR PRO HAC VICE |

Now before the Court is Attorney Maria C. Borbon's motion for admission pro hac vice in this matter. ECF No. 254. The Court grants Attorney Borbon's request. In light of Attorney Borbon's admission, the Court directs Attorney Borbon to withdraw the letter of support filed at ECF No. 250, which she authored on behalf of Defendant prior to requesting admission to appear pro hac vice. The Court admonishes Attorney Borbon that she must comply with all provisions and requirements of the Iowa Rules of Professional Conduct, including Rule 32:3.7. *See* LR 83(d)(2). Rule 32:3.7 generally prohibits a lawyer from acting as advocate where the lawyer is likely to be a necessary witness unless: "(1) the testimony relates to an uncontested issue; (2) the testimony relates to the nature and value of legal services rendered in the case; or (3) disqualification of the lawyer would work substantial hardship on the client." Iowa R. Prof'l Conduct 32:3.7.

**IT IS ORDERED** that Attorney Maria C. Borbon's Motion to Appear Pro Hac Vice, ECF No. 254, is **GRANTED**.

Upon appearing as pro hac vice counsel in this matter, Attorney Borbon is directed to withdraw the letter of support filed at ECF No. 250.

**IT IS SO ORDERED.**

Dated this 8th day of July, 2022.

_____
REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE