# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | **No. 4:19-cr-00172-RGE-HCA-2**<br><br>**COUNSEL WITHDRAWS LETTER OF SUPPORT, ECF No. 250** |
| vs. | |
| RUBY KATHERINE MONTOYA<br>Defendant. | |

COMES NOW, Maria C. Borbon, counsel undersigned, moves to withdraw her letter of support, ECF No. 250, which was authored prior to requesting to appear pro hac vice on behalf of the Defendant, in compliance with the Iowa Rules of Professional Conduct, including rule 32:3.7

Respectfully submitted,

/s/ Maria C. Borbon
Maria C. Borbon
July 10, 2022