

GOVERNMENT
EXHIBIT
14
4:19-cr-172



GOVERNMENT EXHIBIT
15
4:19-cr-172



GOVERNMENT EXHIBIT
16
4:19-cr-172



GOVERNMENT EXHIBIT
17
4:19-cr-172



GOVERNMENT EXHIBIT
18
4:19-cr-172