

GOVERNMENT EXHIBIT
22
4:19-cr-172



GOVERNMENT EXHIBIT
23
4:19-cr-172



GOVERNMENT EXHIBIT
24
4:19-cr-172