

GOVERNMENT EXHIBIT
25
4:19-cr-172



GOVERNMENT EXHIBIT

26

4:19-cr-172