

GOVERNMENT EXHIBIT
27
4:19-cr-172



