

GOVERNMENT EXHIBIT
30
4:19-cr-172



GOVERNMENT EXHIBIT
31
4:19-cr-172



GOVERNMENT EXHIBIT
32
4:19-cr-172



GOVERNMENT EXHIBIT
**33**
4:19-cr-172

