

GOVERNMENT EXHIBIT
41
4:19-cr-172





GOVERNMENT EXHIBIT
43
4:19-cr-172



GOVERNMENT EXHIBIT 44 4:19-cr-172



GOVERNMENT EXHIBIT 45 4:19-cr-172