



GOVERNMENT
EXHIBIT

46

4:19-cr-172

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT

47

4:19-cr-172





GOVERNMENT
EXHIBIT

48

4:19-cr-172