



GOVERNMENT EXHIBIT
52
4:19-cr-172