

GOVERNMENT EXHIBIT 53 4:19-cr-172



GOVERNMENT EXHIBIT
54
4:19-cr-172