# A/V Exhibits to Government's Sentencing Memo

# Flash Drive contains Exs. 2 through 7, and 64