## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>RUBY KATHERINE MONTOYA<br>Defendant. | **No. 4:19-cr-00172-RGE-HCA-2**<br><br>**MOTION TO PERMIT DEFENDANT TO FILE OBJECTIONS TO PSR UNDER SEAL**<br><br>**Filed Under Seal in accordance with Protective Order Dkt 233**<br><br>**FILED UNDER SEAL** |

COMES NOW, the defendant Ruby Montoya, by and through counsel, and hereby requests leave to file her objections to the Presentence Report under seal. Her objections discuss protected information protected by the protective order Dkt. 187 and Dkt. 233 (see, e.g. Objection Number 2) and should not be filed publicly.

Respectfully submitted,

/s/ Maria C. Borbon
Maria C. Borbon
July 20, 2022