IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>RUBY KATHERINE MONTOYA<br>Defendant. | No. 4:19-cr-00172-RGE-HCA-2<br><br>**MOTION TO CONTINUE SENTENCING** |

COMES NOW, counsel undersigned, moves to continue sentencing for 30 days on behalf of Ruby Montoya. The sentencing for Ms. Montoya is currently scheduled for August 24, 2022 at 10:30 AM. Counsel undersigned has been summoned for jury service in the United States District Court, District of Arizona, Tucson Division on August 22, 2022 and is unable to travel during that week. Counsel undersigned has spoken with ASUA Jason Griess who does not oppose this motion due to the summons.

Respectfully submitted,

/s/ Maria C. Borbon
Maria C. Borbon
July 26, 2022