# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>RUBY KATHERINE MONTOYA<br>Defendant. | No. 4:19-cr-00172-RGE-HCA-2<br><br>**MOTION TO CONTINUE SENTENCING** |

COMES NOW, counsel undersigned, moves to continue sentencing for 30 days on behalf of Ruby Montoya. The sentencing for Ms. Montoya is currently scheduled for August 24, 2022 at 10:30 AM. Counsel undersigned has been summoned for jury service in the United States District Court, District of Arizona, Tucson Division on August 22, 2022 and is unable to travel during that week. Counsel undersigned has spoken with ASUA Jason Griess who does not oppose this motion due to the summons.

Respectfully submitted,

/s/ Maria C. Borbon
Maria C. Borbon
July 27, 2022

**CERTIFICATE OF CONFERENCE**

Maria C. Borbon certifies that she has conferred with AUSA Jason Griess and he indicates that the government does not resist the motion because of the reasons set forth herein.

/s/ Maria C. Borbon

Maria C. Borbon

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Motion to Continue Sentencing was served upon all parties electronically through the CM/ECF system on July 27, 2022.

/s/ Maria C. Borbon

Maria C. Borbon