IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | No. 4:19-cr-00172-RGE-HCA-2 |
| vs. | **REQUEST TO APPEAR REMOTELY** |
| RUBY KATHERINE MONTOYA<br>Defendant. | |

COMES NOW, counsel undersigned, on behalf of Ruby Montoya hereby requests to appear remotely on August 11, 2022 at 2:30 pm Iowa time. Counsel undersigned will join the conference call at 12:30 pm Arizona time.

Respectfully submitted,

/s/ Maria C. Borbon
Maria C. Borbon
August 4, 2022

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Motion to Continue Sentencing was served upon all parties electronically through the CM/ECF system on August 4, 2022.

/s/ Maria C. Borbon
Maria C. Borbon

1