## United States District Court for the Southern District of Iowa

Presiding: Honorable Rebecca Goodgame Ebinger

| Case No. 4:19-cr-00172-RGE-HCA | : | Clerk's Court Minutes – Status Conference |

| Plaintiff(s) | : | Defendant(s) |
|---|---|---|
| UNITED STATES OF AMERICA | : | RUBY KATHERINE MONTOYA |

Plaintiff(s) Counsel: Jason T. Griess

Defendant(s) Counsel: Maria Borbon

| Court Reporter: Chelsey Wheeler | : | Interpreter: N/A |

| Motion(s) for Ruling: | Ruling | / | Ruling Reserved |
|---|---|---|---|

Proceedings:

Counsel for the Plaintiff appears in person. USPO Officer present. Defense counsel appears via video conference. At 2:28 p.m., Court addresses status of Defense co-counsel. At 2:30 p.m., Court addresses status of case. Court orders US Probation Office to prepare an updated Presentence Investigation Report by August 26, 2022. At 2:43 p.m., Court addresses filing of Defense exhibits and sentencing memorandum, and the general status of the records. At 2:54 p.m., Court orders Defense to review exhibits and refile as needed. Revised exhibits must be filed and submitted by September 7, 2022. Sentencing is to be held on September 21, 2022, at 10:00 a.m. Objections to the altered portions of the PSR are due September 2, 2022. Additional response from Probation Office is due September 9, 2022. Government's memorandum of law as to supplemental objections is due September 7, 2022. Defense's response to Government memo is due September 14, 2022. Court adjourns. Order to follow.

Time Start: 2:27 p.m.
Time End:  3:11 p.m.
Date: August 11, 2022

/s/ Kandy Sands
Deputy Clerk