IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>RUBY KATHERINE MONTOYA<br>Defendant. | No. 4:19-cr-00172-RGE-HCA-2<br><br>**MOTION TO PRECLUDE GOVERNMENT WITNESS**<br><br>**Filed Under Seal in accordance with Protective Order Dkt 233**<br><br>**FILED UNDER SEAL** |

COMES NOW, the defendant Ruby Montoya, by and through counsel, and hereby requests leave to file her motion to order the government to produce Exhibits discussed during the status conference held on Thursday, August 11, 2022. Her objections discuss protected information protected by the protective order Dkt. 187 and Dkt. 233 and should not be filed publicly.

Respectfully submitted,

/s/ Maria C. Borbon
Maria C. Borbon
August 14, 2022

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Motion was served upon all parties electronically through the CM/ECF system on August 14, 2022.

/s/ Maria C. Borbon
Maria C. Borbon