IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUBY KATHERINE MONTOYA,<br><br>Defendant. | No. 4:19-cr-00172-RGE-HCA-2<br><br>**ORDER SETTING SENTENCING AND DEADLINES RE: SUBMISSION OF SENTENCING MATERIALS** |

The parties involved shall appear before the Court for Defendant Ruby Katherine Montoya's sentencing hearing on September 21, 2022, at 10:00 a.m. in Des Moines – Room 265 – 2nd Floor before United States District Judge Rebecca Goodgame Ebinger.

The United States Probation Office shall update the presentence report and shall disclose it to the parties by no later than August 26, 2022.

By no later than September 2, 2022, counsel shall file with the Court any objections to the altered portions of the updated presentence report. If a party has no objections to the updated presentence report, a statement indicating such shall be filed by this same date. The United States Probation Office shall respond to any objections by no later than September 9, 2022.

By no later than September 7, 2022, the Government shall file a memorandum of law as to the supplemental objections. By no later than September 14, 2022, Montoya shall file her response to the Government's memorandum of law as to the supplemental objections.

Additionally, by no later than September 7, 2022, Montoya shall file revised sentencing exhibits.

**IT IS SO ORDERED.**

Dated this 15th day of August, 2022.

REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE