IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:19-cr-172 |
| | ) | |
| v. | ) | GOVERNMENT'S MOTION |
| | ) | FOR LEAVE TO FILE AN |
| RUBY KATHERINE MONTOYA, | ) | OVERLENGTH SENTENCING |
| | ) | MEMORANDUM AND LEAVE TO |
| Defendant. | ) | FILE SENTENCING |
| | ) | MEMORANDUM AND EXHIBITS |
| | ) | UNDER SEAL |
| | ) | |

The United States of America requests leave from the Court for permission to file an overlength sentencing memorandum. Defendant has filed multiple sets of objections to the presentence investigation report. The government requests a response in excess of 20 pages to effectively respond to the arguments raised by the Defendant. In addition, the government hereby moves the court for permission to file the Government's Sentencing Memorandum and Exhibits under seal pursuant to Local Rule 5(c). Government's Sentencing Memorandum and Exhibits contain sensitive information concerning attorney client communications and other matters that should not be made public.

                                          Respectfully Submitted,

                                          Richard D. Westphal
                                          United States Attorney

                      By:  */s/ Jason T. Griess*
                           Jason T. Griess
                           Assistant United States Attorney

                           U.S. Courthouse Annex, Suite 286
                           110 East Court Avenue
                           Des Moines, Iowa 50309

Tel: (515) 473-9300
Fax: (515) 473-9292
Email: Jason.Griess2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2022, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record and the United States Probation Officer by:

\_\_\_\_ U.S. Mail   \_\_\_\_ Fax   \_\_\_\_ Hand Delivery

_X_ ECF/Electronic filing   \_\_ Other means (email)

UNITED STATES ATTORNEY

By:   _/s/ Jason T. Griess_
       *Assistant U.S. Attorney*