September 7, 2022

Honorable Rebecca Goodgame Ebinger
United States Courthouse
123 E. Walnut Street
Des Moines, Iowa 50309

Re: U.S. v Ruby Montoya 4:19-CR-00172

Dear Judge Ebinger,

Thank you for taking the time to further embrace the life of Ruby Montoya as I acknowledge her unfortunate situation. I've read through the other character letters representing Ms. Montoya's past, her education and contributions. I too have the same respect as others which is why I won't bore you with repetition. I would like to share truth and reality of ones psychological life at 26 and the woman Ruby's becoming at 31. In time I've recognize a young woman trying to move from the past of her youth of 26 while subdued and unable to truly experience life through the ongoing uncertainty of her future. Most importantly the last 5 years of her life has and continues to be a crucial time for development as she continues to mature into a woman. With all due respect the U.S. Courts move slowly forward without concern or consideration for the individuals time, finances and ability to defend one's self leaving Ruby's life in a state of uncertainty. When considering all the state of affairs regarding Ms.Montoya's past and current uncertain situation, I personally feel she's been imprisoned with a far greater sentencing.

My name is Kurt Gehlbach and I'd like to share with you my thoughts and experiences as a 61 year veteran of life. I'm very involved in my town, Sedona, of 26 years currently on my seventh year and now vice-chair of the Historical Preservation Commission, Mayoral candidate 2022, etc. I've spent years within the psychological manipulation of young adults during their time of uncertainty when others of insincere personal gain identify opportunity to manipulate the vulnerable for success of their agenda's. I'd like to start with a bit of review and research followed by a couple of experiences for a better understanding of my personal knowledge.

Referring back to the 1960s and 70's, the average age of first marriage for women in the U.S. was 20, and men 22. Today, the average is 26 to 30 for women and 28 to 32 for men. "It should be reassuring for parents to know that it's very typical for everyone within their 20's not to know what they're going to do always changing their mind and seems very unstable in their life. It's the norm," says Jeffrey J. Arnett, a professor of psychology at Clark University in Worcester, Mass., who coined the term "emerging adulthood" in 2000. Biologists, psychologists and sociologists are increasingly seeing the years between 18 to 29 as a distinct phase of human development, worthy of much more study.

Research into how the brain develops suggests that people are better equipped to make major life decisions in their late 20s to early 30s. The brain, once thought to be fully grown after puberty, is still evolving into its adult shape well into a person's third decade, pruning away unused connections and strengthening those that remain, scientists say. "Until very recently, we had to make some pretty important life decisions about education and career paths, who to marry and whether to go into the military at a time when parts of our brains weren't optimal yet," says neuroscientist Jay Giedd at the National Institute of Mental Health, whose brain-imaging studies of thousands of young people have

yielded many of the new insights. Postponing those decisions makes sense biologically, he says. "It's a good thing that the 20s are becoming a time for self-discovery."
Such findings are part of a new wave of research into "emerging adulthood," the years roughly from 18 to 29, which psychologists, sociologists and neuroscientists increasingly see as a distinct life stage. The gap between adolescence and full adulthood is becoming ever wider as more young people willingly or because of economic necessity prolong their education and postpone traditional adult responsibilities. For young adults, it can be a stressful time. High rates of anxiety, depression, motor-vehicle accidents and alcohol use are at their peak from 18 to 25, trends that tend to level out by age 28, studies show. And another recent survey by Clark University, which polled more than 1,000 young adults nationwide, found that 72% said this time of life was stressful and 33% said they were often depressed. Still, 89% believed they would eventually get what they want out of life.

Researchers are just beginning to study how different experiences in adolescence and young adulthood may impact brain development. The fact that the brain stays unfinished during early adulthood "is the best thing that ever happened to humans" because it allows us to adapt to changing environments, says Dr. Giedd. "We can figure out what kind of world we live in and what we need to be really good at."



When Ms. Montoya was 26 the prefrontal cortex was one of the last brain regions to mature. It is the area responsible for planning, prioritizing and controlling impulses. By a persons late 20s, "there's better communication between parts of the brain that process emotions and social information—like what people think of you—and the parts that are important for planning ahead and balancing risk and reward," says developmental psychologist Laurence Steinberg of Temple University. How can emerging adults maximize their brain potential in this period? "Things that are cognitively stimulating are important," says Dr. Steinberg. Many of those issues ease by the late 20s. By then, the vast majority of emerging adults find work, relationships, along with higher self-esteem and life satisfaction most achieving financial independence.

The Clark University survey found that while 28% of 18-to-21-year-olds get regular support from their parents for living expenses, the rate declined to 6% among 26-to-29-year-olds. Meanwhile, says Dr. Arnett, "It pays to relax and not panic because your 21-year-old or even your 26-year-old doesn't know what he or she is going to do. Almost nobody still has that problem at 40 or 50. We all figure it out eventually."

Research demonstrates the mind of young adults is within a very important development stage at the age of 26, Ms. Montoya's age at the time of the incident. Research and my personal experiences also confirm that adults with intent to motivate/manipulate for whatever their motivations have the ability to exploit those of a younger age, notably those in their mid to late 20's or younger. Regarding my personal experiences and knowledge I'll get right to the point sharing first, a young married women 30 years of age psychologically manipulated by a well educated predator, ultimately a convicted sex offender. Second, What I believe to currently be the largest Cult internationally and the founders designed recruitment programs intended to recruit, coerce and psychologically program followers eventually turned disciples.

I arrived in Sedona, Arizona from Ames, Iowa September 1997 following a 3 year marriage and horrid experience at the hands of a mentally disturbed Psychologist, James Copley PhD. My wife (30) and I (31) needed a healthy transition in life after a busy 2 year marriage birthing two children, career changes, relocating three states to include designing and building our first home in Ames, Iowa. The in-laws (Professor's on staff with Iowa State University) insisted we see a PhD encouraging us to seek counseling with James Copley. I personally had reservations as to his trustworthiness and over a short period of time James Copley's true intentions came out as he deceptively spent more time with my wife than with the two of us as a couple. I quickly recognized something was amiss and voiced my concern for what I knew to be unacceptable behavior. My wife was already somewhat caught up in his methods unable to recognize his motivations ignoring my concerns and continuing sessions. James Copley was ultimately arrested after his college student assistant phoned the police and filed charges. Long story short, James Copley had an agenda to use his relaxation techniques on his assistant and six others who's families would never be the same. I met with the District Attorney at the time who offered me the police report confirming the intentions that he was using "relaxation techniques" on his younger psychologically ignorant victims like my wife at the age of 30 who respected the academia she was raised within. I thanked the District Attorney for her determination to elicit a successful guilty plea, sex offending criminal for the next ten years and his practice closed. My wife was psychologically manipulated to believe subconsciously many things were happening during our marriage that never existed. Years later she reversed her beliefs during one of our last brief conversations saying, "Oh, I don't believe those things anymore." James Copley is a well educated and very dangerous sexually motivated predator with the same modus operandi as many others determined to prey on younger undeveloped minds vulnerable to manipulation as they successfully coerce to fulfill personal needs, wants or interests of a movement. The second life experience began in 2013 when I created a relationship with Ilchi Lee's organization (Cult) over four years ultimately offering my personal knowledge and facts to the United States Department of Homeland Security. I shared multiple human trafficking violations along with multiple federal and state tax and immigration laws violated across the country. The Phoenix office, Special Agent William Madail, is on their fifth year investigating, as of October 2017. Ilchi Lee's organization evolved over time creating recruitment programs intended to target and psychologically program educated young adults into their early 30's. Cult programming is not only about "brainwashing" as it is about specific and targeted indoctrination. When you are "brought into the cult," the slide is slow and subtle. They take their time changing the way you see things. Bit-by-bit, pieces of information are omitted and you are socially isolated from family and friends by being forced into dependency on other members of the cult. A sense of dread is created, and when that happens. *Flick* The switch is flipped, and it becomes hard (if not impossible) to escape. Most become apart of the belief system through the trickery and incentives to become an American citizen and the possibility of bringing their family to the America's. All for the benefit of Ilchi Lee's personal gain.

Judge Ebinger, I have no doubt you are a very intelligent person having attended Georgetown University and Yale Law School not to mention years of experience and knowledge. Your involvement within our Federal Judicial System is commendable and years of dedication creditable. I wonder, was your mind ever manipulated, redirected or exploited when you were in your 20's or 30's, If yes, I wonder how you responded and what transpired after the fact. Whether yes or no the years of scientific evidence describes 26 year old adults prefrontal cortex is one of the last brain regions to mature. It is the area responsible for planning, prioritizing and controlling impulses. By a persons late 20s, "there's better communication between parts of the brain that process emotions and social information like what people think of you and the parts that are important for planning ahead and balancing risk and reward," says developmental psychologist Laurence Steinberg of Temple University. I believe Ruby Montoya was urged to participate during a time when her psychological maturity was unable to perform as an evolved adult incapable of recognizing the consequences of her actions through the inability of controlling impulses while balancing risk and reward. Most importantly, within a chaotic aggressive environment directed through spontaneous urging of others in leadership roles.

I pray that the spirit of God guide your judgement and recognition that Ms. Ruby Montoya was and continues to be a victim who's endured five years of uncertainty during the most important time in her life as she continues to develop into a mentally matured woman. I thank you for taking the time as we identified what I believe to be the truth and what I hope through faith and your love for justice will recognize and dismiss all charges offering Ms. Montoya her life to continue to strive for and achieve to be the woman and professional you've become.

Sincerely,

Kurt Gehlbach
Email - Gehlbach.Kurt@Gmail.com
Direct - 928-301-7712

Honorable Rebecca Goodgame Ebinger
United States Courthouse
123 E. Walnut Street
Des Moines, Iowa 50309



**PRIORITY MAIL EXPRESS®**

FROM:
Kurt Gehlbach
2320 W. State Route 89A
Ste 11 #277
Sedona, Az. 86336
PHONE: 928-301-7712

TO:
Honorable Rebecca Goodgeme Ebinger
United States Courthouse
123 E. Walnut Street
DesMoin Iowa 50309

Postage: $26.95
Total Postage & Fees: $26.95
PO ZIP Code: 86336
Date Accepted: 9/7/22
Time Accepted: 11:11 AM
Scheduled Delivery Date: 9/8/21
Scheduled Delivery Time: 6:00 PM
Weight: 1 lb 6 oz
Flat Rate

EI 058 864 022 US

FILED SEP - 8 2022 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF IOWA