IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>RUBY KATHERINE MONTOYA<br>Defendant. | No. 4:19-cr-00172-RGE-HCA-2<br><br>**MOTION FOR LEAVE TO FILE UNDER SEAL** |

COMES NOW, the defendant Ruby Montoya, by and through counsel, and hereby requests leave to file her motion to continue sentencing. The motion discusses private information and should not be filed publicly.

Respectfully submitted,

/s/ Maria C. Borbon
Maria C. Borbon
September 8, 2022

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Motion was served upon all parties electronically through the CM/ECF system on September 8, 2022.

/s/ Maria C. Borbon
Maria C. Borbon

1