IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>RUBY KATHERINE MONTOYA<br>Defendant. | **No. 4:19-cr-00172-RGE-HCA-2**<br><br><br>**UNRESISTED REQUEST FOR<br>REMOTE TESTIMONY** |

Counsel undersigned, on behalf of Ms. Ruby Montoya hereby respectfully requests the Court to permit witnesses to testify remotely during sentencing, presently scheduled for Wednesday, September 21, 2022 at 10:00 am.   Ms. Montoya has been deemed indigent by the Court and was previously appointed CJA Counsel.  Ms. Montoya was able to pay thousands of dollars out-of-pocket the cost of expert testimony and travel to Iowa for sentencing, originally scheduled for July 11, 2022 and then rescheduled to July 24, 2022.  The witnesses traveled to Iowa and were prepared to testify at sentencing July 24, 2022, which was canceled and then rescheduled for reasons outside of her control.   Ms. Montoya is unable to fund travel for sentencing scheduled for September 21, 2022 and requests that witnesses be permitted to testify remotely, a reasonable practice that has been adopted since the pandemic.

Respectfully submitted,

/s/ Maria C. Borbon

Maria C. Borbon
September 8, 2022

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Motion  was served upon all

parties electronically through the CM/ECF system on September 8, 2022.

/s/ Maria C. Borbon
Maria C. Borbon