IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>RUBY KATHERINE MONTOYA<br>Defendant. | No. 4:19-cr-00172-RGE-HCA-2<br><br>**UNRESISTED REQUEST FOR CONTINUANCE**<br><br>**FILED UNDER SEAL** |

Counsel undersigned, on behalf of Ms. Ruby Montoya hereby respectfully requests the Court to permit a continuance of sentencing until the week of October 10, 2022. Ms. Montoya was recently hired as a third grade teacher in Arizona at an underperforming school open to the public – Desert Star at 1240 S. Recycler Road, Cornville, Arizona 86325. Ms. Montoya was sought out for this role as she is qualified to teach and comes highly recommended by former colleagues and the community. If Ms. Montoya did not answer this challenge to be the third grade teacher, the students' engagement and respect for learning would continue to erode. Ms. Montoya accepted this challenge knowing that these students needed a teacher who could love and educate them as she aims to preserve and nurture their love for learning as community members and citizens. The school's fall break is October 10 - 14, 2022. Ms. Montoya requests that the next scheduled hearing is set during the fall break so that she may work diligently and undividedly with the third graders to shape and practice their reverence for learning in their classroom.

Please find attached emails sent by counsel undersigned to ASUA Jason Greiss regarding exhibits required for sentencing. As of today, ASUA has not complied with his promise to produce exhibits relevant to sentencing.

Counsel undersigned discussed this motion with ASUA Jason Griess who takes no position on the motion to continue because he understands why it is necessary.

Respectfully submitted,

/s/ Maria C. Borbon

Maria C. Borbon
September 12, 2022

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Motion was served upon all parties electronically through email on September 12, 2022.

/s/ Maria C. Borbon
Maria C. Borbon



Maria Borbon <borbonmaria1952@gmail.com>

---

## Exhibits Relevant to Sentencing

---

**Maria Borbon** <borbonmaria1952@gmail.com>  
To: jason.griess2@usdoj.gov

Mon, Aug 22, 2022 at 7:50 PM

Jason,

I am hoping to avoid a motion requesting that your office disclose the following for use at sentencing. Please consider filing the following under seal for the court's review:

Exhibit E: Portion of discovery where Energy Transfer Partners; the alleged victim's employee, estimates damages at under $48,000.00 (forty eight thousand dollars), including:

- Bates 2192551-000028
- Bates page number 2146390-BOONECOBOONE-000006
- Bates 2146390-BOONECOBOONE-000028
- Bates 2192551-000031
- Bates 2146390-CHEROKEECOMIRID-000006
- Bates 2148989-00000

Exhibit F: Discovery stating that Ms. Montoya was "brainwashed" by undue influence by the Catholic Worker's household.

- Sitrep 2551 - 13

Exhibit G: Recent Brady Materials stating concerns regarding pipeline employees and or government operatives encouraging criminal misconduct. Ms. Montoya can positively identify one person depicted in a photo suggested using blow torches and taught Ms. Montoya and her former co-defendant how to use them.

Also the FD-302 prepared on June 22, 2017 and FD 302 Prepared on June 29, 2017. These documents reveal Tiger Swan's questionable conduct that we can argue is relevant during the sentencing hearing. I don't believe the US probation office is aware. of any of these exhibits.

As you know time is of the essence. Thank you for your time and consideration. Should you have any questions, please do not hesitate to contact me.

I will follow up with a phone call.

Maria Borbon

   **Maria Borbon <borbonmaria1952@gmail.com>**

---

### Exhibits Relevant to Sentencing

**Griess, Jason (USAIAS)** <Jason.Griess2@usdoj.gov>　　　　　　　　　　Fri, Sep 2, 2022 at 10:58 AM
To: Maria Borbon <borbonmaria1952@gmail.com>
Cc: "Griess, Jason (USAIAS)" <Jason.Griess2@usdoj.gov>

Maria,

Attached please find the first 5 bulleted documents.  The sixth item is a partial Bates number.  Exhibit F - Sitrep 2551 – 13 is not a Bates number.  Please provide further description.

Jason

Jason T. Griess

Criminal Chief

U.S. Attorney's Office, Southern District of Iowa

U.S. Courthouse Annex, Suite 286

110 East Court Avenue

Des Moines, Iowa 50309

Desk: (515) 473-9302

Cell: (515) 556-9652

Jason.Griess2@usdoj.gov

[Quoted text hidden]

---

**5 attachments**

 **2 - 2146390-BOONECOBOONE_0000006.pdf**
619K

 **3 - 2146390-BOONECOBOONE_0000028.pdf**
1081K

📄 **4 - 2192551_0000031.pdf**
575K

📄 **5 - 2146390-CHEROKEECOMIRID_0000006.pdf**
933K

📄 **1 - 2192551_0000028.pdf**
597K

  Maria Borbon <borbonmaria1952@gmail.com>

## Miscommunication regarding Discovery requests

**Maria Borbon** <borbonmaria1952@gmail.com>  Sun, Sep 4, 2022 at 2:38 PM
To: jason.griess2@usdoj.gov

Jason ,
I was not aware that I am required to sign another protective order that allows you to provide me with  the discovery FD 302 prepared on June 20,2017 and June 29, 2017; necessary for sentencing..

Apparently it is separate and apart from  the protective order that I signed in your office on July 20, 2002.

Please email me the required protective order for my signature and I will sign and send it back certified mail. Your immediate attention to this relevant evidence is appreciated.

The court will consider the FD302's at sentencing only if your office provides them for review. Of course it is imperative that they are provided to the court next week.

It's disconcerting that I was not allowed to sign it when I was in Des Moines  on July 20,2022  in your office signing a different protective order.

Thank you for your time and consideration.
Maria Borbon

 Maria Borbon <borbonmaria1952@gmail.com>

**Miscommunication regarding Discovery requests**

**Griess, Jason (USAIAS)** <Jason.Griess2@usdoj.gov>     Tue, Sep 6, 2022 at 12:39 PM
To: Maria Borbon <borbonmaria1952@gmail.com>
Cc: "Griess, Jason (USAIAS)" <Jason.Griess2@usdoj.gov>

Maria,

Please let me know when you are available for a phone call.

Jason

Jason T. Griess

Criminal Chief

U.S. Attorney's Office, Southern District of Iowa

U.S. Courthouse Annex, Suite 286

110 East Court Avenue

Des Moines, Iowa 50309

Desk: (515) 473-9302

Cell: (515) 556-9652

Jason.Griess2@usdoj.gov

[Quoted text hidden]

   Maria Borbon <borbonmaria1952@gmail.com>

## Exhibits relevant to sentencing

**Griess, Jason (USAIAS)** <Jason.Griess2@usdoj.gov>   Fri, Sep 9, 2022 at 11:23 AM
To: Maria Borbon <borbonmaria1952@gmail.com>
Cc: "Griess, Jason (USAIAS)" <Jason.Griess2@usdoj.gov>

Maria,

To be clear, I indicated that I took no position on the motion to continue. With regard to remote testimony, I also take no position in lieu of more specific information as to what each witness intends to testify to. I am working on locating the documents you have identified.

Jason

Jason T. Griess

Criminal Chief

U.S. Attorney's Office, Southern District of Iowa

U.S. Courthouse Annex, Suite 286

110 East Court Avenue

Des Moines, Iowa 50309

Desk: (515) 473-9302

Cell: (515) 556-9652

Jason.Griess2@usdoj.gov

[Quoted text hidden]

 **Maria Borbon &lt;borbonmaria1952@gmail.com&gt;**

---

### Exhibits relevant to sentencing

---

**Maria Borbon** &lt;borbonmaria1952@gmail.com&gt;                              Fri, Sep 9, 2022 at 10:38 AM
To: "Griess, Jason (USAIAS)" &lt;jason.griess2@usdoj.gov&gt;

Jason,
We have yet to receive the following exhibits:

Exhibit E: Portion of Discovery where alleged victim Energy Transfer Partners own employee estimates damages at under $48,000.00 (forty eight thousand dollars).

Exhibit F: Discovery stating that Ms Ruby Montoya was "brainwashed" by undue influence by the Catholic Worker Household. I believe the comments were made by Tiger Swan who provided security for Energy Transfer Partners under questionable circumstances.

Exhibit G: Recent Brady materials stating concerns regarding pipeline employees and or government operatives encouraging criminal misconduct . Ms.Montoya can positively identify one person in photo who suggested using blow torches and taught her and her former co-defendant how to use them,

Also FD 302's . We are requesting that you provide them to the court again as you said you would..
I am hoping you have contacted the local ASUA's office in Tucson
so I can go there to sign the required Protective Order.and review the FD302"s as you said you would.earlier this week.
Thank you for your time and consideration.

Thank you again for not opposing our request for a continuance because Ms. Montoya is currently teaching third graders who are underperforming and whose fall break is in October.
We are hoping the court will grant our request for remote witnesses which you also do not oppose. Financial difficulties currently exist providing air fare, lodging and potential witness fees again.

Maria Borbon