# Desert Star Community School | 2022-2023 CALENDAR

## AUGUST '22

| S | M | T | W | Th | F | S |
|---|---|---|---|---|---|---|
|   | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |   |   |   |

**03 Half Day**, First Day of School, Grades 1 & 8 Rose Ceremony *8:45am* **(11am dismissal)**

**11-12** Math Benchmarks
**18-19** ELA Benchmarks

## SEPTEMBER '22

| S | M | T | W | Th | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 |   |

**05 No School**, Labor Day

**23** Civics Day

**30** Michaelmas Festival *9am*

## OCTOBER '22

| S | M | T | W | Th | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |   |   |   |   |   |

**06-07** Math Benchmarks

**07 Half Day, (11am dismissal)**

**10-14 No School**, Fall Break

**31 No School**, Parent Teacher Conferences *8am-3pm*

## NOVEMBER '22

| S | M | T | W | Th | F | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 |   |   |   |

**01 No School**, Parent Teacher Conferences *1pm-7pm*
**09-10** ELA Benchmarks
**10** Lantern Walk *6pm*
**11 No School**, Veterans Day
**21** Dress Rehearsal *9am*
**22 Half Day**, School Performance *8:30 am* **(9:45 Dismissal- immediately following event)**
**23-25 No School**, Thanksgiving Break

## DECEMBER '22

| S | M | T | W | Th | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**06** St Nicholas

**07-08** Math Benchmarks

**09** Spiral Walk *5:30pm*

**13** Santa Lucia

**16 Half Day, (11am dismissal)**

## JANUARY '23

| S | M | T | W | Th | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 |   |   |   |   |

**02 No School** New Year's Day

**12-13** ELA Benchmarks

**16 No School** M.L. King Day

## FEBRUARY '23

| S | M | T | W | Th | F | S |
|---|---|---|---|---|---|---|
|   |   |   | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 |   |   |   |   |

**09-10** Math Benchmarks

**20 No School** Presidents' Day

**27 No School**, Parent Teacher Conferences *8am-3pm*

## MARCH '23

| S | M | T | W | Th | F | S |
|---|---|---|---|---|---|---|
|   |   |   | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |   |

**09-10** ELA Benchmarks

**10 Half Day, (11am dismissal)**

**13-17 No School**, Spring Break

## APRIL '23

| S | M | T | W | Th | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 |   |   |   |   |   |   |

**03** State Testing Gr 3-8 Writing
**04** State Testing Gr 3-8 Math
**05** State Testing Gr 3-8 Reading
**06** State Testing Gr 5&8 Science

**07 No School**

**28** Circus Performance *11am & 5:30pm*

## MAY '23

| S | M | T | W | Th | F | S |
|---|---|---|---|---|---|---|
|   | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |   |   |   |

**04** Strings Performance *10am*

**06** May Faire *10am-2pm*

**24** 8th Grade Graduation *6pm*

**25 Half Day**, Last Day of School, Rose Ceremony *8:45am* Kindergarten Ceremony *9:45am* **(11am dismissal)**

## LEGEND

| | |
|---|---|
| 🟥 | **No School** |
| 🟨 | **Early Release** |
| 🟦 | **Community Events** |
| 🟩 | **Student/Class Event** |
| ⬜ | **Student Assessment** |

### School Hours Gr 1-8
Monday–Friday
8:15am-2:00pm

### School Hours Kindergarten
Monday–Friday
8:30am-1:30pm