

1240 South Recycler Rd. • Cornville AZ • 86325 • email: info@desertstarschool.org
web: desertstarschool.org • phone: 928 282-0171 • fax: 928 284-9565

September 12, 2022

To Honorable Rebecca Goodgame Ebinger,

As of September 12, 2022 Ruby Montoya is employed as a third grade teacher at Desert Star Community School. I am aware that she has a court date of September 21st and would like to request the date to be moved to the week of October 10th during school fall break. This would be optimal for the students to prevent more disruption with their education by needing to acquire a substitute for this day. I am hopeful that this is a possible solution. I appreciate your time and consideration in this matter.

Sincerely,

Cheryl LeBlanc
Administrative Director