IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>RUBY KATHERINE MONTOYA<br>Defendant. | No. 4:19-cr-00172-RGE-HCA-2<br><br>Motion seeking permission to file the Sentencing Memorandum under seal |

Counsel undersigned on behalf of Ms. Ruby Montoya hereby requests that the court allow to file under seal Sentencing Memorandum originally filed yesterday September 14, 2022 in accordance with Docket 233. Counsel undersigned spoke with Mr. Jason Griess. He does not oppose this motion.

For reasons set forth it is requested the court grant this motion.

Respectfully submitted,

/s/ Maria C. Borbon

Maria C. Borbon
September 15, 2022

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Motion was served upon all parties electronically through the CM/ECF system on September 15, 2022.

/s/ Maria C. Borbon
Maria C. Borbon

1