# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>RUBY KATHERINE MONTOYA<br>Defendant. | No. 4:19-cr-00172-RGE-HCA-2<br><br><br>**OBJECTION TO GOVERNMENT'S SENTENCING MEMORANDUM** |

Counsel undersigned on behalf of Ms. Ruby Montoya objects to the Government's recent last minute filing. Counsel undersigned is prepared to go forward with sentencing September 21, 2022 at 10a.m.. According to the discovery referenced in the Government's belated motion, it is apparent that none of the proposed exhibits are relevant to the sentencing hearing as they do not show that Energy Transfer Partners, the alleged victim, used, owned or leased the equipment. It is my understanding that the Court will dismiss the remaining counts in the indictment. Many of those exhibits show dates that have been stricken from the record of relevant conduct because Ms. Montoya had no involvement with them, as reflected in the most recent Presentence Report.

Mr. Russ Sweeney, the Government's witness, was only disclosed yesterday. The Government should have disclosed its witness in July. Further, counsel undersigned does not believe Mr. Sweeney is qualified to discuss damage amounts.. The Court has already ruled that no further witnesses will be allowed. Moreover, the Government's filing lacks a certificate of service and there is no request to file under seal.

For reasons set forth, counsel undersigned objects to the Government's Supplemental Sentencing Memorandum and testimony by Russ Sweeney.

Respectfully submitted,

/s/ Maria C. Borbon

Maria C. Borbon
September 20, 2022

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Motion was served upon all parties electronically through the CM/ECF system on September 20, 2022.

/s/ Maria C. Borbon
Maria C. Borbon
