IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No.  4:19-cr-172 |
| | ) | |
| RUBY MONTOYA, | ) | GOVERNMENT'S SENTENCING |
| | ) | EXHIBIT LIST |
| Defendant. | ) | |

The United States of America, by and through the undersigned counsel respectfully submits the following list of exhibits which may be introduced in the government's case-in-chief.  This list may not include exhibits which may be introduced, depending in part upon issues which may arise during the sentencing hearing, and the government reserves its right to offer exhibits not on this list as necessary.

| Exhibit # | Exhibit Name |
|---|---|
| Gov Ex 1 | Via Pacis - April 2017 - one page .pdf |
| Gov Ex 2 | Youtube interview of Reznicek and Montoya and Video of vandalism.mp4 |
| Gov Ex 3 | DGR Reznicek This is easy to do.mp3 |
| Gov Ex 4 | Facebook   train blockage.PNG |
| Gov Ex 5 | Iowa City Aug Library Event Reznicek.mp4 |
| Gov Ex 5A | Iowa City Aug Reznicek How to stop a pipeline.mp4 |
| Gov Ex 5B | Iowa City Aug Reznicek To share and encourage tactics.mp4 |
| Gov Ex 5C | Iowa City Aug Montoya Go and take risks.mp4 |
| Gov Ex 5D | Iowa City Aug Montoya It ain't no big deal.mp4 |
| Gov Ex 5E | Iowa City Aug Montoya This works.mp4 |
| Gov Ex 5F | Iowa City Aug Montoya You can do this and not get caught.mp4 |

| Exhibit # | Exhibit Name |
|---|---|
| Gov Ex 5G | Iowa City Aug Montoya You don't need a workshop.mp4 |
| Gov Ex 6-1 | 1 Minneapolis_Part 1.mp4 |
| Gov Ex 6-2 | 2 Minneapolis Part 2.mp4 |
| Gov Ex 6A | Minneapolis Reznicek Consider Prop Dest.mp4 |
| Gov Ex 6B | Minneapolis Reznicek FBI Needs.mp4 |
| Gov Ex 6C | Minneapolis Reznicek Feds don't have much.mp4 |
| Gov Ex 6D | Minneapolis Reznicek Mask up.mp4 |
| Gov Ex 6E | Minneapolis Montoya We didn't get caught.mp4 |
| Gov Ex 7 | Submedia Reznicek Montoya Trying to encourage others.mp3 |
| Gov Ex 8 | Jasper Cty Construction Equipment .pdf |
| Gov Ex 9 | Jasper Cty Construction Equipment .pdf |
| Gov Ex 10 | Jasper Cty Construction Equipment .pdf |
| Gov Ex 11 | Mahaska Cty Construction Equipment .pdf |
| Gov Ex 12 | Mahaska Cty Construction Equipment .pdf |
| Gov Ex 13 | Mahaska Cty Construction Equipment .pdf |
| Gov Ex 14 | Jasper Cty Construction Equipment .pdf |
| Gov Ex 15 | Jasper Cty Construction Equipment .pdf |
| Gov Ex 16 | Jasper Cty Construction Equipment .pdf |
| Gov Ex 17 | Jasper Cty Construction Equipment .pdf |
| Gov Ex 18 | Jasper Cty Construction Equipment .pdf |
| Gov Ex 22 | Buena Vista Cty Construction Equipment .pdf |
| Gov Ex 23 | Buena Vista Cty Construction Equipment .pdf |

| Exhibit # | Exhibit Name |
|---|---|
| Gov Ex 24 | Buena Vista Cty Construction Equipment .pdf |
| Gov Ex 25 | Mahaska Cty Pipeline Valve .pdf |
| Gov Ex 26 | Mahaska Cty Pipeline Valve .pdf |
| Gov Ex 27 | Cherokee Cty Pipeline Valve .pdf |
| Gov Ex 28 | Cherokee Cty Pipeline Valve .pdf |
| Gov Ex 29 | Cherokee Cty Pipeline Valve .pdf |
| Gov Ex 30 | Sioux Cty Pipeline Valve .pdf |
| Gov Ex 31 | Sioux Cty Pipeline Valve .pdf |
| Gov Ex 32 | Sioux Cty Pipeline Valve .pdf |
| Gov Ex 33 | Sioux Cty Pipeline Valve .pdf |
| Gov Ex 34 | Sioux Cty Pipeline Valve .pdf |
| Gov Ex 35 | Lincoln Cty Pipeline Valve .pdf |
| Gov Ex 36 | Lincoln Cty Pipeline Valve .pdf |
| Gov Ex 37 | Lincoln Cty Pipeline Valve .pdf |
| Gov Ex 38 | Boone Cty Pipeline Valve .pdf |
| Gov Ex 39 | Boone Cty Pipeline Valve .pdf |
| Gov Ex 40 | Boone Cty Pipeline Valve .pdf |
| Gov Ex 41 | Wapello Cty Pipeline Valve .pdf |
| Gov Ex 42 | Wapello Cty Pipeline Valve .pdf |
| Gov Ex 43 | Wapello Cty Pipeline Valve .pdf |
| Gov Ex 44 | Wapello Cty Pipeline Valve .pdf |
| Gov Ex 45 | Wapello Cty Pipeline Valve .pdf |

| Exhibit # | Exhibit Name |
|---|---|
| Gov Ex 46 | Buena Vista Cty Pipeline Valve .pdf |
| Gov Ex 47 | Buena Vista Cty Pipeline Valve .pdf |
| Gov Ex 48 | Buena Vista Cty Pipeline Valve .pdf |
| Gov Ex 49 | Minnehaha Cty Pipeline Valve .pdf |
| Gov Ex 50 | Minnehaha Cty Pipeline Valve .pdf |
| Gov Ex 51 | Wapello Cty Pipeline Valve .pdf |
| Gov Ex 52 | Wapello Cty Pipeline Valve .pdf |
| Gov Ex 53 | Public Confession .pdf |
| Gov Ex 54 | Public Confession .pdf |
| Gov Ex 55 | Search Warrant .pdf |
| Gov Ex 56 | Search Warrant .pdf |
| Gov Ex 57 | Search Warrant .pdf |
| Gov Ex 58 | Search Warrant .pdf |
| Gov Ex 59 | Search Warrant .pdf |
| Gov Ex 60 | Search Warrant .pdf |
| Gov Ex 61 | Search Warrant .pdf |
| Gov Ex 62 | Search Warrant .pdf |
| Gov Ex 63 | Search Warrant .pdf |
| Gov Ex 64 | IUB Reznicek Worth Going to Prison.mp4 |
| Gov Ex 65 | Energy TransferVIS Corporate Victims.pdf |
|  |  |
|  |  |

| Exhibit # | Exhibit Name |
|---|---|
| | |
| Gov Ex 70 | Restitution Summary |
| Gov Ex 71 | Damage 11-8-2016 Vandalism (1313) |
| Gov Ex 72 | Damage 11-8-2016 Vandalism (11302) |
| Gov Ex 73 | Damage 11-8-2016 Vandalism (12736) |
| Gov Ex 74 | Damage 11-8-2016 Vandalism (R004760) |
| Gov Ex 75 | Damage Pipeline Repairs Vandalism (March - April 2017) |
| | |
| Gov Ex 80 | Transcript of Proffer Interview 1-21-21 - Under seal |
| Gov Ex 81 | Transcript of Proffer Interview 5-12-21 - Under seal |
| Gov Ex 82 | Transcript of Proffer Interview 7-30-21 - Under seal |
| Gov Ex 83 | Transcript of Proffer Interview 11-5-20 - Under seal |
| Gov Ex 84 | Grand Jury Testimony of 1-21-21 - Under seal |

Respectfully submitted,

Richard D. Westphal
United States Attorney

By: */s/ Jason T. Griess*
Jason T. Griess
Assistant United States Attorney

U.S. Courthouse Annex, Suite 286
110 East Court Avenue
Des Moines, Iowa 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: Jason.Griess2@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2022, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system.  I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

_____U.S. Mail  _____ Fax  _____Hand Delivery

__X__ECF/Electronic filing    ____Other means

UNITED STATES ATTORNEY

By: /s/  *Dawn Thomas*
       Paralegal Specialist