## United States District Court for the Southern District of Iowa

Presiding: Honorable Judge Rebecca Goodgame Ebinger
Criminal No. 4:19-cr-00172-RGE-HCA  :  Clerk's Court Minutes – Sentencing Day 2

UNITED STATES OF AMERICA VS. RUBY KATHERINE MONTOYA

Gov. Atty(s): Jason T. Griess
Def. Atty(s): Maria Borbon
Court Reporter: Chelsey Wheeler
Interpreter: N/A

Date: September 22, 2022
Time Start: 8:33 a.m.  Time End: 10:50 a.m.

✔ Indictment   ☐ Superseding Indictment   ☐ Information
In 9 Count(s) – Code Violation:
18:1366(a) Conspiracy to Damage an Energy Facility (1); 18:844(h) Use of Fire in the Commission of a Felony (2, 4, 6, 8); 18:844(i) Malicious Use of Fire (3, 5, 7, 9).

✔ Defendant reaffirmed guilty plea to Count(s) 1
☐ Jury   ☐ Court guilty verdict to Count(s)

☐ Court adopted findings of Final PSR
✔ Final PSR as amended

**Minutes:**

Defendant appears with counsel for day 2 of sentencing proceedings. USPO present. At 8:36 a.m., Gov presents argument regarding objected-to PSR facts. At 8:41 a.m., Defense presents argument regarding objected-to PSR facts. Court overrules objection to role. Court sustains in part objection to amount of loss in para. 33. At 9:02 a.m., Court addresses sentencing guidelines. At 9:11 a.m., Government objects to adjustment for acceptance of responsibility and presents argument. At 9:13 a.m., Defense argues in support of acceptance. Court sustains. At 9:17 a.m., Defense objects to the omission of role reduction under §3B1.2(b) and presents argument. At 9:20 a.m., Gov resists. Court overrules. Defense objects to the 12-level terrorism adjustment under §3A1.4(a). At 9:24 a.m., Gov argues in support of PSR. At 9:26 a.m., Defense argues against terrorism adjustment. Court overrules. At 9:39 a.m., Defense argues for downward departure for overstated criminal history and voluntary disclosure. At 9:40 a.m., Gov does not object to overstated criminal history and objects to voluntary disclosure. Court grants for overstated criminal history and denies for voluntary disclosure. After adjustment for acceptance of responsibility and downward departure, Total Offense Level = 35; Criminal History Category = I; Guideline Imprisonment Range = 168 to 210 months. At 9:50 a.m., Court recesses. At 10:03 a.m., Court resumes. At 10:04 a.m., Defense presents argument regarding appropriate sentence. At 10:10 a.m., Defendant allocutes. At 10:16 a.m., Gov presents argument regarding appropriate sentence. At 10:37 a.m., Court pronounces sentence. Defense requests self-surrender. Gov resists. Court denies. At 10:49 a.m., Defendant is advised of appeal rights. (Time in Court: 2 hrs. 4 min.)

**Sentence Imposed:**

Defendant is sentenced to the custody of the BOP for a term of 72 months on Count 1. Upon release, Defendant shall serve a supervised release term of 3 years. Court ordered $3,198,512.70 in restitution to be paid jointly and severally with co-defendant Jessica Reznicek. $100 Special Assessment to the Crime Victims' Fund Assessment.

Counts 2 through 9 are dismissed on the motion of the United States. Defendant is remanded into the custody of the United States Marshal.

/s/ Kandy Sands
Deputy Clerk