IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| UNITED STATES OF AMERICA, Plaintiff, v. RUBY KATHERINE MONTOYA, Defendant. | No. 4:19-cr-00172-RGE-HCA SENTENCING HEARING EXHIBIT LIST |
|---|---|

# GOVERNMENT EXHIBITS

| NO. | DESCRIPTION | I | O | OBJ | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
| 2 | Youtube interview of Reznicek and Montoya and Video of vandalism.mp4 | X | X | | X | | | 9/21/2022 |
| 3 | DGR Reznicek This is easy to do.mp3 | X | X | | X | | | 9/21/2022 |
| 4 | Facebook train blockage.PNG | X | X | | X | | | 9/21/2022 |
| 5 | Iowa City Aug Library Event Reznicek.mp4 | X | X | | X | | | 9/21/2022 |
| 5A | Iowa City Aug Reznicek How to stop a pipeline.mp4 | X | X | | X | | | 9/21/2022 |
| 5B | Iowa City Aug Reznicek To share and encourage tactics.mp4 | X | X | | X | | | 9/21/2022 |
| 5C | Iowa City Aug Montoya Go and take risks.mp4 | X | X | | X | | | 9/21/2022 |
| 5D | Iowa City Aug Montoya It ain't no big deal.mp4 | X | X | | X | | | 9/21/2022 |
| 5E | Iowa City Aug Montoya This works.mp4 | X | X | | X | | | 9/21/2022 |
| 5F | Iowa City Aug Montoya You can do this and not get caught.mp4 | X | X | | X | | | 9/21/2022 |
| 5G | Iowa City Aug Montoya You don't need a workshop.mp4 | X | X | | X | | | 9/21/2022 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order

| NO. | DESCRIPTION | I | O | OBJ | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
| 6-1 | 1 Minneapolis_Part 1.mp4 | X | X | | X | | | 9/21/2022 |
| 6-2 | 2 Minneapolis Part 2.mp4 | X | X | | X | | | 9/21/2022 |
| 6A | Minneapolis Reznicek Consider Prop Dest.mp4 | X | X | | X | | | 9/21/2022 |
| 6B | Minneapolis Reznicek FBI Needs.mp4 | X | X | | X | | | 9/21/2022 |
| 6C | Minneapolis Reznicek Feds don't have much (mp4) | X | X | | X | | | 9/21/2022 |
| 6D | Minneapolis Reznicek Mask up.mp4 | X | X | | X | | | 9/21/2022 |
| 6E | Minneapolis Montoya We didn't get caught.mp4 | X | X | | X | | | 9/21/2022 |
| 7 | Submedia Reznicek Montoya Trying to encourage others.mp3 | X | X | | X | | | 9/21/2022 |
| 8 | Jasper Cty Construction Equipment | X | X | | X | | | 9/21/2022 |
| 9 | Jasper Cty Construction Equipment | X | X | | X | | | 9/21/2022 |
| 10 | Jasper Cty Construction Equipment | X | X | | X | | | 9/21/2022 |
| 11 | Mahaska Cty Construction Equipment | X | X | | X | | | 9/21/2022 |
| 12 | Mahaska Cty Construction Equipment | X | X | | X | | | 9/21/2022 |
| 13 | Mahaska Cty Construction Equipment | X | X | | X | | | 9/21/2022 |
| 14 | Jasper Cty Construction Equipment | X | X | | X | | | 9/21/2022 |
| 15 | Jasper Cty Construction Equipment | X | X | | X | | | 9/21/2022 |
| 16 | Jasper Cty Construction Equipment | X | X | | X | | | 9/21/2022 |
| 17 | Jasper Cty Construction Equipment | X | X | | X | | | 9/21/2022 |
| 18 | Jasper Cty Construction Equipment | X | X | | X | | | 9/21/2022 |
| 22 | Buena Vista Cty Construction Equipment | X | X | | X | | | 9/21/2022 |
| 23 | Buena Vista Cty Construction Equipment | X | X | | X | | | 9/21/2022 |
| 24 | Buena Vista Cty Construction Equipment | X | X | | X | | | 9/21/2022 |
| 25 | Mahaska Cty Pipeline Valve | X | X | | X | | | 9/21/2022 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order

| NO. | DESCRIPTION | I | O | OBJ | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
| 26 | Mahaska Cty Pipeline Valve | X | X | | X | | | 9/21/2022 |
| 27 | Cherokee Cty Pipeline Valve | X | X | | X | | | 9/21/2022 |
| 28 | Cherokee Cty Pipeline Valve | X | X | | X | | | 9/21/2022 |
| 29 | Cherokee Cty Pipeline Valve | X | X | | X | | | 9/21/2022 |
| 30 | Sioux Cty Pipeline Valve | X | X | | X | | | 9/21/2022 |
| 31 | Sioux Cty Pipeline Valve | X | X | | X | | | 9/21/2022 |
| 32 | Sioux Cty Pipeline Valve | X | X | | X | | | 9/21/2022 |
| 33 | Sioux Cty Pipeline Valve | X | X | | X | | | 9/21/2022 |
| 34 | Sioux Cty Pipeline Valve | X | X | | X | | | 9/21/2022 |
| 35 | Lincoln Cty Pipeline Valve | X | X | | X | | | 9/21/2022 |
| 36 | Lincoln Cty Pipeline Valve | X | X | | X | | | 9/21/2022 |
| 37 | Lincoln Cty Pipeline Valve | X | X | | X | | | 9/21/2022 |
| 38 | Boone Cty Pipeline Valve | X | X | | X | | | 9/21/2022 |
| 39 | Boone Cty Pipeline Valve | X | X | | X | | | 9/21/2022 |
| 40 | Boone Cty Pipeline Valve | X | X | | X | | | 9/21/2022 |
| 41 | Wapello Cty Pipeline Valve | X | X | | X | | | 9/21/2022 |
| 42 | Wapello Cty Pipeline Valve | X | X | | X | | | 9/21/2022 |
| 43 | Wapello Cty Pipeline Valve | X | X | | X | | | 9/21/2022 |
| 44 | Wapello Cty Pipeline Valve | X | X | | X | | | 9/21/2022 |
| 45 | Wapello Cty Pipeline Valve | X | X | | X | | | 9/21/2022 |
| 46 | Buena Vista Cty Pipeline Valve | X | X | | X | | | 9/21/2022 |
| 47 | Buena Vista Cty Pipeline Valve | X | X | | X | | | 9/21/2022 |
| 48 | Buena Vista Cty Pipeline Valve | X | X | | X | | | 9/21/2022 |
| 49 | Minnehaha Cty Pipeline Valve | X | X | | X | | | 9/21/2022 |
| 50 | Minnehaha Cty Pipeline Valve | X | X | | X | | | 9/21/2022 |
| 51 | Wapello Cty Pipeline Valve | X | X | | X | | | 9/21/2022 |
| 52 | Wapello Cty Pipeline Valve | X | X | | X | | | 9/21/2022 |
| 53 | Public Confession | X | X | | X | | | 9/21/2022 |
| 54 | Public Confession | X | X | | X | | | 9/21/2022 |
| 55 | Search Warrant | X | X | | X | | | 9/21/2022 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order

| NO. | DESCRIPTION | I | O | OBJ | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
| 56 | Search Warrant | X | X |  | X |  |  | 9/21/2022 |
| 57 | Search Warrant | X | X |  | X |  |  | 9/21/2022 |
| 58 | Search Warrant | X | X |  | X |  |  | 9/21/2022 |
| 59 | Search Warrant | X | X |  | X |  |  | 9/21/2022 |
| 60 | Search Warrant | X | X |  | X |  |  | 9/21/2022 |
| 61 | Search Warrant | X | X |  | X |  |  | 9/21/2022 |
| 62 | Search Warrant | X | X |  | X |  |  | 9/21/2022 |
| 63 | Search Warrant | X | X |  | X |  |  | 9/21/2022 |
| 64 | IUB Reznicek Worth Going to Prison.mp4 | X | X |  | X |  |  | 9/21/2022 |
| 65 | Energy TransferVIS Corporate Victims | X | X |  | X |  |  | 9/21/2022 |
| 70 | Restitution Summary | X | X | X | X |  |  | 9/21/2022 |
| 71 | Damage 11-8-2016 Vandalism (1313) | X | X | X | X |  |  | 9/21/2022 |
| 72 | Damage 11-8-2016 Vandalism (11302) | X | X | X | X |  |  | 9/21/2022 |
| 73 | Damage 11-8-2016 Vandalism (12736) | X | X | X | X |  |  | 9/21/2022 |
| 74 | Damage 11-8-2016 Vandalism (R004760) | X | X | X | X |  |  | 9/21/2022 |
| 75 | Damage Pipeline Repairs Vandalism (March - April 2017) | X | X | X | X |  |  | 9/21/2022 |
| 80 | Transcript of Proffer Interview of Ruby Montoya 1-21-21 - Under seal | X | X |  | X |  |  | 9/21/2022 |
| 81 | Transcript of Proffer Interview of Ruby Montoya 5-12-21 - Under seal | X | X |  | X |  |  | 9/21/2022 |
| 82 | Transcript of Proffer Interview of Ruby Montoya 7-30-21 - Under seal | X | X |  | X |  |  | 9/21/2022 |
| 83 | Transcript of Proffer Interview of Ruby Montoya 11-5-20 - Under seal | X | X |  | X |  |  | 9/21/2022 |
| 84 | Grand Jury Testimony of Ruby Montoya 1-21-21 - Under seal | X | X |  | X |  |  | 9/21/2022 |
| 90 | FBI Report – Under seal | X | X |  | X |  |  | 9/21/2022 |
| 91 | FBI Report - Under seal | X | X |  | X |  |  | 9/21/2022 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order

# DEFENSE EXHIBITS

| NO. | DESCRIPTION | I | O | OBJ | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
| A | Correspondence re: Self-surrender in 2017 | X | X | | X | | | 9/21/2022 |
| B | Letters of Support | X | X | | X | | | 9/21/2022 |
| C | Pipeline Estimator's Background (Mike Monteith) and Estimate | X | X | | X | | | 9/21/2022 |
| H | R. Montoya's Professional Development and Staff Evaluation | X | X | | X | | | 9/21/2022 |
| I | CVs of Mental Health Practitioners | X | X | | X | | | 9/21/2022 |
| J | Mental Health Evaluations of Ruby Montoya - Under seal | X | X | | X | | | 9/21/2022 |
| K | Ruby Montoya Teaching Profiles | X | X | | X | | | 9/21/2022 |
| L | Frank Cordaro claims | X | X | | X | | | 9/21/2022 |
| M | Statement from Lauren Regan and the Pipeline Legal Action Network | X | X | | X | | | 9/21/2022 |
| N | Psychological Evaluation by Anne Speckhard | X | X | | X | | | 9/21/2022 |
| O | Document Review by former FBI Agent James K. Ellis - Under seal | X | X | | X | | | 9/21/2022 |
| AAA | Tiger Swan Sitrep | X | X | | X | | | 9/21/2022 |
| BBB | Wapello County Sheriff's Report | X | X | | X | | | 9/22/2022 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order