IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUBY KATHERINE MONTOYA,<br><br>Defendant. | No. 4:19-cr-00172-RGE-HCA<br><br>SENTENCING HEARING WITNESS LIST |
|---|---|

## GOVERNMENT WITNESSES

| NAME | DATE | TIME | |
| --- | --- | --- | --- |
| | | START | STOP |
| **Russell Sweeney** | **9/21/2022** | **2:54 p.m.** | **3:55 p.m.** |
| Direct | | 2:54 p.m. | 3:25 p.m. |
| Cross | | 3:26 p.m. | 3:37 p.m. |
| Question by the Court | | 3:37 p.m. | 3:39 p.m. |
| Cross, continued | | 3:41 p.m. | 3:55 p.m. |
| Re-direct | | - | - |
| Re-cross | | - | - |
| Court colloquy | | - | - |

## DEFENSE WITNESSES

| NAME | DATE | TIME | |
| --- | --- | --- | --- |
| | | START | STOP |
| **Michael Monteith, Pipeline Estimator** (via videoconference) | **9/21/2022** | **11:41 a.m.** | **12:01 p.m.** |
| Direct | | 11:41 a.m. | 11:51 a.m. |

1

2

| | | | |
|---|---|---|---|
| Cross | | 11:51 a.m. | 11:56 a.m. |
| Re-direct | | 11:56 a.m. | 11:58 a.m. |
| Court colloquy | | 11:58 a.m. | 12:01 p.m. |
| Re-cross | | - | - |
| **Anne Speckhard** (via videoconference) | **9/21/2022** | **12:57 p.m.** | **1:52 p.m.** |
| Direct | | 12:57 p.m. | 1:37 p.m. |
| Cross | | 1:37 p.m. | 1:50 p.m. |
| Re-direct | | - | - |
| Re-cross | | - | - |
| Court colloquy | | 1:50 p.m. | 1:52 p.m. |
| **Paul Kahn, Counselor** (via videoconference) | **9/21/2022** | **2:08 p.m.** | **2:49 p.m.** |
| Direct | | 2:08 p.m. | 2:34 p.m. |
| Cross | | 2:34 p.m. | 2:43 p.m. |
| Re-direct | | 2:43 p.m. | 2:45 p.m. |
| Re-cross | | - | - |
| Court colloquy | | 2:45 p.m. | 2:49 p.m. |