IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No.  4:19-cr-172 |
| v. | ) | |
| | ) | GOVERNMENT'S |
| RUBY KATHERINE MONTOYA, | ) | EXHIBITS |
| | ) | |
| Defendant. | ) | |

Pursuant to Local Criminal Rule 57B, the United States respectfully files the exhibits offered and/or admitted to the District Court in the above-referenced case during the sentencing hearing held on September 21 and 22, 2022.

          Respectfully Submitted,

          Richard D. Westphal
          United States Attorney

By:     */s/ Jason T. Griess*
          Jason T. Griess
          Assistant United States Attorney
          U. S. Courthouse Annex, Suite 286
          110 East Court Avenue
          Des Moines, Iowa  50309
          Tel:  (515) 473-9300
          Fax:  (515) 473-9292
          Email: Jason.Griess2@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2022, I electronically filed the foregoing with the Clerk of Court using the CM ECF system.  I hereby certify that a copy of this document was served on the parties or attorneys of record by:

____U.S. Mail  _____ Fax  _____Hand Delivery

 X   ECF/Electronic filing       ____Other means

UNITED STATES ATTORNEY

By*: /s/ Dawn Thomas*
     Paralegal Specialist