

GOVERNMENT EXHIBIT
8
4:19-cr-172



GOVERNMENT EXHIBIT
9
4:19-cr-172



GOVERNMENT EXHIBIT
10
4:19-cr-172
PENGAD 800-631-6989