

GOVERNMENT EXHIBIT
11
4:19-cr-172



GOVERNMENT EXHIBIT
12
4:19-cr-172



GOVERNMENT EXHIBIT 13
4:19-cr-172