

GOVERNMENT
EXHIBIT

14

4:19-cr-172

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT

15

4:19-cr-172



GOVERNMENT
EXHIBIT

16

4:19-cr-172

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT

17

4:19-cr-172

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT
18
4:19-cr-172