

GOVERNMENT EXHIBIT
22
4:19-cr-172





GOVERNMENT EXHIBIT
24
4:19-cr-172