

GOVERNMENT EXHIBIT
30
4:19-cr-172



GOVERNMENT EXHIBIT
31
4:19-cr-172



GOVERNMENT EXHIBIT
32
4:19-cr-172



GOVERNMENT EXHIBIT
33
4:19-cr-172



GOVERNMENT EXHIBIT
34
4:19-cr-172