

GOVERNMENT EXHIBIT
35
4:19-cr-172



GOVERNMENT EXHIBIT
36
4:19-cr-172



GOVERNMENT EXHIBIT
37
4:19-cr-172