

GOVERNMENT EXHIBIT
**38**
4:19-cr-172



GOVERNMENT EXHIBIT 39  4:19-cr-172



GOVERNMENT EXHIBIT
40
4:19-cr-172