

GOVERNMENT EXHIBIT
41
4:19-cr-172





GOVERNMENT EXHIBIT
43
4:19-cr-172



GOVERNMENT EXHIBIT
44
4:19-cr-172



GOVERNMENT EXHIBIT
45
4:19-cr-172