

GOVERNMENT
EXHIBIT

46

4:19-cr-172

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT

47

4:19-cr-172

PENGAD 800-631-6989



**GOVERNMENT EXHIBIT**

**48**

**4:19-cr-172**

PENGAD 800-631-6989