

GOVERNMENT
EXHIBIT

49

4:19-cr-172

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT

50

4:19-cr-172

PENGAD 800-631-6989