

GOVERNMENT
EXHIBIT

51

4:19-cr-172

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT

**52**

4:19-cr-172