

GOVERNMENT EXHIBIT
53
4:19-cr-172

