

GOVERNMENT
EXHIBIT

55

4:19-cr-172

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT

56

4:19-cr-172

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT

57

4:19-cr-172



**GOVERNMENT EXHIBIT**

**58**

4:19-cr-172



GOVERNMENT
EXHIBIT

59

4:19-cr-172



GOVERNMENT
EXHIBIT

60

4:19-cr-172

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT

61

4:19-cr-172

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT

62

4:19-cr-172



GOVERNMENT
EXHIBIT

63

4:19-cr-172