| County | Date | Offense | Equipment Damaged | Replace/repair | Transportation & Replacement | Total |
|---|---|---|---|---|---|---|
| Buena Vista, IA | 11/8/2016 | Arson (6 vehicles) | 12736 - 2014 Excavator Caterpillar | $145,854.28 | $115,222.57 | |
| | | (4 burned) | 1313 - 2012 Sideboom Caterpillar | $52,697.00 | $171,753.24 | $834,046.03 |
| | | (2 unburned) | 11302 - 2014 Excavator Caterpillar | $160,985.48 | $68,553.76 | |
| | | | R004760 - 2011 Sideboom Caterpillar | $118,979.70 | None | |

| County | Date | Offense | Personnel Cost | Equipment Cost | Materials Cost | Subs Cost | Total |
|---|---|---|---|---|---|---|---|
| Mahaska County, IA | 3/13/2017 | Valve Piercing IA-430 | $104,566.00 | $141,299.00 | $74,000.12 | | $319,865.12 |
| Cherokee County, IA | 3/17/2017 | Valve Piercing IA-100 | $156,767.83 | $72,929.64 | $5,163.75 | $59,515.55 | $294,376.77* |
| Sioux County, IA | 3/17/2017 | Valve Piercing IA-80 | $146,810.12 | $77,518.74 | $10,616.97 | | $234,945.83 |
| Sioux County, IA | 3/17/2017 | Valve Piercing IA-90 | $171,994.73 | $69,490.54 | $5,163.75 | $59,515.55 | $306,164.57* |
| Boone County, IA | 3/17/2017 | Valve Piercing IA-240 | $166,219.42 | $109, 612.47 | $5,163.70 | | $280,995.59 |
| Lincoln County, SD | 3/17/2017 | Valve Piercing SD-305 | $158,491.63 | $58,345.44 | $5,163.75 | $59,515.55 | $281,516.37* |
| Wapello County, IA | 4/9/2017 | Arson IA-460 | $146,841.15 | $51, 624.17 | $4,377.64 | | $202,642.96 |
| Buena Vista, IA | 4/27/2017 | Arson IA-160 | $75,212.58 | $106, 994.31 | $9,112 | | $191,319.84 |
| Minnehaha, SD | 5/1/2017 | Valve Piercing SD-245 | $15,666.21 | $19,616.01 | $3,961.10 | | $39,243.32 |
| Wapello County, IA | 5/2/2017 | Valve Piercing IA-460 | $61,694.17 | $116,792.15 | $34,910.17 | | $213,396.49 |

| | |
|---|---|
| $2,364,466.70 | Damages from 2017 attacks |
| $834,046.03 | Damages from 2016 election night attacks |
| $3,198,512.70 | Total Damages |

PENGAD 800-631-6989

GOVERNMENT EXHIBIT

70

4:19-cr-172