# PRECISION PIPELINE

| | |
|---|---|
| **PPL ASSET #:** | 1313 |
| **SERIAL NUMBER:** | CMX00219 |

**GOVERNMENT EXHIBIT**

**71**

4:19-cr-172

| **MILES/HOURS:** | START | END |
|---|---|---|
| **On Rent:** | | **Off Rent:** |

## DAMAGE CHECKSHEET AUTHORIZATION

| | |
|---|---|
| **OWNER:** | PPL |
| **OWNER CLAIM #** | 175946 MXMP42339 |
| **JOB / SPREAD #:** | 16-001IA |
| **INVOICE DATE/DATE RECEIVED** | |
| **DATE TO EAU CLAIRE** | |
| **INVOICE NUMBER / $$** | |
| **INVOICE PAYABLE TO:** | N/A **see notes below (PPL PAID ZIEGLER 12/6/2018) |
| | 4 units Vandalized -1313, 12736, 11302 |
| | and R004760 |
| **DESCRIPTION:** | Vandalism 11.8.2016 |
| **DRIVER (S) / OPERATOR** | |

| | | Yes | No | |
|---|---|---|---|---|
| **VEHICLE CONDITION REPORT (VCR)** | | ☐ | ☑ | |
| **ACCIDENT REPORT** | | ☑ | ☐ | |
| **ESTIMATE (S)** | $ 38,702.78 | ☑ | ☐ | |
| **PICTURES ATTACHED** | | ☐ | ☑ | |

**NOTES:** For reference only          N/A          SIDEBOOM

unit repaired 8.21.2018 -See initial DP coversheet/supp request $13,994.22 and Extra Expense $171,753.24

4 vandalized units -deductible 50K **final claim pmt rec'd by MasTec 6.3.2019 *see CB log attached

**Signature:** *Aledgra Houston*          **Date:** 07/01/2020

# Incident Notification

**Date of Incident:  2016/11/08**

**Contractor:  PPL**

**Trade:  N/A**

**Summary of Incident:  At approximately 11: 15pm, a call was received by Buena Vista County Sheriff's Office regarding equipment being on fire at 640th St. Tie In crew location Marcus Tucker foreman, upon arriving deputies found 5 pieces of equipment had been set on fire; the responding fire department extinguished flames and secured the area**

**Safety arrived at the seen on or about 12: 20 am, after meeting with deputies and walking through area at the CIS of 640th St. the following equipment was damaged:**

1. **Equipment # 11302, Vin # 1FF350GXTGF84302 a 2016 John Deere 350 excavator**
2. **Equipment # 12736, Vin # B2200736 a 2016 Caterpillar 349 excavator**
3. **Equipment # R004760, S/N # OKSB01846 a 2014 Caterpillar D6 Dozer**
4. **Equipment # 1313, S/N # CMX00219 a 2007 Caterpillar 583 Side boom**

**Disposition:  Believed to be arson**

**Root Cause:  Believed to be arson**



Equipoment #1313 Caterpillar 583 Side Boom



Equipment #1313 Caterpillar 583 Side Boom



Equipment # 11302 John Deere 350



Equipment # 12736 Caretpillar 349



Euipment # R004760 Caterpillar D6

| PPL ASSET #: | 1313 | |
|---|---|---|
| SERIAL NUMBER: | CMX00219 | |
| MILES/HOURS: | START | END |
| On Rent: | Off Rent: | |

## DAMAGE CHECKSHEET AUTHORIZATION

| OWNER: | PPL | |
|---|---|---|
| OWNER CLAIM # | 175946 MXMP42339 | |
| JOB / SPREAD #: | 16-001IA | |
| DATE RECEIVED | 08/21/2018 | |
| DATE TO EAU CLAIRE | 11/30/2018 | |
| INVOICE NUMBER / $$ | SW500198532 | $ 52,697.00 |
| INVOICE PAYABLE TO: | Ziegler CAT | |
| | 901 West 94th Street | |
| | Minneapolis , MN  55420 | |
| | vendor 10158 | |
| DESCRIPTION: | Vandalism 11.8.2016 | |
| DRIVER (S) / OPERATOR | | |

| | | Yes | No |
|---|---|---|---|
| VEHICLE CONDITION REPORT (VCR) | | ☐ | ☐ |
| ACCIDENT REPORT | | ✓ | ☐ |
| ESTIMATE (S) | $ 38,702.78 | ✓ | ☐ |
| PICTURES ATTACHED | | ☐ | ✓ |

**NOTES:** *Please pay vendor invoice -approved by Jeff Fenton 11.30.2018*

*We rec'd $38702.78 to date the difference of $13994.22 is currently being considered for supplement*

**Signature:** Deb ra Huston **Date:** *11/30/2018*

| From: | Aledgra Houston |
| To: | Lexi Mushinski |
| Subject: | RE: Additional Claim Credits - 06/2019 Claim MRMP4339 ($411,602.18) |
| Date: | Tuesday, July 9, 2019 3:20:00 PM |
| Attachments: | image001.png |

Hi again,

This payment above is for Date of Loss 11.8.2016 job 16-0011A

$263,763.75 is the remaining amount of repair expense for 3 units -12736, 1313 and 11302 less the $50,000.00 deductible.

I am guessing here but 16-0011A 09 9800-003 would seem correct.

But we did receive a previous payment of $84,621.37 back in April 2018 which was coded to 18-000 so maybe overhead instead...

So $315,529.82 is $338,284.57 rental expense of replacement units while the above units were out of service and $37,245.00 transportation fees for these replacements.

Thank you,

**ALEDGRA HOUSTON**
Equipment and Transportation Support
C: ahouston@precisionpipelinellc.com

**PRECISION**
PIPELINE
O: (715)874-4510
F: (715)874-4511
3314 56th Street | Eau Claire, WI 54703
www.PrecisionPipelineLLC.com

From: Lexi Mushinski
Sent: Tuesday, July 9, 2019 1:33 PM
To: Aledgra Houston <ahouston@precisionpipelinellc.com>
Subject: Additional Claim Credits  06/2019
Importance: High

Aledgra,

I apologize for the last minute request but because of the Q2 close this week, we rec'd the below credit from corporate. Can you please let me know what job to credit? Thank you!

| Monday, June 3, 2019 | Market American Insurance Company | 5300066205 | $ | (317,245.05) | 1001-71330 | Policy MKLM3M0009932 - Claim MRMP4379 | yes... | PPL |
| Monday, June 3, 2019 | Market American Insurance Company | 5300066206 | $ | (96,226.53) | 1001-71240 | Policy MKLM3M0009931 - Claim MRMP53070 | yes... | PPL |
| Monday, June 3, 2019 | Market American Insurance Company | 5300066207 | $ | (14,602.18) | 1001-71230 | Policy MKLM3M0006591 - Claim MRMP53688 | yes | PPL |
| Monday, June 3, 2019 | Market American Insurance Company | 5300066519 | $ | (411,602.18) | 1001-71230 | Policy MKRX0M0009194 - Claim MRMP4339 | yes | PPL |

**LEXI MUSHINSKI**
Staff Accountant
C: (715)491-8512
E: l.mushinski@precisionpipelinellc.com

**PRECISION**
PIPELINE
O: (715)874-4510
F: (715)874-4511
3314 56th Street | Eau Claire, WI 54703
www.PrecisionPipelineLLC.com

Confidentiality Notice: This email may contain confidential and/or private information. If you received this email in error please delete and notify sender.

```
          1 4 5 , 8 5 4 . 2 8 +
            8 4 , 6 2 1 . 3 7 -
12736     6 1 , 2 3 2 . 9 1 * /

            5 2 , 6 9 7 . 0 0 +
            3 8 , 7 0 2 . 7 8 -
1313        1 3 , 9 9 4 . 2 2 * /

          1 6 0 , 9 8 5 . 4 8 +
          1 3 0 , 1 4 0 . 0 0 -
11302     3 0 , 8 4 5 . 4 8 * /

            6 1 , 2 3 2 . 9 1 + /
            1 3 , 9 9 4 . 2 2 + /
            3 0 , 8 4 5 . 4 8 + /
Deduct      5 0 , 0 0 0 . 0 0 -
extra     1 1 5 , 2 2 2 . 5 7 +
expense   1 7 1 , 7 5 3 . 2 4 +
            6 8 , 5 5 3 . 7 6 +
          4 1 1 , 6 0 2 . 1 8 *
       Total due )
```

## Sworn Statement in Proof of Loss

### WARNING
### FRAUD PREVENTION

Any person who, knowingly and with intent to defraud any insurance company or other person, files or conceals, for the purpose of misleading, an application for insurance or a statement of claim containing any materially false information, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and subjects such a person to criminal and civil penalties.

| | |
|---|---|
| MAXA3IM0049294 | MXMP42339 |
| Policy Number | COMPANY CLAIM NUMBER |
| $50,000,000.00 | Marsh USA, Inc. |
| AMOUNT OF POLICY AT TIME OF LOSS | Agency |
| 09/15/2016 | Atlanta, GA |
| DATE ISSUED | AGENCY AT |
| 09/15/2017 | |
| DATE EXPIRES | |

To the  Markel American Insurance Company:

At the time of loss, by the above indicated policy of insurance, you insured the interest of  MasTec, Inc.
against loss by ___Vandalism___ to the property described according to the terms and conditions of said policy and of all forms, endorsements, transfers and assignments attached thereto.

**TIME AND ORIGIN** An ___Equipment___ loss occurred on the ___8th___ day of ___November, 2016___
the cause and origin of the said loss were:  Vandalism

**USAGE** The equipment described was used at the time of the loss as follows and for no other purpose whatsoever: _____

**TITLE AND INTEREST** At the time of loss, the interest of your insured in the property described therein was _____
No other persons had any interest therein or encumbrance thereon, except:
Ohio CAT (CAT D6 SN KSB01846), Caterpillar Financial Services (CAT 349 Excavator – SN B2200736), Deere Credit, Inc. (John Deere 350G Excavator – SN 1FF350GXTGF811302)

**CHANGES** Since the said policy was issued, there has been no assignment thereof, change of interest, use, occupancy, possession, location or exposure of the property described, except:

**TOTAL INSURANCE** THE TOTAL AMOUNT OF INSURANCE upon the property described by this policy was, at the time of loss, ___$50,000,000.00___
oral, valid or invalid. as more particularly specified in the apportionment attached, besides which there was no policy or other contract of insurance, written

| DAMAGES | | | |
|---|---|---|---|
| DAMAGES *12736* | CAT 349 Excavator (Serial #*0736) – Physical Damage | $145,854.28 | *PP 84621.37* |
| DAMAGES | CAT 349 Excavator (Serial #*0736) – Extra Expense | $115,222.57 | *ReQ 116652.25 – 1429.68* |
| DAMAGES *1313* | CAT 583 Side Boom (Serial #*0219) – Physical Damage | $ 52,697.00 | *PP 38702.78* |
| DAMAGES | CAT 583 Side Boom (Serial #*0219) – Extra Expense | $171,753.24 | *ReQ 173994.00 – 2240.76* |
| DAMAGES *100476C* | CAT D6T Bulldozer (Serial #*1846) – Physical Damage | $118,979.70 | *Mastec paid Ohio CAT* |
| DAMAGES *11302* | John Deere 350 Excavator (Serial #*302) – Physical Damage | $160,985.48 | *PP 130140.00* |
| DAMAGES | John Deere 350 Excavator (Serial #*302) – Extra Expense | $ 68,553.76 | *ReQ 66038.00 + 2515.76* |
| PAYMENT | Previous Payment *the 4 above total →* | ($372,443.85) | |
| DEDUCTIBLE | The Applicable Deductible is: | ($ 50,000.00) | |
| AMOUNT CLAIMED | The Amount Claimed under the above numbered policy is: | $411,602.18 | |

**STATEMENTS OF INSURED** The said loss did not originate by any act, design or procurement on the part of your insured, or this affiant; nothing has been done by or with the privy or consent of your insured or this affiant, to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss; no property saved has in any manner been concealed, and no attempt to deceive the said company, as to the extent of said loss, has in any manner been made. Any other information that may be required will be furnished and considered a part of this proof.

*3 units total extra expense short paid $ 1154.68*

# Sworn Statement in Proof of Loss

**WARNING**
**FRAUD PREVENTION**

Any person who, knowingly and with intent to defraud any insurance company or other person, files or conceals, for the purpose of misleading,
an application for insurance or a statement of claim containing any materially false information, information concerning any fact material thereto,
commits a fraudulent insurance act, which is a crime, and subjects such a person to criminal and civil penalties.

| | |
|---|---|
| **MAXA3IM0049294** | **MXMP42339** |
| Policy Number | COMPANY CLAIM NUMBER |
| **$50,000,000.00** | **Marsh USA, Inc.** |
| AMOUNT OF POLICY AT TIME OF LOSS | Agency |
| **09/15/2016** | **Atlanta, GA** |
| DATE ISSUED | AGENCY AT |
| **09/15/2017** | |
| DATE EXPIRES | |

To the  **Markel American Insurance Company:**

At the time of loss, by the above indicated policy of insurance, you insured the interest of **MasTec, Inc.**
against loss by ___**Vandalism**___ to the property described according to the terms and conditions of said policy and of all forms,
endorsements, transfers and assignments attached thereto.

**TIME AND ORIGIN**  An ___**Equipment**___ loss occurred on the ___**8th**___ day of ___**November, 2016**___
the cause and origin of the said loss were: **Vandalism**

**USAGE**  The equipment described was used at the time of the loss as follows and for no other purpose whatsoever: _____

**TITLE AND INTEREST**  At the time of loss, the interest of your insured in the property described therein was _____
No other persons had any interest therein or encumbrance thereon, except:
Ohio CAT (CAT D6 SN KSB01846), Caterpillar Financial Services (CAT 349 Excavator – SN B2200736), Deere Credit, Inc. (John
Deere 350G Excavator – SN 1FF350GXTGF811302)

**CHANGES**  Since the said policy was issued, there has been no assignment thereof, change of interest, use, occupancy, possession, location or
exposure of the property described, except:

**TOTAL INSURANCE**
oral, valid or invalid.  THE TOTAL AMOUNT OF INSURANCE upon the property described by this policy was, at the time of loss, __**$50,000,000.00**__
as more particularly specified in the apportionment attached, besides which there was no policy or other contract of insurance, written

| | | |
|---|---|---|
| **DAMAGES** | CAT 349 Excavator (Serial #*0736) – Physical Damage | **$145,854.28** |
| **DAMAGES** | CAT 349 Excavator (Serial #*0736) – Extra Expense | **$115,222.57** |
| **DAMAGES** | CAT 583 Side Boom (Serial #*0219) – Physical Damage | **$ 52,697.00** |
| **DAMAGES** | CAT 583 Side Boom (Serial #*0219) – Extra Expense | **$171,753.24** |
| **DAMAGES** | CAT D6T Bulldozer (Serial #*1846) – Physical Damage | **$118,979.70** |
| **DAMAGES** | John Deere 350 Excavator (Serial #*302) – Physical Damage | **$160,985.48** |
| **DAMAGES** | John Deere 350 Excavator (Serial #*302) – Extra Expense | **$ 68,553.76** |
| **PAYMENT** | Previous Payment | **($372,443.85)** |
| **DEDUCTIBLE** | The Applicable Deductible Is: | **($ 50,000.00)** |
| **AMOUNT CLAIMED** | The Amount Claimed under the above numbered policy is: | **$411,602.18** |

**STATEMENTS OF INSURED**  The said loss did not originate by any act, design or procurement on the part of your insured, or this affiant; nothing has been done by
or with the privy or consent of your insured or this affiant, to violate the conditions of the policy, or render it void; no articles are
mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss; no property saved has
in any manner been concealed, and no attempt to deceive the said company, as to the extent of said loss, has in any manner been
made. Any other information that may be required will be furnished and considered a part of this proof.

The furnishing of this blank or the preparation of proofs by a representative of the above insurance company is not a waiver of any of its rights

State of _NC_

Insured _Master Inc_

Country of _Randolph_

by _[signature]_

Subscribed and sworn before me this _9th_ ____ day of _May, 2019_

_[signature]_ Notary Public

Natasha C. Reese
Notary Public
Randolph Co, NC
My Comm. Exp. 1/29/2023

**INLAND MARINE PROOF OF LOSS**
(Short Form)

| MAXA3IM004294 | | | MXMP42339  1000175946 |
|---|---|---|---|
| POLICY NO. | CERT. NO. | | COMPANY CL. NO.    OUR NO. |

| $50,000,000.00 | Marsh USA Inc. |
|---|---|
| AMOUNT OF POLICY | AGENCY |

| 9/15/2016   T   9/15/2017 | Atlanta, GA |
|---|---|
| O | LOCATION |
| POLICY PERIOD | COMPANY |

TO   Markel American Insurance Company
of

By your Policy of Insurance above described, you insured
(hereinafter called assured) according to the terms and conditions contained therein

MasTec, Inc. et al

including the written portion thereof and all endorsements, transfers and assignments attached thereto.

AGAINST THE PERILS OF   Vandalism

A    Contractors    loss occurred on    8th    day of    November, 2016    which loss upon the best knowledge and belief of assured was
the
Equipment

caused by    Vandalism

When your policy was issued-or if assigned with your consent, when such assignment was made and consented to-Assured was the sole, absolute and unconditional owner of the property described and no other person or persons had any interest therein either as mortgagee or otherwise, no incumbrance of said property existed nor has since Been made nor has there been any change in the title, use or possession of said property except    Ohio CAT (CAT D6 - SN KSB01846

, Caterpillar Financial Services Corporation (CAT 349 Excavator – SN B2200736)

SPECIAL WARRANTIES    None

| THE ACTUAL CASH VALUE of above described property at the time of said loss was ........................................................... | $ |
|---|---|
| THE ACTUAL LOSS AND DAMAGE to CAT 349 Excavator (Serial #*0736) - Repairable as a result of said loss was....................................... | $134,621.37 |
| THE ACTUAL LOSS AND DAMAGE to CAT 583 Side Boom (Serial #*0219) - Repairable as a result of said loss was....................................... | $ 38,702.78 |
| THE ACTUAL LOSS AND DAMAGE to CAT D6 (Serial #*1846) - Repairable as a result of said loss was....................................... | $118,979.70 |
| THE DEDUCTIBLE was............................................... | ($ 50,000.00) |

THE TOTAL INSURANCE covering above described property including this policy and all other policies (whether valid or not), binders or agreements to insure was at the time of said loss................................................................................

INSURED HEREBY CLAIMS OF THIS COMPANY and will accept from this Company in full release and satisfaction in Compromise settlement of all claims under this policy the sum of .........................................................    $242,303.85

In consideration of the payment to be made hereunder, the assured does hereby subrogate to said insurer all right, title and interest in and to the property for which claim is being made hereunder, and agrees to immediately notify said insurer in case of any recovery of the property for which claim is being made hereunder, one will render all assistance possible in any endeavor to recover said property. Assured also agrees to turn over to said insurer, any such recovery which may be made, or reimburse said insurer in full to the extent of the payment for such property which may be recovered.

The said loss was not caused by design or procurement on the part of the assured or this affiant; nothing has been done by or with the privity or consent of assured or this affiant, to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were interested in the loss and assured under this policy and belonged to the assured at the time of said loss, no property saved has been in any manner concealed, and no attempt to deceive the said insurer as to the extent of said loss, has in any manner been made.

Any other information that may be required will be furnished on call, and considered a part of this proof.
It is expressly understood and agreed that the furnishing of this blank to the assured or the assistance of an adjuster, or any agent of the insurer in the making of this proof, is not a waiver of any rights of said Insurer or of any of the conditions of this policy.

WITNESS _____ hand of _____                                   *signature*
                                                                                                                              THE INSURED

this    20th    day of    November, 2017

State of    NC    County of    Randolph    By    Natasha C. Reese

Personally appeared before me the day and date above written    Jamie Kirkman
signer of the foregoing statements, who being by me duly sworn, made solemn oath that the matters contained in the foregoing statements by him subscribed are true in substance and in fact.

                                                                                                                              *signature*    (SEAL)
                                                                                                                              NOTARY PUBLIC

Natasha C. Reese
Notary Public
Randolph Co. NC
My Comm. Exp. 11/09/2018

| Invoice Month | Payee | Invoice Number | Invoice Amount | Account | Claimant | Chargeback | Service Line | Vendor # |
|---|---|---|---|---|---|---|---|---|
| 1/22/2018 | Markel American Insurance Company | 530031163 | $ (38,702.78) | 1001-21230 | Policy MAXA3IM00 49294- Claim MXMP42339 | yes | PPL | |

*Vendor 10158*



**ZIEGLER CAT**

901 West 94th Street
Minneapolis MN 55420-4236

| | | |
|---|---|---|
| **MINNESOTA** | 952-888-4121 | 800-352-2812 |
| **IOWA** | 515-957-3800 | 800-342-7002 |
| **MISSOURI** | 515-957-3800 | 800-342-7002 |
| **WISCONSIN** | 515-957-3800 | 800-342-7002 |

**Page:** 1

Sold To:  PRECISION PIPELINE LLC
3314 56TH ST
EAU CLAIRE WI          54703-6332

**Invoice Number:** SW500198532

**Date:**          8/21/18

**Account No.:**    0097410

Ship To:

## Invoice Information

| | | | | |
|---|---|---|---|---|
| WO Number: | WA52916 | | Make: | CATERPILLAR |
| WO Date: | 1/05/18 | | Model: | 583T |
| | | | Serial: | 0CMX00219 |
| Store: | DES MOINES | | PIN: | |
| Payment Terms: | CHARGE | | Id No: | |
| P/O Number: | INSURANCE REPAIR | | Cust Unit: | SB1313 |
| Ship Via: | | | | |
| Invoice Type: | 101010 | | Meter: | 4387.0 |

## Invoice Summary

| | | | |
|---|---|---|---|
| Parts: | 27,146.97 | | |
| Labor: | 21,019.50 | | |
| Misc: | 1,561.16 | Amount Due: | $52,697.00 |
| Taxes: | 2,969.37 | | |
| Invoice Total: | 52,697.00 | | |

### DUE BY 10TH OF THE NEXT MONTH
A service charge of 1 1/2 % per month will be assessed on all past due accounts.

To ensure proper credit, please detach this portion, at the perforation, and return with remittance.

PRECISION PIPELINE LLC
3314 56TH ST
EAU CLAIRE WI          54703-6332

Account Number: 0097410
Invoice Number  SW500198532
Invoice Date:    8/21/18
**INVOICE COPY**

Please remit to:
ZIEGLER INC.
SDS 12-0436
PO BOX 86
MINNEAPOLIS,MN 55486-0436

Amount Due:        $52,697.00

Amount Enclosed:



**ZIEGLER CAT**

901 West 94th Street
Minneapolis MN 55420-4236

**ZIEGLER CAT** (Rental)

| | | | |
|---|---|---|---|
| **MINNESOTA** | 952-888-4121 | 800-352-2812 |
| **IOWA** | 515-957-3800 | 800-342-7002 |
| **MISSOURI** | 515-957-3800 | 800-342-7002 |
| **WISCONSIN** | 515-957-3800 | 800-342-7002 |

| Invoice Number: | SW500198532 | Date: | 8/21/18 | Account No.: | 0097410 | Page: | 2 |
|---|---|---|---|---|---|---|---|

| Quantity | Item | N/R | Description | Unit Price | Extended |
|---|---|---|---|---|---|

REMOVE & INSTALL CAB ASSEMBLY
REPAIR PROCESS COMMENTS:
UNBOLTED THE PLATFORM FROM THE MACHINE SO REPAIRS
COULD BE MADE TO THE PLATFORM. REINSTALLED
PLATFORM IN REVERSE ORDER OF DIASSEMBLY AFTER
REPAIRS WERE MADE.

| Quantity | Item | N/R | Description | Unit Price | Extended |
|---|---|---|---|---|---|
| 2 | 2D-6235 | S | NUT | .19 | .38 |
| 4 | 3S-9557 | S | SCREW | .16 | .64 |
| 2 | 3T-0851 | S | NUT | .29 | 1.16 |
| 2 | 4V-6981 | S | SCREW | 1.82 | 3.64 |
| 2 | 6T-8714 | N | WASHER | 54.28 | 108.56 |
| 3 | 6V-0894 | S | SEAL O RING | 1.17 | 3.51 |
| 2 | 6V-2316 | S | BOLT | .17 | .34 |
| 4 | 6V-5645 | S | SCREW | 1.06 | 4.24 |
| 4 | 6V-8185 | S | NUT-FULL | .16 | .64 |
| 2 | 6V-9492 | S | SCREW | .89 | 1.78 |
| 4 | 7D-6922 | S | NUT | .09 | .36 |
| 2 | 7X-2620 | N | BOLT | .20 | .40 |
| 5 | 7X-7729 | S | WASHER | .71 | 3.55 |
| 18 | 8C-8585 | S | BOLT HEX | 2.61 | 46.98 |
| 4 | 8T-0328 | S | WASHER | .16 | .64 |
| 4 | 8T-4121 | S | WASHER-HARD | .46 | 1.84 |
| 2 | 8T-4133 | S | NUT | .27 | .54 |
| 5 | 8T-4137 | S | BOLT | .48 | 2.40 |
| 2 | 8T-4195 | S | BOLT | .69 | 1.38 |
| 2 | 8T-4200 | S | BOLT | .27 | .54 |
| 4 | 8T-4205 | S | WASHER | .23 | .92 |
| 6 | 8T-4223 | S | WASHER | .68 | 4.08 |
| 6 | 8T-4956 | S | BOLT | 1.11 | 6.66 |
| 4 | 9X-6258 | S | SCREW | .80 | 3.20 |
| 4 | 096-2618 | N | SCREW | .90 | 3.60 |
| 4 | 117-8131 | S | MOUNT | 46.26 | 185.04 |
| 2 | 171-7077 | N | ROD-THREADED | 5.01 | 10.02 |
| 2 | 185-3666 | N | SLEEVE | 92.37 | 184.74 |
| 1 | 186-4998 | N | PAD AS-FOOT | 73.63 | 73.63 |
| 1- | 223-8173 | N | FUSE HOLDER- | 38.48 | 38.48- |
| 1 | 224-7474 | N | TREAD-ANTI-S | 118.90 | 118.90 |
| 1 | 239-1409 | N | COVER AS | 32.69 | 32.69 |
| 1 | 266-1467 | S | SENSOR GP | 135.08 | 135.08 |
| 1 | 349-7059 | S | CAP AS-FUEL | 89.67 | 89.67 |

| | | | | | |
|---|---|---|---|---|---|
| | | TOTAL PARTS | SEG. 01 | | 993.27 * |
| | | TOTAL LABOR | SEG. 01 | | 1620.00 * |
| | | SEGMENT 01 TOTAL | | | 2613.27 T |

---

REPLACE WIRING
REPAIR PROCESS COMMENTS:
REMOVED WHAT WAS LEFT OF THE OLD PLATFORM HARNESS
AND SWITCHES. MOST OF THE HARNESS WAS DESTROYED IN
THE FIRE. PLATFORM HARNESS #236-8201 WAS
DISCONTINUED AND WAS REPLACED WITH #318-4273
HARNESS. REAR FRAME HARNESS #236-8202 WAS REPLACED
WITH #312-7755. NO CHANGES WERE MADE TO #312-7755
HARNESS. ONE CHANGE WAS MADE TO THE #318-4273
HARNESS. HAD TO ADD ONE UNSWITCH POWER WIRE FOR
THE PRODUCT LINK. INSTALLED NEW POWER TRAIN ECM
AND PROGRAMMED IT WITH NEWEST SOFTWARE. INSTALLED
NEW PLATFORM HARNESS. INSTALLED NEW THROTTLE AND
IMPLEMENT SWITCHES. INSTALLED NEW HORN SWITCH.
INSTALLED NEW ACTION ALARM AND 12 VOLT RECEPTACLE.
REMOVED FUEL TANK TO GAIN ACCESS TO THE HARNESS.



**ZIEGLER** CAT

901 West 94th Street
Minneapolis MN 55420-4236

**ZIEGLER** CAT

| | | |
|---|---|---|
| **MINNESOTA** | 952-888-4121 | 800-352-2812 |
| **IOWA** | 515-957-3800 | 800-342-7002 |
| **MISSOURI** | 515-957-3800 | 800-342-7002 |
| **WISCONSIN** | 515-957-3800 | 800-342-7002 |

| Invoice Number: | SW500198532 | Date: | 8/21/18 | Account No.: | 0097410 | Page: | 3 |
|---|---|---|---|---|---|---|---|

INSTALLED FUEL SENSOR ON THE TANK AND NEW HARNESS
TO THE SENSOR. REMOVED REAR GUARDS OVER LIGHTS AND
FILTERS. DISCONNECTED HARNESS FROM THE LIGHT AND
BACKUP ALARM. DISCONNECTED ALL WIRES TO FILTER
HOUSING. INSTALLED NEW REAR FRAME HARNESS
#312-7755, OLD HARNESS HAD FIRE DAMAGE.
RECONNECTED THE NEW HARNESS IN REVERSE ORDER OF
DISASSEMBLY. REINSTALLED FUEL TANK AND GUARDS.

| Quantity | Item | N/R | Description | Unit Price | Extended |
|---|---|---|---|---|---|
| 1 | 2D-0388 | | GROMMET | N | 5.98 | 5.98 |
| 1 | 3E-6328 | | ALARM GP | S | 45.79 | 45.79 |
| 1 | 3K-5178 | | GROMMET | N | 16.29 | 16.29 |
| 4 | 3T-0851 | | NUT | S | .29 | 1.16 |
| 4 | 4B-4863 | | WASHER | S | .16 | .64 |
| 4 | 6I-1418 | | SPACER | S | 12.46 | 49.84 |
| 2 | 6T-6066 | | SWITCH A | N | 57.09 | 114.18 |
| 12 | 6V-8927 | | BOLT | S | 1.81 | 21.72 |
| 2 | 7D-6922 | | NUT | S | .09 | .18 |
| 36 | 7K-1181 | | STRAP CABLE | S | .32 | 11.52 |
| 4 | 7X-0818 | | BOLT | S | .65 | 2.60 |
| 2 | 7X-2534 | | BOLT | S | .43 | .86 |
| 2 | 7X-2620 | | BOLT | N | .20 | .40 |
| 3 | 7X-6396 | | SWITCH A | N | 74.41 | 223.23 |
| 75 | 7X-7877 | | CM STRIP EDG | S | .08 | 6.00 |
| 2 | 7Y-3173 | | SCREW | S | 1.64 | 3.28 |
| 4 | 8T-0328 | | WASHER | S | .16 | .64 |
| 5 | 8T-4121 | | WASHER-HARD | S | .46 | 2.30 |
| 2 | 8T-4133 | | NUT | S | .27 | .54 |
| 1 | 8T-4136 | | BOLT | S | .58 | .58 |
| 5 | 8T-4137 | | BOLT | S | .48 | 2.40 |
| 3 | 8T-4138 | | BOLT | S | .22 | .66 |
| 2 | 8T-4200 | | BOLT | S | .27 | .54 |
| 3 | 8T-4205 | | WASHER | S | .23 | .69 |
| 1 | 8T-4223 | | WASHER | S | .68 | .68 |
| 8 | 8T-9655 | | MOUNT | S | 2.16 | 17.28 |
| 1 | 9G-7641 | | SWITCH G | S | 64.18 | 64.18 |
| 8 | 9N-0869 | | WASHER | S | .49 | 3.92 |
| 1 | 9X-0438 | | CONTROL A | N | 36.35 | 36.35 |
| 2 | 9X-8256 | | WASHER | S | .23 | .46 |
| 4 | 096-2618 | | SCREW | N | .90 | 3.60 |
| 6 | 100-3245 | | BULB 24V | S | 1.15 | 6.90 |
| 2 | 103-1107 | | SCREW-MACHIN | N | .95 | 1.90 |
| 1 | 109-1393 | | BOLT-SOCKET | S | .08 | .08 |
| 2 | 132-5789 | | CLIP | S | 4.92 | 9.84 |
| 2 | 147-6456 | | REMOVAL TOOL | S | 11.50 | 23.00 |
| 4 | 150-4006 | | SCREW | N | 1.66 | 6.64 |
| 6 | 151-4977 | | WASHER | N | .14 | .84 |
| 3 | 153-9301 | | BOLT-SOCKET | S | 1.67 | 5.01 |
| 1 | 158-6632 | | SWITCH AS-HO | S | 48.89 | 48.89 |
| 1 | 159-3449 | | SOCKET AS | N | 57.74 | 57.74 |
| 1 | 163-5403 | | HARNESS AS-D | N | 570.26 | 570.26 |
| 1 | 166-6928 | | CONT GP | S | 472.24 | 472.24 |
| 1 | 190-3482 | | CONT GP | N | 873.24 | 873.24 |
| 1 | 214-4208 | | RECEPTACLE A | N | 105.16 | 105.16 |
| 1 | 222-7877 | | SWITCH AS-RO | S | 28.62 | 28.62 |
| 1 | 222-7883 | | SWITCH AS-RO | S | 28.62 | 28.62 |
| 1 | 223-8173 | | FUSE HOLDER- | N | 38.48 | 38.48 |
| 1 | 242-5199 | | HARNESS AS | N | 255.92 | 255.92 |
| 1 | 246-4311 | | GUARD-SWITCH | N | 3.87 | 3.87 |
| 2 | 266-1470 | | SENSOR GP-PO | S | 256.63 | 513.26 |
| 1 | 267-7288 | | HARNESS AS | N | 246.31 | 246.31 |
| 1 | 276-5312 | | SENSOR AS. | N | 2145.63 | 2145.63 |
| 1 | 281-1632 | | HARNESS AS | N | 55.49 | 55.49 |
| 1 | 284-8532 | | ANTENNA AS-R | S | 132.14 | 132.14 |
| 1 | 285-0367 | | RETAINER | N | 44.53 | 44.53 |
| 2 | 285-8641 | | COVER | N | 178.91 | 357.82 |



**ZIEGLER CAT**

901 West 94th Street
Minneapolis MN 55420-4236

| | | |
|---|---|---|
| **MINNESOTA** | 952-888-4121 | 800-352-2812 |
| **IOWA** | 515-957-3800 | 800-342-7002 |
| **MISSOURI** | 515-957-3800 | 800-342-7002 |
| **WISCONSIN** | 515-957-3800 | 800-342-7002 |

| Invoice Number: | SW500198532 | Date: | 8/21/18 | Account No.: | 0097410 | Page: | 4 |
|---|---|---|---|---|---|---|---|

| Quantity | Item | N/R | Description | Unit Price | Extended |
|---|---|---|---|---|---|
| 1 | 304-5687 | N | CONT GP-ELEK | 2446.20 | 2446.20 |
| 1 | 312-7755 | N | HARNESS AS. | 1213.51 | 1213.51 |
| 1 | 376-1549 | S | KIT-SENSOR | 87.54 | 87.54 |
| | | | TOTAL PARTS        SEG. 02 | | 10418.17 * |
| | | | TOTAL LABOR        SEG. 02 | | 6949.75 * |
| 1.00 | | | HARNESS | | 290.01 |
| 1.00 | | | MISC ITEM | | 217.56 |
| | | | TOTAL MISC CHGS    SEG. 02 | | 507.57 * |
| | | | SEGMENT 02 TOTAL | | 17875.49 T |

REPLACE HOSES & LINES
REPAIR PROCESS COMMENTS:
REPLACED RETURN FUEL HOSE TO THE TANK, OLD HOSE
HAD FIRE DAMAGE.

| | | | | | |
|---|---|---|---|---|---|
| 10 | 4P-8134 | S | CLIP | 3.50 | 35.00 |
| 34 | 9X-2373 | S | IN HOSE STK | .29 | 9.86 |
| | | | TOTAL PARTS        SEG. 03 | | 44.86 * |
| | | | TOTAL LABOR        SEG. 03 | | 294.75 * |
| | | | SEGMENT 03 TOTAL | | 339.61 T |

REPLACE DASH
REPAIR PROCESS COMMENTS:
BROKE DASH AROUND MOUNTING SCREWS AND REMOVED THE
DASH, OLD DASH WAS COMPLETELY MELTED. REPLACED
DASH PANEL WITH NEW GAUGE CLUSTER, SWITCHES,
LIGHTS, FILM AND HARNESS. REINSTALLED THE DASH
WITH NEW LANYARD AND SEAL.

| | | | | | |
|---|---|---|---|---|---|
| 1 | 3T-0304 | N | BASE | 12.35 | 12.35 |
| 4 | 4P-7581 | S | CLIP | 3.37 | 13.48 |
| 2 | 4P-8134 | S | CLIP | 3.50 | 7.00 |
| 3 | 5P-0537 | S | WASHER | .23 | .69 |
| 6 | 5P-4115 | S | WASHER | .30 | 1.80 |
| 1 | 6T-7058 | S | LENS | 5.31 | 5.31 |
| 7 | 6V-3884 | S | SCREW | 1.74 | 12.18 |
| 4 | 6V-7357 | S | BOLT | .26 | 1.04 |
| 2 | 6V-9335 | N | M-BULK SEAL | 4.77 | 9.54 |
| 2 | 7N-1996 | S | LAMP | 3.05 | 6.10 |
| 4 | 8B-4338 | N | SCREW | .12 | .48 |
| 1 | 8E-2514 | N | HINGE | 54.05 | 54.05 |
| 2 | 8T-4138 | S | BOLT | .22 | .44 |
| 5 | 8T-4171 | S | BOLT | .16 | .80 |
| 5 | 8T-4205 | S | WASHER | .23 | 1.15 |
| 2 | 9X-6772 | S | STRAP | .92 | 1.84 |
| 1 | 100-5568 | N | BEZEL | 22.46 | 22.46 |
| 4 | 105-3480 | N | BOLT | 1.77 | 7.08 |
| 8 | 107-1964 | N | SCREW PAN | .90 | 7.20 |
| 1 | 133-9405 | N | SWITCH AS | 72.50 | 72.50 |
| 3 | 138-8886 | N | BOLT-SOCKET | 2.39 | 7.17 |
| 1 | 156-9421 | N | DASH AS | 273.16 | 273.16 |
| 1 | 197-5110 | N | FILM PANEL | 9.13 | 9.13 |
| 1 | 197-5111 | N | FILM-PANEL | 8.36 | 8.36 |
| 1 | 198-8985 | N | FILM-PANEL | 14.12 | 14.12 |
| 1 | 252-4501 | N | CONT GP | 1378.75 | 1378.75 |
| 1 | 283-0031 | N | FILM-MONITOR | 9.97 | 9.97 |
| 1 | 285-6682 | N | FILM-PANEL | 12.36 | 12.36 |
| | | | TOTAL PARTS        SEG. 04 | | 1950.51 * |



**ZIEGLER** CAT

901 West 94th Street
Minneapolis MN 55420-4236

| | | |
|---|---|---|
| **MINNESOTA** | 952-888-4121 | 800-352-2812 |
| **IOWA** | 515-957-3800 | 800-342-7002 |
| **MISSOURI** | 515-957-3800 | 800-342-7002 |
| **WISCONSIN** | 515-957-3800 | 800-342-7002 |

**ZIEGLER** CAT

| Invoice Number: | SW500198532 | Date: | 8/21/18 | Account No.: | 0097410 | Page: | 5 |
|---|---|---|---|---|---|---|---|

| Quantity | Item | N/R | Description | Unit Price | Extended |
|---|---|---|---|---|---|

|  |  |  | TOTAL LABOR          SEG. 04 |  | 1967.00 * |
|  |  |  | SEGMENT 04 TOTAL |  | 3917.51 T |

REPLACE DIFFERENTIAL STEERING
CONTROL MODULE
  REPAIR PROCESS COMMENTS:
  CONTROL HANDLE WAS MELTED IN THE FIRE. REMOVED ALL
  MELTED PLASTIC AROUND THE CONTROL HANDLE.
  DISCONNECTED THE HARNESS FROM THE CONTROL HANDLE.
  UNBOLTED AND REMOVED DIFFERENTIAL CONTROL MODULE.
  UNBOLTED AND REPLACED STEERING POSITION SENSOR.
  UNBOLTED AND REPLACED STEERING CONTROL HANDLE.
  REPLACED HARNESS IN STEERING CONTROLS MODULE FOR
  THE UP, DOWN AND DIRECTION SWITCHES. REINSTALLED
  COMPLETED STEERING CONTROL MODULE BACK IN THE CAB
  WITH NEW PLASTIC COVERS.

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 1B-8706 | KEY | S | | .72 | .72 |
| 2 | 7X-0578 | WASHER | S | | .83 | 1.66 |
| 6 | 8T-4121 | WASHER-HARD | S | | .46 | 2.76 |
| 5 | 8T-4137 | BOLT | S | | .48 | 2.40 |
| 1 | 8T-4186 | BOLT | S | | .83 | .83 |
| 3 | 8T-4189 | BOLT | S | | .34 | 1.02 |
| 2 | 8T-4191 | BOLT | S | | .41 | .82 |
| 2 | 8T-4195 | BOLT | S | | .69 | 1.38 |
| 3 | 8T-4224 | WASHER | S | | .29 | .87 |
| 2 | 8T-5410 | SEAL | S | | 6.51 | 13.02 |
| 4 | 9X-2043 | SCREW | S | | .81 | 3.24 |
| 15 | 9X-2045 | SCREW | S | | .90 | 13.50 |
| 6 | 9X-6772 | STRAP | S | | .62 | 5.52 |
| 4 | 9X-8256 | WASHER | S | | .23 | .92 |
| 2 | 112-0858 | BEARING | N | | 10.91 | 21.82 |
| 1 | 132-5789 | CLIP | S | | 4.92 | 4.92 |
| 1 | 236-8204 | WIRE AS. | N | | 66.66 | 66.66 |
| 1 | 237-0149 | COVER | N | | 56.38 | 56.38 |
| 1 | 237-0155 | COVER | N | | 62.34 | 62.34 |
| 1 | 237-0156 | COVER | N | | 52.60 | 52.60 |
| 1 | 268-4737 | COVER AS | N | | 339.71 | 339.71 |
| 1 | 337-6853 | HANDLE GP-MO | N | | 1552.91 | 1552.91 |

|  |  | TOTAL PARTS          SEG. 05 |  | 2206.00 * |
|---|---|---|---|---|
| 1.00 |  | TOTAL LABOR          SEG. 05
PAINT-YELLOW |  | 1550.50 *
10.22 |
|  |  | TOTAL MISC CHGS          SEG. 05 |  | 10.22 * |
|  |  | SEGMENT 05 TOTAL |  | 3766.72 T |

REPLACE IMPLEMENTS
CONTROL MODULE
  REPAIR PROCESS COMMENTS:
  DISCONNECTED ALL LINES TO IMPLEMENT PILOT
  CONTROLS. UNBOLTED AND REMOVED IMPLEMENT CONTROLS
  FROM THE CAB. REMOVED MELTED HANDLES AND BOOT.
  DISASSEMBLED IMPLEMENT. REMOVED WINCH CONTROLS,
  PLATES AND RETAINERS. INSTALLED ALL NEW CARTRIDGE
  FOR IMPLEMENT AND WINCH CONTROLS. INSTALLED ALL
  NEW SEALS FOR COMPLETE VALVES PLUGS AND ADAPTERS.
  REINSTALLED PILOT CONTROLS BACK IN THE CAB.
  INSTALLED NEW BOOTS AND CONTROLS HANDLES.

| | | | | | |
|---|---|---|---|---|---|
| 1 | 2A-1736 | HANDLE | S5 | 8.53 | 8.53 |



**ZIEGLER CAT**

901 West 94th Street
Minneapolis MN 55420-4236

| | | |
|---|---|---|
| **MINNESOTA** | 952-888-4121 | 800-352-2812 |
| **IOWA** | 515-957-3800 | 800-342-7002 |
| **MISSOURI** | 515-957-3800 | 800-342-7002 |
| **WISCONSIN** | 515-957-3800 | 800-342-7002 |

| Invoice Number: | SW500198532 | Date: | 8/21/18 | Account No.: | 0097410 | Page: | 6 |
|---|---|---|---|---|---|---|---|

| Quantity | Item | N/R | Description | | Unit Price | Extended |
|---|---|---|---|---|---|---|
| 20 | 3J-1907 | SEAL | S5 | | .90 | 18.00 |
| 19 | 3J-7354 | SEAL O RING | S5 | | .81 | 15.39 |
| 2 | 5W-3670 | NUT | N5 | | .61 | 1.22 |
| 16 | 6V-8397 | SEAL | S5 | | .92 | 14.72 |
| 3 | 8L-2786 | O RING | S5 | | 4.56 | 13.68 |
| 4 | 033-9139 | RING | S5 | | .22 | .88 |
| 2 | 106-8587 | HANDLE | N5 | | 20.94 | 41.88 |
| 2 | 106-8595 | CAP | N5 | | 11.61 | 23.22 |
| 1 | 126-3700 | ARMREST AS | S5 | | 119.98 | 119.98 |
| 2 | 136-9292 | BOOT | N5 | | 63.85 | 127.70 |
| 1 | 141-4852 | BOOT | S5 | | 33.82 | 33.82 |
| 1 | 141-7481 | SPACER | N5 | | 106.67 | 106.67 |
| 2 | 146-8477 | BRACKET | N5 | | 47.44 | 94.88 |
| 1 | 146-8478 | CUP | N5 | | 21.91 | 21.91 |
| 2 | 146-8981 | PIN | N5 | | 18.07 | 36.14 |
| 2 | 147-3114 | LEVER A | N5 | | 135.23 | 270.46 |
| 1 | 153-8947 | SWIVEL AS | N5 | | 122.54 | 122.54 |
| 2 | 172-0223 | CARTRIDGE AS | N5 | | 302.14 | 604.28 |
| 1 | 194-5031 | PLUNGER AS | N5 | | 131.03 | 131.03 |
| 2 | 236-1815 | CARTRIDGE AS | N5 | | 1056.17 | 2112.34 |
| 2 | 240-1726 | LEVER | N5 | | 131.54 | 263.08 |
| 2 | 248-3285 | CARTRIDGE AS | N5 | | 972.99 | 1945.98 |
| 1 | 261-7022 | ROD | N5 | | 89.36 | 89.36 |
| 1 | 323-8461 | CARTRIDGE AS | N5 | | 302.14 | 302.14 |

|  |  | TOTAL PARTS | SEG. 06 | | 6519.83 * |
|---|---|---|---|---|---|

| 1.00 | | TOTAL LABOR | SEG. 06 | | 1770.50 * |
| | | CAT HYDO ADV 10W | | | 17.74 |

|  |  | TOTAL MISC CHGS | SEG. 06 | | 17.74 * |
|---|---|---|---|---|---|

|  |  | SEGMENT 06 TOTAL | | | 8308.07 T |
|---|---|---|---|---|---|

---

REPLACE COOLANT HOSE/LINES
REPAIR PROCESS COMMENTS:
REMOVED RIGHT ENGINE GUARDS. REMOVED OLD HEATER
HOSES AND INSTALLED NEW. INSTALLED NEW CLAMPS AND
MOUNTING HARDWARE, OLD HARDWARE WAS MISSING.

| 540 | 5P-0767 | CM-HOSE STK | S5 | | .12 | 64.80 |
|---|---|---|---|---|---|---|
| 3 | 6D-1641 | CLIP | S5 | | 5.78 | 17.34 |
| 2 | 053-0189 | GROMMET | N5 | | 6.03 | 12.06 |
| 4 | 159-1503 | CLAMP | S5 | | 8.27 | 33.08 |

|  |  | TOTAL PARTS | SEG. 07 | | 127.28 * |
|---|---|---|---|---|---|

| 1.00 | | TOTAL LABOR | SEG. 07 | | 1136.00 * |
| | | 9000-24V HEATER | | | 332.04 |
| 3.00 | | CAT ELC GAL | | | 40.35 |
| 1.00 | | UPS GROUND | | | 20.63 |

|  |  | TOTAL MISC CHGS | SEG. 07 | | 393.02 * |
|---|---|---|---|---|---|

|  |  | SEGMENT 07 TOTAL | | | 1656.30 T |
|---|---|---|---|---|---|

---

REPLACE SEAT ASSEMBLY
REPAIR PROCESS COMMENTS:
REPLACED SEAT WITH NEW INCLUDING SEAT BELT AND
HEAD REST, OLD SEAT WAS DAMAGE IN THE FIRE.

| 2 | 159-7351 | CLIP | N | | 6.32 | 12.64 |
|---|---|---|---|---|---|---|
| 1 | 215-7446 | CUSHION AS. | N | | 107.92 | 107.92 |
| 1 | 220-3990 | PLATE | N | | 92.28 | 92.28 |
| 2 | 221-9409 | KNOB | S | | 6.10 | 12.20 |



ZIEGLER CAT

901 West 94th Street
Minneapolis MN 55420-4236

| | |
|---|---|
| **MINNESOTA** | 952-888-4121   800-352-2812 |
| **IOWA** | 515-957-3800   800-342-7002 |
| **MISSOURI** | 515-957-3800   800-342-7002 |
| **WISCONSIN** | 515-957-3800   800-342-7002 |

| Invoice Number: | SW500198532 | Date: | 8/21/18 | Account No.: | 0097410 | Page: | 7 |
|---|---|---|---|---|---|---|---|

| Quantity | Item | N/R | Description | Unit Price | Extended |
|---|---|---|---|---|---|
| 1 | 224-4973 | N | CUSHION AS | 94.81 | 94.81 |
| 1 | 504-4289 | N | SEAT GP-SUSP | 2692.23 | 2692.23 |
| | | | TOTAL PARTS   SEG. 08 | | 3012.08 * |
| | | | TOTAL LABOR   SEG. 08 | | 721.50 * |
| | | | SEGMENT 08 TOTAL | | 3733.58 T |

------------------------------------------------------------

REPLACE BATTERY CABLE
REPAIR PROCESS COMMENTS:
DISCONNECTED CABLE FROM THE BATTERY. REMOVED ALL P
CLIPS. DISCONNECTED CABLES FROM JUNCTION BLOCK ON
RIGHT FRAME RAIL. DISCONNECTED CABLES FROM MASTER
DISCONNECT AND STARTER. REMOVED OLD BATTERY CABLES
AND REPLACED WITH NEW. REINSTALLED ALL P CLIPS.
RECONNECTED BATTERY IN REVERSE ORDER OF
DISASSEMBLY.

| 4 | 1S-0994 | S | CLIP | 3.92 | 15.68 |
|---|---|---|---|---|---|
| 1 | 241-4185 | N | CABLE AS. | 471.05 | 471.05 |
| 1 | 241-4186 | N | CABLE AS. | 558.02 | 558.02 |
| | | | TOTAL PARTS   SEG. 09 | | 1044.75 * |
| | | | TOTAL LABOR   SEG. 09 | | 2536.00 * |
| | | | SEGMENT 09 TOTAL | | 3580.75 T |

------------------------------------------------------------

REPLACE BATTERY
REPAIR PROCESS COMMENTS:
INSTALLED NEW BATTERIES. CLEANED ALL POSTS AND
CABLES, OLD BATTERIES WERE DEAD. TRIED TO CHARGE
AND THEY TESTED BAD.

| 4 | 115-2422 | S | BATTERY | 192.92 | 771.68 |
|---|---|---|---|---|---|
| | | | TOTAL PARTS   SEG. 10 | | 771.68 * |
| | | | TOTAL LABOR   SEG. 10 | | 458.50 * |
| | | | SEGMENT 10 TOTAL | | 1230.18 T |

------------------------------------------------------------

PAINT CAB ASSEMBLY
    PLATFORM
REPAIR PROCESS COMMENTS:
WASHED AND DRIED CAB PLATFORM. REMOVED DECALS AND
ADHESIVE. SCRAPPED OFF BURNT PLASTIC FROM
PLATFORM. SANDED, GRINDED PLATFORM AND BLEW OFF
DUST. MASKED, PRIMED AND PAINTED PLATFORM.
INSTALLED NEW DECALS ON PLATFORM.

| 1 | 224-1379 | N | FILM-DANGER | 18.88 | 18.88 |
|---|---|---|---|---|---|
| 1 | 232-3402 | N | FILM-WARN SH | 7.10 | 7.10 |
| 1 | 236-6106 | N | FILM-WARN TI | 10.17 | 10.17 |
| 1 | 247-6876 | N | FILM-WARN UN | 12.56 | 12.56 |
| 1 | 247-6878 | N | FILM-WARN SE | 9.83 | 9.83 |
| | | | TOTAL PARTS   SEG. 20 | | 58.54 * |
| | | | TOTAL LABOR   SEG. 20 | | 1625.00 * |
| 1.00 | | | PAINT SUPPLIES | | 31.40 |
| .25 | | | CAT PRIMER | | 9.79 |
| .38 | | | CAT YELLOW | | 17.64 |
| | | | TOTAL MISC CHGS   SEG. 20 | | 58.83 * |



**ZIEGLER** CAT

901 West 94th Street
Minneapolis MN 55420-4236

| | | |
|---|---|---|
| **MINNESOTA** | 952-888-4121 | 800-352-2812 |
| **IOWA** | 515-957-3800 | 800-342-7002 |
| **MISSOURI** | 515-957-3800 | 800-342-7002 |
| **WISCONSIN** | 515-957-3800 | 800-342-7002 |

| Invoice Number: | SW500198532 | Date: | 8/21/18 | Account No.: | 0097410 | Page: | 8 |
|---|---|---|---|---|---|---|---|

| Quantity | Item | N/R | Description | Unit Price | Extended |
|---|---|---|---|---|---|
| | | | SEGMENT 20 TOTAL | | 1742.37 T |

PAINT FUEL TANK
FIRE DAMAGE TO FUEL TANK. CLEANED AND SANDED FUEL
TANK. PRIMED AND PAINTED FUEL TANK.

| Quantity | Item | | Description | Unit Price | Extended |
|---|---|---|---|---|---|
| 1.00 | | | TOTAL LABOR        SEG. 21 | | 390.00 * |
| .13 | | | PAINT SUPPLIES | | 11.70 |
| .13 | | | CAT PRIMER | | 6.04 |
| .13 | | | CAT YELLOW | | 6.04 |
| | | | TOTAL MISC CHGS    SEG. 21 | | 23.78 * |
| | | | SEGMENT 21 TOTAL | | 413.78 T |

| | | | | | |
|---|---|---|---|---|---|
| | | | SERVICE SUPPLIES AND<br>ENVIRONMENTAL CHARGES | | 550.00 T |
| | | | IA SALES TAX-6% | | 2969.37 T |

```
      * * *      INVOICE COPY      * * *
      DUE BY 10TH OF THE NEXT MONTH
```

                                   INVOICE TOTAL      52,697.00

## Aledgra Houston

| | |
|---|---|
| **From:** | Bignon, Chris <cbignon@englemartin.com> |
| **Sent:** | Thursday, November 8, 2018 5:30 AM |
| **To:** | Aledgra Houston |
| **Subject:** | [External] RE: MA # 175946, Markel Claim # MXMP42339 INCIDENT DATE 11.8.16 FINAL INVOICE AND ESTIMATE FOR S/N CMX00219 PPL UNIT # 1313 583 SIDEBOOM |

**Attention:** This email was sent from someone outside of MasTec. Please use caution when opening attachments or clicking on links in emails which are unexpected or arrive from unknown senders.

Aledgra –

I sent a comprehensive report to Markel on October 30 addressing the entirety of this claim. Once I receive a response I will let you know. I provided Jon Ulbrich with Ziegler CAT an update this morning

**Chris Bignon, CPCU**
*National General Adjuster*
**Engle Martin & Associates**

5565 Glenridge Connector | Suite 900
Atlanta, GA 30342
O: 678.553.4410 | TF: 800.818.5819
www.englemartin.com | cbignon@englemartin.com

*Connect with us:*



NOTICE: This communication is strictly confidential. If you are not an intended recipient, then any review, use or distribution of it, and/or any action taken or not taken in reliance upon it, is unauthorized, strictly prohibited and may be unlawful. Instead, please immediately notify the sender by return email and then delete this communication and its attachments from your system.

**From:** Aledgra Houston <ahouston@precisionpipelinellc.com>
**Sent:** Wednesday, November 07, 2018 4:52 PM
**To:** Bignon, Chris <cbignon@englemartin.com>
**Subject:** FW: MA # 175946, Markel Claim # MXMP42339 INCIDENT DATE 11.8.16 FINAL INVOICE AND ESTIMATE FOR S/N CMX00219 PPL UNIT # 1313 583 SIDEBOOM

EMA IT NOTICE: This email originated from outside the organization and contains suspicious key words. Do not click any links or open attachments you were not specifically expecting, even from known senders. Contact IT Support if in doubt.

Hi Chris,

I was hoping to have a resolution or at least an update for this one. I know you had said it could take a couple of weeks but it has been 3 weeks.
I attached your 10.16.18 outlook message if that helps.

Thank you,

**ALEDGRA HOUSTON**
Equipment and Transportation Support

E: ahouston@precisionpipelinellc.com



O: (715) 874-4510
F: (715) 874-4511
3314 56th Street | Eau Claire, WI 54703
www.PrecisionPipelineLLC.com

**From:** Aledgra Houston
**Sent:** Thursday, October 18, 2018 11:26 AM
**To:** 'Christopher.Culbertson@zieglercat.com' <Christopher.Culbertson@zieglercat.com>; 'Bignon, Chris' <cbignon@englemartin.com>
**Cc:** Jeff Fenton <jfenton@precisionpipelinellc.com>; Kaila Cook <kcook@precisionpipelinellc.com>; Jillian Hillestad <JHillestad@precisionpipelinellc.com>
**Subject:** MA # 175946, Markel Claim # MXMP42339 INCIDENT DATE 11.8.16 FINAL INVOICE AND ESTIMATE FOR S/N CMX00219 PPL UNIT # 1313 583 SIDEBOOM

Good morning,

The attached invoice and estimate were also addressed in our earlier conversation today.
This is what I understand:
Chris B. will look over and contact Markel concerning this difference between the original estimate $38702.78 and the actual repair invoice $52697.00. He estimated a reply could take a couple of weeks. So for right now we are on hold though I understand that Ziegler is anxious to receive payment as the invoice is reaching 60 days old.

Once again should you need to reach one another here are the numbers you each provided.
Chris C. best contact # 515-957-3875
Chris B. best contact # 678-553-4410

Again I appreciate the extra effort and patience of everyone.

Thank you,

**ALEDGRA HOUSTON**
Equipment and Transportation Support
E: ahouston@precisionpipelinellc.com



O: (715) 874-4510
F: (715) 874-4511
3314 56th Street | Eau Claire, WI 54703
www.PrecisionPipelineLLC.com

1313

 **Claims Adjusting Solutions**

Engle Martin & Associates, Inc.
5180 Roswell RD N100
Atlanta, GA 30342
Phone 404 303 7160
Fax  404 303 7115

| | |
|---|---|
| Client: | MARKEL |
| Client File #: | MXMP42339 |
| Date of Loss: | 11/8/2016 |
| Insured: | MASTEC/PRECISION |
| EMA File #: | 175946 |

| | |
|---|---|
| Insured Item: | CAT 583 Side Boom |
| Location of Inspection: | northern IOWA |
| Peril: | Vandalism |
| VIN #: | CXN00219 |
| Hours/Mileage: | |

CMXOO219

## ESTIMATE

| Operation | # | Labor | Parts/Materials Cost | Sublet |
|---|---|---|---|---|
| Handle | | | 1507.73 | |
| Cushion | | | 104.76 | |
| Sensor | | | 2082.93 | |
| Cover Assembly | | | 329.80 | |
| Harness | | | 249.24 | |
| Cushion | | | 92.03 | |
| Tread Pad | | | 115.43 | |
| Control Panel | | | 847.72 | |
| Control Panel | | | 458.44 | |
| A Frame | | | 293.09 | |
| Hinge | | | 52.47 | |
| Gauge Assembly | | | 1338.46 | |
| Dash Assembly | | | 211.62 | |
| Switch Assembly | | | 70.39 | |
| Bracket | | | 77.91 | |
| Governing Assembly | | | 4858.24 | |
| Decals | | | 175.68 | |
| Harness Assy | | | 485.83 | |
| Harness Assy | | | 358.68 | |
| Mount | | | 359.28 | |
| Switch Assembly | | | 228.62 | |
| Harness Assembly | | | 556.06 | |
| Harness Assembly | | | 1159.61 | |
| Control Panel- Dash | | | 2374.72 | |
| Cover Assembly | | | 347.34 | |
| Retainers | | | 331.65 | |
| Converter | | | 292.66 | |
| CM Strips | | | 89.31 | |
| Switches | | | 955.04 | |
| Fuse Holders | | | 211.78 | |
| Sockets | | | 456.75 | |
| Clips | | | 250.00 | |
| Bolts | | | 225.00 | |
| Alarm | | | 166.88 | |
| Spacers | | | 212.44 | |
| Cable Strap | | | 190.83 | |
| Screws | | | 144.04 | |
| Brackets | | | 121.71 | |
| Fuses | | | 188.05 | |
| Bulbs | | | 71.69 | |
| Harness Retainers | | | 304.96 | |
| Reinstall Axles | | 5.0 | | |
| Labor for Repairs | | 100.0 | | |
| | | | | |
| | | | | |
| | | **106.0** | **22948.87** | |

**Summary:**
Labor                    106 x 128                              13568.00

| | | |
|---|---|---|
| Parts | | 22948.87 |
| Misc Materials/Shop Supplies | | 350.00 |
| Sublet Repairs | | |
| Freight | | |
| Tax | 22948.87 x 8% | 1835.91 |
| Certification Fee | | |
| Other | | |
| **Grand Total** | | **38702.78** |

*1313 Replacement Unit.*
*175946 NXMP42339*



**PipeLine Machinery CAT**

Page: 1

**15434 CYPRESS N. HOUSTON**
**CYPRESS, TX 77429**
**713-939-0007**

Remit To:
15434 CYPRESS N. HOUSTON
CYPRESS, TX 77429

713-939-0007

Job Site:
PRECISION PIPELINE, LLC
3729 COMMERCE ST, SW
CANTON, OH 44706
J#: 715-590-4558    C#: 715-874-4510

# RENTAL INVOICE

Invoice #....     37431-0001
Invoice date   4/20/17
Date out....   4/01/17    7:00 AM
Billed thru.   4/29/17
Job Loc:....  CANTON, OH
Job No.....   17-001
P.O. #......  17-001
Ordered By..
Terms.......  Net 30 Days

Written by..

Customer:   5148
PRECISION PIPELINE, LLC
3314 56TH STREET
EAU CLAIRE, WI 54703

Phone: 715-874-4510  Fax: 715-874-4511

Sales Rep:   **JAMES SCHULTE**

| Qty | Equipment # | Day | Week | 4 Week | Amount |
|-----|-------------|-----|------|--------|--------|
| 1 | PL83 PIPELAYER 583 | 696.43 | 4875.01 | 19500.00 | 19500.00 |
| | PLN130338  Make: CAT  Model: PL83 CNPY 24'  Ser #: KSD00219 | | | | R002041 |
| | HR OUT1  529.00  HR IN1 | | TOTAL: | 529.00 | |
| | DELIVERY CHARGE | | | | 7100.00 |

Sub-total:   26600.00
Tax:    1729.00
Total:   28329.00

BILLED FOR FOUR WEEKS   4/01/17 THRU  4/29/17   07:00 ...

20,767.50+
20,767.50+
20,767.50+
20,767.50+
20,767.50+
20,767.50+
20,913.75+
20,913.75+
166,432.50*+

*6.5% tax.*
*on everything*
*Delivery 7100.00*
*Plus tax*
*T = 7561.50*

*Kenton replacement*
*Capped at 1 year*
*past DOL*

*GT 187346.25*
*adjusted to*
*$171753.24*

Please send payment to:
Bank Name: Wells Fargo Bank, NA
Account #:    4121127583
Swift Code#:   WFBIUS6S
Routing # (ABA): 121000248
Credit of: Pipeline Machinery International LP

Terms: Payment Due Net 30 - Delinquency charges, at the maximum monthly rate allowed by law, will apply
Title does not pass until Invoice is paid in full.

Page: 1



**PipeLine Machinery** CAT

**15434 CYPRESS N. HOUSTON**
**CYPRESS, TX 77429**
**713-939-0007**

Remit To:
15434 CYPRESS N. HOUSTON
CYPRESS, TX 77429

713-939-0007

Job Site:
PRECISION PIPELINE, LLC
3729 COMMERCE ST, SW
CANTON, OH 44706
J#: 715-590-4558     C#: 715-874-4510

# RENTAL INVOICE

Invoice #...          37431-0002
Invoice date   4/28/17
Date out....   4/01/17    7:00 AM
Billed thru.   5/27/17
Job Loc......  CANTON, OH
Job No......   17-001.
P.O. #......   17-001
Ordered By..
Terms.......  Net 30 Days

Customer:   5148
PRECISION PIPELINE, LLC
3314 56TH STREET
EAU CLAIRE, WI  54703

Phone: 715-874-4510  Fax: 715-874-4511

Written by..

Sales Rep:   JAMES SCHULTE

| Qty | Equipment # | Day | Week | 4 Week | Amount |
|-----|-------------|-----|------|--------|--------|
| 1 | PL83 PIPELAYER 583 | 696.43 | 4875.01 | 19500.00 | 19500.00 |
|   | PLN130338  Make: CAT  Model: PL83 CNPY 24'  Ser #: KSD00219 | | | | |
|   | HR OUT1   529.00   HR IN1      TOTAL:   529.00 | | | | |

AO02041

Sub-total:    19500.00
Tax:     1267.50
Total:    20767.50

BILLED FOR FOUR WEEKS  4/29/17 THRU  5/27/17  07:00 AM

Please send payment to:
Bank Name: Wells Fargo Bank, NA
Account #:    4121127583
Swift Code#:   WFBIUS8S
Routing # (ABA): 121000248
Credit of: Pipeline Machinery International LP

Terms: Payment Due Net 30 - Delinquency charges, at the maximum monthly rate allowed by law, will apply 30 days from the date of invoice.
Title does not pass until invoice is paid in full.

Page: 1



**PipeLine Machinery** CAT

*15434 CYPRESS N. HOUSTON*
*CYPRESS, TX 77429*
*713-939-0007*

Remit To:
15434 CYPRESS N. HOUSTON
CYPRESS, TX 77429

713-939-0007

Job Site:
PRECISION PIPELINE, LLC
3729 COMMERCE ST, SW
CANTON, OH 44706
J#: 715-590-4558     C#: 715-874-4510

# RENTAL INVOICE

Invoice #...          37431-0003
Invoice date  5/27/17
Date out....   4/01/17    7:00 AM
Billed thru.   6/24/17
Job Loc.....  CANTON, OH
Job No.......  17-001
P.O. #.......  17-001
Ordered By..
Terms........  Net 30 Days

Written by..

Customer:    5148
PRECISION PIPELINE, LLC
3314 56TH STREET
EAU CLAIRE, WI 54703

Phone: 715-874-4510  Fax: 715-874-4511

Sales Rep:   JAMES SCHULTE

| Qty | Equipment # | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|
| 1 | PL83 PIPELAYER 583 | 696.43 | 4875.01 | 19500.00 | 19500.00 |
|  | PLN130338  Make: CAT  Model: PL83 CNPY 24'  Ser #: KSD00219 | | | | |
|  | HR OUT1   529.00   HR IN1 | | TOTAL: | 529.00 | |

R002041

Sub-total:   19500.00
Tax:    1267.50
Total:   20767.50

BILLED FOR FOUR WEEKS  5/27/17 THRU  6/24/17  07:00 AM

Please send payment to:
Bank Name: Wells Fargo Bank, NA
Account #:      4121127683
Swift Code#:   WFBIUS6S
Routing # (ABA): 121000248
Credit of: Pipeline Machinery International LP

Terms: Payment Due Net 30 - Delinquency charges, at the maximum monthly rate allowed by law, will apply 30 days from the date of invoice.
Title does not pass until invoice is paid in full.

Page: 1



**PipeLine Machinery** CAT

*15434 CYPRESS N. HOUSTON*
*CYPRESS, TX 77429*
*713-939-0007*

Remit To:
15434 CYPRESS N. HOUSTON
CYPRESS, TX 77429

713-939-0007

Job Site:
  PRECISION PIPELINE, LLC
  3729 COMMERCE ST, SW
  CANTON, OH 44706
  J#: 715-590-4558    C#: 715-874-4510

# RENTAL INVOICE

| | |
|---|---|
| Invoice #... | 37431-0004 |
| Invoice date | 6/24/17 |
| Date out... | 4/01/17  7:00 AM |
| Billed thru. | 7/22/17 |
| Job Loc... | CANTON, OH |
| Job No... | 17-001 |
| P.O. #...... | 17-001 |
| Ordered By.. | |
| Terms...... | Net 30 Days |
| Written by.. | |

Customer:  5148
  PRECISION PIPELINE, LLC
  3314 56TH STREET
  EAU CLAIRE, WI 54703

  Phone: 715-874-4510  Fax: 715-874-4511

Sales Rep:  **JAMES SCHULTE**

| Qty | Equipment # | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|
| 1 | PL83 PIPELAYER 583 | 696.43 | 4875.01 | 19500.00 | 19500.00 |
| | PLN130338  Make: CAT  Model: PL83 CNPY 24'  Ser #: KSD00219 | | | | |
| | HR OUT1  529.00  HR IN1 | TOTAL: | 529.00 | | |

R002041

| | |
|---|---|
| Sub-total: | 19500.00 |
| Tax: | 1267.50 |
| Total: | 20767.50 |

BILLED FOR FOUR WEEKS  6/24/17 THRU  7/22/17  07:00 AM

Please send payment to:
Bank Name: Wells Fargo Bank, NA
Account #:  4121127583
Swift Code#:  WFBIUS6S
Routing # (ABA): 121000248
Credit of: Pipeline Machinery International LP

Terms: Payment Due Net 30 - Delinquency charges, at the maximum monthly rate allowed by law, will apply 30 days from the date of invoice.
Title does not pass until invoice is paid in full.

Page: 1

**PipeLine Machinery**  **CAT**

**15434 CYPRESS N. HOUSTON**
**CYPRESS, TX 77429**
**713-939-0007**

Remit To:
15434 CYPRESS N. HOUSTON
CYPRESS, TX 77429

713-939-0007

Job Site:
PRECISION PIPELINE, LLC
3729 COMMERCE ST, SW
CANTON, OH 44706
J#: 715-590-4558    C#: 715-874-4510

# RENTAL INVOICE

Invoice #...       37431-0005
Invoice date  7/22/17
Date out....   4/01/17    7:00 AM
Billed thru.   8/19/17
Job Loc......  CANTON, OH
Job No......   17-001
P.O. #......   17-001
Ordered By..
Terms........  Net 30 Days

Customer:   5148
PRECISION PIPELINE, LLC
3314 56TH STREET
EAU CLAIRE, WI  54703

Phone: 715-874-4510  Fax: 715-874-4511

Written by..

Sales Rep:   JAMES SCHULTE

| Qty | Equipment # | Day | Week | 4 Week | Amount |
|-----|-------------|-----|------|--------|--------|
| 1 | PL83 PIPELAYER 583 | 696.43 | 4875.01 | 19500.00 | 19500.00 |
|   | PLN130338  Make: CAT  Model: PL83 CNPY 24'  Ser #: KSD00219 | | | | |
|   | HR OUT1   529.00   HR IN1 | TOTAL: | 529.00 | | |

Sub-total:   19500.00
Tax:    1267.50
Total:   20767.50

BILLED FOR FOUR WEEKS  7/22/17 THRU  8/19/17  07:00 AM

Please send payment to:
Bank Name: Wells Fargo Bank, NA
Account #:    4121127583
Swift Code#:   WFBIUS6S
Routing # (ABA): 121000248
Credit of: Pipeline Machinery International LP

Terms: Payment Due Net 30 - Delinquency charges, at the maximum monthly rate allowed by law, will apply 30 days from the date of invoice.
Title does not pass until invoice is paid in full.

Page: 1



**PipeLine Machinery** CAT

*15434 CYPRESS N. HOUSTON*
*CYPRESS, TX 77429*
*713-939-0007*

Remit To:
15434 CYPRESS N. HOUSTON
CYPRESS, TX 77429

713-939-0007

Job Site:
PRECISION PIPELINE, LLC
3729 COMMERCE ST, SW
CANTON, OH 44706
J#: 715-590-4558     C#: 715-874-4510

# RENTAL INVOICE

Invoice #...        37431-0006
Invoice date  8/19/17
Date out....   4/01/17      7:00 AM
Billed thru.   9/16/17
Job Loc.....  CANTON, OH
Job No......  17-001
P.O. #......  17-001
Ordered By..
Terms....... Net 30 Days

Written by.

Customer:    5148
PRECISION PIPELINE, LLC
3314 56TH STREET
EAU CLAIRE, WI 54703

Phone: 715-874-4510  Fax: 715-874-4511

Sales Rep:   JAMES SCHULTE

| Qty | Equipment # | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|
| 1 | PL83 PIPELAYER 583 | 696.43 | 4875.01 | 19500.00 | 19500.00 |
|  | PLN130338  Make: CAT  Model: PL83 CNPY 24'  Ser #: KSD00219 | | | | |
|  | HR OUT1   529.00   HR IN1 | | TOTAL: | 529.00 | |

R002041

Sub-total:    19500.00
Tax:     1267.50
Total:    20767.50

BILLED FOR FOUR WEEKS  8/19/17 THRU  9/16/17  07:00 AM

Please send payment to:
Bank Name: Wells Fargo Bank, NA
Account #:      4121127583
Swift Code#:    WFBIUS6S
Routing # (ABA) 121000248
Credit of: Pipeline Machinery International LP

Terms: Payment Due Net 30 - Delinquency charges, at the maximum monthly rate allowed by law, will apply 30 days from the date of invoice.
Title does not pass until invoice is paid in full.

Page:   1



**PipeLine Machinery** CAT

*15434 CYPRESS N. HOUSTON*
*CYPRESS, TX 77429*
*713-939-0007*

Remit To:
15434 CYPRESS N. HOUSTON
CYPRESS, TX 77429

713-939-0007

Job Site:
PRECISION PIPELINE, LLC
43840 OHIO 7
CLARINGTON, OH 43915
J#: 715-495-1240   C#: 715-874-4510

# RENTAL INVOICE

Invoice #...       37431-0007
Invoice date   9/16/17
Date out....   4/01/17   7:00 AM
Billed thru.  10/14/17
Job Loc.....  CLARINGTON, OH
Job No......  17-005E
P.O. #......  17-005E
Ordered By..
Terms.......  Net 30 Days

Written by..

Customer:   5148
PRECISION PIPELINE, LLC
3314 56TH STREET
EAU CLAIRE, WI 54703

Phone: 715-874-4510   Fax: 715-874-4511

Sales Rep:   JAMES SCHULTE

| Qty | Equipment # | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|
| 1 | PL83 PIPELAYER 583 | 696.43 | 4875.01 | 19500.00 | 19500.00 |
|   | PLN130338  Make: CAT   Model: PL83 CNPY 24'  Ser #: KSD00219 | | | | |
|   | HR OUT1   529.00   HR IN1 | TOTAL: | 529.00 | | |

Sub-total:   19500.00
Tax:    1413.75
Total:   20913.75

BILLED FOR FOUR WEEKS   9/16/17 THRU 10/14/17   07:00 AM

Please send payment to:
Bank Name: Wells Fargo Bank, NA
Account #:     4121127583
Swift Code#:   WFBIUS6S
Routing # (ABA): 121000248
Credit of: Pipeline Machinery International LP

Terms: Payment Due Net 30 - Delinquency charges, at the maximum monthly rate allowed by law, will apply 30 days from the date of invoice.
Title does not pass until invoice is paid in full.

Page:   1



**PipeLine Machinery** CAT

**15434 CYPRESS N. HOUSTON**
**CYPRESS, TX 77429**
**713-939-0007**

Remit To:
15434 CYPRESS N. HOUSTON
CYPRESS, TX  77429

713-939-0007

Job Site:
PRECISION PIPELINE, LLC
43840 OHIO 7
CLARINGTON, OH  43915
J#: 715-495-1240    C#: 715-874-4510

# RENTAL INVOICE

Invoice #...        37431-0008
Invoice date 10/14/17
Date out....  4/01/17    7:00 AM
Billed thru. 11/11/17
Job Loc..... CLARINGTON, OH
Job No...... 17-005E
P.O. #...... 17-005E
Ordered By..
Terms....... Net 30 Days

Written by..

Customer:   5148
PRECISION PIPELINE, LLC
3314 56TH STREET
EAU CLAIRE, WI  54703

Phone: 715-874-4510  Fax: 715-874-4511

Sales Rep:   JAMES SCHULTE

| Qty | Equipment # | Day | Week | 4 Week | Amount |
|-----|-------------|-----|------|--------|--------|
| 1 | PL83 PIPELAYER 583 | 696.43 | 4875.01 | 19500.00 | 19500.00 |
|   | PLN130338  Make: CAT  Model: PL83 CNPY 24'  Ser #: KSD00219 | | | | |
|   | HR OUT1   529.00   HR IN1         TOTAL:     529.00 | | | | |

Sub-total:    19500.00
Tax:     1413.75
Total:    20913.75

BILLED FOR FOUR WEEKS 10/14/17 THRU 11/11/17  07:00 AM

Please send payment to:
Bank Name: Wells Fargo Bank, NA
Account #:      4121127583
Swift Code#:    WFBIUS6S
Routing # (ABA): 121000248
Credit of: Pipeline Machinery International LP

Terms: Payment Due Net 30 - Delinquency charges, at the maximum monthly rate allowed by law, will apply 30 days from the date of invoice.
Title does not pass until invoice is paid in full.



**PipeLine Machinery** CAT

**15434 CYPRESS N. HOUSTON**
**CYPRESS, TX 77429**
**713-939-0007**

Page:   1

Remit To:
15434 CYPRESS N. HOUSTON
CYPRESS, TX 77429

713-939-0007

Job Site:
PRECISION PIPELINE, LLC
43840 OHIO 7
CLARINGTON, OH 43915
J#: 715-495-1240     C#: 715-874-4510

# RENTAL INVOICE

Invoice #...       37431-0009
Invoice date 11/11/17
Date out....   4/01/17    7:00 AM
Billed thru. 12/09/17
Job Loc...... CLARINGTON, OH
Job No...... 17-005E
P.O. #...... 17-005E
Ordered By..
Terms....... Net 30 Days

Written by..

Customer:   5148
PRECISION PIPELINE, LLC
3314 56TH STREET
EAU CLAIRE, WI 54703

Phone: 715-874-4510  Fax: 715-874-4511

Sales Rep:   **JAMES SCHULTE**

| Qty | Equipment # | Day | Week | 4 Week | Amount |
|-----|-------------|-----|------|--------|--------|
| 1 | PL83 PIPELAYER 583 | 696.43 | 4875.01 | 19500.00 | 19500.00 |
|   | PLN130338  Make: CAT  Model: PL83 CNPY 24'  Ser #: KSD00219 | | | | |
|   | HR OUT1    529.00    HR IN1 | TOTAL:   529.00 | | | |

Sub-total:   19500.00
Tax:    1413.75
Total:   20913.75

BILLED FOR FOUR WEEKS 11/11/17 THRU 12/09/17  07:00 AM

Please send payment to:
Bank Name: Wells Fargo Bank, NA
Account #:      4121127583
Swift Code#:    WFBIUS6S
Routing # (ABA): 121000248
Credit of: Pipeline Machinery International LP

Terms: Payment Due Net 30 - Delinquency charges, at the maximum monthly rate allowed by law, will apply 30 days from the date of invoice.
Title does not pass until invoice is paid in full.