**PRECISION PIPELINE**
CONSTRUCTION AND MAINTENANCE

| | |
|---|---|
| PPL ASSET #: | R004760 |
| SERIAL NUMBER: | 0KSB01846 |
| MILES/HOURS: | START |
| On Rent: | Off Rent: |

GOVERNMENT EXHIBIT 74 — 4:19-cr-172

## DAMAGE CHECKSHEET AUTHORIZATION

| | |
|---|---|
| OWNER: | PPL |
| OWNER CLAIM # | N/A |
| JOB / SPREAD #: | 16-001IA |
| DATE RECEIVED | 05/01/2017 |
| DATE TO EAU CLAIRE | 05/03/2017 |
| INVOICE NUMBER / $$ | RR0600004885      $ 118,979.70 |
| INVOICE PAYABLE TO: | Ohio CAT |
| | Box 774439 4439 Solutions Center |
| | Chicago IL  60677-4004 |
| | |
| DESCRIPTION: | Insurance claim arson |
| DRIVER (S) / OPERATOR | |

| | Yes | No |
|---|---|---|
| VEHICLE CONDITION REPORT (VCR) | ☐ | ✓ |
| ACCIDENT REPORT | ☐ | ✓ |
| ESTIMATE (S) | ☐ | ✓ |
| PICTURES ATTACHED | ☐ | ✓ |

**NOTES:** Reference only. Jillian sent to insurance 5.2.2017

Signature: *[signature]*    Date: 06/08/2017

# Incident Notification

**Date of Incident:** 2016/11/08

**Contractor:** PPL

**Trade:** N/A

**Summary of Incident:** At approximately 11: 15pm, a call was received by Buena Vista County Sheriff's Office regarding equipment being on fire at 640th St. Tie In crew location Marcus Tucker foreman, upon arriving deputies found 5 pieces of equipment had been set on fire; the responding fire department extinguished flames and secured the area

**Safety arrived at the seen on or about 12: 20 am, after meeting with deputies and walking through area at the CIS of 640th St. the following equipment was damaged:**

1. Equipment # 11302, Vin # 1FF350GXTGF84302 a 2016 John Deere 350 excavator
2. Equipment # 12736, Vin # B2200736 a 2016 Caterpillar 349 excavator
3. Equipment # R004760, S/N # OKSB01846 a 2014 Caterpillar D6 Dozer
4. Equipment # 1313, S/N # CMX00219 a 2007 Caterpillar 583 Side boom

**Disposition:** Believed to be arson

**Root Cause:** Believed to be arson



Euipment # R004760 Caterpillar D6



Equipment # 11302 John Deere 350



Equipment # 12736 Caretpillar 349



Equipoment #1313 Caterpillar 583 Side Boom



Equipment #1313 Caterpillar 583 Side Boom




**Ohio CAT**

3415 East Pike, Zanesville, OH 43701
ZANESVILLE (800) 837-6205

# Rental Invoice

**Invoice RR0600004885**

| | |
|---|---|
| Invoice Amount: | $118,979.70 |
| Invoice Date: | 05/01/2017 |

| | |
|---|---|
| Billed From: | 04/08/2017 Sat 07:00 AM |
| Billed Thru: | 05/06/2017 Sat 07:00 AM |
| Reference #: | G42949-091 |

Jobsite: 16-001 IA 3A
Contact: JEFF SCAGGS
Phone: 352-455-0011
16-001 IA 3A
1315 HWY 7
STORM LAKE, IA 50588

Bill to:
Customer: 3107379
PRECISION PIPE 16-001
3314 56TH STREET
EAU CLAIRE WI 54703

| | |
|---|---|
| Written By: | BLIGAS |
| Sales Rep: | JASON KENWORTHY |
| PO #: | 16-001 IA 3A |

Signed By:
Order By: JEFF SCAGGS

Terms Code: 2

| QTY | DESCRIPTION | DAY | WEEK | 4WEEK | TOTALS |
|---|---|---|---|---|---|
| **Rental Items** | | | | | |
| | REASON FOR CHARGE: ADD CHARGES | | | | |
| | CATERPILLAR     MODEL   D6T LGP VP | | | | |
| | D-6T LGP TRACK TYPE TRACTOR | | | | |
| 1. | ID NO: D62487   SERIAL NO: 0KSB01846 | $1,750 | $4,500 | $10,000 | .00* |
| | | | | Rental Subtotal: | .00 |
| **Miscellaneous Items** | | | | | |
| 1 | DAMAGE CHARGE: REPAIR FIRE DAMAGE | | | | 118,979.70 |
| | HRS OUT: 1408.0 | | | | |
| | REPLACEMENT VALUE $450,000 (VANDALIZED UNIT) | | | | |
| | DIAMOND ATTACHMENT LLC MODEL   D6T T4 SCN | | | | |
| 1 | ID NO: D62945A   SERIAL NO: H15960A | | | | |
| | CATERPILLAR     MODEL   D6T PA56 | | | | |
| 1. | ID NO: D62942A   SERIAL NO: 001400346 | | | | |

Please Remit Payment To:
**Ohio CAT**
Box 774439  4439 Solutions Center
Chicago, IL 60677-4004

NOTE: Rent does NOT Apply to Purchase

**PLEASE PAY FROM THIS INVOICE**

**Invoice Total       118,979.70**
PLEASE SHOW OUR INVOICE NUMBER ON YOUR CHECK

Printed on Monday, May 01, 2017  2:18:31 PM by FROM RELEASE

Invoice No.    RR0600004885        G42949091      Page 1 of 1

## Aledgra Houston

**From:** Jillian Hillestad
**Sent:** Thursday, June 08, 2017 2:25 PM
**To:** Aledgra Houston
**Subject:** RE: [External] Electronic Invoice

Close it with what you have please

**From:** Aledgra Houston
**Sent:** Thursday, June 8, 2017 2:23 PM
**To:** Jillian Hillestad <JHillestad@precisionpipelinellc.com>
**Subject:** RE: [External] Electronic Invoice

I am doing the reference package for this. Do you have any photos etc. that should be indexed? All I have is a copy of the invoice and the email.

Thank you,

*Aledgra Houston*
Equipment and Transportation Support
**Precision Pipeline, LLC**
3314 56th Street, Eau Claire, WI 54703
715-874-4510 Ext 571170
ahouston@precisionpipelinellc.com



**From:** Jillian Hillestad
**Sent:** Wednesday, May 03, 2017 6:17 AM
**To:** Randy Harkins; Nancy Mohr; Aledgra Houston
**Cc:** Dick Lowater; Mike Lillie; Kaycie Vanwynen
**Subject:** RE: [External] Electronic Invoice

This is closed, I sent the invoice to insurance yesterday.

**From:** Randy Harkins
**Sent:** Tuesday, May 2, 2017 1:32 PM
**To:** Nancy Mohr <nmohr@precisionpipelinellc.com>; Aledgra Houston <ahouston@precisionpipelinellc.com>; Jillian Hillestad <JHillestad@precisionpipelinellc.com>
**Cc:** Dick Lowater <dlowater@precisionpipelinellc.com>; Mike Lillie <mlillie@precisionpipelinellc.com>; Kaycie Vanwynen <kvanwynen@precisionpipelinellc.com>
**Subject:** RE: [External] Electronic Invoice

Nancy this D6 is sitting in the equipment yard waiting to go out to the ROW

1

**From:** Nancy Mohr
**Sent:** Tuesday, May 02, 2017 12:00 PM
**To:** Aledgra Houston <ahouston@precisionpipelellc.com>; Jillian Hillestad <JHillestad@precisionpipelinellc.com>; Randy Harkins <rharkins@precisionpipelinellc.com>
**Cc:** Dick Lowater <dlowater@precisionpipelinellc.com>; Mike Lillie <mlillie@precisionpipelinellc.com>; Kaycie Vanwynen <kvanwynen@precisionpipelinellc.com>
**Subject:** RE: [External] Electronic Invoice

Aledgra- attached invoicing is for unit R004760 damage. Jillian should be able to direct you if insurance takes care of this invoice.

| R004760 | 1723 | D6T LGP | 0KSB01846 | 2014 | 8/22/2016 |

Jillian- this is a unit set on fire back in November. Can you please check into status with insurance. I'm wondering if it was settled. Invoice is dated for yesterday.

Randy- is this unit on your spread in good working order? It was a DAPL unit set on fire, but I see you flipped it to your cost center and domicile so am wondering if unit is back in service.

Thanks all.

**From:** Kaycie Vanwynen
**Sent:** Tuesday, May 02, 2017 8:24 AM
**To:** Dick Lowater <dlowater@precisionpipelinellc.com>; Nancy Mohr <nmohr@precisionpipelinellc.com>
**Subject:** FW: [External] Electronic Invoice

Good Morning!

Here is an invoice for the fire damage in Iowa. ☺

**Kaycie VanWynen**
**Field Office Manager**
**Job #: 17-030E**

O: (715) 874-4510
F: (616) 582-5954
C: (616) 405-8283
E: KVanWynen@PrecisionPipelineLLC.com

151 Wolfs Bridge Rd | Carlisle, PA 17013
www.PrecisionPipelineLLC.com



**From:** Ohiocat-online [mailto:Ohiocat-online@eipp07.com]
**Sent:** Tuesday, May 02, 2017 8:17 AM
**To:** Kaycie Vanwynen <kvanwynen@precisionpipelinellc.com>
**Subject:** [External] Electronic Invoice

## Aledgra Houston

**From:** Jillian Hillestad
**Sent:** Wednesday, May 03, 2017 6:17 AM
**To:** Randy Harkins; Nancy Mohr; Aledgra Houston
**Cc:** Dick Lowater; Mike Lillie; Kaycie Vanwynen
**Subject:** RE: [External] Electronic Invoice

This is closed, I sent the invoice to insurance yesterday.

**From:** Randy Harkins
**Sent:** Tuesday, May 2, 2017 1:32 PM
**To:** Nancy Mohr <nmohr@precisionpipelinellc.com>; Aledgra Houston <ahouston@precisionpipelinellc.com>; Jillian Hillestad <JHillestad@precisionpipelinellc.com>
**Cc:** Dick Lowater <dlowater@precisionpipelinellc.com>; Mike Lillie <mlillie@precisionpipelinellc.com>; Kaycie Vanwynen <kvanwynen@precisionpipelinellc.com>
**Subject:** RE: [External] Electronic Invoice

Nancy this D6 is sitting in the equipment yard waiting to go out to the ROW

**From:** Nancy Mohr
**Sent:** Tuesday, May 02, 2017 12:00 PM
**To:** Aledgra Houston <ahouston@precisionpipelinellc.com>; Jillian Hillestad <JHillestad@precisionpipelinellc.com>; Randy Harkins <rharkins@precisionpipelinellc.com>
**Cc:** Dick Lowater <dlowater@precisionpipelinellc.com>; Mike Lillie <mlillie@precisionpipelinellc.com>; Kaycie Vanwynen <kvanwynen@precisionpipelinellc.com>
**Subject:** RE: [External] Electronic Invoice

Aledgra- attached invoicing is for unit R004760 damage. Jillian should be able to direct you if insurance takes care of this invoice.

| R004760 | 1723 | D6T LGP | 0KSB01846 | 2014 | 8/22/2016 |

Jillian- this is a unit set on fire back in November. Can you please check into status with insurance. I'm wondering if it was settled. Invoice is dated for yesterday.

Randy- is this unit on your spread in good working order? It was a DAPL unit set on fire, but I see you flipped it to your cost center and domicile so am wondering if unit is back in service.

Thanks all.

**From:** Kaycie Vanwynen
**Sent:** Tuesday, May 02, 2017 8:24 AM
**To:** Dick Lowater <dlowater@precisionpipelinellc.com>; Nancy Mohr <nmohr@precisionpipelinellc.com>
**Subject:** FW: [External] Electronic Invoice

Good Morning!

Here is an invoice for the fire damage in Iowa. ☺

1

**Kaycie VanWynen**
**Field Office Manager**
**Job #: 17-030E**

O: (715) 874-4510
F: (616) 582-5954
C: (616) 405-8283
E: KVanWynen@PrecisionPipelineLLC.com

151 Wolfs Bridge Rd | Carlisle, PA 17013
www.PrecisionPipelineLLC.com

  

From: Ohiocat-online [mailto:Ohiocat-online@eipp07.com]
Sent: Tuesday, May 02, 2017 8:17 AM
To: Kaycie Vanwynen <kvanwynen@precisionpipelinellc.com>
Subject: [External] Electronic Invoice



Dear Valued Customer,

   Your recent invoices from Ohio CAT are attached to this email as per the details below. You can also view the invoices online anytime by logging in to: https://eipp07.com/ohiocat

| Invoice #   | Date       | PO#         | Amount       |
|-------------|------------|-------------|--------------|
| RR0600004885 | 05/01/2017 | 16-001 IA 3A | $ 118979.70 |

Thank you,

Accounts Receivable

Ohio CAT

**Please do not reply to this message as it is automatically generated. If you have any inquiries, or you have received this advice incorrectly, please call the phone number listed on the top left of your enclosed invoice(s).

LIMITED WARRANTY

Ohio CAT MAKES NO WARRANTY, EXPRESSED OR IMPLIED. Any warranty
offered by a manufacturer applies and extends only to the original purchase or lease of new
goods. Ohio CAT's liability for damages, including direct and indirect, as a result of a
breach of manufacturer's warranty, shall not exceed such manufacturer's warranty.

2