# Government's Sentencing Exhibits

# Exs. 90 and 91