# WAPELLO COUNTY SHERIFF'S OFFICE
# INCIDENT / ARREST REPORT

| Case No. | 17050059 |
|---|---|
| ORI | IA0900000 |

| Reported By | ☐ Victim | Address (Street, City, State, Zip / Phone) | Reported (day, date, time) |
|---|---|---|---|
| | / | | Tuesday, May 02, 2017 At 16:59 |

| Date and Time Occured | ☐ Unknown | Day of the Week | Special Reports |
|---|---|---|---|
| From: 05/02/17 At: 15:52 | To: At: | Tuesday | NONE |

## VICTIM/S

| #1 Victim | SUNOCO LOGISTICS | Resident of This Jurisdiction |
|---|---|---|
| | 11103 AROURA AVE BLD 5, URBANDALE, IA, 50322   PHONE: (701) 421-6971 | |

| Race | Sex | Ethnicity | Age | DOB | SS# | Type of Victim |
|---|---|---|---|---|---|---|
| | | | | | | {B} - Business |

Type of Injury

Aggravated Assualt Cirumstances

Occupation & Employer:
Employer Address:
Employer Phone:

## UCR OFFENSE/S

| #1 Offense | UCR Category / Attempted/Completed | Statute |
|---|---|---|
| | {290} - Destruction/Damage/Vandalism of Property / {C} - Completed | 716.4  Code Of Iowa |

| UCR Location Type | Method of Entry | Entry Point | # Units Entered |
|---|---|---|---|
| {25} - Other (unknown) | | | |

Location Where Offense Occurred
6273 165TH ST, HEDRICK

| Offender Suspected of Using | Weapon Type | Criminal Activity |
|---|---|---|
| {N} - Not Applicable | | |

## PROPERTY

**LOSS CODE:** {4} - DAMAGED/DESTROYED

| Property Code | Description | Qty | Estimated Value | Item Total | Date Recovered |
|---|---|---|---|---|---|
| {77} - OTHER | FIX WHOLE IN PIPE | 1 | $3,000.00 | $3,000.00 | N/A |
| | REPALCE CHAINLINK FENCE | 1 | $800.00 | $800.00 | N/A |
| **TOTAL ESTIMATED VALUE OF DAMAGED/DESTROYED PROPERTY:** | | | | $3,800.00 | |

Exhibit BBB

2192551-002127

## NARRATIVE(S)

### Public (Press Release)

### Investigative (Confidential)

On May 2nd the Wapello County Sheriffs Office received two calls about someone vandalizing one of the pipe line Valve Sites located at 6273 165th St. in Rural Wapello County. The first call came from the pipe line Security Supervisor Michael Hall and the Second from an employee of the security company Charles Hall. This deputy Responded to the location where I was met by Charles Hall. Charles explained that he works for the security company and does rounds to all the valve sites in the area about every hour. Charles explained that he had checked this site at 15:30 hrs and he always gets out and walks the perimeter of the fence and did so at this time and found there to be nothing disturbed. Charles stated that when he arrived at this site again at 16:48 hrs he got out as usual and walked around the perimeter but this time found that the chain link fence had a hole cut in it and then noticed that it had appeared that someone had tried to burn a hole in the pipe coming out of the ground.

This deputy photographed the area including the cut fence, the pipe that had been torched and some foot prints that were believed to be left by the suspect. this deputy noted that the shoe prints appeared to be smaller in size. this deputy was informed that there was a camera set up at the site. Joe Lehman with Sunoco Logistics arrived on scene and removed the SD card from the camera. in viewing the photos on the card it appears that an unidentified subject enters the grounds at 15.51hrs the subject appeared t be covered to the point that you could not see his face. The subject was carrying a yellow in color milk crate with what looked like a torch set along with two small metal bottles which appeared to be one oxygen and one acetylene.

This deputy spoke with a couple of the neighbors in an attempt to see if anyone one had scene anything suspicious and also check to see if any of them had any security cameras up around their homes or out buildings that may of caught anything but was unsuccessful.

On March 3rd 2017 this deputy was advised by Chief Deputy Don Phillips that he had mad contact with the Sinclair Gas Station in Hedrick Iowa to see about obtaining video footage from there store on the day of the incident to see if there would be anything out of the ordinary as this is the closest Gas Station to the scene. Phillips ask this deputy if I could go and try to obtain this video footage. At around 15:25 hrs this deputy drove to the Sinclair Gas station and met with one of the employees at which time we tried to down load the footage onto a flash drive that I had. we were unsuccessful with this as it stated that my flash drive was not big enough to hold the content. this deputy left the Sinclair station in an attempt to get a larger spaced flash drive. this deputy returned to the station with a larger flash drive at around 16:45hrs. At this time we again attempted to down load the footage but again was unsuccessful. the employee stated that she must not be doing it right and asked if we could wait until the next day when the manager was available. I explained that would be fine and left the jump drive with them and stated that she could down load the footage when she got the chance and give us a call when it was ready to be picked up.

this deputy also stopped at a few stores around the area that I knew sold welding supplies as in one of the pictures capture from the camera at the scene you could see that the subject had welding gloves that were visible. This deputy attempted to try and match the brand of the gloves from each store with the gloves in the photo. This deputy check the following stores Orscheln's, Menards, and wal-mart. This deputy Believes he may have found a match from Wal-mart.

On March 4th 2017 this deputy Received a call from Chief Deputy Phillips prior to starting my shift advising me that the Sinclair Store had contacted him and sad that the footage had been downloaded and was ready to pick up. Phillips advised me that Deputy Caldwell had went and retrieved the footage from the station so I did not need to worry about doing this when I came on duty.

when this deputy came on duty I went to the wal-mart store in Ottumwa Iowa and asked Jason Vine with the security department if there was a way to check and see when and if these particular brand of gloves had been sold. They Scanned the skew number on the glove package and found that there had been two sets sold from this store one pair sold on March 9th 2017 and one pair sold on March 18th 2017. Mr. Vine provided this deputy with copies of the receipts for both purchases as well as video footage of both purchases. I then asked Mr. Vine if there was a way to check the same thing through all the walmart store in all the cities and states. He advised that he believed so but he did not know for sure. He advised me that he would check into this and let me know. I advised if it was possible to do this I would like to have them from every wal-mart in the following States Iowa, Illinois, Nebraska, Minnesota, North Dakota and South Dakota. At around 16:36 this deputy Received a call from Mr. Vine With Wal-Mart advising me that he had the information I had asked for. at this time I went back to Wal-mart and retrieved the

information.

| Status | Exceptional Clearance and Date | Reporting Officer | Supervisor | Entered By |
|---|---|---|---|---|
| Open | {N} - Not Applicable | **Deputy Sheriff Donald McMartin #90-52** | Chief Deputy Sheriff Donald Phillips #90-55 | Deputy Sheriff Donald McMartin #90-52 |

Friday, May 05, 2017 — Page 3 of 3

2192551-002129