**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF IOWA**

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

     RUBY KATHERINE

     MONTOYA, Respondent.

     **No. 4:19-cr-00172-RGE-HCA-2**

MOTION TO WITHDRAW FROM
    FURTHER REPRESENTATION

Pursuant to IOWA RULES OF PROFESSIONAL CONDUCT; Optional Withdrawal,

Rule 32: 1.16 Comment [7]; counsel undersigned moves to withdraw from further

representation of Ms. Ruby Montoya. Ms. Montoya does not wish to appeal the

judgment of the court entered on Thursday September 22, 2022 following a two day

sentencing hearing. For reasons set forth counsel undersigned requests that the court

allow Ms. Maria Borbon to withdraw from further representation.

Respectfully submitted,

/s/  Maria Borbon

Maria Borbon

## CERTIFICATE OF CONFERENCE

Maria Borbon certifies that neither the government, by and through AUSA Jason Griess, nor the defendant, Ruby Montoya, oppose this motion. The motion is un-resisted.

*/s/ Maria Borbon*
Maria Borbon

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served upon all parties electronically through the CM/ECF system on October 20, 2022.

*/s/ Maria Borbon*
Maria Borbon