Dear Judge Ebinger,

I'm writing to you today about Ruby Montoya and Jessica Reznicek. You've sentenced them to prison. As a "good citizen," I'm supposed to keep quiet about this and to carry on. But, I see a great injustice in what you've done, and here's why.

As you know, the penal code is established by the governing authority, which has been assumed to be the United States of America here. And, yet, the United States of America is of the Milky Way galaxy. That galaxy is *a single movement*, which means that it, not the United States, is the *true* governing body. By *unnecessarily* invading, destroying, and suppressing that greater order (as recapped for you on the next page), the United States of America has become the *true* criminal in their own place.

Have you all then provided your citizens that have *proven their worth* by illegally – but not *actually* unjustifiably – defending themselves against their system's environmental destruction (reasonably, honestly, and in good faith, with no alternatives available and with no avenues of retreat – as in a Necessity Defense) *a peaceful resolution or secret outlet beyond* **given that, *according to your own laws*, there must be no alternatives first for a judge's own Necessity Defense to succeed in matters of *unjust detainment* when they have no *Revival of Aggressors Right to Self-Defense*** (regardless of any of their own good intentions behind it, like to keep law and order)?" Are you all not capable of providing such a resolution or outlet? **Of course you're capable!**

Not only is this important **according to your own judicial system's very laws!!! (you aren't an exception to them)** but also because ecoterrorism's become the #1 domestic threat today. That momentum will only be increasing, and insincerity on part of the system will only worsen the gap between it and "them." Is that something that you stand for? It's time to be honest. Otherwise, more people will become victim to a *criminal* judicial system *unprepared for the true context we all face.*

In the name of the Galactic Body, free those whom you've unjustifiably detained: Ruby Montoya and Jessica Reznicek. Otherwise, what's the true function of your sentencing (and those of your fellow judges) if not to be a mere front used to mask the true character of your actions with "policy"?

The body sees and moves with the latest, and every doctor knows what to do with a parasite. This movement is live. Choose wisely.

Sincerely,
Your Planet

**Recap:**
**This is what a 38-fold increase in environmental law since 1972 has led to:** Greenhouse gas emissions have doubled, 1.8 earths are needed to sustain our ecological footprint. There has been ~1 pipeline spill/day in the U.S. on average since 1986, and an average of ~ 82/day in U.S. waters. 80% of forests have disappeared. ~1 football field is still lost per second. Only ~200 years remain until the rest are gone. ~200 species go extinct every day. With this, infectious diseases have increased. Temperatures will be increasing by more than 2 degrees C over the next 70 years, even if governments meets their unambitious targets and things like corporate aims to suppress climate awareness come to a stop. As climate change alters the water cycle and worsens extreme weather, ~40% of the population might also be exposed to extreme water scarcity. 30% of the world's soil has also been moderately or highly degraded. 1/3 of food isn't even eaten but ends up in a landfill where it decomposes and releases methane. Keep in mind that soils can store ~3 times more carbon than forests. 2/3rd of wild rivers are damned, killing off 83% of fresh water animals since 1970. These were called green-energy alternatives -- hydropower. But, really, they create the 2 major greenhouse gasses, sometimes even up to 10x more than coal power plants. Due to overfishing, some predict that the oceans will be virtually empty by 2048. Oceans have also become 30% more acidic, endangering coral reef ecosystems. 1/4 of ocean species live in these, which means that the whole food chain is threatened. That's not good when 1 in 7 people get most of their protein from seafood. The burning of fossil fuels alone caused 15% of global deaths in 2018. 18% of greenhouse gas emissions come from intensive livestock farming. (Some say more like 25%, even 50%.) To put that into perspective, the transport sector produces 14%. Dairy farms with ~2,500 animals can also produce more waste than a city with 411,000 people. There are ~46 of those cities in the U.S. and ~2,000 of the former (not to mention the 40,000 with 1,000 or less). As sea levels rise, trillions of dollars of damage will be dealt every year, and the 50% of the world's citizens on sea coasts will be displaced. More than 79% of the plastic produced since 1907 has ended up as waste. 51 trillion microplastics are floating around, traveling up the food chain, entering our food, tap water, and household dust. 8/10 babies and 93% of people have these potentially-lethal chemicals in them. Increasing population has come with a more than 25-fold increase in mineral production. This exploitation of highly concentrated, easy to extract resources means diminishing economic returns. Mineral production will decline within the next decade and will be replaced by costlier and dirtier minerals. ~53% of Congress is still made of climate change deniers. Many of them are more worried about what their funders want. Sometimes this is legal; in Alabama, a lobbyist can give a lawmaker $90,000/year. There are, on average, more than 2 instances of corporate misconduct/week/multinational firm in the U.S. Keep in mind that only 1 offender is prosecuted on average for every 2.1 proven accusations and that ~1 in 40 U.S. court cases are ruled by a bribed judge (~1 in 4 in Africa). Corporate criminals defrauding consumers of billions of dollars, sometimes even killing people, are asked only to pay millions in fines. They don't go to prison, they make a profit, and are sometimes even allowed to continue doing business with the government against rules. Meanwhile, Presidents put in power to address all of these issues are but mere effects of their voter suppression; the amount spent on U.S. political ads in 2022 will be $9.6 billion, revenue gained $13.6 billion. Add to this incoming space billboards and the fact that the average person can see up to 10,000 ads/day, many of which are also put out by the 6 media giants that control a whole 90% of media. Our systems have chosen to suppress like this and to forge dependency. **Isn't this akin to murder given that civilization is projected to collapse by 2050? Isn't it killing more than it's helping?** The Space Age unfolds.



SANTA CLARITA CA   913

6 JAN 2023   PM 3   L

Judge Ebinger
123 E. Walnut
Des Moines, IA 50309

X-RAYED & CLEARED BY U.S.M.S.

RECEIVED

JAN 1 0 2023

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

50309-203599