### Official Demand Letter to Free Jessica Reznicek and Ruby Montoya

From: Your Planet
Email: welcometoyourplanet@protonmail.com

February 28, 2023

To: The Honorable Rebecca Goodgame Ebinger
123 E. Walnut, Des Moine, IA 50309
iafdchmbrge@iasfd.ufcourts.gov

Dear Judge Ebinger,

     As evidenced in my previous message to you, the government and Energy Transfer were the Initial Aggressors in the cases of Jessica Reznicek and Ruby Montoya, and according to law, an Initial Aggressor must provide a peaceful resolution first before they acquire the Revival of Aggressors Right to Self-Defense from things like pipeline attacks. Because no such attempts were made for Jessica and Ruby and because there is no Necessity Defense for detaining them thereafter either given the existence of viable alternatives (regardless of any of your good intentions behind it, like to keep law and order), you're legally required to free them from your unjust detainment.
     Otherwise, 18 U.S. Code Chapters 11 and 73 will apply, and according to Section 1 of the 14th Amendment, which states that no person shall be denied the *equal protection of the laws*, someone other than the Initial Aggressor, or at least one working for them, should determine the truthfulness of this matter in a new trial for Jessica and Ruby.
     Because a previous attempt to resolve this issue was made via mail within the last two months, if there is no response to this demand letter by March 31, 2023, all legal avenues shall be explored in due time, including but not limited to legal proceedings necessary in accordance with State and Federal laws and possibly questioning via an EyeDetect, a lie detector capable of producing evidence sufficient for court. This notice of demand serves as official notice to you and may be tendered in court as evidence of your failure to take action.

Thank you and sincerely,
Your Planet



SANTA CLARITA CA   913
6 MAR 2023   PM 4   L



"X-RAYED & CLEARED BY U.S.M."

The Honorable Rebecca Goodgame Ebinger
123 E. Walnut
Des Moine, IA 50309



RECEIVED
MAR 10 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

50309-203599